# EXHIBIT 3

DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES • • • • • • • • STATE OF FLORIDA
Bob Graham, Governor

# DISTRICT EIGHT
# POLK COUNTY HEALTH DEPARTMENT

WILLIAM F. HILL, JR., M.D.
DIRECTOR

**DIRECT SERVICE UNITS**

1755 HOLLAND PKWY., SOUTH
BARTOW, FLORIDA 33830

111 NORTH 11TH STREET
HAINES CITY, FLORIDA 33844

305 WEST CENTRAL AVENUE
LAKE WALES, FLORIDA 33853

103 EAST CANAL STREET
MULBERRY, FLORIDA 33860

P.O. BOX 1480
229 AVENUE D, N.W.
WINTER HAVEN, FLORIDA
33880

Radiological And Occupational Health
Post Office Box 1480
Winter Haven, Florida 33880

**DIRECT SERVICE UNITS**

1333 NORTH FLORIDA AVENUE
LAKELAND, FLORIDA 33801

P.O. BOX 33
WAVERLY, FLORIDA 33877

2 NORTH REEDY BLVD.
FROSTPROOF, FLORIDA 33843

243 E. LAKE AVENUE
AUBURNDALE, FLORIDA 33823

July 14, 1980

SITE: Florida Phosphate
BREAK: 17-8
OTHER: V. 13

Mr. Mike Yencso, Land Manager
Drummond Coal Company
P. O. Box 1549
Jaspar, Alabama  35501

RE:  Results of Radiation Survey on Drummond/Lakeland Site

Dear Sir:

This letter is in response to your request for a Radiation Survey on your Lakeland Property. Please find enclosed, a map of the property in question. We have finished this survey and the results are as follows:

A total of two hundred eighty seven (287) measurements were taken. These measurements represent an exposure at approximately three (3) feet from the ground surface. Readings are in microRoentgens per hour. They have been standardized to conform to readings from pressurized Ion chambers. Values ranged from a low of eight (8) mR/hr to a high of thirty-six (36) mR/hr with the average measurement being eighteen point one (18.1) mR/hr.

Since there are no homes built on this land, we do not know what a typical indoor radon daughter working level for homes built on this land is. But if we compare this gamma reading to those obtained from previous surveys of homes built on similar land; we can predict that, of the total number of residential structures built on this property, between 38 and 42 percent of these structures will have indoor working levels greater than .02, if no control technology is utilized. This is the remedial action guideline set forth by the United States E. P. A. in the Federal Register/ Vol. 44 No. 1281/ Monday July 2, 1979.


10517197

I wish to point out that this indoor working level to outdoor gamma level is not a hard and fast rule. It is a method of estimating what working level values would be for homes built on a particular piece of property by comparing the land to land which already has homes built on it.

I must also point out that a large area of this property (see Sections F and H of the enclosed map) was inaccessible to us for measurement, due to the dense growth in the area. The inclusion of measurements from this area could either increase or decrease the average measurement for the total property, depending on whether they are higher or lower than the present average. It is highly probable that they will be comparable and thus not change the average much in either direction.

The major conclusion that can be drawn concerning this piece of property, is that it has a higher average measurement than normal background (2 to 3 times higher) and that a significant number of the homes built on this property will probably have indoor radiation levels greater than the recommended Federal guidelines. This conclusion is based on the assumption that no control techniques will be used in the construction of the homes.

I have enclosed a copy of an E. P. A. publication concerning control techniques that may be of some help to you.

If you have any further questions concerning this matter, please do not hesitate to contact me.

Sincerely,

Harlan Keaton
Public Health Physicist II

ENC/ 1
CC/ James R. Chastain, Jr.
    Donald R. Guthrie