UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE and MICHAEL J. FEIST,
On behalf of themselves and all others similarly
situated,

                                      Plaintiffs,

v.

THE DRUMMOND COMPANY, INC.,

                                      Defendant.

Civil Action No. 8:17-CV-00587-EAK-AEP

*Document electronically filed.*

JURY DEMANDED

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entitles related to any party in the case:

**Plaintiffs:**

John J. Jerue
Michael J. Feist

**Counsel for Plaintiffs**:

W. Mark Lanier
Richard D. Meadow
Christopher L. Gadoury
Ryan D. Ellis
THE LANIER LAW FIRM, P.C.

Neal O'Toole
LILLY, O'TOOLE & BROWN, LLP

Thomas V. Girardi
GIRARDI | KEESE

Christopher T. Nidel
Jonathan Nace
NIDEL & NACE, P.L.L.C.

Steven J. German
Joel M. Rubenstein
GERMAN RUBENSTEIN, LLP

**Defendant:**

Drummond Company, Inc.

**Counsel for Defendant:**

Joseph H. Varner, III
Frederick J. Grady
Charles Wachter
HOLLAND & KNIGHT, LLP

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

John J. Jerue
Michael J. Feist

2

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:   May 18, 2017

By: _____ /s/ W. Mark Lanier _____
Neal O'Toole, Esq.
**Lilly, O'Toole & Brown, LLP**
800 Florida Ave S.
Lakeland, FL 33801
Telephone: (863) 683-1111
notoole@loblawyers.com

W. Mark Lanier, Esq.
(admitted *pro hac vice*)
Richard Meadow, Esq.
(admitted *pro hac vice*)
Chris Gadoury, Esq.
(admitted *pro hac vice*)
Ryan Ellis, Esq.
(admitted *pro hac vice*)
**The Lanier Law Firm, P.C.**
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
wml@lanierlawfirm.com
Richard.Meadow@lanierlawfirm.com
Chris.Gadoury@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com

Thomas Girardi, Esq.
(admitted *pro hac vice*)
**Girardi | Keese**
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 262-6777
tgirardikeese.com

Christopher T. Nidel, Esq.
(admitted *pro hac vice*)
Jonathan Nace, Esq.
(admitted *pro hac vice*)
**Nidel & Nace, P.L.L.C.**
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
Telephone:  (202) 558-2030
chris@nidellaw.com

Steven J. German, Esq.
(admitted *pro hac vice*)
Joel M. Rubenstein, Esq.
(admitted *pro hac vice*)
**German Rubenstein LLP**
19 West 44th Street, Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
sgerman@germanrubenstein.com
jrubenstein@germanrubenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, a true and correct copy of the foregoing Plaintiffs'

Certificate of Interested Persons and Corporate Disclosure Statement was served electronically

on all parties registered to receive electronic notice via the Court's CM/ECF system.

 */s/  W. Mark Lanier*
W. Mark Lanier

4