UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN J. JERUE and MICHAEL J. FEIST, On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE DRUMMOND COMPANY, INC., <br><br> Defendant. | Civil Action No. 8:17-CV-00587-EAK-AEP |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF THE PAGE LIMIT FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

COME NOW, Plaintiffs John J. Jerue and Michael J. Feist, and pursuant to Local Rules 3.01(c) and (d), hereby move the Court for an extension of the page limit for the Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss or, Alternatively, Stay Plaintiffs' Claims ("Motion to Dismiss") [Dkt. 16], which is due on June 13, 2017. Defendant does not oppose this Motion. The Memorandum in Support of this Motion is below and incorporated by reference.

**MEMORANDUM IN SUPPORT**

1. Defendant filed its Motion to Dismiss on May 15, 2017.

2. On May 19, 2017, the Court granted Plaintiffs' Motion for Extension [Dkt. 19] to file their response to Defendant's Motion to Dismiss. Plaintiffs' response is due on or before June 13, 2017.

3. Plaintiffs are currently preparing their response to Defendant's Motion to Dismiss.

4. Pursuant to Local Rule 3.01 (b), "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages."

5. Given the complexity of this case and the issues before the Court, twenty (20) pages is inadequate to thoroughly address the allegations and arguments in the Motion to Dismiss.

6. Accordingly, Plaintiffs respectfully request leave to file a response to Defendant's Motion to Dismiss that exceeds the specified page limit by ten (10) pages, or totaling thirty (30) pages.

7. Defendant does not oppose this Motion.

DATED this 6th day of June, 2017.

By: _____/s/ *Christopher L. Gadoury*_____
Neal O'Toole, Esq.
**Lilly, O'Toole & Brown, LLP**
800 Florida Ave S.
Lakeland, FL 33801
Telephone: (863) 683-1111
notoole@loblawyers.com

W. Mark Lanier, Esq.
(admitted *pro hac vice*)
Richard Meadow, Esq.
(admitted *pro hac vice*)
Chris Gadoury, Esq.
(admitted *pro hac vice*)
Ryan Ellis, Esq.
(admitted *pro hac vice*)

**The Lanier Law Firm, P.C.**
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
wml@lanierlawfirm.com
Richard.Meadow@lanierlawfirm.com
Chris.Gadoury@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com

Thomas Girardi, Esq.
(admitted *pro hac vice*)
**Girardi | Keese**
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 262-6777
tgirardikeese.com

Christopher T. Nidel, Esq.
(admitted *pro hac vice*)
Jonathan Nace, Esq.
(admitted *pro hac vice*)
**Nidel & Nace, P.L.L.C.**
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
Telephone:  (202) 558-2030
chris@nidellaw.com

Steven J. German, Esq.
(admitted *pro hac vice*)
Joel M. Rubenstein, Esq.
(admitted *pro hac vice*)
**German Rubenstein LLP**
19 West 44th Street, Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
sgerman@germanrubenstein.com
jrubenstein@germanrubenstein.com

**CERTIFICATE OF CONFERENCE**

This is to certify that on June 6, 2017, counsel for Plaintiffs' conferred with attorney Charles Wachter, who represents Defendant in this case, and Mr. Wachter indicated that Defendant is not opposed to the motion.

*/s/ Christopher L. Gadoury*
Christopher L. Gadoury

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2017, a true and correct copy of the foregoing Plaintiffs' Motion for Leave to File Response in Excess of Twenty (20) Pages was served electronically on all parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Christopher L. Gadoury*
Christopher L. Gadoury