UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE, *et al.*

    Plaintiffs,

v.                                      Case No. 8:17-cv-587-T-17AEP

DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court *sua sponte*. On November 5, 2018, the Court permitted Attorney Brian O. Balogh to appear *pro hac vice* on behalf of Defendant in this action (Doc. 72). In doing so, the Court directed Mr. Balogh to comply with the electronic filing requirements and to file a notice of compliance with such requirements within twenty-one days of the date of the Order. The time for compliance lapsed, yet Mr. Balogh failed to comply with the electronic filing requirements. Accordingly, it is hereby

    ORDERED:

    1. Within seven (7) days of the date of this Order, Attorney Brian O. Balogh shall comply with the electronic filing requirements.

    2. After sending a copy of this Order, the Clerk is directed to cease sending Attorney Brian O. Balogh paper copies of orders or any other filings in this action.

DONE AND ORDERED in Tampa, Florida, on this 28th day of November, 2018.

/s/ Anthony E. Porcelli

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record