UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE and MICHAEL J. FEIST, on
Behalf of themselves and all others similarly
Situated,

    Plaintiffs,

v.     Case No.: 8:17-cv-587-EAK-AEP

THE DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

    Plaintiffs John J. Jerue and Michael Feist and Defendant Drummond Company, Inc., by and through their undersigned counsel, jointly move for entry of a protective order and state as follows:

    1.    The parties stipulate and agree the Court should enter a Protective Order to govern the confidentiality of documents and information in this case. The parties' proposed Protective Order is attached as Exhibit "A" and is consistent with similar orders governing confidentiality and discovery used in the Middle District of Florida.

    WHEREFORE, the Parties respectfully request that the Court enter the Agreed Protective Order attached as Exhibit "A."

| THE LANIER FIRM | HOLLAND & KNIGHT |
|---|---|
| */s/ Chris Gadoury* | */s/ Frederick Grady* |
| W. Mark Lanier (admitted pro hac vice) | Joseph H. Varner, III (Fla. Bar No. 394904) |
| Richard Meadow (admitted pro hac vice) | Frederick J. Grady (Fla. Bar No. 437980) |
| Christopher L. Gadoury (admitted pro hac vice) | Charles Wachter (Fla. Bar No. 509418) |
| 10940 W. Sam Houston Pkwy N | Holland & Knight LLP |
| Suite 100 | 100 N. Tampa Street |
| Houston, TX 77064 | Suite 4100 |
| Telephone: (713) 659-5200 | Tampa, FL 33602-3644 |

33995858 v1

| | |
|---|---|
| chris.gadoury@lanierlawfirm.com<br>wml@lanierlawfirm.com<br>richard.meadow@lanierfirm.com | Telephone: (813) 227-8500<br>fred.grady@hklaw.com<br>joe.varner@hklaw.com<br>charles.wachter@hklaw.com |
| NIDEL & NACE, P.L.L.C. | BURR & FORMAN LLP |
| */s/ Christopher Nidel*<br>Christopher T. Nidel (admitted pro hac vice)<br>Jonathan B. Nace (admitted pro hac vice)<br>2201 Wisconsin Ave., NW<br>Suite 200<br>Washington, DC 20007<br>Telephone: (202) 708-5153<br>chris@nidellaw.com<br>jon@nidellaw.com | */s/ Bryan Balogh*<br>Bryan O. Balogh (admitted pro hac vice)<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 458-5469<br>bryan.balogh@burr.com |
| GERMAN RUBENSTEIN LLP | *Counsel for Drummond Company, Inc.* |
| */s/ Steven German*<br>Steven J. German (admitted pro hac vice)<br>Joel M. Rubenstein (admitted pro hac vice)<br>19 West 44th Street<br>Suite 1500<br>New York, NY 10036<br>Telephone: (212) 704-2020<br>sgerman@germanrubenstein.com<br>jrubenstein@germanrubenstein.com | |
| O'TOOLE LAW GROUP | |
| */s/ Neal O'Toole*<br>Neal O'Toole (Florida Bar No. 691267)<br>454 West Pipkin Road<br>Lakeland, FL 33813<br>Telephone: (863) 594-1113<br>notoole@cfmg-llc.com | |
| *Counsel for Plaintiffs* | |

33995858 v1