UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE and MICHAEL J. FEIST,

    Plaintiffs,

v.                                        Case No. 8:17-cv-00587-TPB-AEP

DRUMMOND COMPANY, INC.

    Defendant.

_____/

**JOINT MOTION FOR ENTRY OF SECOND
AMENDED CASE MANAGEMENT ORDER**

    John J. Jerue and Michael J. Feist (hereinafter "Plaintiffs"), together with Defendant, Drummond Company, Inc. (hereinafter "Defendant"), hereby file this joint motion for entry of a Second Amended Case Management Order (the "Motion") and states as follows:

    1.    This Court entered a Case Management Order on May 30, 2017 and an Amended Case Management Order on October 3, 2018.

    2.    The parties are engaged in extensive document discovery, review of documents, and the production of electronically stored information (ESI).

    3.    The parties have recently met and conferred and believe that additional time is needed to review documents, take depositions, and allow experts to prepare their reports prior to engaging in the briefing process for Plaintiffs' Motion for Class Certification and Defendant's Response.

    4.    Accordingly, and for good cause, the parties stipulate and jointly request that the Court approve the following schedule as it relates to the class certification issues as follows:

| Date | Deadline or Event |
|---|---|
| 03/02/20 | Plaintiffs' Rule 26(a)(2) disclosures (for any expert witnesses whose testimony Plaintiffs intend to use for purposes of class certification) to be served on Defendant. |
| 03/02/20 | Beginning of Defendant's period to depose Plaintiffs' experts on class certification issues (March 2, 2020). |
| 05/15/20 | End of Defendant's period to depose Plaintiffs' experts on class certification issues (May 15, 2020). |
| 06/01/20 | Defendant's Rule 26(a)(2) disclosures (for any expert witnesses whose testimony Defendant intends to use for purposes of opposing class certification) to be served on Plaintiffs |
| 06/01/20 | Beginning of Plaintiffs' period to depose Defendant's experts on class certification issues |
| 08/17/20 | End of Plaintiffs' period to depose Defendant's experts on class certification issues |
| 10/02/20 | Deadline for Plaintiffs to file Motion for Class Certification (*including any affidavits of fact witnesses*). |
| 11/16/20 | Defendant's Response in Opposition to Motion for Class Certification due *(including any affidavits of fact witnesses)* |
| | |
| 01/04/21 | Plaintiffs' Reply in Support of Motion for Class Certification due |

5. The parties also jointly request that all scheduled dates from the Courts prior Amended Case Management Order dated October 3, 2018 be vacated with all scheduling dates relating to the merits of the case to be determined after the class certification process has been concluded.

Dated: September 16, 2019.

Respectfully Submitted:

/s/ Chris Gadoury
Chris Gadoury
(admitted pro hac vice)
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Telephone: (713) 659-5200
Email: Chris.Gadoury@lanierlawfirm.com

and

/s/ Neal O'Toole

Respectfully Submitted:

*/s/ Charles Wachter*
Joseph H. Varner, III
Florida Bar No. 394904
Frederick J. Grady, Esq.
Florida Bar No. 437980
Charles Wachter
Florida Bar No. 509418
Holland & Knight, LLP
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Telephone: (813) 227-8500

- 3 -

Neal O'Toole
Florida Bar No. 691267
Lilly, O'Toole & Brown, LLP
800 Florida Ave. S.
Lakeland, FL 33801
Telephone: (863) 683-1111
Email: notoole@loblawyers.com

*Counsel for Plaintiffs*

Facsimile: (813) 229-0134

*Trial Counsel for Drummond Company, Inc.*