UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE and MICHAEL J. FEIST,
On behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE DRUMMOND COMPANY, INC.,

        Defendant.

Civil Action No. 8:17-CV-00587-EAK-AEP

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND CLASS COMPLAINT
AND SUBSTITUTE CLASS REPRESENTATIVES**

Plaintiffs respectfully seek leave to amend their Amended Class Action Complaint to allow Plaintiff Jerue to withdraw as a class representative and to replace him with two new class representatives. Defendants do not consent, necessitating this Motion. The proposed Third Amended Complaint is attached as Exhibit 1.

The proposed amendment would 1) be neither prejudicial nor futile; 2) add no new claims or causes of action; 3) neither re-shape nor re-define the class, and 4) not cause any delay or extension to the current schedule. Substituting the proposed class representatives would create economy and efficiency by providing alternative class representatives capable of adequately representing the interests of the class members and avoid having to search for such representatives further along in these proceedings.

**I. PROCEDURAL HISTORY**

Plaintiffs and Class Members claim that Defendant Drummond improperly used highly radioactive waste material to "reclaim" and then redevelop for housing 1,400 acres of land in the

southwest part of Lakeland, Florida that it previously mined for phosphate.

Plaintiffs filed their Complaint on March 10, 2017, with two named class representatives, John Jerue and Michael Feist. (Doc. No.1). Plaintiffs filed an Amended Complaint on April 20, 2017. (Doc. No. 12). Plaintiffs filed a Second Amended Complaint on September 1, 2017 (Doc. No. 36), which is now the operative Complaint, which survived Defendants' Motion to Dismiss.

On July 17, 2020, the parties jointly moved for an extension of time to complete fact discovery due to COVID-19-realted logistical challenges. (Doc. No. 103).  The Court granted the Motion. (Doc. No. 106). Notably, the close of discovery is now March 15, 2021 and class certification briefs are to be completed by July 30, 2021. As explained below, Plaintiffs' proposed amendment will cause no delays in this schedule.

Plaintiffs raised the issue of amending and adding class representatives around the start of 2020.  During recent months where Plaintiffs were consenting to Defendant's repeated requests for extending the schedule, Defense counsel was working to see if the Defendant would agree to the amendment and those discussions continued informally with Plaintiffs hopeful an agreement could be reached. These discussions continued until recently when Plaintiffs were informed that Defendant would not agree to the amendment, precipitating this Motion for Leave.

## II. ARGUMENT

Plaintiffs respectfully seek leave to amend their Second Amended Complaint for the limited purpose of substituting John J. Jerue, who has become unable to serve as a class representative, with two additional representatives. There are no new claims or causes of action.

As detailed in the attached Declaration, Mr. Jerue's father recently passed away and the resulting impact on both his private and professional life is likely to impact his ability to serve as

2

a representative in this case. *See* Exhibit 2. It is in the Court's interest to resolve this potential class certification challenge at this juncture. *See Birmingham Steel v. Tenn. Valley Auth.*, 353 F.3d 1331 (11th Cir. 2003); *see also Robinson v. Sheriff of Cook County*, 167 F.3d 1155, 1158 (7th Cir. 1999); 1 Newberg on Class Actions § 2.26 (3d ed. 1992). To date, Defendants have deposed neither Jerue nor Feist, have not conducted radiation testing of their properties (which Defendant previously scheduled, cancelled, and have yet to reschedule), fact discovery is incomplete, expert discovery remains open, and class certification briefing is due in July 2021. All paper discovery of the newly added Plaintiffs could be completed within 30 days, well within the current schedule. These fact depositions and any property testing would proceed apace with the other Plaintiff depositions, which Defendants still have not conducted. Thus, the proposed Amendment would cause no unfair prejudice or delays in the case. As demonstrated above, the proposed Amendment would instead create case management economy and thus be warranted under both Rule 16's "good cause" standard and the Court's Rule 15 discretionary standard. Finally, there is no futility to the proposed amendment as there are no new claims or causes of action, all of which have previously survived Defendants' multiple Motions to Dismiss.

### III.  CONCLUSION AND PRAYER FOR RELIEF

For the reasons set forth above, Plaintiffs' Motion should be granted. Plaintiffs respectfully request that the Court grants their motion and to accept their proposed Third Amended Complaint for filing, thereby allowing Plaintiff Jerue to withdraw as a class representative and replacing him with the two new named class representatives, as well as other relief to which they may be entitled, at law or in equity.

By:       /s/ *W. Mark Lanier*
Neal O'Toole, Esq.
**O'Toole Law Group**
310 E. Main Street
Bartow, FL  33830
Telephone: (863) 533-5525
notoole@otoolepa.com

W. Mark Lanier, Esq.
(admitted *pro hac vice*)
Richard Meadow, Esq.
(admitted *pro hac vice*)
Chris Gadoury, Esq.
(admitted *pro hac vice*)
**The Lanier Law Firm, P.C.**
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
wml@lanierlawfirm.com
Richard.Meadow@lanierlawfirm.com
Chris.Gadoury@lanierlawfirm.com

Christopher T. Nidel, Esq.
(admitted *pro hac vice*)
Jonathan Nace, Esq.
(admitted *pro hac vice*)
**Nidel & Nace, P.L.L.C.**
One Church Street, Suite 802
Rockville, MD  20850
Telephone: (202) 780-5153
chris@nidellaw.com
jon@nidellaw.com

Steven J. German, Esq.
(admitted *pro hac vice*)
Joel M. Rubenstein, Esq.
(admitted *pro hac vice*)
**German Rubenstein LLP**
19 West 44th Street, Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
sgerman@germanrubenstein.com
jrubenstein@germanrubenstein.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 24, 2020, I conferred with counsel for Defendant regarding the foregoing Plaintiffs' Motion for Leave to Amend Class Complaint and Substitute Class Representatives, who advised he is opposed to this motion.

*/s/ Chris Gadoury*
Chris Gadoury

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, a true and correct copy of the foregoing Plaintiffs' Motion for Leave to Amend Class Complaint and Substitute Class Representatives was served electronically on all parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Chris Gadoury*
Chris Gadoury