UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE, et al.,

    Plaintiff,

v.                                                     Case No: 8:17-cv-587-T-60AEP

DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## ORDER DENYING "PLAINTIFFS' MOTION FOR LEAVE TO AMEND CLASS COMPLAINT AND SUBSTITUTE CLASS REPRESENTATIVES"

    This matter is before the Court on "Plaintiffs' Motion for Leave to Amend Class Complaint and Substitute Class Representatives," filed on August 24, 2020. (Doc. 110). On September 8, 2020, Defendant filed a response in opposition. (Doc. 111). Upon review of the motion, response, court file, and record, the Court finds as follows:

    Plaintiffs John J. Jerue and Michael J. Feist are the owners of real property located in the residential communities of Oakbridge and Grasslands. These communities were developed by Defendant Drummond Company, Inc., a phosphate mining company and a developer of residential and commercial property. Plaintiffs initiated this purported class action on March 10, 2017, generally alleging that Defendant's mining and reclamation activities caused the land upon which the Oakbridge and Grasslands developments sit to be contaminated with harmful radiation, and that Defendant was aware of the contamination and risks posed to residents but did nothing.

    In the instant motion, Plaintiffs seek to amend their amended class action complaint to allow Jerue to withdraw as a class representative and to replace him with

two new class representatives. The motion explains that Jerue's father recently passed away, and that the resulting impact on both his private and professional life is likely to impact his ability to serve as a class representative in this case. Plaintiffs contend that the proposed amendment would cause no unfair prejudice or delay in this case. Defendant opposes the motion, pointing out that this case has been pending *for over three and a half years* with Jerue and Feist as the named plaintiffs, and that the amendment seeking to add two new entirely new plaintiffs would result in prejudice and further delay. Defendant asserts that because Feist would remain in the case as a proposed class representative, the case may still proceed normally through the class certification process.

Although the Court is certainly sympathetic to Jerue's circumstances, his inability or lack of desire to proceed does not require or justify the addition of two new class representatives here. Feist, who has been named as a class representative since April 2017, remains in this case and can represent the interests of the putative class. The Court agrees with Defendant that the addition of two entirely new plaintiffs at this time – three and a half years into the case – would result in prejudice and further delay. The motion to amend is denied.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 29th day of September, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**