**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN J. JERUE and MICHAEL J. FEIST,

      Plaintiffs,

v.                                                    Case No. 8:17-CV-00587-TPB-AEP

DRUMMOND COMPANY, INC.,

      Defendant.

_____

## STIPULATION OF DISMISSAL

*COME NOW* all parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal of John Jerue *without prejudice.*

           NIDEL & NACE, PLLC

           */s/ Christopher T. Nidel*
           Christopher T. Nidel, Esq. *Admitted Pro Hac Vice*
           Nidel & Nace, PLLC
           One Church Street
           Suite 802
           Rockville, MD 20850
           (202) 780-5153
           *Attorney for Plaintiff*

           /s/ Frederick J. Grady
           Frederick J. Grady Florida Bar No. 437980
           fred.grady@hklaw.com Charles Wachter Florida
           Bar No. 509418
           charles.wachter@hklaw.com 100 N. Tampa Street,
           Suite 4100
           Tampa, FL  33602-3644
           Telephone: (813) 227-8500

           *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 20, 2020, a true and correct copy of the foregoing was served via email to counsel for Defendant.

*/s/ Christopher T. Nidel*
Attorney
