**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

    Plaintiffs,

v.                                            Case No. 8:17-cv-00587-TPB-AEP

DRUMMOND COMPANY, INC.

    Defendant.
_____

## JOINT MOTION FOR EXTENSIONS OF CLASS CERTIFICATION BRIEFING DEADLINES UNDER CASE MANAGEMENT AND SCHEDULING ORDER [DOC. 137]

***COME NOW*** all parties and jointly request that the Court extend the class certification briefing deadlines by 60 days so the parties can meaningfully engage in an agreed multi-step mediation process. In support of this joint request, the parties state the following:

1. The parties have engaged in several meetings culminating in an agreement to engage in a multi-step mediation process with Mr. John Barkett of Shook, Hardy & Bacon, LLP.. The parties will commence a multi-step mediation process on May 25, 2021 with subsequent meetings to be held thereafter.

2. The parties are mindful of the Court's interest in maintaining established deadlines; however, the parties believe a modest extension of the class

certification briefing schedule deadlines will benefit the parties' settlement discussions.

3. The parties therefore move the Court to modify the current class certification briefing deadlines to reflect the following new deadlines:

| Current Deadlines | New Proposed Deadlines | Event |
|---|---|---|
| 2021-05-28 | 2021-07-30 | Deadline for Plaintiff to file Motion for Class Certification (including any affidavits of fact witnesses) |
| 2021-07-09 | 2021-09-10 | Defendant's Response in Opposition to Motion for Class Certification due (including any affidavits of fact witnesses) |
| 2021-08-09 | 2021-10-08 | Plaintiff's Reply in Support of Motion for Class Certification due |

**WHEREFORE,** the parties respectfully request the Court to modify the existing class certification briefing deadlines as jointly proposed and as stated above.

| | |
|---|---|
| Respectfully Submitted: | Respectfully Submitted: |
| THE LANIER FIRM | HOLLAND & KNIGHT LLP |
| /s/ Chris Gadoury | /s/ Frederick J. Grady |
| W. Mark Lanier (admitted pro hac vice)<br>Richard Meadow (admitted pro hac vice)<br>Christopher L. Gadoury (admitted pro hac vice)<br>10940 W. Sam Houston Parkway North<br>Suite 100<br>Houston, TX 77064 | Joseph H. Varner, III<br>(Fla. Bar No. 394904)<br>Frederick J. Grady<br>(Fla. Bar No. 437980)<br>Charles Wachter<br>(Fla. Bar No. 509418)<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 |

Telephone: (713) 659-5200
mark.lanier@lanierlawfirm.com
Richard.Meadow@lanierlawfirm.com
Chris.Gadoury@lanierlawfirm.com

NIDEL & NACE, P.L.L.C.

Christopher T. Nidel (admitted pro hac vice)
Jonathan B. Nace (admitted pro hac vice)
2201 Wisconsin Avenue NW
Suite 200
Washington, DC 20007
Telephone: (202) 708-5153
chris@nidellaw.com
jon@nidellaw.com

GERMAN RUBENSTEIN LLP

Steven J. German (admitted pro hac vice)
Joel M. Rubenstein (admitted pro hac vice)
19 West 44th Street
Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
sgerman@germanrubenstein.com
jrubenstein@germanrubenstein.com

O'TOOLE LAW GROUP

Neal O'Toole (Florida Bar No. 691267)
310 E. Main Street
Bartow, FL 33830
Telephone: (863) 533-5525
Email: notoole@otoolepa.com

Telephone: (813) 227-8500
Facsimile: (813) 229-0134
joe.varner@hklaw.com
fred.grady@hklaw.com
Charles.Wachter@hklaw.com

BURR & FORMAN LLP

Bryan O. Balogh (admitted pro hac vice)
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5469
Bryan.balogh@burr.com

*Counsel for Drummond Company, Inc.*

- 4 -

*Counsel for Plaintiffs*

#84138238_v2