| Number | Title |
|---|---|
| 1 | Drummond 30b(6) Deposition |
| 2 | Drummond Representative Deposition Exhibit 4 |
| 3 | Drummond Representative Deposition Exhibit 5 |
| 4 | Affidavit of Plaintiff Michael J. Feist |
| 5 | Deposition of Plaintiff Michael J. Feist |
| 6 | Expert Report of J. Stewart Bland, CHP, March 23, 2020 |
| 7 | Expert Report of David Lyerla, March 23, 2020 |
| 8 | Expert Report of Kai Vetter, Ph.D., March 16, 2020 |
| 9 | Rebuttal Expert Report of Kai Vetter, Ph.D., April 2, 2021 |
| 10 | Expert Report of Anita Singh, Ph.D., March 16, 2020 |
| 11 | Rebuttal Expert Report of Anita Singh, Ph.D. April 2, 2021 |
| 12 | Rebuttal Expert Report of J. Stewart Bland, CHP, April 2, 2021 |
| 13 | Expert Report of Robert Ullrich, PhD September 22, 2020 |
| 14 | Rebuttal Expert Report of Robert Ullrich, Ph.D., April 2, 2021 |
| 15 | Expert Report of Dean Felsher, M.D., September 13, 2020 |
| 16 | Rebuttal Expert Report of Dean Felsher, M.D. April 1, 2021 |
| 17 | Expert Report of Jeffrey Zabel, Ph.D., March 6, 2020 |
| 18 | Rebuttal Expert Report of Jeffrey Zabel, Ph.D., April 14, 2021 |
| 19 | Oakbridge Development of Regional Impact (DRI), Application for Development Approval (ADA) Lakeland, Florida |
| 20 | October 9, 1978 PCHD Letter to Donald Guthrie re: Field Survey Drummond Property |
| 21 | July 14, 1980 PCHD Letter to Mike Yencso re: Results of Radiation Survey on Drummond/Lakeland Site |
| 22 | Deposition of Drummond Expert Mark A. Travers |
| 23 | Expert Report of Drummond Expert Jeffrey A. Klaiber |
| 24 | Deposition of Drummond Expert Jeffrey A. Klaiber |
| 25 | Deposition of Drummond Expert Randy A. Whicker |
| 26 | Deposition of Expert J. Stewart Bland, CHP |
| 27 | OSWER No. 9200.4-18 - Establishment of Cleanup Levels for CERCLA Sites with Radioactive Contamination |
| 28 | OSWER 9200.4-40 Radiation Risk Assessment At CERCLA Sites: Q & A |
| 29 | Comparison of Estimated Cancer Risks and Various Radiation Measurements for Radium226 |

| | |
|---|---|
| 30 | September, 2011 Proposed Plan for an Interim Amendment to the Record of Decision for the EMF Superfund Site, FMC Operable Unit, Pocatello, Idaho (USEPA) |
| 31 | Response to Gurr & Associates Sufficiency Response |
| 32 | Expert Report of Drummond Expert Jennifer N. Pitts, CRE, January 11, 2021 |
| 33 | Deposition of Drummond Expert Jennifer N. Pitts, CRE, January 11, 2021 |
| 34 | Expert Report of Drummond Henry H. Fishkind |
| 35 | Deposition of Expert Dean Felsher, M.D. |
| 36 | Supplemental Expert Report of J. Stewart Bland, CHP, November 6, 2020 |