# EXHIBIT 5

Michael J. Feist
October 07, 2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.:  8:17-CV-00587-TPB-AEP

JOHN J. JERUE and MICHAEL J.
FEIST,

            Plaintiffs,
vs.

DRUMMOND COMPANY, INC.,

            Defendant.
_____/

VIDEOTAPED DEPOSITION OF

MICHAEL J. FEIST

Pages 1 through 166

Wednesday, October 7, 2020
9:12 a.m. - 2:39 p.m.

Holland & Knight, LLP
100 North Tampa Street, Suite 4200
Tampa, Florida 33602

Stenographically Reported By:
Denise Sankary, RPR, RMR, CRR

Page 2

```
1   APPEARANCES:
2
    On behalf of Plaintiffs:
3
        NIDEL & NACE, P.L.L.C.
4       5335 Wisconsin Avenue, NW, Suite 440
        Washington, D.C. 20015
5       202-558-2020
        BY:  CHRISTOPHER T. NIDEL, ESQUIRE
6       chris@nidellaw.com
7   and
8       GERMAN RUBENSTEIN, LLP
        19 West 44th Street, Suite 1500
9       New York, New York 10036
        212-704-2020
10      BY:  STEVEN J. GERMAN, ESQUIRE
        sgerman@germanrubenstein.com
11
12  On behalf of Defendant:
13      HOLLAND & KNIGHT, LLP
        100 North Tampa Street, Suite 4100
14      Tampa, Florida 33602-3644
        (813)227-6485
15      BY:  CHARLES WACHTER, ESQUIRE
        charles.wachter@hklaw.com
16      BY:  FREDERICK J. GRADY, ESQUIRE
        fred.grady@hklaw.com
17
18  and
        BURR & FORMAN, LLP
19      420 North 20th Street, Suite 3400
        Birmingham, Alabama 35203
20      205-458-5469
        BY:  BRYAN O. BALOGH, ESQUIRE
21      bbalogh@burr.com
22
    ALSO PRESENT:  Travis Failey, Videographer
23               Russell Wills, Videographer
                 Nancy Daniel, Paralegal
24               Blake Andrews, Esquire
                 Connie Cox, Esquire
25
```

Page 3

```
1              I N D E X
2
    Examination                              Page
3
    MICHAEL J. FEIST
4
    Direct          By Mr. Wachter           5
5   Cross           By Mr. Nidel             160
    Redirect        By Mr. Wachter           163
6
    Certificate of Oath                      165
7   Certificate of Reporter                  166
8              DEFENSE EXHIBITS
9   No.                                      Page
10  1    Color photographs                   16
11  2    06/14/20 Warranty Deed between Herve 17
         A. Meillat, Annie Meillat and Michael
12       Feist, Ratnamani Lingamallu
13  3    07/05/20 Warranty Deed between Thomas 17
         S. Wallace, Alice A. Wallace and
14       Michael Feist, Ratnamani Lingamallu
15  4    07/01/05 Warranty Deed between       25
         Michael Feist, Ratnamani Lingamallu
16       and Eugene W. Kent, Carol J. Kent
17  5    04/26/06 Corrective Warranty Deed    28
         between Michael Feist, Ratnamani
18       Lingamallu and Eugene W. Kent, Carol
         J. Kent
19
    6    08/31/05 Warranty Deed between Helena 31
20       Mahias and Rekha Holdings, LLC
21  7    (6)Color photographs                 33
22  8    Drummond Properties Lakeland         138
         Development Agreement with Department
23       of Community Affairs and Central
         Florida Regional Planning Council
24
    9    05/02/17                             140
25       Drummond/Grasslands/Oakbridge Meeting
```

Page 4

```
1   The following proceedings began at 9:12 a.m.:
2        THE VIDEOGRAPHER:  Good morning.  We are
3   now on the record.  Today's date is October 7,
4   2020, and the time is 9:12 a.m.
5        We are here for the videotaped deposition
6   of Mr. Michael J. Feist taken in the matter
7   John Jay Jerue and Michael J. Feist,
8   Plaintiffs, versus Drummond Company,
9   Incorporated.  Case
10  Number 8:17-CV-00587-TPB-AEP, in the United
11  States District Court, Middle District of
12  Florida, Tampa Division.
13       We are located here today at Holland &
14  Knight, 100 North Tampa Street, Suite 4100 --
15  excuse me, 4200, Tampa, Florida.
16       Will the attorneys in the room please
17  introduce themselves, starting with the
18  plaintiff.
19       MR. NIDEL:  Chris Nidel on behalf of the
20  plaintiffs.
21       THE VIDEOGRAPHER:  Can you please put
22  your --
23       MR. WACHTER:  I'm Charles Wachter
24  representing the defendant.  I'm here with Fred
25  Grady, my partner, and Nancy Daniel, our
```

Page 5

```
1   paralegal.
2        THE VIDEOGRAPHER:  Will the court reporter
3   please -- my name is Travis Bailey representing
4   Trial Consultant Services.  I'm the
5   videographer.  Russell Wills is also -- my
6   associate is also in the room.
7        Will the court reporter please swear the
8   witness.
9        THE COURT REPORTER:  Mr. Feist, would you
10  raise your right hand, please.
11       Do you swear the testimony you're about to
12  give today will be the truth, the whole truth
13  and nothing but the truth?
14       THE WITNESS:  I do.
15       THE COURT REPORTER:  Thank you.
16  Thereupon:
17            MICHAEL J. FEIST
18  having been first duly sworn, was examined and
19  testified as follows:
20       THE VIDEOGRAPHER:  Please proceed.
21            DIRECT EXAMINATION
22  BY MR. WACHTER:
23  Q.   Mr. Feist, my name is Charles Wachter.
24       Could you give us your full name, please?
25  A.   Michael John Feist.
```

Page 6

1    Q.   Okay.  Mr. Feist, if you need a break or
2  if you have any difficulty hearing, could you please
3  let us know?
4    A.   Sure.
5    Q.   Mr. Feist, where do you live?
6    A.   You want the full address?
7    Q.   Yes, sir.
8    A.   3504 Royal Court North, Lakeland, Florida
9  33812.
10   Q.   And who do you live with?
11   A.   My wife and four boys; four sons.
12   Q.   Thank you.
13        What's your wife's name?
14   A.   Fon, F-O-N.
15   Q.   And do you have any other children?
16   A.   I do.  I have an 18-year-old daughter
17  who's away at college.
18   Q.   So four boys and one daughter?
19   A.   Yeah.
20   Q.   Okay.  Where did you live -- where does
21  your daughter live when she's not in college?
22   A.   With my ex-wife in Grasslands.
23   Q.   Where's that located?  What's the address
24  for that?
25   A.   3039 Grasslands Drive, I think it is.  And

Page 7

1  the ZIP code is 33813 or 03.  I'm not sure.
2    Q.   And so before your -- can we get your
3  daughter's name?
4    A.   Bayli, B-A-Y-L-I.
5    Q.   Okay.  So before your daughter went to
6  college, did she reside with your former wife in
7  Grasslands?
8    A.   Yes.  My former wife had custody.  We had
9  kind of the usual arrangement.  So she lived mostly
10  with my ex-wife.
11   Q.   What's your former wife's name?
12   A.   Her full name is Ratnamani Lingamallu.  I
13  could spell that.
14   Q.   Could you?
15   A.   R-A-T-N-A-M-A-N-I.  Lingamallu is
16  L-I-N-G-A-M-U-L-L-A [sic].
17   Q.   So does Ms. Lingamallu reside in the -- in
18  Grasslands?
19   A.   She does, yeah.
20   Q.   Mr. Feist, where did you reside before
21  Royal Court?
22        MR. NIDEL:  Objection to form.
23   BY MR. WACHTER:
24   Q.   We're going to go back on your -- in terms
25  of your residential --

Page 8

1    A.   Right.
2    Q.   -- chronology.  So take your time.
3    A.   Yeah.  I just -- I'm trying to remember
4  the actual address, but it was, I believe, 733 Terra
5  Largo Drive or something like that.  That was also
6  Lakeland, Florida 33813.
7    Q.   When did you live there?
8    A.   That was about 2000 -- January 2008 to
9  about 2010.  August, I think, 2010, something like
10  that.
11   Q.   Where did you live before that?
12   A.   651 Grasslands Village Circle.
13   Q.   How long did you live there?
14   A.   About two years, a little less than two
15  years.
16   Q.   What years were that?
17   A.   That was, I believe, 2007, 2008.
18   Q.   So -- and so prior to 651 Grasslands
19  Village, that's -- is that in Muirfield Village?
20   A.   It is, yeah.
21   Q.   Okay.  Prior to Muirfield Village, where
22  did you live?
23   A.   A short time at 3039 Grasslands Drive.
24   Q.   And then where did you live before that?
25   A.   The number, I don't remember, but Winged

Page 9

1  Foot Drive in Grasslands also.
2        I have, excuse me, a bit of a correction.
3  Prior to 3504 Royal Court, I also lived in Oakbridge
4  and -- yeah, that was Whitestone Court.  And then
5  prior to 3039 Grasslands, I lived at Winged Foot
6  which is also in Grasslands.  I just don't remember
7  the number.
8    Q.   Okay.  So just to kind of get an idea of
9  the chronology, was Winged Foot the first residence
10  within Grasslands that you lived at?
11   A.   Yes.
12   Q.   So would that have been 3141 Winged Foot
13  Drive?
14   A.   Yep, sounds correct.
15   Q.   And then was the next residence
16  3039 Grasslands Drive?
17   A.   Correct.
18   Q.   And then did you go to Grasslands Village
19  Circle --
20   A.   Right.
21   Q.   -- or Whitestone?
22   A.   Right, Grasslands Village Circle.
23   Q.   And then Whitestone Court?
24   A.   No, the Terra Largo.
25   Q.   Then after Terra Largo, did you go to

Page 10

1   Whitestone Court?
2        A.    Yes.
3        Q.    And Whitestone Court is in Oakbridge?
4        A.    Oakbridge, correct.
5        Q.    Did you ever live at 1774 Alta Vista
6   Circle?
7        A.    That's the Terra Largo address.
8        Q.    Okay.  So before moving to Winged Foot
9   Court, did you live in Polk County?
10       A.    No.  I lived in Pinellas.
11       Q.    Where did you live in Pinellas?
12       A.    It was, I think, Nina Drive or Nina
13  Boulevard, and it was in Seminole.
14       Q.    So why did you to --
15       A.    Seminole, Largo.
16       Q.    Thank you.
17             Why did you move to Polk County?
18       A.    I met my ex-wife and she -- she had a
19  practice here, so -- and I was a -- a computer
20  consultant, so it was easy for me to live anywhere.
21       Q.    Where are you from?
22       A.    Ohio.
23       Q.    What town?
24       A.    Akron area.  It's called Tallmadge.
25       Q.    Is that where you grew up?

Page 11

1        A.    Yes.
2        Q.    Did you go to college in Ohio?
3        A.    I did.
4        Q.    Which college did you to go to?
5        A.    Kent State.
6        Q.    When did you graduate?
7        A.    I didn't.
8        Q.    What years were you there?
9        A.    '84 to 1994, I think.
10       Q.    And so from '94 till when you moved to
11  Polk County, where did you live?
12       A.    '94.  I -- I had bought a house in Kent,
13  Ohio, in, I don't know, probably '93.  And then I
14  lived with a friend prior to moving to Florida, but
15  I don't remember the address, but it was Akron,
16  Ohio.
17       Q.    And then after that you moved to Pinellas?
18       A.    That's correct.
19       Q.    So your residence in Florida was in
20  Pinellas County and Polk County?
21       A.    Pinellas County first and then moved to
22  Polk County.
23       Q.    Any other residence in Florida?
24       A.    No, not that I know of.
25       Q.    In terms of your job history, what --

Page 12

1   what's your current job?
2        A.    I'm a senior software engineer working for
3   Franklin Templeton, and I've been with them for
4   about 12 years.
5        Q.    And what do you do as a senior software
6   engineer?
7        A.    I develop statistical models and reporting
8   to mitigate investment risks.
9        Q.    Now, is that investment risks for Franklin
10  Templeton or its customers or who?
11       A.    Franklin Templeton.
12       Q.    Before Franklin Templeton, where did you
13  work?
14       A.    I was self-employed as a consultant.  The
15  name of my company was Data Warehouse District.
16       Q.    Where did you work before that?
17       A.    Nielson Media Research.
18       Q.    And where did you work before that?
19       A.    National Citibank in Cleveland.
20       Q.    Did you ever work for Publix?
21       A.    I was a consultant for Publix.  Never was
22  employed by them.
23       Q.    When was that?
24       A.    I want to say maybe 2003 to 2005.  I don't
25  remember the exact dates, but it was something like

Page 13

1   that.
2        Q.    So for each of these jobs, did you work in
3   an office, or did you work from home?  Where did you
4   work from?
5             MR. NIDEL:  Objection to form.
6   BY MR. WACHTER:
7        Q.    Starting with your current.
8        A.    I worked from home.
9        Q.    And so for Franklin Templeton, have you
10  worked from home the entire time?
11       A.    Except for the first two weeks, yes.
12       Q.    And then for Data Warehouse, where did you
13  work from?
14       A.    I traveled to various company sites.
15       Q.    How about for Nielson?  Where did you work
16  from?
17       A.    The office in Clearwater.
18       Q.    When you were consulting with Publix, did
19  you work at Publix or from home or where?
20       A.    I went to the Publix location in Downtown
21  Lakeland.
22       Q.    And that was where you regularly worked
23  from?
24       A.    Yes.
25       Q.    When was that?

Page 14

1    A.   I believe, again, it was somewhere in the
2    2003.
3         I've got a correction.  I remember.  I was
4    at the Publix office when 9/11 hit, so it had to be
5    2001 through maybe 2003.
6    Q.   So two year-period?
7    A.   Yeah, about two years.
8    Q.   And that work was at the Publix offices?
9    A.   Yes.
10   Q.   In Lakeland?
11   A.   Correct.
12   Q.   And was that Downtown Lakeland or is there
13   a separate building that's not in downtown?
14   A.   Yeah, this is -- this was Downtown
15   Lakeland.
16   Q.   So going back to -- you were going up to
17   your current employment with Franklin Templeton.
18   Would you say you work from home exclusively or
19   mostly or...
20   A.   I work from home exclusively.  When I
21   first started with them, I did travel back and forth
22   to Fort Lauderdale about one -- one time every six
23   weeks or so.  But for probably the past five or six
24   years, I haven't traveled to Fort Lauderdale or
25   anyplace else for them that I can remember.

Page 15

1    Q.   How many hours a day do you spend at home
2    working?
3         MR. NIDEL:  Objection to form.
4    BY MR. WACHTER:
5    Q.   Currently.
6    A.   Nine hours a day.
7    Q.   And do you have a home office?
8    A.   I did.  Now I have a desk in the side of
9    the bedroom.
10   Q.   And so before the COVID-19, was it also
11   your practice to work at home?
12   A.   Yes.
13   Q.   So was 3141 Winged Foot Drive your first
14   purchase in Grasslands?
15   A.   Yes, it was.
16   Q.   I've got a picture.  I wanted to see if
17   this is the -- that house.
18   A.   It is, yes.
19        MR. WACHTER:  We're going to mark that as
20   an exhibit.  So Nancy -- Nancy's going to help
21   us with those.  These pictures.
22        MR. NIDEL:  Am I going to get a copy?  I
23   can't see.  I'm not seeing the exhibits.
24        MR. WACHTER:  Yeah, we'll get you a copy.
25

Page 16

1         (Thereupon, marked as Defense Exhibit 1.)
2    BY MR. WACHTER:
3    Q.   We're going to mark this as Exhibit 1.
4    Mr. Feist, this has got several pages that came off
5    the Internet, but I want you to let us know -- and
6    there's also an aerial view of where it sits on the
7    street.  I want you to let us know, please, if this
8    is a fair and accurate depiction of this particular
9    house.
10   A.   It is, yes.
11   Q.   So you purchased this with your former
12   wife?
13   A.   I did, yeah.
14   Q.   When was that?
15   A.   About 2001.
16   Q.   Who did you purchase it from?
17   A.   You know, I don't remember.
18   Q.   What -- why did you purchase this
19   particular house?
20   A.   I used to play a lot of golf, and this
21   house was on the golf course, and my ex-wife liked
22   it, so that's -- that's the one we chose.
23   Q.   Who negotiated the sale of the house on
24   your side?
25   A.   We went through a real estate agent.  Her

Page 17

1    name was Jeri Thom.
2    Q.   Did you and your -- did you and your wife
3    negotiate the price or pay the asking price?
4    A.   I don't think we paid the asking price.
5    Something under that, but I don't remember the
6    details exactly.
7    Q.   Were you and your former wife both
8    involved in that negotiation?
9    A.   As far as I remember, yes.
10        MR. WACHTER:  Let's mark this as Exhibit
11   Number 2.  I'm just going to say this is a deed
12   to Feist and Lingamallu from Herve and Annie
13   Meillat.  It's June 14, 2000.
14        (Thereupon, marked as Defense Exhibit 2.)
15        MR. WACHTER:  The next exhibit's going to
16   be Exhibit 3, which is from Wallace to Feist
17   and Lingamallu --
18        THE COURT REPORTER:  I'm sorry, I can't
19   hear you.
20        MR. WACHTER:  Exhibit 3 is going to be
21   another warranty deed from Wallace to Feist and
22   Lingamallu dated July 5, 2000.
23        (Thereupon, marked as Defense Exhibit 3.)
24        THE WITNESS:  I got two of the same.
25

Page 18

1  BY MR. WACHTER:
2      Q.   So just to clarify, Exhibit 2 is June 14,
3  2000, and Exhibit 3 is July 5, 2000.  Do you see
4  those, Mr. Feist?
5      A.   Yes.
6      Q.   Okay.  So it looks like it's two deeds
7  closely related in time, and they both seem to
8  relate to Fairway Lakes.  And I don't know whether
9  this is Lot 7, Lot 6.  Does this ring a bell in
10  terms of why there were two deeds?
11     A.   Where are you seeing Fairway Lakes?
12     Q.   Well, let's take a look at Number 2.
13     A.   Oh, okay.
14     Q.   Yeah.  So Number 2 talks about Fairway
15  Lakes, Lot 7C in Fairway Lakes.
16     A.   Yes.
17     Q.   Is that a deed that you and your former
18  wife received?
19     A.   Yes.
20     Q.   And then Exhibit 3 talks about Lot 7C in
21  Fairway Lakes, and is that a deed that you and your
22  wife received?
23     A.   I'm not sure which one you're calling, but
24  I'm assuming it's this other one.
25     Q.   Exhibit 3, just so we're clear, it says

Page 19

1  the grantors are Thomas S. Wallace and Alice A.
2  Wallace.
3          MR. NIDEL:  Can we have the court reporter
4      mark the exhibit he's looking at, because his
5      exhibits don't have numbers, and I'm confused
6      as to what documents we're talking about, and I
7      don't think it's appropriate.
8          MR. WACHTER:  Mr. Feist ought to have the
9      marked exhibits.
10         MR. NIDEL:  Mine aren't marked.
11         MS. DANIEL:  No, none of them are.
12         MR. WACHTER:  We're talking about the
13     marked exhibits.
14         MR. NIDEL:  Now can I get copies?
15     Nancy, he's got a third document.
16         MR. WACHTER:  Okay.
17  BY MR. WACHTER:
18     Q.   Mr. Feist, let me know when you've got
19  Exhibit 2 in front of you.
20     A.   I do.
21     Q.   All right.  What does this -- what does
22  this warranty deed relate to?
23         MR. NIDEL:  Objection to foundation.
24  BY MR. WACHTER:
25     Q.   What does this Exhibit 2 relate to?

Page 20

1          MR. NIDEL:  Same objection.
2  BY MR. WACHTER:
3      Q.   You may answer, Mr. Feist.
4          MR. NIDEL:  Same objection.
5  BY MR. WACHTER:
6      Q.   Go ahead.
7          MR. NIDEL:  Same objection.
8  BY MR. WACHTER:
9      Q.   Mr. Feist, did you not hear the question?
10         MR. NIDEL:  Same objection.
11         MR. WACHTER:  You're objecting to whether
12     or not he heard the question?
13         MR. NIDEL:  I'm objecting to you getting
14     an answer about a document you've just shown
15     him that you haven't allowed him to read and he
16     may not be able to identify an answer to your
17     question.  That's what I'm objecting to.
18         MR. WACHTER:  You know what, Mr. Nidel, if
19     your witness needs to have more time to read
20     the document, please let me know.  I'm at the
21     other end of the room, so I can't see whether
22     he's reading it or not, and I'm not getting any
23     response from the witness.
24     A.   Can you repeat the question?
25

Page 21

1  BY MR. WACHTER:
2      Q.   All right.  Exhibit Number 2, do you know
3  what that is?
4      A.   Yes.
5      Q.   What is it?
6      A.   It's a warranty deed.
7      Q.   And is that a warranty deed from Herve A.
8  Meillat and Annie Meillat to you and your former
9  wife?
10     A.   Yes.
11     Q.   And does it relate to the house that you
12  bought?
13     A.   Yes.
14     Q.   And then could you look at Exhibit
15  Number 3?
16     A.   Okay.
17     Q.   What is Number 3?
18         MR. NIDEL:  Objection to form and
19     foundation.
20     A.   It's a warranty deed.
21  BY MR. WACHTER:
22     Q.   Is that a warranty deed from Thomas
23  Wallace and Alice Wallace to you and your former
24  wife?
25     A.   Yes.

Page 22

1    Q.   Does that also relate to 3141 Winged Foot
2    Drive?
3    A.   No.
4    Q.   What does that relate to?
5    A.   3049 Grasslands.
6    Q.   So when you bought the house at
7    3141 Winged Foot Drive, that was -- the sellers
8    were -- I'm just going to spell it -- M-E-I-L-L-A-T;
9    is that right?
10   A.   Yes.  Meillat, I believe that
11   pronunciation was.
12   Q.   Thanks.
13        Okay.  And then so when you bought the
14   house -- when you bought the lot from Wallace, that
15   was for the Grasslands property?
16   A.   I believe it was.
17   Q.   So for the Grasslands Drive property, did
18   you and your wife, did you build that house, or was
19   the house already built there?
20   A.   Which one?
21   Q.   Grasslands, the one you moved to.
22   A.   Oh, there was a house there and we bought
23   it and kind of built on to it.
24   Q.   Let's go back to 3141 Winged Foot Drive,
25   which is Exhibit Number 2.  Before purchasing this

Page 23

1    house, did you consider any other neighborhoods in
2    Polk County?
3    A.   We did.
4    Q.   Which ones did you consider?
5    A.   There was another neighborhood off of Lake
6    Miriam Drive called -- I think it's Lake in the
7    Woods.
8    Q.   So why did you select this house over the
9    one you just mentioned?
10        MR. NIDEL:  Objection to form, and he
11        didn't -- I don't believe he finished answering
12        your question.
13   BY MR. WACHTER:
14   Q.   Would you like to finish, Mr. Feist?
15   A.   Yeah, sure.
16        There was another neighborhood we looked
17   at off of Clubhouse Road, but felt that that was too
18   far from a number of things.
19   Q.   Any others?
20   A.   Not that I recall.
21   Q.   Why did you select this particular
22   property?
23   A.   As I mentioned before, my ex-wife liked
24   it, it was on the golf course.
25   Q.   So you did not purchase from Drummond; is

Page 24

1    that correct?
2    A.   That transaction, I don't believe Drummond
3    was involved.  That was through an agent.
4    Q.   You purchased from these individuals,
5    right?
6    A.   Correct.
7    Q.   Did Drummond provide any information to
8    you concerning this property before you purchased
9    it?
10   A.   No.
11   Q.   Did the individuals provide any
12   information to you before you purchased it about the
13   property?
14        MR. NIDEL:  Objection to form.
15   A.   Not that I recall.
16   BY MR. WACHTER:
17   Q.   Did the agent furnish any information to
18   you about the property before you bought it?
19        MR. NIDEL:  Objection to form.
20   A.   Other than general information, not that I
21   recall.
22   BY MR. WACHTER:
23   Q.   Do you recall any general information?
24   A.   Not specifically, no.
25   Q.   Did you have an appraisal done on this

Page 25

1    property before you purchased it?
2    A.   To be honest, I don't -- I don't recall.
3    Q.   At some point, did you sell this property?
4    A.   Yes.
5    Q.   Who did you sell it to?
6    A.   The name was Eugene and I don't remember
7    his wife's name.  Last name was Kent, K-E-N-T.
8    Q.   When was that?
9    A.   I believe it was 2004 or 2005, right in
10   there.
11        MR. WACHTER:  So we're going to mark as
12        Exhibit Number 4 a warranty deed from Mr. Feist
13        and his former wife to Eugene and Carol Kent,
14        July 1, 2005.
15        (Thereupon, marked as Defense Exhibit 4.)
16   BY MR. WACHTER:
17   Q.   Let me know when you've had time to take a
18   look at that, you and your counsel, please.
19   A.   I did.
20   Q.   Mr. Feist, can you identify Exhibit 4?
21   A.   It's also a warranty deed for the sale of
22   3141 Winged Foot Drive.
23   Q.   And that's your signature on there?
24   A.   Yes.
25   Q.   So did you provide any information to the

Page 26

1  Kents in connection with this property before you
2  sold it to them?
3          MR. NIDEL:  Objection to form and
4  foundation.
5  BY MR. WACHTER:
6      Q.  Do you recall?
7      A.  Not that I recall.
8      Q.  Was there an agent involved?
9      A.  Yes, there was.
10     Q.  Who was the agent?
11     A.  I don't -- I don't recall.
12     Q.  Do you recall how much the purchase price
13 was or the selling price when you sold it?
14     A.  It was 825,000.
15     Q.  Do you recall what you purchased -- your
16 purchase cost for the property?
17     A.  I believe it was 485-, purchase price.
18     Q.  Did you add on to this house at all, or
19 was this just the appreciation over time?
20     A.  Structural adding on, no.  We did quite a
21 bit of work redecorating and landscaping.
22     Q.  Why did you sell that?
23     A.  We found 3039 Grasslands for sale, and it
24 was on the water, and my ex-wife wanted to -- back
25 to the water.

Page 27

1      Q.  Sir, did you have written sales contracts
2  for each of these purchases?  And what I'm referring
3  to is you originally bought 3141 Winged Foot Drive
4  and then you sold it and then you purchased 3039
5  Grasslands, were there written contracts?
6      A.  Yes.
7      Q.  Do you still have those somewhere?
8      A.  I've provided all the information to my
9  attorney, all the information that I could find.  So
10 those particular ones, I don't recall whether I
11 provided those or not.
12     Q.  I'm just curious whether they might still
13 be in your records somewhere or given to your
14 counsel.
15         MR. NIDEL:  Objection to the form.  He
16     stated that he's given counsel all of his
17     documents.  Counsel will state for the record
18     that any documents provided by the client have
19     been provided to defense counsel.  Beyond that,
20     I'm not sure I understand the question.
21 BY MR. WACHTER:
22     Q.  Do you have any property records that you
23 in your recordkeeping anywhere that you might not
24 have given to your counsel?
25     A.  What was the last part?

Page 28

1      Q.  The sales contracts, do you know whether
2  you gave those to your counsel or not or whether you
3  might still have them?
4      A.  I don't recall whether I did or not.  I've
5  provided quite a bit of documentation.  Which one in
6  particular, I don't remember.
7      Q.  The next document is going to be
8  Exhibit 5.  We'll get a copy of that for you.  A
9  corrective warranty deed dated April 26, 2006.
10         (Thereupon, marked as Defense Exhibit 5.)
11 BY MR. WACHTER:
12     Q.  Mr. Feist, after you and your counsel have
13 had time to look at this document, take any more
14 time you might need, but my question is going to be
15 whether you can identify Exhibit 5.
16     A.  It's a corrective warranty deed.
17     Q.  Is that also for the 3141 Winged Foot
18 Drive?
19     A.  It is, yes.
20     Q.  Do you have any recollection as to why a
21 corrective warranty deed was executed?
22     A.  I remember that there was something fishy
23 with the description, legal description of the
24 property, but I don't remember the details of what
25 the issue was.

Page 29

1      Q.  All righty.  So after selling the Winged
2  Foot Drive property to the Kents or around that same
3  time, did you also -- did you say you purchased
4  3039 Grasslands; is that right?
5      A.  Correct.
6      Q.  Had you purchased the 3039 Grasslands from
7  the Wallaces?
8      A.  We did, yes.
9      Q.  So I think we -- you were able to clarify
10 this earlier.  If you go back and look at Exhibit
11 Number 3.  Is that the warranty deed that relates to
12 3039 Grasslands?
13     A.  It is, yes.
14     Q.  So in connection with your purchase of
15 3039 Grasslands, did the Wallaces provide with you
16 any information about the property?
17     A.  No.
18     Q.  Was there an agent involved?
19     A.  There was.
20     Q.  Did the agent provide you with any
21 information about the property?
22     A.  Besides general information, not that I
23 recall.
24     Q.  Did Drummond provide you with any
25 information about the property?

Page 30

1    A.   Not that I recall.
2    Q.   So this was right also in Grasslands in
3  the Fairway Lakes subdivision?
4    A.   Correct.
5    Q.   And I think you mentioned earlier the
6  reason for moving to the Grasslands Drive location
7  was that your former wife wanted to have water or
8  water view?
9    A.   Yes.
10   Q.   How long did you live there?
11   A.   I'm going to say about a year.
12   Q.   And is this the address where your former
13  wife still resides?
14   A.   Yes, it is.
15   Q.   Now, did your daughter Bayli reside at
16  that address the whole time -- the time that you all
17  owned it and now your former wife owns it?
18   A.   First year and a half at 3141 Winged Foot
19  and then 3039 the rest of her life.
20   Q.   And how about your other -- your sons?
21  You said you had four sons.  Did they reside at
22  either of these addresses?
23   A.   They did not.
24   Q.   So your next purchase after that is
25  651 Grasslands Village Circle; is that right?

Page 31

1    A.   Correct.
2    Q.   Is that a condo?
3    A.   Yes.
4         MR. WACHTER:  And the next exhibit is
5    going to be a warranty deed from Helena Mahias.
6    I think this is Exhibit 6.
7         (Thereupon, marked as Defense Exhibit 6.)
8  BY MR. WACHTER:
9    Q.   I believe we've marked Exhibit 6 as a
10  warranty deed.  Please take all the time you need,
11  Mr. Feist, and your counsel, to review the document.
12   A.   I've reviewed it.
13   Q.   Mr. Feist, can you identify Exhibit 6?
14   A.   It's a warranty deed for a purchase of
15  what is now 651 Grasslands Village Circle.
16   Q.   And the seller is Helena Mahias?
17   A.   Correct.
18   Q.   Okay.  And the purchaser looks like it's
19  either Rekha or Rekha.  How do you pronounce that?
20   A.   Rekha.
21   Q.   Rekha.  And is that an LLC that --
22   A.   Yes, that's correct.
23   Q.   -- that is yours?
24   A.   Yes.
25   Q.   And was that later transferred to you?

Page 32

1    A.   Was it later transferred to me?  Yes.
2    Q.   So did Ms. Mahias provide you any
3  information about this property before you purchased
4  it?
5    A.   Not that I recall.
6    Q.   Was there an agent involved?
7    A.   There was.
8    Q.   Did the agent provide you with any
9  information about this property?
10   A.   Not that I recall.
11   Q.   Did Drummond provide you with any
12  information about this property before you purchased
13  it?
14   A.   Not that I recall.
15   Q.   Is this a condo?
16   A.   Yes.
17   Q.   And this is in Muirfield Village?
18   A.   It is, yes.
19   Q.   Is it a two-story or second story?
20   A.   It's a second-floor condo.
21   Q.   Is there anything on the first floor?
22   A.   Another condo.
23   Q.   So your entire living space would be on
24  the second floor?
25   A.   Correct.

Page 33

1    Q.   We have some pictures.  I'd just like to
2  make sure we've got the right property.  I'm going
3  to mark that as the next exhibit.
4         (Thereupon, marked as Defense Exhibit 7.)
5  BY MR. WACHTER:
6    Q.   It's going to be a combination of several
7  pictures.  It looks like we have several pictures,
8  some pictures of a pond behind and then the street
9  view.  Just take a look.  Take as much time as you
10  need, but I just want to see if this identifies that
11  location.
12   A.   It does, yes.
13   Q.   Why did you purchase this condo?
14   A.   One, for investment because at the time,
15  properties were appreciating, and I don't remember
16  if there was another reason at the time.
17   Q.   Did you live there?
18   A.   Yes.
19   Q.   When did -- what time period did you live
20  there?
21   A.   Sometime in -- I believe it was 2005, late
22  2005 until January 2008.
23   Q.   And so January of 2008, where did you
24  live?
25   A.   Yeah, that --

Page 34

1    Q.   Where did you live?
2    A.   Yeah, that's 1771 Alta Vista.
3    Q.   And then you -- you had one more time that
4  you were living in Oakbridge at 804 Whitestone; is
5  that right?
6    A.   Yes, that's correct.
7    Q.   And when was that?
8    A.   2010 to -- I think it was 2013, very late
9  2013, January -- excuse me, December 31st, I
10 believe.
11   Q.   Was that -- you were renting?
12   A.   Yes.
13   Q.   Did you have a written lease?
14   A.   Yes.
15   Q.   Do you know where that written lease is?
16   A.   I don't.
17   Q.   Did you live there by yourself or with
18 your current wife?
19   A.   My current wife and two boys at the time.
20   Q.   Who did you lease it from?
21   A.   A gentleman named John -- I think it's
22 Pinacchio, and I don't remember the spelling on that
23 one.
24   Q.   And why did you leave in 2013?
25   A.   Why did I leave?

Page 35

1    Q.   Yes.
2    A.   John hadn't paid the mortgage, and he got
3  foreclosed on, and so the bank sort of forced us to
4  leave.
5    Q.   So what was the reason for taking that
6  lease to begin with?  Why did you move there?
7    A.   Are you asking me why did we make a
8  decision for that particular house?
9    Q.   Right.
10   A.   A friend of mine told me John owned a
11 house in there and he was looking to rent and if I
12 would be willing to fix things up or the -- do
13 maintenance on it, he would rent it to me for a
14 reasonable price.
15   Q.   How much were you paying?
16   A.   I think it was 1200 or 1400 a month.
17   Q.   Did Mr. Pinacchio tell you anything about
18 the property before you moved in?
19   A.   No.
20   Q.   Was there an agent involved?
21   A.   No.
22   Q.   Did Drummond tell you anything about the
23 property before you moved in?
24   A.   No.
25   Q.   And did you work on the property?

Page 36

1    A.   Some, yes.
2    Q.   What did you do?
3    A.   Things like fix the deck in the back,
4  stripped the deck, fix the air conditioning multiple
5  times.
6    Q.   So your work on the deck, was that an
7  upstairs or downstairs deck?
8    A.   Downstairs.
9    Q.   What did you do to fix it?
10   A.   There was a number of boards that were
11 rotted, so I replaced the boards and stripped and
12 put a coat of finish on the -- on the pool deck.
13   Q.   And that property was ultimately
14 foreclosed on by the lender?
15   A.   Yep, yes.
16   Q.   That's why you moved out?
17   A.   Correct.
18   Q.   So in terms of Grasslands and Oakridge --
19 I'm sorry, Oakbridge, the Whitestone Court, what
20 neighborhood in Oakbridge was that located in, if
21 you remember?
22   A.   I don't remember what they called it.
23   Q.   Back on 651 Grasslands Circle in the
24 Muirfield Village, I'm just looking at those
25 pictures.  It looks like there's some garages there.

Page 37

1  Does one of those garages go with the condo?
2    A.   Yes.
3    Q.   Which one?
4    A.   It's a one-car garage just to the left of
5  the 651 identifier.
6    Q.   And did you use that for your car or --
7  some people use it for storage.  Did you use it for
8  any purpose when you lived there?
9    A.   Both.
10   Q.   Okay.  So after you moved out of 651, did
11 somebody else move in?
12   A.   Yes.
13   Q.   Who was that?
14   A.   Didn't move in right away, but a girl
15 named Dawn Dellapa.
16   Q.   Is she your tenant?
17   A.   She is.
18   Q.   And has she been your tenant -- from when
19 to when, do you know?
20   A.   Sometime in 2008 or 2009 until current,
21 present.
22   Q.   How much rent does she pay?
23   A.   It has varied quite a bit.  Right now it's
24 1200.
25   Q.   Do you have a written lease with her?

Page 38

1    A.   I don't.
2    Q.   And is there a reason why you don't have
3  that in writing?  Because you're friends or any
4  other reason?
5         MR. NIDEL:  Objection, form.
6  BY MR. WACHTER:
7    Q.   I'm just curious why you don't have a
8  written lease.
9    A.   I knew her.
10   Q.   So for your purchases in Grasslands, we
11 talked about Winged Foot, 3039 Grasslands, and also
12 651 Grasslands Village Circle.  Were those your
13 three -- only three purchases within Grasslands and
14 Oakbridge?
15   A.   There was one other purchase of another
16 condo, and I don't remember the address, but -- and
17 then there was one lot that I think I put a deposit
18 on and we didn't go through with the sale.
19   Q.   What -- where was the other condo located?
20   A.   Near 651.  Right around the corner.
21   Q.   Did you purchase that?
22   A.   We did.
23   Q.   And who -- when you say "we," who is that?
24   A.   It was through that LLC, and then I
25 believe I transferred it either to my ex-wife or she

Page 39

1  formed an LLC.  I don't remember the details of the
2  sale.
3    Q.   Was the LLC something that you had with
4  your former wife?
5    A.   Yes.
6    Q.   Do you recall when you purchased it?
7    A.   Not exactly, but it was just prior to 651.
8    Q.   Do you recall who you purchased it from?
9    A.   A gentleman named Roy Cornish.
10   Q.   Was it a second-story condo?
11   A.   Yes.
12   Q.   Similar to 651?
13   A.   Yep, only with a two-car garage.
14   Q.   How long did you hold that?
15   A.   That's -- I don't recall, because when we
16 went through the divorce, it got transferred to her,
17 and I don't remember the details of when that
18 happened.
19   Q.   When were you divorced?
20   A.   I think it was final 2008.
21   Q.   Is that condo still owned by -- and I
22 don't know if I got it right -- Rekha, Rekha
23 Holdings?
24   A.   No.  It got transferred to either my
25 ex-wife or an LLC she put together.

Page 40

1    Q.   So when you purchased this from -- is it
2  Cornish?
3    A.   Yes.
4    Q.   Did he provide you with any information
5  about the property?
6    A.   No.
7    Q.   Was there a real estate agent involved?
8    A.   There was.
9    Q.   Did that person provide you with any
10 information about the property?
11   A.   Not that I recall.
12   Q.   Did Drummond provide you with any
13 information about the property?
14   A.   Not that I recall.
15   Q.   Why did you purchase this additional condo
16 at the time?
17   A.   At the time, properties were appreciating,
18 so we thought it would be a good investment.
19   Q.   So in terms of your former wife, you're
20 saying that she may still have an interest in or own
21 the condo that was purchased from Mr. Cornish,
22 right?
23   A.   She may, yes.
24   Q.   And as far as you know, she still owns
25 3039 Grasslands?

Page 41

1    A.   Yes, she does.
2    Q.   Do you know whether she owns any other
3  property in Grasslands or Oakbridge?
4    A.   I don't think anymore.
5    Q.   When you say "anymore"...
6    A.   She had purchased a home in Oakbridge in
7  the Oak Park neighborhood, but I think she's sold
8  that a few years back, but I really don't know the
9  details.
10   Q.   You mentioned on one of your earlier
11 properties -- I can't remember which one -- that you
12 might have put in an addition or some construction?
13   A.   Yes.
14   Q.   Can you explain that?
15   A.   3039, we built on to it.  The short
16 description or details was my ex-wife wanted to
17 additional -- add additional overhang in the back
18 and add a pool, and that kind of grew into adding on
19 to the front of the house as well.
20   Q.   Did you do the work, or did you hire a
21 contractor for that?
22   A.   I hired a contractor, which I kind of
23 helped, but it was definitely through a contractor.
24   Q.   So in determining how much to pay for
25 these various purchases in Grasslands, what did you

Page 42

1  rely on in terms of your assessment of the value?
2       A.   Statements from real estate agents,
3  comparison properties, and statements by a Drummond
4  real estate agent.
5       Q.   What statements by the Drummond real
6  estate agent?
7       A.   Just that houses were appreciating, condos
8  were appreciating and this might be a good time to
9  buy.
10       Q.   Who was that that you're referring to?
11       A.   Her first name is Jeorgia.  I don't
12  remember her last name.  Jeorgia with a J.
13       Q.   When did you speak with Jeorgia?
14       A.   Several times starting in probably 2001.
15  She -- she helped with the purchase of 3039 through
16  the Wallaces and also with the purchase of --
17  through the condo with Roy Cornish.
18       Q.   Was she the agent on that?
19       A.   She was, as far as I remember.
20       Q.   What all did she tell you about the
21  benefits or advantages of these properties?
22       A.   3039, I would say, was probably limited in
23  that, was more that she knew that the Wallaces were
24  interested in selling, and we had a conversation
25  that we were interested in looking for a house on --

Page 43

1  on the water, but I don't remember beyond that.
2       Q.   Do you recall anything else that she told
3  you?
4       A.   She talked about the condos are
5  appreciating fairly quickly, and if we were
6  interested in purchasing, she knew of one or two
7  that were coming up for sale.
8       Q.   And these were coming up for sale by
9  individuals?
10       A.   Correct.
11       Q.   Did she give you any other information
12  about the condos?
13       A.   Not that I recall.
14       Q.   Did she give you any other information
15  about 3039 Grasslands?
16       A.   Again, outside of general information, I
17  don't -- don't recall anything else.
18       Q.   And when you say "general information,"
19  what does that mean to you?
20       A.   The situation with, you know, why the
21  couple was selling and, you know, details about the
22  house, but outside of that, I don't remember -- I
23  don't recall anything else.
24       Q.   Do you recall anything she said about the
25  details of the house for 3039 Grasslands?

Page 44

1       A.   No, not really, other than it was dated,
2  looked dated, but we may be interested in it because
3  of the location and the water view.
4       Q.   So I'm just curious in terms of how you
5  got in contact with Jeorgia.
6            MR. NIDEL:  Objection to form.
7  BY MR. WACHTER:
8       Q.   Was she the listed agent on the property?
9       A.   She was an agent for Drummond, so we kind
10  of had open dialogue, I guess.
11       Q.   So how did you meet her, if you recall?
12       A.   I don't recall.
13       Q.   So you were also looking at properties
14  that Drummond had for sale?
15       A.   I think we considered a lot which Drummond
16  had for sale, but I don't recall a finished house.
17       Q.   Did you ever get any sales literature from
18  Drummond?
19       A.   I think we did when we were first looking
20  for -- looking at 3141 Winged Foot.
21       Q.   Did you keep any of that?
22       A.   No.
23       Q.   Do you recall what it said?
24       A.   Not the details, no.
25       Q.   In addition to the sales, that would also

Page 45

1  include promotional literature.  Were you given any
2  promotional literature, fliers and promotional
3  materials from Drummond?
4       A.   No, not that I recall.
5       Q.   For these properties that you purchased in
6  Grasslands, did you finance those through a lender?
7       A.   Yes.
8       Q.   Do you recall the lenders involved?
9       A.   SunTrust.
10       Q.   SunTrust was the lender on all of them?
11       A.   I believe so.
12       Q.   Was there somebody that you dealt with at
13  SunTrust?  Do you have a banker that you dealt with
14  or an office?
15       A.   Yeah, I don't remember the details.
16       Q.   So in terms of the -- taking out the
17  mortgage loan on these properties or the purchase,
18  was there an appraisal for each of these properties?
19       A.   I'm assuming, yes.
20       Q.   Did you review the appraisal or agree with
21  it?
22            MR. NIDEL:  Objection to form.
23  BY MR. WACHTER:
24       Q.   Do you recall reviewing the appraisals?
25            MR. NIDEL:  Objection to form.  You --

Page 46

1      it's a compound question.
2  BY MR. WACHTER:
3      Q.   Do you recall reviewing the appraisal for
4  any of these properties?
5      A.   I don't recall, no.
6      Q.   What is your understanding of the purpose
7  of an appraisal?
8      A.   To justify the value for the mortgage
9  company that's underwriting it.
10     Q.   As far as you knew, was the appraised
11 value accurate --
12          MR. NIDEL:  Objection to form and
13     foundation.
14 BY MR. WACHTER:
15     Q.   -- for each of these properties?
16          MR. NIDEL:  Objection to form and
17     foundation.
18     A.   I don't think I would have any way of
19 knowing that other than going -- going by the
20 experts in that case.
21 BY MR. WACHTER:
22     Q.   Who would be the expert you're referring
23 to?
24     A.   The appraisal, appraiser.  But whether it
25 was accurate, et cetera, I wouldn't have any -- any

Page 47

1  way of knowing that.
2      Q.   You can't recall disagreeing with any of
3  the appraisals on any of these properties in
4  Grasslands, do you?
5      A.   I don't.
6      Q.   So with regard to these properties that
7  you purchased with your former wife -- or I guess
8  you purchased all of them with your former wife; is
9  that right?  I'm talking about Winged Foot,
10 Grasslands and Grasslands Village, those three.
11     A.   Correct.
12     Q.   Those were purchased with your former
13 wife.
14     A.   Correct.
15     Q.   Do you recall whether your former wife had
16 any involvement in the negotiation for those, or was
17 it primarily yourself?
18     A.   I don't recall the details of who
19 negotiated.
20     Q.   Do you recall whether your former wife
21 received any information concerning these
22 properties?
23     A.   I don't recall, no.
24     Q.   So for each of these properties -- and I'm
25 referring to the three that you purchased, Winged

Page 48

1  Foot, Grasslands Village, and Grasslands Drive, and
2  I guess there was also the other condo, Muir 651?
3      A.   Uh-huh.
4      Q.   I just can't remember.  Was that also one
5  that you purchased?
6      A.   Yeah.  I don't recall the address, but yes
7  there was another one.
8      Q.   All right.  So we have four purchases in
9  Grasslands; is that right?
10     A.   Yes.
11     Q.   And that's all; all that you purchased?
12     A.   Yes.
13     Q.   So did each of these purchases come with a
14 radon disclosure?
15     A.   Not that I recall.
16     Q.   Do you know what radon is?
17     A.   It's a gas.
18     Q.   Is it a radioactive gas?
19     A.   As far as I know, yes.
20     Q.   And is it associated with the soil?
21          MR. NIDEL:  Objection to form and
22     foundation.
23     A.   What radon is produced by?
24 BY MR. WACHTER:
25     Q.   Right.

Page 49

1      A.   I'm not an engineer or scientist, so I
2  can't answer that.  I really don't know.
3      Q.   Do you know whether it comes from radium
4  in the -- radium in the soil?
5          MR. NIDEL:  Objection to form and
6     foundation.
7      A.   As far as I know, yes.
8  BY MR. WACHTER:
9      Q.   And so in terms of your purchase contract
10 when you bought these four properties with your
11 former wife, within the contract was there a
12 disclosure that related to radon?
13     A.   Not that I recall.
14     Q.   When you purchased these four properties,
15 were you aware that radon was an issue with respect
16 to potential health risk?
17          MR. NIDEL:  Objection to form and
18     foundation.
19     A.   Was I aware that radon was a health risk?
20 BY MR. WACHTER:
21     Q.   Yes.
22     A.   In general, yes.
23     Q.   Did you ever test for radon in any of
24 these four properties?
25     A.   No.  I would have no reason to, I guess.

Page 50

1    Q.   And then also, I know you lived at
2 804 Whitestone Court as a tenant.  Did you test for
3 radon there?
4    A.   No.  Just for structural issues.
5    Q.   What is that?  What are you referring to?
6    A.   Well, the exterior recalls were cracking,
7 like major cracks, and the floor was buckled in
8 areas, so we had an engineer come out and do an
9 evaluation, structural evaluation.
10        MR. NIDEL:  Charles, if we could take a
11   break at some point, it's been over an hour.
12        MR. WACHTER:  Sure.  Any time you need a
13   break, let us know.  Now's a good time for me.
14   Go ahead.
15        THE VIDEOGRAPHER:  We are going off the
16   record at 10:30 a.m.  This concludes Media
17   Number 1 in the deposition.
18        (Recess taken.)
19        THE VIDEOGRAPHER:  We are back on the
20   video record at 10:40 a.m.  This begins Media
21   Number 2 in the videotaped deposition of
22   Mr. Feist.
23        MR. NIDEL:  Can we -- I don't know that
24   I -- maybe I missed it.  Can we have everyone
25   who's attending this remotely identify

Page 51

1 themselves for the record?
2        MS. DANIEL:  They can't speak.
3        MR. NIDEL:  They can't?
4        MR. GRADY:  I think Russell can tell us
5   who's on.
6        MR. NIDEL:  What's that?
7        MR. GRADY:  I think he can tell us who's
8   on, but I don't think they can speak, because I
9   think everybody's muted.
10        MR. NIDEL:  We can't unmute them for them
11   to identify themselves?  I mean, I didn't -- we
12   don't have to -- I didn't know there was a
13   technical.  We can do it after this session or
14   something.
15        MR. GRADY:  There are only two people on.
16        MR. NIDEL:  Okay.  Well, I just think it's
17   just -- I think we should have a record of
18   who's at the deposition.
19        MR. WACHTER:  Good idea.  Thanks.
20   Appreciate it.
21 BY MR. WACHTER:
22    Q.   Mr. Feist, I just want to clarify.  When
23 you moved to Polk County, would that be in 2000 when
24 you bought the house on Winged Foot?
25    A.   I moved to Polk County in -- I think just

Page 52

1 prior to 2000.  My ex-wife had a house and it's
2 called Highland Place, but I don't recall the
3 address.  But she had owned that prior to our
4 marriage.
5    Q.   How long did you live there?
6    A.   I want to say under a year.
7    Q.   So what were the -- so moving forward
8 then, what was the last time that you actually lived
9 in either Grasslands or Oakbridge?
10    A.   Late 2013.
11    Q.   In terms of the 651 condo, you mentioned
12 that you got a tenant.  Did anybody else live there
13 from the time you moved out until your tenant moved
14 in?  Was there anybody else in there?
15    A.   Not that I recall.
16    Q.   And I'm not sure that we covered all of
17 your other purchases, but do you also own other
18 property in Polk County?
19    A.   We purchased two condos in a neighborhood
20 called Carillon Lakes or Carillon Lakes.  I'm not
21 sure about the pronunciation.
22    Q.   Do you still own those?
23    A.   No.
24    Q.   When did you own those?
25    A.   When did we purchase them?

Page 53

1    Q.   Yes.
2    A.   I think it was about the same time, 2005,
3 2004, something like that.
4    Q.   Did you sell them?
5    A.   No.
6    Q.   What happened to them?
7    A.   The bank repossessed them.
8    Q.   Did you own those with your former wife?
9    A.   We put a deposit on two condos for it
10 together, but the purchase was through me.  By that
11 time we were starting our divorce.
12    Q.   Any other property in Polk County that you
13 purchased?
14    A.   Not that I recall.
15    Q.   Did you own a lot in the Christina area?
16    A.   Oh, yes.
17    Q.   Can you tell me where that's located?
18    A.   It doesn't have a street address, but it's
19 on the corner of a street called Hayter and West
20 Christina Boulevard.
21    Q.   Why did you purchase that?
22    A.   My current wife said she would like to
23 have a few acres so the boys could have room to play
24 and so on.
25    Q.   What is the size of that lot?

Page 54

1      A.   Roughly four and a quarter acres.
2      Q.   When did you purchase that?
3      A.   I don't remember the exact date, but I
4  want -- I think it was 2016, but I don't remember
5  exactly.
6      Q.   Okay.  So the golfers tell me that there
7  are other golf course communities in Polk County,
8  such as Eagle Brook.  Did you consider those golf
9  course communities before purchasing in Grasslands?
10     A.   Initially, no.
11     Q.   Did you consider them at some point later?
12     A.   We did look at another house in Eagle
13  Brook.
14     Q.   So is Eagle Brook comparable to
15  Grasslands?
16          MR. NIDEL:  Objection to form and
17     foundation.
18     A.   I don't know how to answer that, to be
19  honest.
20  BY MR. WACHTER:
21     Q.   Are there any other golf --
22     A.   It's a golf course community.
23     Q.   Okay.  Are there any other golf course
24  communities in Polk County that you would consider
25  comparable to Grasslands?

Page 55

1          MR. NIDEL:  Objection to form and
2     foundation.
3      A.   Not that I know of, I guess.
4  BY MR. WACHTER:
5      Q.   So when you -- when you lived in
6  Grasslands -- I just want to clarify the, you know,
7  working from home.  At Winged Foot, did you work
8  from home?
9      A.   Some, yes.
10     Q.   Do you know what percentage?
11     A.   I don't know, maybe 20, 25 percent.
12     Q.   And the rest was away from the home?
13     A.   Yes.
14     Q.   Grasslands Drive, did you work from home?
15     A.   Yes, some.
16     Q.   What percentage?
17     A.   Probably a little less, 20 percent maybe.
18     Q.   Muirfield Village, when you lived there,
19  did you work from home?
20     A.   Yes, about the same, 20, 25 percent.
21     Q.   Whitestone, did you work from home?
22     A.   Yes.
23     Q.   What percent?
24     A.   I believe it was a hundred percent.
25     Q.   And in terms of outdoor activities at each

Page 56

1  of these locations, did you engage in any outdoor
2  activities?
3      A.   In the various houses?
4      Q.   Right.  So for Winged Foot, which was on
5  the golf course and I believe had a screened-in
6  lanai and pool, did you go outside, spend much time
7  outside?
8      A.   Yeah.
9      Q.   What did you do outside?
10     A.   Swim, garden.  We planted a ton of trees
11  and built a little pond, and so work -- worked in
12  the yard quite a bit and played golf.
13     Q.   Did you have a yard service?
14     A.   I think I did for part of the time.
15     Q.   Did you have a yard service on Grasslands
16  Drive or Muirfield Village?
17     A.   Not Muirfield Village, and Grasslands
18  Drive, not while I was living there, no.
19     Q.   And at Grasslands, did you do your own
20  yardwork?
21     A.   Some, yes.
22     Q.   Who did -- who did the other?
23     A.   Oh, at Grasslands, I did most of it and
24  then towards the end before I had moved out, my
25  ex-wife hired a company.

Page 57

1      Q.   So Muirfield Village doesn't have a yard;
2  is that right?
3      A.   That's correct.  It's a condo.
4      Q.   Did you spend any time outdoors in
5  Muirfield Village?
6      A.   Some, yes.
7      Q.   What would -- what did that consist of?
8      A.   If you're saying right around the condo, I
9  went for walks.  If you're saying in general in
10  Grasslands, I played golf and tennis and swam,
11  et cetera.
12     Q.   When you played golf, you played golf at
13  the course that's there at Grasslands?
14     A.   Yes, mostly.
15     Q.   And when you played -- well, where else
16  would you play golf?
17     A.   I might have -- I played in a couple
18  tournaments and, you know, scrambles at other
19  courses, but 90 percent of the golf I played at the
20  time was at Grasslands.
21     Q.   And how about tennis; where did you play
22  tennis?
23     A.   Mostly at Grasslands.  I'd say 85,
24  90 percent.
25     Q.   Now, are those hard courts or soft courts?

Page 58

1    A.   Both.  They have mostly clay courts and
2  they added a couple of hard courts.
3    Q.   What did you play on?
4    A.   Mostly the clay.
5    Q.   How often did you play tennis?
6    A.   A couple times a week, maybe.
7    Q.   For what period of time was that?
8    A.   2001 through, I don't know, probably 2004.
9    Q.   You were kind enough to give us access to
10  some of your medical records.  I noticed you had
11  some knee issues like a lot of tennis players.  Did
12  that interfere with your ability to play tennis?
13    A.   Yes.
14    Q.   And so was there any period of time that
15  you were not able to play because of your knee or
16  other issues?
17    A.   Yes, after surgery.
18    Q.   When was that?
19    A.   Maybe around 2013, 2014.  I don't recall
20  the dates on the surgery.
21    Q.   Your medical records only went up to a
22  certain point, and so I -- I don't know the current
23  situation.  Have you been diagnosed with any
24  illnesses in the past few years?
25    A.   Diagnosed with any illnesses.  Not that I

Page 59

1  can think of.
2    Q.   I know you received care at Watson Clinic.
3  Are you still -- is that right?
4    A.   That's correct.
5    Q.   Have you been diagnosed with cancer of any
6  type?
7         MR. NIDEL:  Objection to form.  Asked and
8  answered.
9  BY MR. WACHTER:
10    Q.   You can answer.
11    A.   No.
12    Q.   I noticed you had some potentially
13  precancerous lesions on your hands and your
14  forehead; is that correct?
15    A.   That's correct.
16    Q.   And --
17    A.   Back as well.
18    Q.   Did any of those turn into melanoma or
19  cancer?
20    A.   The one on my back, yes.
21    Q.   What was the treatment for that?
22    A.   Removal.
23    Q.   Do you have any knowledge of what caused
24  the melanoma on your back?
25    A.   I don't.

Page 60

1    Q.   When was it treated or removed?
2    A.   I don't remember the dates, but I'm going
3  to say maybe 2018.  It's a guess.
4    Q.   Any other melanomas or skin cancers?
5    A.   Just precancerous, but no -- no cancer.
6    Q.   So is that -- so when you had these
7  precancerous issues, is that something you brought
8  up with your physician?
9    A.   Yes.
10    Q.   You wanted to have them checked out?
11    A.   Yeah.
12    Q.   I also saw insomnia.  Do you still suffer
13  from insomnia?
14    A.   Yeah, if you want to call it that.  I've
15  never slept very well.
16    Q.   Do you still take Lunesta or Ambien?
17    A.   No.
18    Q.   Do you take anything for your insomnia?
19    A.   Occasionally take something called
20  Temazepam.
21    Q.   That's occasional?
22    A.   Yeah.
23    Q.   Do you use a CPAP machine?
24    A.   I attempted, but I don't use it.
25    Q.   Didn't work out for you?

Page 61

1    A.   No.
2    Q.   Do you take any other medications to help
3  with your sleep?
4    A.   Not that I recall.
5    Q.   Do you take any medications related to
6  anxiety?
7    A.   Not that I recall.
8    Q.   In the second condo that you and your
9  former wife purchased near 651, did you ever live
10  there?
11    A.   No.
12    Q.   Who lived there, or did anybody live
13  there?
14    A.   Yeah, her -- her mother did.
15    Q.   How long did she live there, do you know?
16    A.   To be honest, I don't.
17    Q.   Don't know?
18    A.   No.
19    Q.   Don't know whether she still lives there
20  or not?
21    A.   I know that she does not, but I don't now
22  how long she lived there.
23    Q.   Do you know who lives there now?
24    A.   I don't.
25    Q.   So, for example, in the -- your tenant at

Page 62

1   651, is there any record anywhere as to who she is
2   or her identifying information?  I know you told us
3   her name, but is there a record anywhere?
4           MR. NIDEL:  Objection to form and
5       foundation.
6       A.   You'd have to clarify the question.  I
7   don't -- I don't understand what you're asking.
8   BY MR. WACHTER:
9       Q.   Did you file her name as a tenant with
10  anyone?
11      A.   I sent her contact information to the
12  company that handles the association.  I don't
13  remember what their title is.
14      Q.   Why did you do that?
15      A.   It was a request, requirement.  I'm not
16  sure how to say it, but yeah.
17      Q.   Do you stay in contact with any other
18  property owners or residents in Grasslands or
19  Oakbridge?
20      A.   No.
21      Q.   Have you talked to any other residents or
22  owners in Grasslands or Oakbridge about this
23  lawsuit?
24      A.   Not that I recall, no.
25      Q.   When did you -- did you learn at some

Page 63

1   point that Grasslands and Oakbridge was built on
2   formerly mined land, land that was formerly mined
3   for phosphate?
4       A.   I originally thought it was an old dump, a
5   trash dump.  And I don't remember who told me, but
6   at some point somebody said that it was a phosphate
7   mine, but I don't remember when it was.  I don't
8   recall.
9       Q.   You're aware in general that Polk County
10  has very substantial phosphate mining or has had
11  very substantial phosphate mining over the years?
12          MR. NIDEL:  Objection to form and
13      foundation.
14  BY MR. WACHTER:
15      Q.   Did you know that about Polk County before
16  you moved there?
17      A.   No.
18          MR. NIDEL:  Same objections.
19  BY MR. WACHTER:
20      Q.   Did you learn at some point that Polk
21  County has over the years had very substantial
22  phosphate mining?
23          MR. NIDEL:  Objection to form.
24      A.   Was I aware of that at some point?
25

Page 64

1   BY MR. WACHTER:
2       Q.   Yes.
3       A.   Yeah.
4       Q.   At what point did you learn that general
5   fact about Polk County?
6       A.   I don't believe I know until this lawsuit
7   came up.
8       Q.   How did the lawsuit come up?
9       A.   For me, I read about it in the newspaper.
10      Q.   Okay.  Did you -- without getting into any
11  discussions -- we don't want any discussions you've
12  had with your counsel, but did you contact them or
13  did they contact you?
14      A.   I believe there was a request for a
15  contact for additional information, so I contacted
16  them to get additional information about what the
17  issues were.
18      Q.   And again, don't tell us about any
19  communications or any particular statements or, you
20  know, back and forth with your lawyer because that's
21  not what I'm asking.
22      A.   Okay.
23      Q.   But where did you see the information that
24  indicated that you could contact them?
25      A.   I don't recall.  I believe it was on a

Page 65

1   website, the attorney's website, but I don't recall
2   the specifics.
3       Q.   So up to that point, did you have any
4   concerns about the neighborhood and any potential
5   radon, radiation, anything related to the soil or
6   the land?
7       A.   Not that I recall.
8       Q.   And going back to the landfill issue you
9   thought you were told at some point, was it the golf
10  course or the residence was built on a landfill?
11      A.   I thought it was a, like, general
12  Oakbridge/Grasslands statement.  It was -- I heard
13  that it was a trash dump or something like that, but
14  I didn't know the details.
15      Q.   When did you learn that -- or did you
16  learn -- I think you said you learned at some point
17  that Grasslands and Oakbridge had been previously
18  mined for phosphate.  When did you learn that?
19      A.   I don't recall.
20      Q.   You know that now; is that right?
21      A.   Yes, obviously.
22      Q.   And so you first moved there roughly 20
23  years ago.  Can you place that knowledge somewhere
24  within that 20-year time span of when you learned
25  that?

Page 66

```
1         MR. NIDEL:  Objection to form and
2      foundation.
3      A.   Yeah, what are you asking?
4   BY MR. WACHTER:
5      Q.   What I'm asking is you -- you moved there
6   around 2000, right?
7      A.   Right.
8      Q.   Okay.  So within the past 20 years, can
9   you tell us when you learned that any of this -- any
10  of these neighborhoods were formerly mined for
11  phosphate?
12        MR. NIDEL:  Objection to form.  Asked and
13     answered.  All you've added is within the last
14     20 years.  You're asking the same question.
15        MR. WACHTER:  I'd appreciate it if you
16     wouldn't interrupt, Counsel.
17        MR. NIDEL:  Okay.  Well, don't ask the
18     same question repeatedly, I won't.
19        MR. WACHTER:  Counsel, you're not allowed
20     to interrupt regardless.
21        MR. NIDEL:  Objection to form.
22        MR. WACHTER:  You're not allowed to
23     interrupt.
24  BY MR. WACHTER:
25     Q.   So, Mr. Feist, can you tell us a period of
```

Page 67

```
1   time when you learned that fact?
2      A.   Over a 20 -- 20-year period, it was
3   towards the latter part of that 20 years, so in the
4   past -- past few years.
5      Q.   Can you tell us how you learned that?
6      A.   Again, I had heard some talk, I guess, and
7   I never did research and -- until I had seen the
8   newspaper article that there was some issue.
9      Q.   Did Drummond ever tell you or any of
10  Drummond's employees ever tell you that the land had
11  been previously mined for phosphate?
12     A.   No.
13     Q.   So when you moved into any of these
14  locations in Grasslands or Oakbridge, were you aware
15  at the time that this was reclaimed land that had
16  been previously mined for phosphate?
17     A.   No.
18     Q.   Was that a no?
19     A.   That was a no.
20     Q.   For any of the properties that you
21  lived -- where you lived in Polk County or
22  purchased, did you ever look into whether any of
23  those locations were previously mined for phosphate?
24     A.   I did after this lawsuit started.
25     Q.   And the lawsuit started in 2017; is that
```

Page 68

```
1   right?
2      A.   I believe so.
3      Q.   So is there any reason why you did not
4   look into that prior to 2017?
5      A.   Because I was unaware that there was an
6   issue.  I was unaware that Polk County was the
7   center for phosphate mining.
8      Q.   You're now aware of that; is that right?
9      A.   I am.
10     Q.   How did you learn that?
11        MR. NIDEL:  Objection to form.  Asked and
12     answered.
13        MR. WACHTER:  Counsel, when you say "asked
14     and answered," I believe you're suggesting an
15     answer to the witness.  I'd appreciate if you
16     would not interrupt.
17        MR. NIDEL:  Okay.  Objection to form.
18        MR. WACHTER:  Thank you.
19     A.   Was there a question there?
20  BY MR. WACHTER:
21     Q.   Yeah, thank you, Mr. Feist.  Appreciate
22  it.  Let me see where we are.
23        So I -- Mr. Feist, I believe what you said
24  was that you were not aware that Polk County was the
25  center for phosphate mining.  So how did you learn
```

Page 69

```
1   that fact?
2         MR. NIDEL:  Objection to form.
3      A.   I believe after I saw the article, I did
4   research on phosphate mining in the area.
5   BY MR. WACHTER:
6      Q.   The article is the article about this
7   particular lawsuit?
8      A.   Correct.
9      Q.   And this was the lawsuit that was
10  originally filed by Mr. Jerue, correct?
11     A.   Correct.
12     Q.   You ever talked to Mr. Jerue?
13     A.   No, not that I recall.
14     Q.   Even up until today, have you spoken with
15  him?
16     A.   Not that I recall, no.
17     Q.   Have you ever met him?
18     A.   Not that I recall.
19     Q.   I believe you said earlier that you never
20  tested for radon at any of the properties in
21  Grasslands and Oakbridge.  Can you tell me why you
22  never tested for radon?
23     A.   I never saw the need to.  I never -- I
24  didn't have information that would lead me to
25  believe that there was some issue, so I never knew I
```

Page 70

1   should test.
2       Q.   So despite whether test -- you didn't
3   test, I understand that, do you have any information
4   that would indicate that there is a radon problem at
5   any of these locations where you lived in Grasslands
6   or Oakbridge?
7       A.   Did I have any information at the time or
8   now?
9       Q.   Yeah, both, at the time and now.
10      A.   At the time, no.  And now, I'm not an
11  expert, so I don't -- I can't give you details, but
12  I believe that there are some issues out there with
13  radon.
14      Q.   So just based on your knowledge, in your
15  own words, what issues do you think there might be
16  with respect to radon at these locations where you
17  previously lived in Grasslands or Oakbridge?
18           MR. NIDEL:  Objection to form and
19      foundation.
20      A.   Again, I'm not an expert, so I can't -- I
21  don't think I can answer that.
22  BY MR. WACHTER:
23      Q.   Do you know whether the radon levels in
24  these locations are unsafe?
25           MR. NIDEL:  Objection to form and

Page 71

1       foundation.
2   BY MR. WACHTER:
3       Q.   So, Mr. Feist, for example, 3141 Winged
4   Foot Drive, do you know whether the radon levels
5   were safe or unsafe during the time that you lived
6   there?
7            MR. NIDEL:  Objection to foundation.
8       A.   I don't know.
9   BY MR. WACHTER:
10      Q.   For 3039 Grasslands Drive, do you know
11  whether the radon levels were safe or unsafe when
12  you lived there?
13           MR. NIDEL:  Objection to form and
14      foundation.
15  BY MR. WACHTER:
16      Q.   If you know.
17      A.   I had no way of knowing if there was a
18  radon issue or not.
19      Q.   Just -- so after you left 3039 Grasslands
20  Drive, I believe your former wife and then your
21  daughter continued to live there.  During the time
22  that they have lived there, have the radon levels
23  been safe or unsafe?
24           MR. NIDEL:  Objection to form and
25      foundation.

Page 72

1       A.   I have no way of knowing that.
2   BY MR. WACHTER:
3       Q.   Is that because you never tested or no one
4   told you that it had been tested?
5            MR. NIDEL:  Objection to form.
6   BY MR. WACHTER:
7       Q.   Has anyone told you it's been tested?
8       A.   No.
9       Q.   For 651 Grasslands Village Circle in
10  Muirfield Village, any information on the radon
11  levels there?
12      A.   No.
13           MR. NIDEL:  Objection to form and
14      foundation.
15  BY MR. WACHTER:
16      Q.   And the other condo there, I believe you
17  said the other condo in Muirfield Village was also a
18  second-story condo; is that right?
19      A.   Correct.
20      Q.   Did you have any information on the radon
21  levels there?
22           MR. NIDEL:  Objection to form.
23  BY MR. WACHTER:
24      Q.   Any information.
25      A.   I don't have any information for that, no.

Page 73

1       Q.   So in addition to radon, have there been
2   any other radiation testing conducted at any of
3   these locations?
4            MR. NIDEL:  Objection to form and
5       foundation.
6       A.   (Shaking head.)
7   BY MR. WACHTER:
8       Q.   So for 3141 Winged Foot Drive, has there
9   been any other type of radiation testing?
10           MR. NIDEL:  Objection to form and
11      foundation.
12  BY MR. WACHTER:
13      Q.   To your knowledge.
14      A.   Did I contract with anyone to test
15  3141 Winged Foot Drive for radon?  No.
16      Q.   Do you know if anybody did?
17      A.   Not that I know of.
18      Q.   So for 3039 Grasslands Drive, did you
19  contract with anybody to test for radiation?
20      A.   No, I didn't.
21      Q.   Do you know if anybody did?
22      A.   I have no way of knowing that.  I don't
23  know.
24      Q.   For 651 Grasslands in Muirfield Village,
25  did you contract with anyone to test for radiation?

Page 74

1    A.   No.
2    Q.   Do you know whether anybody did?
3    A.   Again, I have no way of knowing that for
4  sure.
5    Q.   Do you have any information?
6    MR. NIDEL:  Objection to form.
7    A.   I don't know whether anybody has or not,
8  because I know there was a lot of testing out there.
9  What particular address and all of that, I have no
10 way of knowing.
11 BY MR. WACHTER:
12   Q.   And I appreciate that.
13        How about the other condo in Muirfield
14 Village; was that tested for radiation?
15   MR. NIDEL:  Objection to form and
16   foundation.
17   A.   Not that I know of.
18 BY MR. WACHTER:
19   Q.   So just to be clear, on 651 Grasslands
20 Village Circle, has that condo that you owned been
21 tested for any radiation of any type?
22   MR. NIDEL:  Objection to form and
23   foundation.
24 BY MR. WACHTER:
25   Q.   You may answer.

Page 75

1    A.   I did not contract with anybody to test
2  there.  Has it been tested?  I don't know the
3  particular addresses that were tested.  I just know
4  that there was considerable testing.  But whether
5  651 was tested or not, I don't know.
6    Q.   Do you have any information that would
7  indicate 651 Grasslands Village is unsafe?
8    MR. NIDEL:  Objection to form and
9    foundation and calls for a legal conclusion.
10   MR. WACHTER:  Counsel, I believe you're
11   suggesting answers.  I'd appreciate if you
12   wouldn't.  I don't really need to know the
13   basis for your objection.
14   MR. NIDEL:  I disagree with your
15   characterization, and I believe it calls for a
16   legal conclusion.
17   MR. WACHTER:  Counsel, I don't need --
18   that's an inappropriate speaking objection,
19   counsel, here in the Middle District of Florida
20   and we may need to call the magistrate if that
21   continues.
22   MR. NIDEL:  Okay.
23 BY MR. WACHTER:
24   Q.   Mr. Feist, I think we were talking about
25 your current ownership of property at 651 Grasslands

Page 76

1  Village Circle in Muirfield Village.
2    A.   Uh-huh.
3    Q.   Do you have any information to indicate
4  whether there's unsafe radiation in that condo?
5    MR. NIDEL:  Objection to form and
6    foundation.
7  BY MR. WACHTER:
8    Q.   You may answer.
9    MR. NIDEL:  Same objections.
10   A.   I know there was multiple locations in
11 Grasslands and Oakbridge that were tested.  I don't
12 know if 651 Grasslands Village Circle was tested.  I
13 have no information of what actual testing was done.
14 I just know -- understand that there was multiple
15 locations tested, so...
16 BY MR. WACHTER:
17   Q.   Do you know whether your tenant has had
18 any radiation or radon testing done at 651?
19   A.   Not that I know of.
20   Q.   Did you have a discussion, any discussion
21 at all, with your tenant about whether there was any
22 unsafe radon or radiation at that location?
23   A.   We've had discussions about in general in
24 Grasslands and that there's a potential risk.
25   Q.   When did you have those discussions?

Page 77

1    A.   I think just after newspaper articles
2  about the lawsuit came out.
3    Q.   What did you tell your tenant?
4    A.   That there is a risk, a higher risk than
5  normal, that -- that there's radiation, the levels
6  of radiation in Grasslands are elevated and that
7  there's health risks for that.
8    Q.   What did your tenant say in regard, if
9  anything?
10   A.   I remember her asking me if this is
11 something she needs to worry about.
12   Q.   What did you tell her?
13   A.   I said I can't give you details, you know,
14 I'm not a scientist.  I'm not a geologic -- not a
15 geological, but a radiation engineer, but from what
16 I understand, radiation levels are elevated and, you
17 know, I think long-term there's concerns there.  But
18 outside of that, I don't have details of, you know,
19 whether there's actions to take -- is take
20 immediately.  I'll leave that up to her.
21   Q.   Did the tenant have anything further to
22 say about whether she was willing to stay in the
23 location?
24   A.   Not in regards to the radiation level.
25 I've been lenient on rent, so I think she stays

Page 78

1 because that's the best place she could find for the
2 price.
3       Q.   As far as you know, the tenant made a
4 decision to stay in that location?
5       A.   That's correct.
6       Q.   Your conversation with her about
7 radiation, when was that?
8       A.   I don't recall the date.
9       Q.   Was it about the time you filed a lawsuit
10 or joined the lawsuit?
11      A.   Somewhere around there, yes.
12      Q.   And was there more than one conversation
13 or was it just one conversation?
14      A.   I believe there was more than one.  One
15 when it initially came out and then again sometime
16 after.  But I don't -- don't remember the details of
17 the conversation other than, again, asking if
18 there's concern, if she should be concerned.
19      Q.   Did you tell her about the lawsuit?
20      A.   Somewhat, I guess.
21      Q.   And after you told her about the lawsuit
22 and the concerns, is it fair to say your tenant
23 decided to stay?
24           MR. NIDEL:  Objection to foundation.
25      A.   She did, yeah, because of rent -- rent

Page 79

1 leniency more than anything else.
2    BY MR. WACHTER:
3       Q.   What about your daughter and former wife
4 at 3039 Grasslands Drive, did you have a discussion
5 with them about any concerns regarding radiation
6 risk at that location?
7       A.   Not with my ex-wife, but my daughter, yes.
8       Q.   What conversation did you have with your
9 daughter?
10      A.   I told her from what I understand,
11 radiation levels are much higher than normal and
12 that there's health concerns.
13      Q.   When was that?
14      A.   Again, similar time frame, not too long
15 after the lawsuit started.
16      Q.   What was your daughter's reaction?
17      A.   Surprised, shocked, concerned.
18      Q.   Did you suggest that they have the house
19 tested?
20      A.   I don't recall.
21      Q.   Do you know whether they had the house
22 tested?
23      A.   I don't.  I believe I suggested it to my
24 daughter, but I don't remember the details.
25      Q.   So the lawsuit was filed in 2017; is that

Page 80

1 right?
2       A.   I believe so, yeah.
3       Q.   So over three and a half years ago the
4 lawsuit was filed.  Is there any reason why your
5 daughter is -- and your former wife are still living
6 in the house in Grasslands?
7           MR. NIDEL:  Objection to form and
8      foundation.
9       A.   You're asking my daughter?  For my
10 daughter, she's a minor, and she's going to -- and
11 my ex-wife has custody, so she's going to live with
12 my ex-wife.
13    BY MR. WACHTER:
14      Q.   Did you suggest that your daughter should
15 move out?
16      A.   I suggested that there are probably health
17 concerns, especially long-term, and that she should
18 take that seriously, but I didn't suggest that she
19 move out.
20      Q.   Well, wouldn't you want to have the
21 property tested with regard to safety for your
22 daughter?
23           MR. NIDEL:  Objection to form.
24    BY MR. WACHTER:
25      Q.   As a father, wouldn't you want to have the

Page 81

1 property where your daughter -- the home where your
2 daughter lives tested for safety?
3           MR. NIDEL:  Objection to form.
4       A.   Yes, I would.
5    BY MR. WACHTER:
6       Q.   Did you?
7       A.   Did I contract with anyone to test for
8 radiation levels at 3039 Grasslands?  No, I didn't.
9       Q.   Why not?
10      A.   Because I was under the impression that
11 the attorneys were hiring engineers to test
12 throughout Grasslands and Oakbridge.  So do I -- do
13 I know if they tested that particular address?  I
14 don't.
15      Q.   Did you ever get the results for that
16 particular address?
17      A.   I didn't, no.
18      Q.   Wouldn't you be concerned -- if you were
19 concerned about your daughter's safety, wouldn't you
20 be concerned to find out the results of the testing
21 of 3039 Grasslands, if it had been tested?
22      A.   If it had been tested in particular, sure.
23      Q.   Why didn't you demand the results?
24      A.   To be honest, I don't know.  I can't
25 answer that.

Page 82

1      Q.    The same with your tenant; did you suggest
2   that she have the property tested?
3      A.    I -- I remember telling her that the
4   attorneys were hiring engineers to test and, you
5   know, if she felt the need to test as well, she
6   could.  But, you know, I think that's the extent of
7   it.
8      Q.    Did your attorneys ever give you the
9   locations where they hired people to test?
10     A.    No.
11     Q.    Any reason why not?
12         MR. NIDEL:  Objection to foundation.
13  BY MR. WACHTER:
14     Q.    Were you given a reason as to why not?
15     A.    I can't answer that.  I don't know.
16     Q.    Well, would you agree with me that the
17  best way to find out whether a property is safe or
18  unsafe is to have a qualified person test that
19  property?
20     A.    Yes.
21     Q.    And do you have any knowledge of
22  particular addresses within Grasslands or Oakbridge
23  where a qualified person or company tested for
24  radiation for safety?
25     A.    Particular address, no.

Page 83

1      Q.    Do you have any other information other
2   than particular addresses?
3      A.    I didn't accompany anyone on a testing
4   run.  I'm just aware that they tested.  And what
5   particular address, I really don't know.  The only
6   other information was I saw a document one time of
7   testing years ago, and it wasn't lot by lot, but it
8   was more of area by area, and it showed radiation
9   levels.
10     Q.    Was that "many years ago," the testing was
11  done many years ago?
12     A.    It was.
13     Q.    So -- but we're talking currently, and
14  thank you for clarifying that.  Currently, do you
15  have any knowledge of any properties in Grasslands
16  or Oakbridge that have been tested and found to be
17  unsafe?
18     A.    I have no way of knowing any particular
19  address, no.  I just know there was many, many
20  points tested, and outside of that, I don't know.
21     Q.    And the reason you don't know is because
22  that information has not been provided to you; is
23  that correct?
24     A.    That is correct.
25     Q.    So in this particular case, do you have

Page 84

1   any experts that your lawyers have retained to look
2   into this case?
3      A.    Do I have any experts, no.
4      Q.    Do you know whether your lawyers have
5   hired any experts or qualified engineers or other
6   qualified individuals to look into the safety
7   issues?
8      A.    As far as I know, yes.
9      Q.    Do you know who they are?
10     A.    I don't.
11     Q.    Have you met with them, any of them?
12     A.    There was one I met and I don't know what
13  his role was, what he actually tested, but there was
14  one I did meet.
15     Q.    Do you know who that is or could you tell
16  us something that could help us identify who that
17  person is?
18     A.    I don't remember a name.  I just remember
19  he was an older guy.
20     Q.    Aside from this, the older guy --
21     A.    Yep.
22     Q.    And I appreciate your efforts to try and
23  identify the person.  If you think of anything, let
24  us know.  But aside from this one individual, have
25  you met with any other or talked with any other --

Page 85

1      A.    No.
2      Q.    -- experts or potential experts?
3      A.    No.
4      Q.    So have you suffered any personal injury
5   as a result of living in Grasslands or Oakbridge in
6   connection with the formerly mined land?
7          MR. NIDEL:  Objection to form and
8      foundation.
9      A.    I have no way of knowing that.
10  BY MR. WACHTER:
11     Q.    Have you gone to the doctor and asked to
12  be evaluated to see whether you have any cancer or
13  other illnesses that are associated with living at
14  this -- at these locations within the property?
15     A.    Have I gone to the doctor and asked to be
16  evaluated?
17     Q.    Right.
18     A.    I do yearly.  I'm not sure what you're
19  asking.  If I asked to be tested particularly for
20  radiation exposure?  Not in particular, no.
21     Q.    And I appreciate you clarifying that.  I
22  know you go to Watson Clinic.  You go to Watson
23  Clinic on a regular basis, right?
24         MR. NIDEL:  Objection to form.
25     A.    It's my -- it's my doctor.  Do I go on a

Page 86

1  regular basis?  God, I hope not.
2      BY MR. WACHTER:
3      Q.  Well, do you go to Watson Clinic when you
4  have a need for medical --
5      A.  Yes.
6      Q.  Okay.  And you've got health insurance?
7      A.  Yes.
8      Q.  And in connection with Watson Clinic or
9  any other physician, since 2017 have you gone to a
10  physician and asked to be evaluated for any
11  potential health consequences of exposure to any
12  radiation in Grasslands or Oakbridge?
13      A.  I have not.  I understood that that was
14  part of the lawsuit and that medical monitoring
15  would be a possible result of this, but did I get
16  tested since then, no, I haven't.
17      Q.  Well, in the three and a half years since
18  you filed a lawsuit, have you gone -- is there any
19  reason why you have not gone to a physician to ask
20  to be evaluated?
21      A.  I guess because I'm not a physician and I
22  don't know that there are tests that you could do
23  for radiation exposure.
24      Q.  And as far as you know, you haven't
25  developed any cancers related to any exposure or

Page 87

1  dosage in Grasslands or Oakbridge, right?
2      A.  Not that I know.
3      Q.  Has the -- has the fact that you were --
4  you've lived in these neighborhoods over a period of
5  time, has that caused any type of consequences to
6  you, physical, emotional, mental, anything like
7  that?
8          MR. NIDEL:  Objection to foundation.
9      A.  I'm not sure what you're asking.
10      BY MR. WACHTER:
11      Q.  Okay.  You said earlier that you thought
12  there was radiation exposure in the neighborhood; is
13  that right?
14      A.  Correct.
15      Q.  Has that caused you any emotional or
16  mental consequences?
17          MR. NIDEL:  Objection to form.
18      A.  Other than this deposition, yeah,
19  actually, it has.
20      BY MR. WACHTER:
21      Q.  Could you explain that, please?
22      A.  The fact that I lived out there for a
23  number of years and my daughter has lived out there
24  for 18 years, and that there's elevated levels of
25  radiation and there's possibility of health issues

Page 88

1  because of that, do I have a concern, absolutely.
2      Q.  And I forgot to ask and I appreciate you
3  reminding me.  Has your daughter suffered any
4  illnesses related to radiation exposure?
5          MR. NIDEL:  Objection to foundation.
6      A.  Not that I know of yet.
7      BY MR. WACHTER:
8      Q.  Have you advised her to go to a physician
9  to be checked out for any type of consequences
10  health-wise from radiation exposure?
11      A.  I advised her that that might be something
12  that would come out of this, that we all should be
13  concerned, and that long-term, we want to be tested
14  on a regular basis.  But did I tell her to go to the
15  doctor that day and get -- no, I didn't.
16      Q.  Up until today, do you know whether she's
17  gone to the doctor to be evaluated?
18      A.  I don't know.
19      Q.  Is there any reason why you didn't ask her
20  to do it at the time you learned about this?
21      A.  My ex-wife has custody and she makes
22  decisions for doctor visits and dentist visits, so I
23  said to my daughter that there's a health concern,
24  long-term health concern and -- but I would leave
25  that up to my ex-wife to make the decision.

Page 89

1      Q.  Now, of your sons, I think you said two of
2  your sons lived in Grasslands for a period of time?
3      A.  Yes, in Whitestone Court.
4      Q.  How many years or what period of time?
5      A.  2010 to 2013.
6      Q.  Have they developed any health problems
7  related to radiation exposure?
8          MR. NIDEL:  Objection to form and
9  foundation.
10      A.  Not that I'm aware of.
11      BY MR. WACHTER:
12      Q.  Have you had them checked out for that?
13      A.  No.
14      Q.  Any reason why you haven't?
15      A.  Because I want to see the outcome of this
16  lawsuit.
17      Q.  But I mean, if this is a health concern,
18  is there any reason why you would delay that three
19  and a half years or longer?
20      A.  Because I didn't think it was going to
21  take three and a half years.  That's the honest
22  truth.
23      Q.  When you first found out about this, is
24  there any reason why you didn't have your sons or
25  daughters -- I think you mentioned the daughter, but

Page 90

1  your sons checked out by a physician or other
2  testing?
3       A.   I wanted to wait until the outcome of the
4  lawsuit.
5       Q.   Are your sons covered under your health
6  insurance?
7       A.   They are.
8       Q.   Is your daughter covered by health
9  insurance?
10      A.   She is.
11      Q.   What -- so your former wife is a
12  physician; is that right?
13      A.   She is.
14      Q.   What's her medical specialty?
15      A.   Ear, nose and throat.
16      Q.   In terms of how this lawsuit has affected
17  you, I want to focus on any impact from being
18  exposed to any radiation when you lived at
19  Grasslands or Oakbridge.  So any impact from
20  actually being exposed as opposed to being involved
21  in the litigation --
22      A.   Yeah, I understand.
23      Q.   -- and deposition.  So aside from being
24  involved in the litigation --
25      A.   Yeah.

Page 91

1       Q.   -- focusing on when you lived there --
2       A.   Yeah.
3       Q.   -- and the consequences, have you -- for
4  example, have you lost work as a result of any
5  emotional distress, mental pain, pain and suffering?
6       A.   As a result of living in Grasslands or
7  Oakbridge?
8       Q.   As a result of having an exposure to
9  radiation.
10      A.   Not that I'm aware of.
11      Q.   Have you had any anxiety, depression or
12  other mental consequences from that?
13      A.   Prior to finding out about this, no.
14      Q.   Once you found out about it, have you gone
15  to the doctor and said that you've got mental
16  distress as a result of having this exposure?
17      A.   No, I didn't go to the doctor and state
18  that.
19      Q.   Did you have any anxiety or depression as
20  a result of finding out about the exposure?
21      A.   Anxiety, yes.  Depression, I don't think
22  so.
23      Q.   Any other psychological or physical
24  symptoms from that?
25      A.   A great deal of anxiety.  Outside of that,

Page 92

1  no physical issues.
2       Q.   So in terms of -- just to clarify, no
3  physical issues and --
4       A.   No.
5       Q.   Have you had any illness that you can
6  trace to the anxiety over having been exposed to
7  radiation?
8       A.   Not that I'm aware of.
9       Q.   And in terms -- we talked about insomnia,
10  but have you had any additional insomnia or
11  sleeplessness that you can trace to this exposure?
12      A.   I'm not a physician, so I can't really
13  trace much -- much to the exposure to radiation.
14      Q.   Has this affected your work or personal
15  life?
16      A.   Not that I'm aware of, other than feeling
17  a great deal of anxiety about the long-term
18  exposure.
19      Q.   In addition to that, is there anything
20  else that you can tell us in terms of any --
21      A.   Not that I'm aware of.
22      Q.   -- mental distress?
23      A.   Sorry for interrupting, but not that I --
24  I'm aware of.
25      Q.   Have you suffered any financial losses

Page 93

1  associated with the fact that this property was
2  formerly mined for phosphate and, in your view, has
3  elevated radiation?  Has that caused any financial
4  loss to you?
5           MR. NIDEL:  Objection to form and
6  foundation.
7       A.   The best way to answer this is not yet, I
8  guess.
9  BY MR. WACHTER:
10      Q.   And then how -- and so when you say "not
11  yet," are you saying that -- would that mean that
12  you're not going to know for 651 Grasslands Village
13  Circle whether that's going to have a financial
14  consequence or not?
15      A.   It probably will, yes.
16      Q.   What's it -- what's that based on?  What's
17  your statement based on?
18      A.   I'm assuming you're asking me for my
19  opinion.
20      Q.   Yes, sir.
21      A.   My opinion is that there's a number of
22  residents who aren't taking this seriously, and I
23  think that once it comes out and they do take it
24  seriously, I do think that there will be financial
25  impact as well as emotional impact.

Page 94

```
1        Q.   And when you say that there are a number
2   of residents not taking this seriously, what are you
3   referring to?
4        A.   I haven't talked to anybody, but based on
5   the fact that a number of residents did a, I don't
6   know, residents' town hall or something like that,
7   get-together, somebody provided some kind of
8   information to them.  But outside of that, I don't
9   know.  But the fact that they're -- it doesn't seem
10  like they're taking it seriously.
11       Q.   Well, wouldn't you agree that it's each
12  individual's choice as to whether to take it
13  seriously or not?
14       MR. NIDEL:  Objection to form.
15       A.   Yeah.
16  BY MR. WACHTER:
17       Q.   And in terms of the residents that went to
18  the residents' town hall that you referred to, do
19  you know any of those residents?
20       MR. NIDEL:  Objection to foundation.
21       A.   Just a picture I saw in the paper, I
22  recognized one guy.  Outside of that, I don't know.
23  BY MR. WACHTER:
24       Q.   Who was that?
25       A.   Tom Graham.
```

Page 95

```
1        Q.   Have you spoken with him about the case?
2        A.   No.
3        Q.   And your understanding is that he's not in
4   favor of it?
5        MR. NIDEL:  Objection to form.
6        A.   I don't know.  At the time I'm assuming,
7   but I don't know.
8   BY MR. WACHTER:
9        Q.   There was another town hall -- we're just
10  referring to these meetings as town hall meetings.
11  There was another town hall meeting that was
12  organized by someone associated with your lawyers.
13  Do you recall that?
14       A.   Yeah.
15       Q.   Did you go to that?
16       A.   I did.
17       Q.   And did you hear different opinions
18  expressed at that town hall meeting?
19       A.   Yeah.
20       Q.   Which opinions did you hear?
21       A.   Both in favor and against.
22       Q.   And these were opinions expressed by
23  residents?
24       A.   Yes.
25       Q.   And you believe that each resident last a
```

Page 96

```
1   right to express his or her opinion one way or the
2   other?
3        A.   I do.
4        Q.   In terms of the opinions that were
5   expressed against the litigation, do you recall what
6   residents were saying?
7        A.   From what I remember, they had one of the
8   residents do some I'll call it uncertified testing
9   and they were, I believe basing their opinions on
10  that, but outside of that, I don't know.  I've never
11  talked to anybody about it since this started.
12       Q.   And is there any reason why you haven't
13  talked to anybody about that?
14       So my question, Mr. Feist -- sorry for the
15  interruption -- is there any reason you haven't
16  reached out to some of those residents who were
17  opposed to the litigation?
18       MR. NIDEL:  Objection to form and
19       foundation.
20       A.   I've lost friendships over this.
21  BY MR. WACHTER:
22       Q.   Who have you lost friendships with?
23       A.   I played golf out there.  I had several
24  friends, and I've lost friendships over it and I
25  haven't contacted anybody to discuss it.
```

Page 97

```
1        Q.   Who were the people you played golf with
2   that you've lost friendships with?
3        A.   You're asking me to give you a list of
4   names?
5        Q.   Yes, sir.
6        A.   How many would you like?
7        Q.   As many as you can remember.  Give me what
8   you could remember.
9        A.   Tom Graham I would consider a friend.
10       Q.   Anybody else?
11       A.   There's a gentleman named John Fargar.
12       Q.   How do you spell his last name?
13       A.   F-A-R-G-A-R, I believe.
14       Q.   Anybody else?
15       A.   I could probably remember most of the guys
16  that I used to play golf with or some of them
17  anyway, but...
18       Q.   Who are they?
19       A.   I'll call them golfing buddies.
20       Q.   But I'm saying, what are their names?
21       A.   Jim Maskas, M-A-S-K-A-S, he's not a
22  resident though.
23       Q.   Anybody else?
24       A.   I'm drawing blanks on last names, but...
25       Q.   First names?
```

Page 98

1      A.   Ron, who I believe passed away from
2    cancer.  That was loss of friendship.
3      Q.   Any other first names?
4      A.   Will.  Robbie Davis.  I don't think those
5    two guys are residents, though.  There was another
6    guy named Bob that I don't remember his last name
7    either.  We had a group of 20, 25 guys that would
8    play occasionally.  One week 16 guys, next week ten
9    guys, next week 20, so -- and no longer friends with
10   them, so I haven't discussed it.
11     Q.   So what was the predominant view from this
12   group?
13          MR. NIDEL:  Objection to form and
14     foundation.
15     A.   Yeah, I -- I don't know.  I've never
16   talked to anybody about it, so...
17   BY MR. WACHTER:
18     Q.   Well, when you said you lost friendship,
19   was that because some of the folks you mentioned
20   indicated that they were not in favor of this
21   litigation?
22     A.   No.  No, I've lost friendships because
23   number one, I moved away from Grasslands, and number
24   two, because this litigation started and just that I
25   was involved.  I think I've lost friendships because

Page 99

1    of that.
2      Q.   Just to clarify, of this golfing group,
3    your golfing buddies, have some of them expressed an
4    opinion that they were not in favor of your
5    involvement in this litigation?  Isn't that what you
6    were talking about?
7      A.   Yes.  And I'm aware of Tom Graham wasn't
8    in favor of it and -- but there was another Tom that
9    lived two houses down from John Fargar who talked
10   with me briefly at the town hall and didn't sound
11   like he was in favor -- in favor of it, but it also
12   sounded like he understood.
13     Q.   Well, would you agree this is an
14   individual choice for each homeowner and resident to
15   make for themselves?
16          MR. NIDEL:  Object to form and foundation.
17     A.   Yeah, I don't know -- I don't know what
18   you're asking.
19   BY MR. WACHTER:
20     Q.   Well, the resident -- I'm sorry to
21   interrupt you.  Were you able to finish your
22   question -- your answer?
23     A.   Yeah, go ahead.
24     Q.   Okay, thanks.
25          You're aware that there are residents and

Page 100

1    property owners in these neighborhoods who are not
2    in favor of the litigation; is that right?
3      A.   I've heard that, yes.
4      Q.   And do you know the reasons why?  Have
5    they told you why they're not in favor of it?
6      A.   I don't know that.
7      Q.   Are they concerned that you're -- have you
8    heard an opinion that residents are concerned that
9    your litigation could have an adverse impact on
10   their investment in their properties?
11     A.   Am I aware of that?
12     Q.   Yes.
13     A.   Has somebody said that to me, no.
14     Q.   Are you aware that there are residents out
15   there who don't think that the radiation is a
16   problem?
17          MR. NIDEL:  Objection to form and
18     foundation.
19     A.   Based on what I've read, yes.
20   BY MR. WACHTER:
21     Q.   Are there any other reasons that you're
22   aware of as to why there are some residents who are
23   not in favor of this litigation?
24     A.   I can't speculate on that.  I really
25   don't.

Page 101

1      Q.   Would you agree with me that there are a
2    substantial number of residents who are not in favor
3    of this litigation?
4          MR. NIDEL:  Objection to form and
5     foundation.
6      A.   Again, based on opinion, I think that
7    there's probably a number for, a number against.
8    How many that is, gosh, I don't know.  I really
9    don't.
10   BY MR. WACHTER:
11     Q.   Would you agree that it's each resident's
12   personal right to make a decision as to whether they
13   want to pursue this litigation or not?
14          MR. NIDEL:  Objection to form and
15     foundation.
16     A.   It's a personal right how they feel about
17   it, yeah.
18   BY MR. WACHTER:
19     Q.   And wouldn't it be up to each individual
20   resident as to whether they want to make a claim or
21   not?
22          MR. NIDEL:  Same objections.
23     A.   If you're asking me to speak for the
24   residents who aren't in favor, I don't know what
25   their reasoning would be.  But do I think that they

Page 102

1  have the right to make their own decision?
2  Probably, yeah.
3     BY MR. WACHTER:
4     Q.  In terms of any health consequences -- I
5  think you mentioned somebody passed away from
6  cancer -- do you know of anybody who has been
7  diagnosed with cancer caused by radiation exposure
8  or radon exposure from living at Grasslands or
9  Oakbridge?
10    MR. NIDEL:  Objection to form and
11    foundation.
12    A.  Just -- just what I heard, you know, kind
13 of secondhand, but I don't have any specific
14 knowledge of any specific person.
15    BY MR. WACHTER:
16    Q.  So you moved out there originally in the
17 year 2000; is that right?
18    A.  Correct.
19    Q.  Okay.  In the 20 years since you
20 originally moved out there, are you aware of anybody
21 who's contracted cancer from being exposed to any
22 level of radiation or radon in Grasslands or
23 Oakbridge?
24    MR. NIDEL:  Objection to form and
25    foundation.

Page 103

1     A.  Yeah, again, I'm not a physician, a
2  radiation expert.  I kind of leave that up to the
3  attorneys and their experts.
4     Am I aware of people who've contracted
5  cancer?  I'm aware, yeah.  Can I attribute that to
6  living at Grasslands, I can't -- I can't say that
7  one way or the other.
8     BY MR. WACHTER:
9     Q.  In terms -- you had mentioned medical
10 monitoring --
11    A.  Yeah.
12    Q.  -- a little while ago.  Can you -- do you
13 have any way to figure out who would all be entitled
14 to medical monitoring?
15    MR. NIDEL:  Objection to form and
16    foundation.
17    BY MR. WACHTER:
18    Q.  Let me -- let me rephrase that.
19    Medical monitoring, you understand that
20 they have something to do with exposure and
21 potential consequences and being tested, right?
22    A.  Right.
23    Q.  Who would be entitled to that medical
24 monitoring that you're proposing in the lawsuit?
25    MR. NIDEL:  Objection to the -- objection

Page 104

1     to form and foundation.  Calls for an expert
2     opinion.
3     A.  Of who should be entitled to it?
4     BY MR. WACHTER:
5     Q.  Yes, sir.
6     A.  Anybody who was exposed.
7     Q.  For what period of time?
8     MR. NIDEL:  Same objections.
9     A.  Yeah, actually, I'm going to object --
10 object on that one for the same reason.  I have no
11 way of knowing.
12    BY MR. WACHTER:
13    Q.  Well, fortunately for you, you don't have
14 to object.
15    A.  Oh.
16    Q.  Your lawyer will do that for you.
17    A.  Come on.
18    Q.  But I'm saying, who is in that group?
19 Anybody who's been exposed, would that be one day,
20 one month, one year, ten years, what?
21    MR. NIDEL:  Objection to form and
22    foundation.
23    A.  I have no way to determine that.
24    BY MR. WACHTER:
25    Q.  How would we find those people in order to

Page 105

1  tell them that they're entitled to medical
2  monitoring?
3     MR. NIDEL:  Objection to form and
4     foundation.
5     A.  If they've lived out there, I think
6  they're entitled to it.  Does that mean if they
7  lived out there for a week, a year, ten years, I
8  can't say that.  But anybody who's lived out there
9  and been exposed I would think should be entitled to
10 medical monitoring.
11    BY MR. WACHTER:
12    Q.  How could the Court put together a list of
13 people who would be entitled to medical monitoring?
14    MR. NIDEL:  Objection to form and
15    objection to foundation.
16    BY MR. WACHTER:
17    Q.  Can you think of any way to identify --
18 let me give you another example.
19    A.  I'm sure there's a list of -- list of
20 residents and they can contact them.  In particular,
21 I don't know.
22    Q.  So, for example, your tenant --
23    A.  Uh-huh.
24    Q.  -- is she on a list somewhere?
25    A.  On a list for potential medical

Page 106

1  monitoring?
2      Q.   On a list who could be identified as being
3  within this group entitled to medical monitoring.
4          MR. NIDEL:  Objection to foundation.
5      A.   Yeah, I don't know.
6  BY MR. WACHTER:
7      Q.   Other people's tenants --
8      A.   Yeah.
9      Q.   -- if you own a property and you rent it
10 to somebody --
11     A.   Are they on some list somewhere --
12     Q.   Right.
13     A.   -- as a -- it's a requirement, request to
14 send all tenant contact information to the
15 association.
16     Q.   Well, aside from the association, are they
17 on a list anywhere so that we could contact them?
18         MR. NIDEL:  Objection to form.
19     A.   Yeah, I don't know.
20 BY MR. WACHTER:
21     Q.   In terms of family members, you mentioned
22 that your former wife's mother lived for a period of
23 time in one of the condos that you purchased,
24 correct?
25     A.   Correct.

Page 107

1      Q.   Is she on a list somewhere as to having
2  lived there for what period of time?
3          MR. NIDEL:  Objection to form and
4  foundation.
5      A.   Not that I'm aware of.  I imagine that
6  wouldn't be too difficult to find, but...
7  BY MR. WACHTER:
8      Q.   Why do you think it wouldn't be too
9  difficult to find?
10     A.   I'm a computer engineer and I could --
11 these days you could find just about anything about
12 people via the Internet.  So could you find people
13 that have had that address -- one of the addresses
14 in Oakbridge or Grasslands at some point?  You
15 probably could find that out within a 5 percent
16 accuracy, I would imagine.
17     Q.   What do you mean by "5 percent accuracy"?
18     A.   I'm just -- I don't have any details on --
19 on how accurate you could be, but I would imagine
20 that you could, you know, put together a pretty
21 decent list, fairly accurate list of past and/or --
22 and/or present residents regardless of whether it
23 was a rental or -- yeah.
24     Q.   And I appreciate that you're a computer
25 programming and software engineer.  So how would you

Page 108

1  go about that step by step?  How would you determine
2  people -- if they're not listed as owner, okay?  So
3  for the time being, you've got family members and
4  tenants who are not the owners.
5      A.   Yep.
6      Q.   And then how do you determine if the owner
7  occupied it or not?  So how do you go about finding
8  those people as to whether they were there?
9      A.   Yeah.
10         MR. NIDEL:  Objection to form and
11 foundation.
12     A.   There's probably multiple ways.  Driver's
13 license, registrations for, you know, mail.  Just
14 there's probably a number of ways that you can
15 get...
16         THE COURT REPORTER:  Can we go off?
17         MR. WACHTER:  I'm sorry.  Court reporter?
18         THE COURT REPORTER:  Can we go off the
19 record?
20         MR. WACHTER:  Sure.  Go ahead.
21         THE VIDEOGRAPHER:  We are going off the
22 record at 12:00 p.m.
23         (Recess taken.)
24         THE VIDEOGRAPHER:  We are back on the
25 record at 12:00 p.m.  This concludes Media

Page 109

1  Number 2 in the deposition of Mr. Feist.
2          The time now is also 12:13 p.m.
3          (At this time, a luncheon recess was taken
4  from 12:00 p.m. to 12:52 p.m.)
5          THE VIDEOGRAPHER:  We are back on the
6  video record at 12:52 p.m.  This begins Media
7  Number 3 in the deposition.
8  BY MR. WACHTER:
9      Q.   Mr. Feist, could you please go back to
10 Exhibit Number 6.  Do you have that handy?
11     A.   Sure.
12     Q.   I believe Exhibit Number 6 is -- it
13 references the condo purchase at 651 Grasslands
14 Circle --
15     A.   Correct.
16     Q.   -- in Muirfield Village?
17     A.   Correct.
18     Q.   Mr. Feist, the -- this deed that
19 references your purchase in Muirfield Village has
20 also got an Exhibit A attached to it.  Does your
21 exhibit there have an Exhibit A attached to it, two
22 pages there?
23     A.   Uh-huh.
24     Q.   Is it a two-page exhibit?
25     A.   Yeah.

Page 110

1    Q.   Okay.  So on Exhibit A, did you read any
2  of these materials, 1 through 12 on Exhibit A, when
3  you were purchasing this location?
4    A.   Do I remember this particular transaction?
5  No.  But I make it a habit to read through things,
6  so I can assume, yes.
7    Q.   So for any of these purchases in
8  Grasslands, did you read the document -- you've read
9  Exhibit A which is 1 through 12; is that right?
10   A.   Yes.
11   Q.   And did you read the documents that are
12 mentioned in Exhibit A?
13        MR. NIDEL:  Objection to form and
14     foundation.
15   A.   Did I read the document and did I read the
16 things on the document?
17 BY MR. WACHTER:
18   Q.   Yeah.
19        MR. NIDEL:  Same objection.
20   A.   Yeah, I would think that's a fair
21 assessment.
22 BY MR. WACHTER:
23   Q.   Well, do you recall -- for this particular
24 transaction Muirfield Village, do you have a
25 specific recollection whether you read each and

Page 111

1  every one of these documents listed on Exhibit A?
2    A.   I don't.
3    Q.   Do you have a recollection of any of the
4  documents on Exhibit A?
5    A.   I don't.
6    Q.   Were these documents that are listed on
7  Exhibit A, were they at the closing table or
8  provided to you prior to closing?
9        MR. NIDEL:  Objection to form and
10     foundation.
11   A.   This was 15 years ago, so I -- I don't
12 recall.
13 BY MR. WACHTER:
14   Q.   Is that -- would your answer be the same
15 for the prior purchases that we talked about?
16   A.   Yeah, my answer's the same, that I make it
17 a practice to read things probably more than most,
18 but did I read every particular one on this
19 particular document, I can't say yes or no.  I
20 really don't know.  It's a safe assumption that I
21 did.
22   Q.   You're saying it's a safe assumption that
23 you read Exhibit A, 1 through 12, the items listed
24 on Exhibit A, right?
25   A.   Correct.

Page 112

1    Q.   And did you go and look at, for example,
2  on number -- look at Number 3, declaration of
3  covenants and conditions and restrictions.  Did you
4  go look that up and see what was in there?
5    A.   Did I look -- did I do research on what
6  that particular point was referencing?
7    Q.   Yes, sir.
8    A.   No, I didn't.
9    Q.   And did you do research on any of these
10 points that are referenced here?
11   A.   No, I don't think I did.
12   Q.   And would that be the same for these other
13 purchases in Grasslands that you had?
14   A.   Yeah.  I wouldn't have seen a reason to go
15 do additional research based on this document or
16 similar documents for other purchases.
17   Q.   What are your claims in this case?
18        MR. NIDEL:  Objection to form and
19     foundation.
20 BY MR. WACHTER:
21   Q.   You may answer.
22        MR. NIDEL:  Same objections.
23 BY MR. WACHTER:
24   Q.   Do you know your claims?
25   A.   They're in the -- the document.

Page 113

1    Q.   What document?
2    A.   The case document.  I don't know if you've
3  read it, but I can read it.
4    Q.   No, I'd rather you not read it.  I'd
5  rather you just tell me without -- do you have it
6  there in front of you?
7    A.   I believe I do.
8    Q.   Well, can you put it aside, please?  I'd
9  like your recollection without referencing the
10 document.
11        MR. NIDEL:  Objection to form and
12     foundation and --
13 BY MR. WACHTER:
14   Q.   Without reading --
15        MR. NIDEL:  -- potentially calls for
16     attorney-client privileged information.
17 BY MR. WACHTER:
18   Q.   Without reading the complaint, please tell
19 me what your claims are in this case.
20        MR. NIDEL:  And objection to form and
21     foundation, and I'm going to object to the
22     extent that it calls for attorney-client
23     information.
24        MR. WACHTER:  Counsel, you're entitled to
25     instruct your witness not to answer, but if you

Page 114

1    don't instruct him not to answer, I'm going to
2    ask for the question, but that's going to be up
3    to you.
4         MR. NIDEL:  I'm going to make the same
5         objections and I'm going to instruct the
6         witness not to answer to the extent he's
7         relying on conversations with his attorneys
8         about how to interpret legal claims made in a
9         complaint that he just referenced.
10   BY MR. WACHTER:
11        Q.  So Mr. Feist, we're not asking for
12   communications you had with your counsel.  Tell us
13   in your own words what your claims are in this case.
14        MR. NIDEL:  Same objections.
15   BY MR. WACHTER:
16        Q.  You may answer unless your lawyer tells
17   you not to answer.
18        MR. NIDEL:  Same objections with the
19        instruction to the witness not to answer to the
20        extent that he's relying on discussions with
21        his attorneys about the claims in this case.
22   BY MR. WACHTER:
23        Q.  So can you answer the question without
24   relying on communications with your counsel?
25        A.  Can I answer the question without

Page 115

1    referencing communication with my counsel or...
2         Q.  Right.
3         A.  There's elevated levels of radiation at
4    Grasslands and Oakbridge.  Those elevated levels
5    have a risk that comes with that, a risk that can
6    cause health issues.  So for me, that's what this is
7    about.  It's if there's elevated levels of
8    radiation, it should be cleaned up, because every
9    person that has lived in there and every person that
10   will live in there in the future until it's cleaned
11   up is exposed to that same risk.
12        So if you're asking me what are the exact
13   words in this document, I can't tell you.  I leave
14   that up to the attorney.  But the bottom line is,
15   there's an issue with elevated levels of radiation
16   whether you want to accept it or not.  So I prefer
17   to accept it and try to do something about it.
18        I don't know if that answered your
19   question, but that's how I -- that's how I feel
20   about it.
21        Q.  So Mr. Feist, then what -- what would be
22   needed to clean up any elevated levels of radiation
23   on your property here at 651 Grasslands Circle?
24        MR. NIDEL:  Objection to form and
25        foundation.

Page 116

1         A.  I'm not an engineer.  I don't know.
2    BY MR. WACHTER:
3         Q.  Well, I -- you don't even know if there's
4    elevated levels, right, because nobody told you; is
5    that right?
6         MR. NIDEL:  Objection to form and
7         misstates the witness' testimony.
8         A.  Nobody --
9    BY MR. WACHTER:
10        Q.  Wouldn't you demand -- wouldn't you demand
11   from your lawyers that they test this property and
12   give you those results?
13        A.  Not -- what I said was I didn't -- I don't
14   know every exact address.  I know that they tested.
15   I know the levels were high.  But do I know every
16   address?  No.
17        Q.  You don't know 651, do you?
18        A.  I don't.
19        Q.  Now, let's take a look at this picture
20   that's on the monitor, if we can get it on the
21   monitor.  I want to make sure we're looking at the
22   same exhibit.
23        MR. WACHTER:  Can we have that, folks?
24   BY MR. WACHTER:
25        Q.  Do you see this here, 651, the outdoor?

Page 117

1         A.  I can, yeah.
2         Q.  Okay.  I just want to make sure this is
3    the pictures of your condo.
4         So there's a -- your condo is a
5    second-story condo, right?
6         A.  Correct.
7         Q.  So what would be needed to clean up or
8    remediate any levels that you're not even aware of
9    on your second-story condo?
10        MR. NIDEL:  Objection to form and
11        foundation.
12        A.  You're asking me to give you instructions
13   on how to clean up radiation on a second-floor
14   condo?
15   BY MR. WACHTER:
16        Q.  I'm asking you, what's wrong with the
17   second-floor condo and how would you anticipate it
18   could be remediated?
19        MR. NIDEL:  Objection to form and
20        foundation.  I think you're misunderstanding
21        this deposition.  This is the plaintiff
22        deposition, not an expert deposition.
23        MR. WACHTER:  Counsel, I think you're
24        instructing the witness and suggesting answers.
25        We're going to object to your --

Page 118

1     THE WITNESS:  He's not.
2         MR. WACHTER:  -- suggesting answers there.
3         MR. NIDEL:  Okay.  Well, if you're going
4     to waste his time and my time with asking him
5     for expert opinions repeatedly, as you've done
6     most of the day, we're going to -- we're going
7     to leave so that you can conduct an expert
8     deposition with an expert.
9         MR. WACHTER:  Do you want to take a break
10    and call the magistrate right now?  Because
11    you're -- you're suggesting answers to the
12    witness because that's exactly --
13        MR. NIDEL:  No, I'm suggesting you don't
14    waste our time with questions that are meant
15    for an expert.  That's what I'm asking.
16    BY MR. WACHTER:
17    Q.   Mr. Feist, in your own words -- I want
18    your testimony in your own words and not your
19    counsel's testimony.
20        Mr. Feist, in your own words, how could
21    your residence here at 651 Grasslands Circle be
22    remediated or fixed with regard to the radiation you
23    perceive may occur there?
24        MR. NIDEL:  Objection to form and
25    foundation.

Page 119

1     A.   To me, it's not about how the second-floor
2     condo would be remediated.  The issue is, you know,
3     there's a number of spots throughout the entire
4     development that have higher than normal levels of
5     radiation.
6         So do I think that this piece of grass
7     outside of the condo could have a high level of
8     radiation?  Absolutely.  Do I think that needs to be
9     cleaned up?  Absolutely.  Do I think there has to be
10    something done on the inside of the second-floor
11    condo?  Gosh, I don't know.  I'm not a -- an expert.
12    BY MR. WACHTER:
13    Q.   Well, let's talk about the grass in front
14    of -- I'm sorry, did you finish?  I didn't want to
15    interrupt you.
16    A.   No, no, go ahead.
17    Q.   Let's talk about this grass out here.
18    What would you do with this grass out here to
19    remediate it?
20        MR. NIDEL:  Objection to form and
21    foundation.
22    BY MR. WACHTER:
23    Q.   If you think there's an elevated level of
24    radiation out here, what would be needed to solve
25    that problem?

Page 120

1     MR. NIDEL:  Objection to form and
2     foundation.
3     BY MR. WACHTER:
4     Q.   You can answer.
5     A.   If you're asking for my opinion or you're
6     asking for expert instructions?  If you're --
7     Q.   In your own --
8     A.   -- asking for my opinion, my guess --
9     Q.   In your own words, yes, sir.
10        MR. NIDEL:  Objection to form and
11    foundation.  I'm going to instruct the witness
12    not to guess.
13        MR. WACHTER:  Counsel, again, you're
14    suggesting answers to your witness and it's not
15    appropriate to instruct the witness on anything
16    here in the Middle District of Florida, other
17    than the attorney-client privilege.  And I
18    thought you were aware of that.  If you're not
19    aware of that, let's make sure you're aware of
20    that, because instructing the witness is not
21    appropriate, suggesting answers to the witness
22    is not appropriate through objection or
23    directly, and that's what you're doing,
24    Counsel.
25        MR. NIDEL:  And, Counsel, you've ignored

Page 121

1     the fact that he asked if you -- "Are you
2     asking for my guess?"  And it's also
3     inappropriate here in the Middle District of
4     Florida to solicit guesses from witnesses.  So
5     let's not solicit guesses from the witness.
6         MR. WACHTER:  You're instructing him not
7     to answer that question?
8         MR. NIDEL:  I'm instructing him not to
9     guess.
10        MR. WACHTER:  You're instructing him --
11    you're instructing him in terms of the way --
12        MR. NIDEL:  I'm instructing him not to
13    guess.
14        MR. WACHTER:  Let me finish, Counsel.
15    Just want to be clear.  You're instructing the
16    witness not to give his opinion and you're
17    instructing the witness on -- and telling him
18    how he should answer that question.
19        MR. NIDEL:  I'm objecting to form and
20    foundation.
21    BY MR. WACHTER:
22    Q.   So Mr. Feist, in your own words, how would
23    you fix any elevated levels of radiation in the
24    grass in front of 651?
25    A.   I would call --

Page 122

1         MR. NIDEL:  Objection to form and
2    foundation.
3         A.   I would call somebody who is more
4    qualified than me to give me an assessment of how to
5    clean that up because I'm not an expert.  I wouldn't
6    know.
7    BY MR. WACHTER:
8         Q.   What about the tree there?  Would the tree
9    stay or go if you remediated?  Could you remediate
10   this area without losing that tree?
11        MR. NIDEL:  Objection to form and
12   foundation.
13        A.   If the level of radiation is elevated at
14   that tree, I would think that would be a good idea.
15   BY MR. WACHTER:
16        Q.   Where else --
17        A.   Replace it with a tree that wouldn't have
18   the same level of radiation.
19        Q.   Thanks.  I didn't want to cut you off.  If
20   you have any further answer, please go ahead.
21        A.   No, I think that's it.
22        Q.   Where else in the neighborhood have you
23   been where you think that some type of remediation
24   may be needed?
25        MR. NIDEL:  Objection to form and

Page 123

1    foundation.
2         THE WITNESS:  No, I'll answer this one.
3         A.   I've done enough research at least to
4    understand what the kind of byproduct of phosphate
5    mining is, and at both 3141 Winged Foot and at
6    3039 Grasslands, I experienced that by working in
7    the yard, by planting trees, digging the pond out.
8    There is -- call it slurry or sludge.  There's the
9    byproduct of phosphate out there.  It's a gooey,
10   clay, gray substance.
11        And I didn't have to dig down 3 feet to
12   get to it.  I barely broke the surface and that
13   goo's all over my foot, all over my legs, all over
14   my hands.  We had a driveway put in at 3039 and the
15   contractor who put in the bricks said that this
16   ground, it's too soft clay, too gooey to hold the
17   bricks in place.  I experienced the same thing when
18   I was out there working on the house.
19        So this material is out there.  I know
20   that it was in 3141 Winged Foot and I know it was at
21   3039.  Where else it's at in Grasslands or
22   Oakbridge, I can't tell you, but that byproduct
23   material's out there.
24   BY MR. WACHTER:
25        Q.   You mentioned digging out the pond or

Page 124

1    working on the pond.  Which address was that?
2         A.   Correct.  What was that?  What was the
3    last part?
4         Q.   Which address.
5         A.   3 -- I'm sorry, 3141 Winged Foot.
6         Q.   Has a pond?
7         A.   Yes.
8         Q.   So -- and the driveway is at 3039?
9         A.   That's correct.
10        Q.   When you dig into the soil and you said
11   there was clay substance, did you know what it was
12   at the time?
13        A.   No.
14        Q.   Did the contractor at either location tell
15   you what it was?
16        A.   No.
17        Q.   Did you have any idea of what it was?
18        A.   No.  Just looked like wet clay to me, gray
19   wet clay.
20        Q.   And --
21        A.   Incidentally, my daughter was also out
22   there helping me dig the pond and help at -- both at
23   3141 and 3039.  She was very young, but part of the
24   bonding process and so she was also in that stuff.
25   So part of the --

Page 125

1         Q.   Go ahead.
2         A.   I was just going to say that's part of the
3    reason that I got involved in it.
4         Q.   How long did that take in terms of your
5    working in the pond with your daughter?
6         A.   How long did I work on that?
7         Q.   Yeah.  One day, a week, a month?  How
8    long?
9         A.   The initial -- initial process was, I
10   think, a couple of weeks.  And then after that, it
11   was, you know, additional work, but it wasn't
12   additional digging.  So, you know, total time, maybe
13   two months.
14        Q.   But how much time did you and your
15   daughter spend excavating around the pond?
16        A.   A number of hours.  I can't tell you with
17   much accuracy.
18        Q.   A day, two days?
19        A.   Over a two-week period for the initial,
20   yeah, a couple days of kind of work time.
21        Q.   So in terms of that pond area that you and
22   your daughter worked on --
23        A.   Yeah.
24        Q.   -- can you go back and look at Exhibit
25   Number 1 and just tell us just kind of generally,

Michael Feist
October 07, 2020                                          126 to 129

Page 126

1  where is that located?  And I see the house, I see
2  the pool cage, the pool and the area surrounding the
3  pool --
4      A.   Yeah.
5      Q.   -- and there are some other pictures here.
6  But where is the...
7      A.   Let me see if there's a better
8  representation.
9           Well, there's not a great picture, but if
10  you look at -- one, two, three -- fourth page and
11  you look at the fourth picture, so second row,
12  second picture down, it's standing on the patio
13  looking out towards the pool.  To the left of where
14  the patio and pool area would end is where the pond
15  was built.
16      Q.   What size pond is this?  Since these
17  pictures aren't that good, we'll get some better
18  pictures.  But are you talking like a small pond or
19  a large pond?
20      A.   It's fairly large.  It was probably
21  25 feet by 12 feet maybe.
22      Q.   And what exactly did you all do out there?
23  Did you excavate around it?
24      A.   Excavate around it?
25      Q.   Well, what did you do?

Page 127

1      A.   I helped with the digging and I helped
2  with laying the liner and building a little water --
3  waterfall, and so assist -- assisted in the
4  construction, so...
5      Q.   So this was a pond that you built from
6  scratch?
7      A.   I had another guy help me and he was more
8  of a pond expert, but I did some of the labor, yes.
9      Q.   But just in -- you're not talking about an
10  existing pond.  It's something that you -- you took
11  the backyard area, turned a portion of it into a
12  pond?
13      A.   That's correct.  When we bought the house,
14  there was no landscaping or features or anything.
15      Q.   So given your concerns about that, have
16  you had that pond area tested by a qualified expert
17  to determine whether the material you encountered
18  has elevated radiation or not?
19      A.   No.
20      Q.   Is there any reason why you didn't?
21      A.   Just the fact that I relied on the experts
22  hired by the attorney to do general testing out
23  there to test the level of radiation.  But did I
24  feel a need to test the pond outside of a house that
25  I owned before?  I didn't feel the need to do that

Page 128

1  at the time.  Do I think it's a good idea now?
2  Probably.
3      Q.   Why didn't you feel the need to do that or
4  have that done before today?
5      A.   Because that's just one -- one instance of
6  time that I spent outside digging in the yard and
7  just sort of one of the projects as well as, you
8  know, all the time I spent outside at the golf
9  course and -- so that's just one instance.  So if I
10  thought to test all the spots that I had spent
11  extended amount of time, I would have run out of
12  time I'm sure.
13      Q.   So for your counsel, I don't want you to
14  get into any conversations with your counsel, but
15  did you give your counsel addresses where you've
16  asked them to go and test or have an expert go and
17  test?
18      A.   I didn't ask them to test my locations
19  specifically, no.
20      Q.   And did you ask them whether those
21  locations had been tested?
22      MR. NIDEL:  Okay.  I don't know -- I don't
23      understand the question.  You're asking him --
24      you said you didn't want to get into
25      conversations, but you're asking him if he

Page 129

1      asked us.  So that is directly implicating
2      attorney-client communications.  So yes, I will
3      now instruct the witness not to answer.
4           And by the way, in the Middle District,
5      it's inappropriate to ask for attorney-client
6      communications.
7  BY MR. WACHTER:
8      Q.   So Mr. Feist, as you sit here today, do
9  you have any knowledge as to these areas where you
10  were digging and encountered material?  As you sit
11  here today, do you have any facts to indicate that
12  that material was elevated with radiation?
13      MR. NIDEL:  Objection to foundation.
14      A.   Did I have that area tested?  No.
15  BY MR. WACHTER:
16      Q.   And as you sit here today, do you know
17  whether those areas are elevated in radiation?
18      MR. NIDEL:  Objection to form and
19      foundation.
20      A.   If you're asking if I was a hundred
21  percent sure, I would say that I was probably
22  90 percent sure.
23  BY MR. WACHTER:
24      Q.   What's that 90 percent based on?
25      A.   Given my level of knowledge of the

Page 130

1  byproduct of phosphate mining, I'm pretty confident
2  that's what it was. Am I a hundred percent sure
3  that it was -- had elevated levels of radiation?
4  No, I don't know. I didn't test that specially. I
5  had a pretty good idea that was some sludge or slag
6  or whatever you call it.
7       Q.   You said you did some research on this.
8  When did you do your research?
9            MR. NIDEL: Objection to form.
10      A.   I can't give you specifics, but over the
11  past three years I've tried to educate myself on the
12  process of phosphate mining and at least basics
13  of -- basics of the byproduct of it.
14  BY MR. WACHTER:
15      Q.   Is it your understanding that the -- all
16  of the byproduct is elevated or some of the
17  byproduct is elevated or it's elevated to different
18  degrees?
19      A.   That, I don't know.
20      Q.   Well, would you agree the way to find out
21  the degree to which it might be containing radiation
22  would be to have it tested?
23           MR. NIDEL: Objection to form and
24       foundation.
25      A.   If you're referring to those specific

Page 131

1  areas, sure, yeah.
2  BY MR. WACHTER:
3       Q.   In addition to those areas throughout
4  Grasslands and Oakbridge, would you agree that the
5  best way to determine if certain areas had the clay
6  or byproduct or elevated radiation would be to test
7  those areas to find out which ones had it and which
8  ones didn't?
9       A.   Yes.
10           MR. NIDEL: Objection to form and
11       foundation.
12  BY MR. WACHTER:
13      Q.   What was your answer? I'm sorry.
14      A.   I said yes.
15      Q.   Now, at times you mentioned golfing. How
16  often did you play at the Grasslands course?
17      A.   You're looking for how many times a week,
18  month?
19      Q.   Sure, any type of average.
20           MR. NIDEL: Objection to form.
21      A.   I'd say on average, I probably practiced
22  once or twice a week and I actually played on
23  average maybe one and a half times a week.
24  BY MR. WACHTER:
25      Q.   And what period did you play?

Page 132

1       A.   From when we moved in, so 2000 to probably
2  2007.
3       Q.   Were you a member of a country club out
4  there?
5       A.   I was, yeah.
6       Q.   And I guess when you play, did you use sun
7  protection, sunscreen, hats, that type of thing?
8       A.   I did. I also preferred to walk that,
9  so...
10      Q.   How long would it take you -- how many
11  holes would you play?
12      A.   Usually 18.
13      Q.   And how long would that take on average?
14      A.   Three and a half, four hours.
15      Q.   So in addition to playing golf and walking
16  the course, I think you said you would also play
17  tennis out on the clay courts primarily?
18      A.   Correct.
19      Q.   And how often would you play tennis?
20      A.   I didn't play tennis nearly as often. So
21  when I was playing regularly, probably once a week.
22  When not so regularly, maybe once a month.
23      Q.   So in addition to being outdoors, I think
24  you mentioned landscaping, planting trees, you
25  talked about the pond, the driveway, golf and

Page 133

1  tennis.
2       A.   Uh-huh.
3       Q.   While you were living at Grasslands, did
4  you have other regular activities that took you
5  outdoors?
6       A.   Yeah.
7       Q.   What was that?
8       A.   Spending time with my daughter, swimming
9  at the swimming pool.
10      Q.   Any other activities on a regular basis?
11      A.   Riding bikes. I mean, just -- I don't
12  know what kind of specifics outside those you're
13  looking for, but kind of general outdoor activities.
14      Q.   So behind your condo at 651, there's a
15  pond area there. Did you do any work back there?
16      A.   Work? No. Have I been back there? Yeah.
17      Q.   Sorry?
18      A.   I said have I been back there? Yes. Have
19  I done work back there? No.
20      Q.   Well, how often did you go back there?
21           MR. NIDEL: Objection to form.
22      A.   I probably have been back there half a
23  dozen times, maybe ten times. I live on -- lived on
24  the second floor, so...
25

Page 134

1   BY MR. WACHTER:
2      Q.   You mentioned landscaping and working
3   outside.  Did you ever use fertilizer in your yard
4   at Winged Foot or Grasslands Drive?
5      A.   Not that I recall.
6      Q.   You mentioned your daughter's in college.
7   Where is she in college?
8      A.   UCF.
9      Q.   And is she -- with the current situation,
10  is she attending or is she at home taking it
11  virtually?
12     A.   She's on campus taking it virtually.
13     Q.   The other question you talked about before
14  lunch was other residents, and the follow-up
15  question I've got for you is:  Was there any effort
16  on your part to reach out to other residents to see
17  whether they were in favor of or concerned about the
18  issues that you raised in the lawsuit?
19     A.   I have not contacted any other residents,
20  no.
21     Q.   Is there any reason why you haven't?
22     A.   I didn't know if that was appropriate or
23  not.
24     Q.   I think you also said before lunch that
25  one of the experts or potential people that you met

Page 135

1   was an older gentleman, and I can't remember whether
2   you told us what was it that you discussed with him.
3   Is this an expert or an engineer or somebody?
4      A.   Yes, as far as I know, he was a radiation
5   engineering expert.  Do I know specifically what his
6   title was?  I don't know.
7      Q.   Was he local or someplace out of town?
8      A.   He was someplace out of town.
9      Q.   How long did you meet with him?
10     A.   How long did I meet with him?
11     Q.   Yeah.
12     A.   Thirty minutes, maybe; 15 minutes.  It
13  wasn't very long.
14     Q.   Where was the location of that meeting?
15     A.   The Christina lot.
16     Q.   I'm sorry, Christina what?
17     A.   The lot that we talked about this morning
18  in Christina.
19     Q.   Why was he there and why did you meet
20  there?
21     A.   The attorneys had told me he was coming in
22  town and he was coming in town to do testing at
23  Grasslands, and I asked if he could come by
24  Christina lot and do testing.
25     Q.   Did he do that?

Page 136

1      A.   He did.
2      Q.   What were the --
3      A.   Not on record.  He didn't certify
4   anything, but I was standing there with him.
5      Q.   Did he tell you what the levels were?
6      A.   Yes.
7      Q.   What did he tell you?
8      A.   In one spot that had quite a bit of dirt
9   piled up was 14, and another spot was 50.  It
10  happens to be a former phosphate mine.
11     Q.   So your lot in Christina, does it have
12  elevated levels of radiation?
13     A.   Yep.
14     Q.   Have you done anything to remediate that
15  or to take care of that?
16     A.   Not yet.  Planning on building a house on
17  it.  That's not going to work out so well.
18     Q.   Before you purchased that lot in
19  Christina, were you aware that that was formerly
20  mined for phosphate?
21     A.   No.
22     Q.   When you lived in Oakbridge, were there
23  areas of Oakbridge that you visited for recreation
24  or walking around or doing other activities?
25     A.   In the yard at the house we were staying,

Page 137

1   but -- and we would go jogging or riding bikes and
2   we also spent some time out by the lake and little
3   waterfall area.
4      Q.   Do you know an area in Oakbridge called
5   Mission Lakes?
6      A.   Yes.
7      Q.   Did you ever go up there?
8      A.   No.
9      Q.   What is the Mission Lakes area, to your
10  knowledge?
11     A.   They're -- I don't know if you call them
12  condos or zero lot line properties, but they're
13  basically two units together and set up as a condo.
14     Q.   And then near there there's an open field?
15     A.   Yes.
16     Q.   Did you ever go out on that open field?
17     A.   We didn't go out on the open field, but
18  there's a kind of a path back there that myself and
19  my boys would walk from time to time.
20     Q.   And where did the path go?
21     A.   It led to -- I'm trying to remember the
22  name of the road.  Edgewood, I think it is.
23     Q.   How often would you go down that path?
24     A.   In the three or so years we lived there,
25  probably, I don't know, six to ten times, maybe.

Page 138

1    Q.   Now, is that path -- where is the path in
2    relation to the open field?
3    A.   It's the one perimeter of the open field.
4    Q.   And why would you go down the path?
5    A.   To entertain my boys, a walk of discovery,
6    wilderness explorers.  You get the idea.
7    Q.   It was brush?
8    A.   It was mostly cleared.  There was brush
9    and a ditch on one side and like tree lined and then
10   backyards to a certain -- certain point and then
11   beyond that was the open field.
12   Q.   Would you encounter any other residents
13   when you were walking the path, or did you?
14   A.   Not that I recall, no.
15        MR. WACHTER:  We're going to mark this
16   next -- Nancy, I don't know if you can see this
17   or not.  What's our next number?
18        THE COURT REPORTER:  8.
19        MR. WACHTER:  8?
20        (Thereupon, marked as Defense Exhibit 8.)
21        MR. NIDEL:  Is there a question?
22   BY MR. WACHTER:
23   Q.   Mr. Feist, I want to give you plenty of
24   time to look at this.  Have you had a chance to look
25   at Exhibit Number 8?

Page 139

1    A.   Three pages of it.
2    Q.   Take your time, you and your counsel,
3    please, to review this.  And let me know when you're
4    done.
5    A.   Okay.
6         Okay, I would say I have a general idea of
7    it.
8    Q.   Okay, thank you, Mr. Feist.  Thank you for
9    taking the time to look through it.
10        This is a document, Drummond Properties
11   Lakeland Development Agreement with Department of
12   Community Affairs and Central Florida Regional
13   Planning Council, September 1985.
14        Did you see this document -- did you ever
15   see this document prior to any of your purchases in
16   Grasslands communities?
17   A.   No, I don't recollect that.
18   Q.   Have you ever seen this document before
19   today?
20   A.   Not that I know of.
21   Q.   In terms of the town hall meeting --
22        THE COURT REPORTER:  I'm sorry, I didn't
23   hear you.
24   A.   Yeah, I didn't either.
25

Page 140

1    BY MR. WACHTER:
2    Q.   Sorry.  In terms of the town hall meeting
3    that your counsel organized --
4    A.   Uh-huh, yeah.
5    Q.   -- were you involved with setting up that
6    meeting?
7    A.   No.
8         MR. WACHTER:  Let's go ahead and mark the
9    next exhibit, Exhibit 9.  Nancy will get that
10   to you.
11        (Thereupon, marked as Defense Exhibit 9.)
12   BY MR. WACHTER:
13   Q.   Okay.  Take a look at Exhibit Number 9 and
14   let me know when you're done, you and your counsel.
15   A.   Yeah, I've looked at it.
16   Q.   Okay.  Does this refer to the town hall
17   meeting that you discussed earlier?
18   A.   Uh-huh, yes.
19   Q.   Now, on this second -- on the second page
20   here, do you see the page in yellow?
21   A.   Right.
22   Q.   And there's a radiation symbol down below?
23   A.   Uh-huh.
24   Q.   Were you involved in generating this
25   notice with the yellow color and the radiation

Page 141

1    symbol?
2    A.   No, not at all.
3    Q.   What's your understanding as to what this
4    radiation symbol was meant to convey?
5         MR. NIDEL:  Objection to form and
6    foundation.
7    BY MR. WACHTER:
8    Q.   If you have any.
9    A.   Well, can you say the question again?
10   Q.   Do you have any knowledge as to why this
11   radiation symbol was put on the notice?
12   A.   I can assume to get attention.
13   Q.   And do you think that this type of
14   radiation symbol ought to be put up in the
15   neighborhood to tell the residents that you're
16   concerned about radiation?
17   A.   Do I think that the symbol should be put
18   up in the neighborhood?
19   Q.   Correct.
20   A.   Probably should.
21   Q.   And do you recall Mr. Nidel making
22   statements at that meeting?
23   A.   I remember him being there and I remember
24   him talking, yeah.
25   Q.   Do you remember Mr. Nidel and the other

Page 142

1  counsel referring to your neighborhood as a toxic
2  waste site?
3       A.   I don't remember that specifically, but...
4       Q.   Is that how you consider your
5  neighborhood?
6            MR. NIDEL:  Objection to form and
7       foundation.
8            THE WITNESS:  No, I'll answer this.
9       A.   Yes, it's a very nice looking waste site.
10 BY MR. WACHTER:
11      Q.   And do you recall Mr. Nidel making a
12 statement that the homes in this neighborhood --
13 these neighborhoods, Grasslands and Oakbridge, are
14 unliveable or unsellable?
15      A.   I don't remember that in particular.
16 Sorry.
17      Q.   Do you agree with the statement that the
18 homes in the neighborhood are unliveable or
19 unsellable?
20           MR. NIDEL:  Objection to form and
21      foundation.
22      A.   Can you live in them?  Yeah.  We all make
23 choices.  Should you?  Don't think so.  Can you sell
24 it?  Sure, you can sell just about anything.
25

Page 143

1  BY MR. WACHTER:
2       Q.   So your address at 651 Grasslands Circle
3  is a residence that no one should live in?
4       A.   I choose not to.
5       Q.   How about the residence where your former
6  wife and daughter live, 3039 Grasslands, is that a
7  residence in a location that no one should live in?
8       A.   Is it a what?  I'm sorry.
9       Q.   Is it a residence where no one should live
10 in because of the radiation risk?
11      A.   That particular level, I can't tell you.
12 Do I think everybody should be living in Grasslands?
13 I don't.
14      Q.   What do you -- I'm just thinking -- what
15 do you mean by that?
16      A.   There's elevated levels of radiation.  Do
17 I think that people should ignore that and live
18 there?  No, I don't think they should.  You could
19 choose to ignore it and -- but do I think they
20 should?  No.
21      Q.   Is it your view that the residents should
22 all move out of Grasslands and Oakbridge?
23      A.   It's a personal choice just like the
24 lawsuit.
25      Q.   You think each resident should make his

Page 144

1  own or her own decision on that?
2       A.   Yeah.
3       Q.   Did -- and you're aware that there are
4  very many residents in Grasslands and Oakbridge who
5  disagree with your point of view that you just
6  expressed, correct?
7       A.   Can you repeat the question?
8       Q.   Yeah.  Thank you for clarifying that.
9            Would you agree with me there are very
10 many residents and property owners in Grasslands and
11 Oakbridge who do not share your point of view of
12 whether they should be living in those
13 neighborhoods?
14           MR. NIDEL:  Objection to form and
15      foundation.
16      A.   Would I agree with their -- that there's
17 many?  I'm not sure what your definition of many is.
18 Is it more than a few?  Probably, yeah.
19 BY MR. WACHTER:
20      Q.   Do you have any sense of how many?
21      A.   I don't.
22      Q.   But these are some of the same people
23 you've lost friendships over because they don't
24 share your point of view; is that right?
25      A.   Some of them, I would imagine, yes.

Page 145

1       Q.   So as part of your -- in your own words,
2  as part of your claim in this case, are you claiming
3  that Drummond made any misrepresentations or false
4  statements to you?
5            MR. NIDEL:  Objection to form and
6       foundation.
7       A.   Can you repeat the question?
8  BY MR. WACHTER:
9       Q.   Has Drummond or any of its employees made
10 any false statements to you in connection with your
11 decision to purchase or live in Grasslands?
12           MR. NIDEL:  Objection.  Foundation.
13      A.   Yeah, I don't -- I don't recollect
14 somebody making a false statement.
15 BY MR. WACHTER:
16      Q.   Did any -- did Drummond or its employees
17 mislead you in any way in connection with your
18 purchases in Grasslands or living there?
19           MR. NIDEL:  Objection to form and
20      foundation.
21      A.   The omission of the fact that it was a
22 former phosphate mine and omission of reports of
23 elevated radiation from years ago and then I believe
24 after the reclamation, the omission of those, I do
25 believe that's misleading.  I wouldn't have bought

Page 146

1  in there had I seen half of this information.
2  BY MR. WACHTER:
3     Q.   And just so I get -- I want a clear idea
4  of what you're referring to.
5     A.   Sure.
6     Q.   I think the first thing you mentioned was
7  omission as to whether this was a former phosphate
8  mine or mined for phosphate?
9     A.   Yeah, I would have thought that that would
10  have been put right out there, common knowledge.
11    Q.   And that was an omission that should have
12  been disclosed to you?
13    A.   Yep, I believe so.
14    Q.   And it was -- in your view, that would be
15  a material piece of information, important?
16        MR. NIDEL:  Objection to form.
17    A.   You're asking me do I think that that's
18  important information?
19  BY MR. WACHTER:
20    Q.   Yes, sir.
21    A.   Yeah, it is.
22    Q.   And if that had been told to you, you
23  would or would not have purchased in there?
24    A.   If somebody told me it was a former
25  phosphate mine, I can't tell you yes or no whether I

Page 147

1  would have purchased anyway.  If they told me that
2  there was elevated levels of radiation both before
3  and after the reclamation process, I probably
4  wouldn't have bought in there.
5     Q.   I'm just talking about whether it's a
6  former phosphate mine.  What role would that have
7  played in your decision-making process?
8         MR. NIDEL:  Objection to form.  Asked and
9     answered.
10  BY MR. WACHTER:
11    Q.   That would be important information for
12  you?
13    A.   Would it have been important information?
14  Yeah.
15    Q.   Now, elevated radiation after reclamation.
16    A.   Uh-huh.
17    Q.   Is reclamation the same thing as
18  development, in your own mind?  Just in your own
19  words.  I know you've done some research.  Do you
20  have a distinction in your mind between reclaiming
21  the property and then actually developing it for
22  homesites?
23    A.   You're asking me if I think that that's
24  two different things?  Yes, I do.
25    Q.   And what is your concern about the

Page 148

1  reclamation process, if you have a concern?
2     A.   I don't know the exact reclamation process
3  that Drummond followed.  I don't have the details on
4  that.  And whether they followed some of the things
5  in the document I just read through, I don't know.
6  I've got no idea.
7         What I have been told is that documents
8  show that the levels of radiation were elevated
9  prior to them reclaiming and that it was similar
10  afterwards and they're still similar today, so...
11    Q.   So in terms of the construction, you
12  bought two homes that were on a slab, right, and
13  you've got a third condo and another condo that --
14  both second stories, right?
15    A.   Right.
16    Q.   So for the ones that are on a slab on the
17  ground, do you know whether that was done with
18  what's called a monolithic slab?
19    A.   You're asking me if I know the
20  construction process or construction details?
21    Q.   Do you know whether the slab was
22  monolithic in the sense that there were no joints,
23  it was just a single-pour slab?
24    A.   I don't know.  I'm familiar with the
25  terms, but I can't tell you whether it was or not.

Page 149

1     Q.   And then in terms of post-tensioning, when
2  they put in tensions on the slab to keep it from
3  cracking, do you know whether that was done for
4  those two homes?
5     A.   I don't.
6     Q.   So do you know any -- whether the
7  construction process diminished or alleviated the
8  risk of radon getting into the home?
9         MR. NIDEL:  Objection to form and
10     foundation.
11    A.   I don't.
12  BY MR. WACHTER:
13    Q.   And do you know whether the construction
14  process with a monolithic slab or any other
15  construction techniques they used reduced any other
16  type of radiation from getting into the home?
17    A.   Again, I'm not an engineer or expert, but
18  I would think so.  I would think that that would
19  help.
20    Q.   In terms of this particular case, do you
21  know whether you're requesting to be a class
22  representative?  Do you know what that means, in
23  your own words and nothing based on what your
24  counsel have told you?
25    A.   Do I know what it means to be -- to what?

Page 150

1    Q.   Have you heard the term "class
2  representative"?
3    A.   Yes.
4    Q.   Okay.  What does that mean to you, without
5  getting into any conversations you might have had
6  with your lawyers?  I just want your own words.
7    A.   Yeah.  I'm a representative for the others
8  that are involved in the class action suit.
9    Q.   And do you have any duties or obligations
10  that go along with that?
11       MR. NIDEL:  Objection to form and
12       foundation.
13  BY MR. WACHTER:
14    Q.   And again, this is not -- please don't get
15  into any conversations you had with your lawyers.
16  We just want your understanding of what you're
17  asking in terms of your responsibilities as a class
18  representative.
19    A.   Yeah.
20       MR. NIDEL:  Objection to form and
21       foundation.
22    A.   I don't know what the customary role is
23  or -- or duties are.  So if that's what you're
24  asking, no, I don't.
25

Page 151

1  BY MR. WACHTER:
2    Q.   In terms of outdoor activity, you
3  mentioned that you engaged in certain outdoor
4  activity and some of this with your kids, sons and
5  daughter -- your daughter and your sons.
6    A.   Right.
7    Q.   Some of it was on your own.  Do you have
8  any sense of what other residents -- whether other
9  residents engaged in the same level of outdoor
10  activity that you've done?  You also mentioned
11  playing golf.  So do you -- do you know whether your
12  experiences outdoors are the same as other residents
13  or is everybody different?
14    A.   Yeah, I can't speak for other residents.
15  I really don't know.  It's probably typical --
16  typical, but I really don't know.
17    Q.   Have you asked the State of Florida to
18  come and test any of these homes, the Florida
19  Department of Health?
20    A.   No.
21    Q.   And do you know whether the Florida
22  Department of Health was asked by any residents in
23  Grasslands and Oakbridge to come and test their
24  property?
25    A.   I had heard that, yeah.

Page 152

1    Q.   Do you know whether the Florida Department
2  of Health was asked or undertook to test the streets
3  and sidewalks and public areas?
4    A.   Yeah.  I don't know the details, but I had
5  heard something like that, yes.
6    Q.   In terms of the generalities, do you know
7  what the Florida Department of Health found in terms
8  of safety?
9       MR. NIDEL:  Objection to form and
10       foundation.
11    A.   I wasn't given those details.  I don't
12  know.
13  BY MR. WACHTER:
14    Q.   And what is your understanding as to
15  the -- or do you have one -- you said you were told
16  some things about the Florida Department of Health.
17  Do you have any knowledge of whether the Florida
18  Department of Health found any cancer problems or
19  problems that could cause cancer in these
20  neighborhoods?
21    A.   Yeah, I -- I don't know.  I just -- I know
22  that they tested.  I know that they tested a lot
23  of -- collected a lot of data.  Do I know details of
24  what they found and what their determination was?
25  No, I don't.

Page 153

1       MR. WACHTER:  We've been going about an
2       hour.  Is it okay if we take a break?
3       THE WITNESS:  Sure.
4       MR. WACHTER:  Thank you.
5       THE VIDEOGRAPHER:  We are going off the
6       record at 1:57 p.m.  This concludes Media
7       Number 3 in the deposition.
8       (Recess taken.)
9       THE VIDEOGRAPHER:  We are back on the
10       video record at 2:11 p.m.  This begins Media
11       Number 4 of the videotaped deposition of
12       Mr. Feist.
13       MR. WACHTER:  Thank you.  I just want to
14       say there's some hammering and I understand
15       it's interfering with the audio record, so I'm
16       going to try to speak up.  Unfortunately, we
17       didn't realize it was going to interfere, so
18       we'll try to wrap it up because they're not
19       going to stop anytime soon.
20  BY MR. WACHTER:
21    Q.   Mr. Feist, just a couple follow-up on the
22  golfing.  Even though you were no longer a member
23  out at Grasslands, did you continue to play out at
24  Grasslands up until 2017 and beyond?
25    A.   No.  I played a couple of times prior to

Page 154

1  2017, between the time I moved out of there and
2  2017, but only a few times.
3       Q.   And did you play other courses even up
4  until today?  Are you still playing?
5       A.   A couple times a year.
6       Q.   In terms of -- you'd mentioned your sons
7  and I appreciate that.  Can you give us the age --
8  current ages?  I'm not trying to...
9       A.   Yeah, I don't mind.  13-year-old boy,
10 10-year-old boy, 5-year-old boy, and 2-year-old boy.
11      Q.   Mr. Feist, in terms of any testing that
12 was done out there at Grasslands and Oakbridge, you
13 mentioned the swimming pool area.  Do you know
14 whether that area was tested by any -- anyone
15 affiliated with you or your experts?
16      A.   I don't know that in particular, no.
17      Q.   How about the golf course?
18      A.   I don't know whether it was or not.
19      Q.   How about the sidewalks in the Muirfield
20 Village or other areas within Grasslands?
21      A.   No, I don't know.
22      Q.   Mr. Feist, have you made an effort to sell
23 your Muirfield Village condo since this lawsuit?
24      A.   No.
25      Q.   Have you had an appraisal or someone give

Page 155

1  you an estimate of value?
2       A.   No.
3       Q.   Mr. Feist, have you been involved in any
4  prior lawsuits?
5       A.   I was a defendant on a accident claim.  I
6  wasn't involved, but I happened to own the truck
7  that the guy was driving.  But that's the only other
8  lawsuit I could think of that I was involved with.
9       Q.   Have you ever been involved in any other
10 class actions?
11      A.   No.  Probably some Internet-based things
12 like, you know, have I used this product and there's
13 been a few times that I had used the product.  But
14 yeah, outside of that where I had knowledge of the
15 case and so on, no.
16      Q.   So Mr. Feist, without getting into any
17 discussions you might have had with your counsel,
18 can you tell us what you did to prepare for the
19 deposition today, for this deposition?  Do not get
20 into any discussions with your counsel, please.
21      A.   I would say not a whole lot.
22      Q.   Mr. Feist, did you previously file
23 bankruptcy at some point?
24      A.   I did.
25      Q.   When was that?

Page 156

1       A.   I think I filed in 2009.
2       Q.   And was that yourself individually or with
3  your wife or -- do you recall?
4       A.   I believe it was me individually.
5       Q.   What was the reason for that?
6       A.   I had purchased three condos.  The two for
7  Carillon Lakes or Carillon Lakes, that was supposed
8  to be purchased with my ex-wife.  We had put a
9  deposit on both of them and then we started this
10 divorce process.  And so I went ahead and went
11 through with the purchase, so I ended up buying both
12 of those.  And at the time, it was difficult to find
13 renters because people were buying houses because it
14 was, I think, easy to get mortgages and that kind of
15 thing.  And I had also purchased a house as well as
16 the condo at Grasslands.  And so I couldn't keep up
17 with all the payments.
18      Q.   Mr. Feist, in connection with the
19 deposition, we've asked you to bring some documents,
20 and so I just want to ask you -- and if your counsel
21 has objections, give your counsel time to object --
22 but when you signed up for this lawsuit, was there a
23 written letter of some kind or a written agreement
24 or an engagement letter between you and your
25 counsel?

Page 157

1       A.   Was there a agreement?
2       Q.   Right.  When you joined the lawsuit, did
3  they have something that either you signed or they
4  signed that would indicate what they were going to
5  do for you or what you were going to do in this
6  lawsuit?
7       A.   I think that there was.
8       Q.   Did you bring that with you today?
9       A.   No.  I can't tell you whether I have a
10 copy of it or not.  I don't have one today.  I don't
11 know if I have one in general.
12      Q.   Do you recall what was in it?
13      A.   I don't recall the particular details, no.
14      Q.   Do you recall the kind of claims that you
15 were either going to make or not make in this case,
16 whether that was spelled out?
17      A.   I think in general it was.
18      MR. NIDEL:  Objection to the form.  If
19 you're asking him does he recall, I'm not
20 objecting.  If you're asking him if -- what was
21 in that agreement, we are objecting to
22 producing an agreement which apparently he
23 doesn't have a copy of, but we are objecting to
24 producing our attorney-client agreement.
25      MR. WACHTER:  You're saying it's

Page 158

1    attorney-client?
2         MR. NIDEL:  Correct.
3         MR. WACHTER:  Okay.  Well, let's move on.
4    BY MR. WACHTER:
5         Q.   Mr. Feist, Number 2 on the list -- and
6    this was on the deposition notice, but I'll just --
7    I'll ask you or you can refer to it, it doesn't
8    matter.  I think you've already talked about whether
9    there's any -- whether you have any test results,
10   test results for radon, radiation, gamma.
11        A.   Yeah, I don't.
12        Q.   Okay.  And anything in writing -- so we
13   talked about your conversations with other
14   residents.  Do you have any e-mails, notes,
15   correspondence with other residents concerning this
16   issue?
17        A.   I do not.
18        Q.   The issues in the lawsuit.
19        A.   Yep.  I do not.
20        Q.   The same thing, do you have any e-mails,
21   notes, anything in writing between you and
22   Mr. Jerue --
23        A.   No.
24        Q.   -- regarding this lawsuit?
25        A.   No.

Page 159

1         Q.   Did you sign any broker agreements to list
2    your property in Muirfield Village?
3         A.   No.
4         Q.   So what did you bring with you, Mr. Feist?
5    You mentioned something earlier and I cut you off.
6    I apologize.  I'm curious as to what you brought
7    with you.
8         A.   You're asking me what I brought here?
9         Q.   Any documents related to this lawsuit that
10   you might have brought with you today.
11        A.   I didn't bring anything.
12        MR. WACHTER:  All right.  Well, that's all
13   I've got.
14        MR. NIDEL:  I may have a couple questions,
15   but first of all, can we get -- we asked for
16   this before.  We haven't done it.  Can we get
17   the identification of everyone that's on -- at
18   the deposition, appearing at the deposition for
19   the record?  Yeah, I mean, I know the court
20   reporter has asked for the names, but I want
21   the names to be on the record, so -- and I
22   don't necessarily need them to speak, but if
23   counsel can identify everyone that is attending
24   the deposition.
25        On the plaintiff's side, it's Chris Nidel

Page 160

1    and Steven German.
2         MR. GRADY:  On the defense side, Connie
3    Cox, Bryan Balogh and Blake Andrews.
4         MR. NIDEL:  Okay.  So that's it.  That's
5    everyone?
6         MR. GRADY:  That's everyone on our side.
7         MR. NIDEL:  Okay.  I know I have at least
8    a handful of questions.  I may need to talk to
9    my co-counsel before I decide if that's it.  It
10   might make sense if we take a five-minute break
11   now and I can get that done at one time.
12        THE VIDEOGRAPHER:  We are going off the
13   record at 2:21 p.m.
14        (Recess taken.)
15        THE VIDEOGRAPHER:  We are back on the
16   video record at 2:34 p.m.
17                 CROSS EXAMINATION
18   BY MR. NIDEL:
19        Q.   Good afternoon, Mr. Feist.  I just have a
20   few follow-up questions for you and we can get you
21   back home.
22             Earlier today you were asked by counsel
23   about your responsibilities as class rep in this
24   case.  Do you recall that discussion?
25        A.   Yes.

Page 161

1         Q.   Okay.  And do you understand your
2    responsibilities to include cooperating with counsel
3    for both plaintiffs and defendants?
4         A.   Yes, I do.
5         MR. WACHTER:  Objection to form.
6         Just give me an opportunity to state my
7    objection.
8         THE WITNESS:  Sorry.
9    BY MR. NIDEL:
10        Q.   Okay.  And do you understand that your
11   responsibilities include speaking on behalf of
12   others in your community?
13        MR. WACHTER:  Object to form.
14        A.   Yes, I do.
15   BY MR. NIDEL:
16        Q.   And do you understand that your
17   responsibilities include doing things like producing
18   documents, answering questions and attending
19   depositions, as you're doing today?
20        MR. WACHTER:  Object to form.
21        A.   Yes, I do.  I take the responsibility
22   pretty seriously.  And just from a personal
23   standpoint, I -- I took this responsibility pretty
24   seriously.
25

Page 162

BY MR. NIDEL:
1   Q.   Okay.  And do you understand that you may
3   have to attend trial in this case?
4       A.   Yeah.
5       MR. WACHTER:  Object to form.
6       A.   Yes, I assume that.
7   BY MR. NIDEL:
8       Q.   Do you -- do you trust the counsel of your
9   attorneys in this case?
10      A.   Yes.
11      Q.   There was some discussion about phosphate
12  mining today with respect to what your knowledge
13  was.  Do you recall that discussion?
14      A.   I do, yeah.
15      Q.   Okay.  And when did you first become aware
16  of some relationship between phosphate mining and
17  radiation?
18      A.   Not until after this case started.
19      Q.   Okay.  And is your concern with phosphate
20  mining the concern that you associate phosphate
21  mining with radiation?
22      A.   Yes, and the health issues that could come
23  from that.
24      Q.   Okay.  And do you have any concerns
25  specific to phosphate mining and buying property

Page 163

1   that was phosphate-mined other than those that
2   relate to those radiation concerns?
3       A.   No.  For me, it wouldn't matter what it
4   was as long as it was, you know, reclaimed or
5   cleaned up to the point where it was -- served no
6   health risks to anyone involved.
7       MR. NIDEL:  I have nothing further for
8       you, Mr. Feist.  Thank you.
9       MR. WACHTER:  I have just a couple of
10      questions.
11          REDIRECT EXAMINATION
12  BY MR. WACHTER:
13      Q.   Just to clarify, I finished my questions,
14  we took a break.  Mr. Feist, don't tell me any
15  conversations, any substance of what you might have
16  talked over with your counsel, but you and your
17  counsel went out during the break; is that right?
18      A.   Correct.
19      Q.   Don't tell me what you talked about, but
20  did you talk with your counsel, without telling me
21  what you said?
22      A.   Well, we both went to the bathroom and we
23  chatted a little bit, but he said he had a phone
24  call to make and --
25      Q.   Well, don't tell me what he said.

Page 164

1       A.   Okay, I'm sorry.
2       Q.   I just wanted to know whether you talked
3   to him or not.
4       A.   Yeah, we talked --
5       Q.   Okay.
6       A.   -- briefly.
7       MR. WACHTER:  Thank you.  Appreciate it.
8       THE WITNESS:  Yeah.
9       MR. WACHTER:  I'm done.
10      MR. NIDEL:  I don't have any follow-up.
11      THE VIDEOGRAPHER:  We are going off the
12  record at 2:39 p.m.  This concludes the
13  videotaped deposition of Michael Feist.  The
14  total number of media used was four.
15      THE COURT REPORTER:  Mr. Wachter, did you
16  want an e-mail of the rough?
17      MR. WACHTER:  No.
18      THE COURT REPORTER:  Mr. Nidel, are you
19  ordering?
20      MR. NIDEL:  We will order a copy of the
21  transcript, just like a standard order.
22      (The proceedings concluded at 2:39 p.m.)
23
24
25

Page 165

1
2
3
4               CERTIFICATE OF OATH
5
6
7   STATE OF FLORIDA
8   COUNTY OF HILLSBOROUGH
9
10
11      I, the undersigned authority, certify
12  that MICHAEL J. FEIST personally appeared before
13  me and was duly sworn on the 7th day of October,
14  2020.
15      Signed this 19th day of October, 2020.
16
17
18
        DENISE SANKARY, RPR, RMR, CRR
19      Notary Public, State of Florida
        My Commission No. GG  944837
20      Expires: 1/27/24
21
22
23
24
25

```
                                              Page 166
1                   CERTIFICATE OF REPORTER
2
3    STATE OF FLORIDA
4    COUNTY OF HILLSBOROUGH
5
6
7            I, DENISE SANKARY, Registered Merit
8    Reporter, do hereby certify that I was authorized
9    to and did stenographically report the foregoing
10   videotaped deposition of MICHAEL J. FEIST; pages
11   1 through 164; that a review of the transcript
12   was not requested; and that the transcript is a
13   true record of my stenographic notes.
14           I FURTHER CERTIFY that I am not a
15   relative, employee, attorney, or counsel of any
16   of the parties, nor am I a relative or employee
17   of any of the parties' attorneys or counsel
18   connected with the action, nor am I financially
19   interested in the action.
20           Dated this 19th day of October, 2020.
21
22           _____
                 DENISE SANKARY, RPR, RMR, CRR
23
24
25
```

| Exhibits |
|---|

EX 0001 Michael Feist DEFT 1 00720  16:1,3 125:24,25
EX 0002 Michael Feist DEFT 1 00720  17:10, 11,14 18:2 19:19,25 21:2 22:25
EX 0003 Michael Feist DEFT 1 00720  17:16, 20,23 18:3, 20,25 21:14, 15 29:10,11
EX 0004 Michael Feist DEFT 1 00720  25:12, 15,20
EX 0005 Michael Feist DEFT 1 00720  28:8, 10,15
EX 0006 Michael Feist DEFT 1 00720  31:6,7, 9,13 109:10, 12
EX 0007 Michael Feist DEFT 1 00720  33:4
EX 0008 Michael Feist DEFT 1 00720  138:20, 25
EX 0009 Michael Feist DEFT 1 00720  140:9, 11,13

| 0 |
|---|

03   7:1

| 1 |
|---|

1   16:1,3 25:14 50:17 110:2,9 111:23 125:25
10-year-old 154:10
100   4:14
10:30   50:16
10:40   50:20
12   12:4 110:2,9 111:23 126:21
1200   35:16 37:24
12:00   108:22, 25 109:4
12:13   109:2
12:52   109:4,6
13-year-old 154:9
14   17:13 18:2 136:9
1400   35:16
15   111:11 135:12
16   98:8
1771   34:2
1774   10:5
18   87:24 132:12
18-year-old 6:16
1985   139:13
1994   11:9
1:57   153:6

| 2 |
|---|

2   17:11,14 18:2,12,14 19:19,25 21:2 22:25 50:21 109:1 158:5
2-year-old 154:10
20   55:11,17, 20 65:22 66:8,14 67:2, 3 98:7,9 102:19
20-year   65:24 67:2
2000   8:8 17:13,22 18:3 51:23 52:1 66:6 102:17 132:1
2001   14:5 16:15 42:14 58:8
2003   12:24 14:2,5
2004   25:9 53:3 58:8
2005   12:24 25:9,14 33:21,22 53:2
2006   28:9
2007   8:17 132:2
2008   8:8,17 33:22,23 37:20 39:20
2009   37:20 156:1
2010   8:9 34:8 89:5
2013   34:8,9, 24 52:10 58:19 89:5
2014   58:19
2016   54:4
2017   67:25 68:4 79:25 86:9 153:24 154:1,2
2018   60:3
2020   4:4
25   55:11,20 98:7 126:21
26   28:9
2:11   153:10
2:21   160:13
2:34   160:16
2:39   164:12, 22

| 3 |
|---|

3   17:16,20,23 18:3,20,25 21:15,17 29:11 109:7 112:2 123:11 124:5 153:7
3039   6:25 8:23 9:5,16 26:23 27:4 29:4,6,12,15 30:19 38:11 40:25 41:15 42:15,22 43:15,25 71:10,19 73:18 79:4 81:8,21 123:6,14,21 124:8,23 143:6
3049   22:5
3141   9:12 15:13 22:1,7, 24 25:22 27:3 28:17 30:18 44:20 71:3 73:8,15 123:5,20 124:5,23
31st   34:9
33810   8:6
33812   6:9
33813   7:1
3504   6:8 9:3

| 4 |
|---|

4   25:12,15,20

153:11
**4100**  4:14
**4200**  4:15
**485-**  26:17

---

**5**

**5**  17:22 18:3
  28:8,10,15
  107:15,17
**5-year-old**
  154:10
**50**  136:9

---

**6**

**6**  18:9 31:6,
  7,9,13
  109:10,12
**651**  8:12,18
  30:25 31:15
  36:23 37:5,10
  38:12,20
  39:7,12 48:2
  52:11 61:9
  62:1 72:9
  73:24 74:19
  75:5,7,25
  76:12,18
  93:12 109:13
  115:23
  116:17,25
  118:21 121:24
  133:14 143:2

---

**7**

**7**  4:3 18:9
  33:4
**733**  8:4
**7C**  18:15,20

---

**8**

**8**  138:18,19,
  20,25

**804**  34:4 50:2
**825,000**  26:14
**84**  11:9
**85**  57:23
**8:17-CV-00587-**
**TPB-AEP**  4:10

---

**9**

**9**  140:9,11,13
**9/11**  14:4
**90**  57:19,24
  129:22,24
**93**  11:13
**94**  11:10,12
**9:12**  4:1,4

---

**A**

**a.m.**  4:1,4
  50:16,20
**ability**  58:12
**able**  20:16
  29:9 58:15
  99:21
**about**  5:11
  8:8,9,14 12:4
  13:15 14:7,22
  16:15 18:14,
  20 19:6,12
  20:14 24:12,
  18 29:16,21,
  25 30:11,20
  32:3,9,12
  35:17,22
  38:11 40:5,
  10,13 42:20
  43:4,12,15,
  21,24 47:9
  52:21 53:2
  55:20 57:21
  62:22 63:15
  64:5,9,16,18
  65:4 69:6
  74:13 75:24
  76:21,23
  77:2,11,22

78:6,9,19,21
79:3,5 81:19
88:20 89:23
91:13,14,20
92:9,17 95:1
96:11,13
98:16 99:6
101:16 107:11
108:1,7
111:15 114:8,
21 115:7,17,
20 119:1,13,
17 122:8
127:9,15
132:25
134:13,17
135:17 141:16
142:24 143:5
147:5,25
152:16 153:1
154:17,19
158:8,13
160:23 162:11
163:19
**absolutely**
  88:1 119:8,9
**accept**
  115:16,17
**access**  58:9
**accident**
  155:5
**accompany**
  83:3
**accuracy**
  107:16,17
  125:17
**accurate**  16:8
  46:11,25
  107:19,21
**acres**  53:23
  54:1
**action**  150:8
**actions**  77:19
  155:10
**activities**
  55:25 56:2
  133:4,10,13
  136:24

**activity**
  151:2,4,10
**actual**  8:4
  76:13
**actually**  52:8
  84:13 87:19
  90:20 104:9
  131:22 147:21
**add**  26:18
  41:17,18
**added**  58:2
  66:13
**adding**  26:20
  41:18
**addition**
  41:12 44:25
  73:1 92:19
  131:3 132:15,
  23
**additional**
  40:15 41:17
  64:15,16
  92:10 112:15
  125:11,12
**address**  6:6,
  23 8:4 10:7
  11:15 30:12,
  16 38:16 48:6
  52:3 53:18
  74:9 81:13,16
  82:25 83:5,19
  107:13
  116:14,16
  124:1,4 143:2
**addresses**
  30:22 75:3
  82:22 83:2
  107:13 128:15
**advantages**
  42:21
**adverse**  100:9
**advised**  88:8,
  11
**aerial**  16:6
**Affairs**
  139:12
**affected**
  90:16 92:14

**affiliated**
154:15
**after**  9:25
11:17 28:12
29:1 30:24
37:10 51:13
58:17 67:24
69:3 71:19
77:1 78:16,21
79:15 125:10
145:24 147:3,
15 162:18
**afternoon**
160:19
**afterwards**
148:10
**again**  14:1
43:16 64:18
67:6 70:20
74:3 78:15,17
79:14 101:6
103:1 120:13
141:9 149:17
150:14
**against**  95:21
96:5 101:7
**age**  154:7
**agent**  16:25
24:3,17 26:8,
10 29:18,20
32:6,8 35:20
40:7 42:4,6,
18 44:8,9
**agents**  42:2
**ages**  154:8
**ago**  65:23
80:3 83:7,10,
11 103:12
111:11 145:23
**agree**  45:20
82:16 94:11
99:13 101:1,
11 130:20
131:4 142:17
144:9,16
**agreement**
139:11 156:23
157:1,21,22,

24
**agreements**
159:1
**ahead**  20:6
50:14 99:23
108:20 119:16
122:20 125:1
140:8 156:10
**air**  36:4
**Akron**  10:24
11:15
**Alice**  19:1
21:23
**all**  19:21
21:2 26:18
27:8,9,16
29:1 30:16
31:10 42:20
45:10 47:8
48:8,11 52:16
66:13 74:9
76:21 88:12
103:13 106:14
123:13 126:22
128:8,10
130:15 141:2
142:22 143:22
156:17
159:12,15
**alleviated**
149:7
**allowed**  20:15
66:19,22
**along**  150:10
**already**  22:19
158:8
**also**  5:5,6
8:5 9:1,3,6
15:10 16:6
22:1 25:21
28:17 29:3
30:2 38:11
42:16 44:13,
25 48:2,4
50:1 52:17
60:12 72:17
99:11 109:2,
20 121:2

124:21,24
132:8,16
134:24 137:2
151:10 156:15
**Alta**  10:5
34:2
**am**  15:22 68:9
100:11 103:4
130:2
**Ambien**  60:16
**amount**  128:11
**and**  4:4,7,25
5:13,18 6:10,
11,15,18,25
7:2 8:18,24
9:4,15,18,23
10:3,13,18,19
11:10,13,17,
20,21 12:3,5,
7,18 13:9,12,
22 14:8,12,21
15:7,10 16:5,
8,20,21 17:2,
7,12,17,21
18:3,7,8,17,
20,21 19:1,5,
6 20:15,22
21:7,8,11,14,
18,23 22:13,
18,22,23
23:10 25:6,
13,18,23
26:3,21,23,24
27:2,4 28:12
29:10 30:5,
12,17,18,19,
20 31:4,11,
16,18,21,25
32:17 33:8,
15,23 34:3,7,
19,22,24
35:2,3,11,25
36:11,13,18
37:6,18 38:2,
11,13,16,18,
23,24 39:17,
21 40:24
41:18 42:3,8,
16,24 43:5,8,

18,21 44:3
45:2 46:12,16
47:10,24
48:1,11,20,21
49:5,9,17
50:1,7,8
52:1,16
53:19,24
54:1,16 55:1,
12,25 56:5,6,
11,12,17,19,
23 57:10,15,
18,21 58:1,
14,22 59:7,
13,16 61:8
62:4 63:1,5,
12 64:18,20
65:4,8,17,22
66:1,12 67:6,
7,25 68:11,14
69:9,21 70:9,
10,18,25
71:13,20,24
72:13,16
73:4,10 74:9,
12,15,22
75:8,9,15,20
76:5,11,24
77:6,16
78:12,15,21,
22 79:3,11
80:3,5,7,10,
17 81:12
82:4,21 83:4,
7,8,13,16,20,
21 84:12,22
85:7,11,15,21
86:6,8,10,14,
17,21,24
87:23,24,25
88:2,13,15,
21,22,24
89:8,19,21
90:15,23
91:3,5,15,17
92:3,9 93:2,
5,10,22,23
94:1,17 95:3,
17,21,22,25

96:9,12,18,24
98:9,13,23,24
99:7,8,10,14,
16,25 100:4,
17 101:4,14,
19 102:10,24
103:3,15,20,
21 104:1,21
105:3,9,14,20
106:9 107:3,
10,24,25
108:3,6,10
110:11,13,15,
25 111:9
112:1,3,4,9,
12,18 113:11,
12,20,21
114:5 115:4,
9,17,24
116:6,11
117:10,17,19,
24 118:4,10,
18,24 119:20
120:1,10,14,
17,23,25
121:2,16,17,
19 122:1,11,
25 123:5,11,
12,14,20
124:8,10,20,
22,23,24
125:10,14,21,
24,25 126:1,
2,5,10,14,22
127:1,2,3,7
128:6,9,16,20
129:4,10,16,
18 130:12,23
131:4,7,10,
22,23,25
132:6,13,14,
15,19,25
134:2,9,14
135:1,19,22,
23,24 136:9
137:1,2,13,
14,18,20
138:4,9,10
139:2,3,12

140:8,13,14,
22,25 141:5,
13,21,23,25
142:6,11,13,
20 143:6,17,
19,22 144:3,
4,10,14
145:5,19,22,
23 146:3,11,
14,22 147:3,
8,21,25
148:4,9,10,
12,13 149:1,
9,13,23
150:9,11,14,
20 151:4,5,
18,21,23
152:3,9,14,24
153:14,24
154:1,3,7,10,
12 155:12,15
156:2,9,10,
12,14,15,16,
20,24 158:5,
12,21 159:5,
21 160:1,3,
11,20 161:1,
3,10,16,18,22
162:2,15,16,
19,22,24,25
163:16,22,24
**and/or**
107:21,22
**Andrews**   160:3
**Annie**   17:12
21:8
**another**   17:21
23:5,16 32:22
33:16 38:15
48:7 54:12
95:9,11 98:5
99:8 105:18
127:7 136:9
148:13
**answer**   20:3,
14,16 49:2
54:18 59:10
68:15 70:21
74:25 76:8

81:25 82:15
93:7 99:22
111:14 112:21
113:25 114:1,
6,16,17,19,
23,25 120:4
121:7,18
122:20 123:2
129:3 131:13
142:8
**answer's**
111:16
**answered**   59:8
66:13 68:12,
14 115:18
147:9
**answering**
23:11 161:18
**answers**   75:11
117:24 118:2,
11 120:14,21
**anticipate**
117:17
**anxiety**   61:6
91:11,19,21,
25 92:6,17
**any**   6:2,15
11:23 20:22
23:1,19 24:7,
11,17,23
25:25 27:18,
22 28:13,20
29:16,20,24
32:2,8,11
37:8 38:3
40:4,9,12
41:2 43:11,14
44:17,21 45:1
46:4,18,25
47:2,3,16,21
49:23 50:12
53:12 54:21,
23 56:1 57:4
58:14,23,25
59:5,18,23
60:4 61:2,5
62:1,17,21
64:10,11,18,
19 65:3,4

66:9 67:9,13,
20,22 68:3
69:20 70:3,5,
7 72:10,20,
24,25 73:2,9
74:5,21 75:6
76:3,18,20,21
79:5 80:4
82:11,21
83:1,15,18
84:1,3,5,11,
25 85:4,12
86:9,10,11,
18,25 87:5,15
88:3,9,19
89:6,14,18,24
90:17,18,19
91:4,11,19,23
92:5,10,20,25
93:3 94:19
96:12,15 98:3
100:21 102:4,
13,14,21
103:13 105:17
107:18 110:1,
7 111:3 112:9
115:22 117:8
121:23 122:20
124:17 127:20
128:14 129:9,
11 131:19
133:10,15
134:15,19,21
138:12 139:15
141:8,10
144:20 145:3,
9,10,16,17
149:6,14,15
150:5,9,15
151:8,18,22
152:17,18
154:11,14
155:3,9,16,20
158:9,14,20
159:1,9
162:24
163:14,15
164:10

**anybody**
52:12,14
61:12 73:16,
19,21 74:2,7
75:1 94:4
96:11,13,25
97:10,14,23
98:16 102:6,
20 104:6,19
105:8

**anymore**   41:4,
5

**anyone**   62:10
72:7 73:14,25
81:7 83:3
154:14 163:6

**anyplace**
14:25

**anything**
32:21 35:17,
22 43:2,17,
23,24 60:18
65:5 77:9,21
79:1 84:23
87:6 92:19
107:11 120:15
127:14 136:4,
14 142:24
158:12,21
159:11

**anytime**
153:19

**anyway**   97:17
147:1

**anywhere**
10:20 27:23
62:1,3 106:17

**apologize**
159:6

**apparently**
157:22

**appearing**
159:18

**appraisal**
24:25 45:18,
20 46:3,7,24
154:25

**appraisals**
45:24 47:3

**appraised**
46:10

**appraiser**
46:24

**appreciate**
51:20 66:15
68:15,21
74:12 75:11
84:22 85:21
88:2 107:24
154:7 164:7

**appreciating**
33:15 40:17
42:7,8 43:5

**appreciation**
26:19

**appropriate**
19:7 120:15,
21,22 134:22

**April**   28:9

**are**   4:2,5,13
10:21 18:11
19:1,11 35:7
43:4 50:5,15,
19 51:15
54:7,21,23
57:25 59:3
66:3 68:22
70:12,24
77:6,16 79:11
80:5,16 84:9
85:13 86:22
90:5,7 93:11
94:1,2 97:18,
20 98:5 99:25
100:1,7,8,14,
21,22 101:1,2
102:20
106:11,16
108:4,21,24
109:5 110:11
111:6 112:10,
17 113:19
114:13 115:12
118:14 121:1
126:5,18
129:17

142:13,18
144:3,9,22
145:2 148:16
150:8,23
151:12 153:5,
9 154:4
157:21,23
160:12,15
164:11,18

**area**   10:24
53:15 69:4
83:8 122:10
125:21 126:2,
14 127:11,16
129:14 133:15
137:3,4,9
154:13,14

**areas**   50:8
129:9,17
131:1,3,5,7
136:23 152:3
154:20

**aren't**   19:10
93:22 101:24
126:17

**around**   29:2
38:20 57:8
58:19 66:6
78:11 125:15
126:23,24
136:24

**arrangement**
7:9

**article**   67:8
69:3,6

**articles**   77:1

**as**   5:19 12:5,
14 15:19
16:1,3 17:9,
10,14,23 19:6
23:23 25:11,
15 28:10,20
31:7,9 33:3,
4,9 40:24
41:19 42:19
46:10 48:19
49:7 50:2
54:8 59:17
62:1,9 78:3

80:25 82:5,14
84:8 85:5
86:24 90:20
91:4,6,8,16,
19 93:25
94:12 95:10
97:7 100:22
101:12,20
106:2,13
107:1 108:2,8
118:5 128:7
129:8,9,10,16
132:20 135:4
137:13 138:20
140:11 141:3,
10 142:1
145:1,2 146:7
147:17 150:17
151:12 152:14
156:15 159:6
160:23 161:19
163:4

**aside**   84:20,
24 90:23
106:16 113:8

**ask**   66:17
86:19 88:2,19
114:2 128:18,
20 129:5
156:20 158:7

**asked**   59:7
66:12 68:11,
13 85:11,15,
19 86:10
121:1 128:16
129:1 135:23
147:8 151:17,
22 152:2
156:19
159:15,20
160:22

**asking**   17:3,4
35:7 62:7
64:21 66:3,5,
14 77:10
78:17 80:9
85:19 87:9
93:18 97:3
99:18 101:23

114:11 115:12
117:12,16
118:4,15
120:5,6,8
121:2 128:23,
25 129:20
146:17 147:23
148:19
150:17,24
157:19,20
159:8
**assessment**
42:1 110:21
122:4
**assist** 127:3
**assisted**
127:3
**associate** 5:6
162:20
**associated**
48:20 85:13
93:1 95:12
**association**
62:12 106:15,
16
**assume** 110:6
141:12 162:6
**assuming**
18:24 45:19
93:18 95:6
**assumption**
111:20,22
**at** 4:1,13
6:17 8:23
9:5,10 10:5
13:19 14:4,8
15:1,11 18:12
19:4 20:20
21:14 22:6
23:17 25:3,18
26:18 28:13
29:10 30:15,
18,21 33:14,
16 34:4,19
36:24 40:16,
17 44:13,20
45:12 50:1,
11,16,20

51:18 54:11,
12 55:7,25
56:19,23
57:12,13,18,
19,20,23 59:2
61:25 62:25
63:6,20,24
64:4 65:9,16
67:15 69:20
70:4,7,9,10,
16 73:2 75:25
76:18,21,22
79:4,6 81:8
85:13,14
88:20 90:18
95:6,18 99:10
102:8 103:6
107:14
108:22,25
109:3,6,13
111:7 112:1,2
115:3,23
116:19,21
118:21 122:13
123:3,5,14,
20,21 124:8,
12,14,22
125:24
126:10,11
128:1,8
130:12
131:15,16
133:3,9,14
134:4,10
135:22 136:25
138:24,25
140:13,15
141:2,22
143:2 153:6,
10,23 154:12
155:23
156:12,16
159:17,18
160:7,11,13,
16 164:12,22
**attached**
109:20,21
**attempted**
60:24

**attend** 162:3
**attending**
50:25 134:10
159:23 161:18
**attention**
141:12
**attorney** 27:9
115:14 127:22
**attorney's**
65:1
**attorney-
client**
113:16,22
120:17 129:2,
5 157:24
158:1
**attorneys**
4:16 81:11
82:4,8 103:3
114:7,21
135:21 162:9
**attribute**
103:5
**audio** 153:15
**August** 8:9
**average**
131:19,21,23
132:13
**aware** 49:15,
19 63:9,24
67:14 68:8,24
83:4 89:10
91:10 92:8,
16,21,24
99:7,25
100:11,14,22
102:20 103:4,
5 107:5 117:8
120:18,19
136:19 144:3
162:15
**away** 6:17
37:14 55:12
98:1,23 102:5

**B**

**B-A-Y-L-I** 7:4
**back** 7:24
14:16,21
22:24 26:24
29:10 36:3,23
41:8,17 50:19
59:17,20,24
64:20 65:8
108:24 109:5,
9 125:24
133:15,16,18,
19,20,22
137:18 153:9
160:15,21
**backyard**
127:11
**backyards**
138:10
**Bailey** 5:3
**Balogh** 160:3
**bank** 35:3
53:7
**banker** 45:13
**bankruptcy**
155:23
**barely** 123:12
**based** 70:14
93:16,17 94:4
100:19 101:6
112:15 129:24
149:23
**basically**
137:13
**basics**
130:12,13
**basing** 96:9
**basis** 75:13
85:23 86:1
88:14 133:10
**bathroom**
163:22
**Bayli** 7:4
30:15

**because** 19:4
33:14 38:3
39:15 44:2
51:8 58:15
64:20 68:5
72:3 74:8
78:1,25 81:10
83:21 86:21
88:1 89:15,20
98:19,22,24,
25 115:8
116:4 118:10,
12 120:20
122:5 128:5
143:10 144:23
153:18 156:13
**become** 162:15
**bedroom** 15:9
**been** 5:18
9:12 12:3
27:19 37:18
50:11 58:23
59:5 65:17
67:11,16
71:23 72:4,7
73:1,9 74:20
75:2 77:25
81:21,22
83:16,22 92:6
102:6 104:19
105:9 122:23
128:21
133:16,18,22
146:10,12,22
147:13 148:7
153:1 155:3,
9,13
**before** 7:2,5,
20 8:11,24
10:8 12:12,
16,18 15:10
22:25 23:23
24:8,12,18
25:1 26:1
32:3,12
35:18,23 54:9
56:24 63:15
127:25 128:4
134:13,24

136:18 139:18
147:2 159:16
160:9
**began** 4:1
**begin** 35:6
**begins** 50:20
109:6 153:10
**behalf** 4:19
161:11
**behind** 33:8
133:14
**being** 90:17,
20,23 102:21
103:21 106:2
108:3 132:23
141:23
**believe** 8:4,
17 14:1
22:10,16
23:11 24:2
25:9 26:17
31:9 33:21
34:10 38:25
45:11 55:24
56:5 64:6,14,
25 68:2,14,23
69:3,19,25
70:12 71:20
72:16 75:10,
15 78:14
79:23 80:2
95:25 96:9
97:13 98:1
109:12 113:7
145:23,25
146:13 156:4
**bell** 18:9
**below** 140:22
**benefits**
42:21
**Besides** 29:22
**best** 78:1
82:17 93:7
131:5
**better** 126:7,
17
**between**
147:20 154:1

156:24 158:21
162:16
**beyond** 27:19
43:1 138:11
153:24
**bikes** 133:11
137:1
**bit** 9:2 26:21
28:5 37:23
56:12 136:8
163:23
**Blake** 160:3
**blanks** 97:24
**boards** 36:10,
11
**Bob** 98:6
**bonding**
124:24
**both** 17:7
18:7 37:9
58:1 70:9
95:21 123:5
124:22 147:2
148:14 156:9,
11 161:3
163:22
**bottom** 115:14
**bought** 11:12
21:12 22:6,
13,14,22
24:18 27:3
49:10 51:24
127:13 145:25
147:4 148:12
**Boulevard**
10:13 53:20
**boy** 154:9,10
**boys** 6:11,18
34:19 53:23
137:19 138:5
**break** 6:1
50:11,13
118:9 153:2
160:10
163:14,17
**bricks**
123:15,17

**briefly** 99:10
164:6
**bring** 156:19
157:8 159:4,
11
**broke** 123:12
**broker** 159:1
**Brook** 54:8,
13,14
**brought** 60:7
159:6,8,10
**brush** 138:7,8
**Bryan** 160:3
**buckled** 50:7
**buddies** 97:19
99:3
**build** 22:18
**building**
14:13 127:2
136:16
**built** 22:19,
23 41:15
56:11 63:1
65:10 126:15
127:5
**but** 5:13 8:4,
25 11:14,15
12:25 14:23
16:5 17:5
18:23 23:17
28:14,24
33:10 37:14
38:16 39:7
41:7,8,23
43:1,22 44:2,
16 46:24 48:6
51:8 52:2,3,
17 53:10,18
54:3,4 57:19
60:2,5,24
61:21 62:3,16
63:5,7 64:12,
23 65:1,13
70:11 75:4
77:15,17
78:16 79:7,24
80:18 82:6
83:7,13

84:13,24
86:15 88:14,
24 89:17,25
92:10,23
94:4,8,9 95:7
96:10 97:17,
20,24 99:8,11
101:25 102:13
104:18 105:8
107:6,19
110:5 111:18
113:3,25
114:2 115:14,
19 116:15
123:22 124:23
125:11,14
126:6,9,18
127:8,9,23
128:14,25
130:10 133:13
136:4 137:1,
12,17 142:3
143:19 144:22
148:25 149:17
151:16 152:4
154:2 155:6,
7,13 156:22
157:23 158:6
159:15,20,22
163:16,19,23

**buy**  42:9

**buying**
156:11,13
162:25

**by**  5:22 7:23
12:22 13:6
15:4 16:2
18:1 19:17,24
20:2,5,8
21:1,21 23:13
24:16,22
25:16 26:5
27:18,21
28:11 31:8
33:5 34:17
36:14 38:6
39:21 42:3,5
43:8 44:7
45:23 46:2,

14,19,21
48:23,24
49:8,20 51:21
53:10 54:20
55:4 59:9
62:8 63:14,19
64:1 66:4,24
68:20 69:5,10
70:22 71:2,9,
15 72:2,6,15,
23 73:7,12
74:11,18,24
75:23 76:7,16
79:2 80:13,24
81:5 82:13
83:7,8 85:10
86:2 87:10,20
88:7 89:11
90:1,8 93:9
94:16,23
95:8,12,22
96:21 98:17
99:19 100:20
101:10,18
102:3,7,15
103:8,17
104:4,12,24
105:11,16
106:6,20
107:7,17
108:1 109:8
110:17,22
111:13
112:20,23
113:13,17
114:10,15,22
116:2,9,24
117:15 118:16
119:12,22
120:3 121:21
122:7,15
123:6,7,24
126:21
127:16,22
129:4,7,15,23
130:14 131:2,
12,24 134:1
135:23 137:2
138:22 140:1,

12 141:7
142:10 143:1,
15 144:19
145:8,15
146:2,19
147:10 149:12
150:13 151:1,
22 152:13
153:20 154:14
158:4 160:18,
22 161:9,15
162:1,7
163:12

**byproduct**
123:4,9,22
130:1,13,16,
17 131:6

---

## C

**cage**  126:2
**call**  60:14
75:20 96:8
97:19 118:10
121:25 122:3
123:8 130:6
137:11 163:24
**called**  10:24
23:6 36:22
52:2,20 53:19
60:19 137:4
148:18
**calling**  18:23
**calls**  75:9,15
104:1 113:15,
22
**came**  16:4
64:7 77:2
78:15
**campus**  134:12
**can**  4:21 7:2
14:25 19:3,14
20:24 25:20
28:15 31:13
41:14 50:23,
24 51:4,7,8,
13 53:17
59:1,10 65:23

66:8,25 67:5
69:21 70:21
92:5,11,20
97:7 103:5,12
105:17,20
108:14,16,18
110:6 113:3,8
114:23,25
115:5 116:20,
23 117:1
118:7 120:4
125:24 138:16
141:9,12
142:22,23,24
144:7 145:7
154:7 155:18
158:7 159:15,
16,23 160:11,
20

**can't**  15:23
17:18 20:21
41:11 47:2
48:4 49:2
51:2,3,10
70:11,20
77:13 81:24
82:15 92:12
100:24 103:6
105:8 111:19
115:13 123:22
125:16 130:10
135:1 143:11
146:25 148:25
151:14 157:9

**cancer**  59:5,
19 60:5 85:12
98:2 102:6,7,
21 103:5
152:18,19

**cancers**  60:4
86:25

**car**  37:6

**care**  59:2
136:15

**Carillon**
52:20 156:7

**Carol**  25:13

**case**  4:9
46:20 83:25

84:2 95:1
112:17 113:2,
19 114:13,21
145:2 149:20
155:15 157:15
160:24 162:3,
9,18
**cause** 115:6
152:19
**caused** 59:23
87:5,15 93:3
102:7
**center** 68:7,
25
**Central**
139:12
**certain** 58:22
131:5 138:10
151:3
**certify** 136:3
**cetera** 46:25
57:11
**chance** 138:24
**characterizati
on** 75:15
**Charles** 4:23
5:23 50:10
**chatted**
163:23
**checked** 60:10
88:9 89:12
90:1
**children** 6:15
**choice** 94:12
99:14 143:23
**choices**
142:23
**choose** 143:4,
19
**chose** 16:22
**Chris** 4:19
159:25
**Christina**
53:15,20
135:15,16,18,
24 136:11,19

**chronology**
8:2 9:9
**Circle** 8:12
9:19,22 10:6
30:25 31:15
36:23 38:12
72:9 74:20
76:1,12 93:13
109:14 115:23
118:21 143:2
**Citibank**
12:19
**claim** 101:20
145:2 155:5
**claiming**
145:2
**claims**
112:17,24
113:19 114:8,
13,21 157:14
**clarify** 18:2
29:9 51:22
55:6 62:6
92:2 99:2
163:13
**clarifying**
83:14 85:21
144:8
**class** 149:21
150:1,8,17
155:10 160:23
**clay** 58:1,4
123:10,16
124:11,16,19
131:5 132:17
**clean** 115:22
117:7,13
122:5
**cleaned**
115:8,10
119:9 163:5
**clear** 18:25
74:19 121:15
146:3
**cleared** 138:8
**Clearwater**
13:17

**Cleveland**
12:19
**client** 27:18
**Clinic** 59:2
85:22,23
86:3,8
**closely** 18:7
**closing**
111:7,8
**club** 132:3
**Clubhouse**
23:17
**co-counsel**
160:9
**coat** 36:12
**code** 7:1
**collected**
152:23
**college** 6:17,
21 7:6 11:2,4
134:6,7
**color** 140:25
**combination**
33:6
**come** 48:13
50:8 64:8
88:12 104:17
135:23
151:18,23
162:22
**comes** 49:3
93:23 115:5
**coming** 43:7,8
135:21,22
**common** 146:10
**communication**
115:1
**communications**
64:19 114:12,
24 129:2,6
**communities**
54:7,9,24
139:16
**community**
54:22 139:12
161:12

**company** 4:8
12:15 13:14
46:9 56:25
62:12 82:23
**comparable**
54:14,25
**comparison**
42:3
**complaint**
113:18 114:9
**compound** 46:1
**computer**
10:19 107:10,
24
**concern** 78:18
88:1,23,24
89:17 147:25
148:1 162:19,
20
**concerned**
78:18 79:17
81:18,19,20
88:13 100:7,8
134:17 141:16
**concerning**
24:8 47:21
158:15
**concerns** 65:4
77:17 78:22
79:5,12 80:17
127:15 162:24
163:2
**concluded**
164:22
**concludes**
50:16 108:25
153:6 164:12
**conclusion**
75:9,16
**conditioning**
36:4
**conditions**
112:3
**condo** 31:2
32:15,20,22
33:13 37:1
38:16,19
39:10,21

40:15,21
42:17 48:2
52:11 57:3,8
61:8 72:16,
17,18 74:13,
20 76:4
109:13 117:3,
4,5,9,14,17
119:2,7,11
133:14 137:13
148:13 154:23
156:16

**condos** 42:7
43:4,12 52:19
53:9 106:23
137:12 156:6

**conduct** 118:7

**conducted**
73:2

**confident**
130:1

**confused** 19:5

**connection**
26:1 29:14
85:6 86:8
145:10,17
156:18

**Connie** 160:2

**consequence**
93:14

**consequences**
86:11 87:5,16
88:9 91:3,12
102:4 103:21

**consider**
23:1,4 54:8,
11,24 97:9
142:4

**considerable**
75:4

**considered**
44:15

**consist** 57:7

**construction**
41:12 127:4
148:11,20
149:7,13,15

**consultant**
5:4 10:20
12:14,21

**consulting**
13:18

**contact** 44:5
62:11,17
64:12,13,15,
24 105:20
106:14,17

**contacted**
64:15 96:25
134:19

**containing**
130:21

**continue**
153:23

**continued**
71:21

**continues**
75:21

**contract**
49:9,11
73:14,19,25
75:1 81:7

**contracted**
102:21 103:4

**contractor**
41:21,22,23
123:15 124:14

**contracts**
27:1,5 28:1

**conversation**
42:24 78:6,
12,13,17 79:8

**conversations**
114:7 128:14,
25 150:5,15
158:13 163:15

**convey** 141:4

**cooperating**
161:2

**copies** 19:14

**copy** 15:22,24
28:8 157:10,
23 164:20

**corner** 38:20

53:19

**Cornish** 39:9
40:2,21 42:17

**correct** 9:14,
17 10:4 11:18
14:11 24:1,6
29:5 30:4
31:1,17,22
32:25 34:6
36:17 43:10
47:11,14 57:3
59:4,14,15
69:8,10,11
72:19 78:5
83:23,24
87:14 102:18
106:24,25
109:15,17
111:25 117:6
124:2,9
127:13 132:18
141:19 144:6
158:2 163:18

**correction**
9:2 14:3

**corrective**
28:9,16,21

**correspondence**
158:15

**cost** 26:16

**could** 5:24
6:2 7:13,14
21:14 27:9
50:10 53:23
64:24 78:1
82:6 84:15,16
86:22 87:21
97:8,15 100:9
105:12 106:2,
17 107:10,11,
12,15,19,20
109:9 117:18
118:20 119:7
122:9 135:23
143:18 152:19
155:8 162:22

**couldn't**
156:16

**Council**
139:13

**counsel** 25:18
27:14,16,17,
19,24 28:2,12
31:11 64:12
66:16,19
68:13 75:10,
17,19 113:24
114:12,24
115:1 117:23
120:13,24,25
121:14
128:13,14,15
139:2 140:3,
14 142:1
149:24
155:17,20
156:20,21,25
159:23 160:22
161:2 162:8
163:16,17,20

**counsel's**
118:19

**country** 132:3

**County** 10:9,
17 11:11,20,
21,22 23:2
51:23,25
52:18 53:12
54:7,24 63:9,
15,21 64:5
67:21 68:6,24

**couple** 43:21
57:17 58:2,6
125:10,20
153:21,25
154:5 159:14
163:9

**course** 16:21
23:24 54:7,9,
22,23 56:5
57:13 65:10
128:9 131:16
132:16 154:17

**courses** 57:19
154:3

**court** 4:11
5:2,7,9,15

6:8 7:21 9:3,
4,23 10:1,3,9
17:18 19:3
36:19 50:2
89:3 105:12
108:16,17,18
138:18 139:22
159:19
164:15,18
**courts** 57:25
58:1,2 132:17
**covenants**
112:3
**covered** 52:16
90:5,8
**COVID-19**
15:10
**Cox** 160:3
**CPAP** 60:23
**cracking** 50:6
149:3
**cracks** 50:7
**CROSS** 160:17
**curious** 27:12
38:7 44:4
159:6
**current** 12:1
13:7 14:17
34:18,19
37:20 53:22
58:22 75:25
134:9 154:8
**currently**
15:5 83:13,14
**custody** 7:8
80:11 88:21
**customary**
150:22
**customers**
12:10
**cut** 122:19
159:5

————————————

**D**

————————————

**Daniel** 4:25
19:11 51:2

**data** 12:15
13:12 152:23
**date** 4:3 54:3
78:8
**dated** 17:22
28:9 44:1,2
**dates** 12:25
58:20 60:2
**daughter**
6:16,18,21
7:5 30:15
71:21 79:3,7,
9,24 80:5,9,
10,14,22
81:1,2 87:23
88:3,23 89:25
90:8 124:21
125:5,15,22
133:8 143:6
151:5
**daughter's**
7:3 79:16
81:19 134:6
**daughters**
89:25
**Davis** 98:4
**Dawn** 37:15
**day** 15:1,6
88:15 104:19
118:6 125:7,
18
**days** 107:11
125:18,20
**deal** 91:25
92:17
**dealt** 45:12,
13
**December** 34:9
**decent** 107:21
**decide** 160:9
**decided** 78:23
**decision** 35:8
78:4 88:25
101:12 102:1
144:1 145:11
**decision-
making** 147:7

**decisions**
88:22
**deck** 36:3,4,
6,7,12
**declaration**
112:2
**deed** 17:11,21
18:17,21
19:22 21:6,7,
20,22 25:12,
21 28:9,16,21
29:11 31:5,
10,14 109:18
**deeds** 18:6,10
**defendant**
4:24 155:5
**defendants**
161:3
**defense** 16:1
17:14,23
25:15 27:19
28:10 31:7
33:4 138:20
140:11 160:2
**definitely**
41:23
**definition**
144:17
**degree** 130:21
**degrees**
130:18
**delay** 89:18
**Dellapa** 37:15
**demand** 81:23
116:10
**dentist** 88:22
**Department**
139:11
151:19,22
152:1,7,16,18
**depiction**
16:8
**deposit** 38:17
53:9 156:9
**deposition**
4:5 50:17,21
51:18 87:18

90:23 109:1,7
117:21,22
118:8 153:7,
11 155:19
156:19 158:6
159:18,24
164:13
**depositions**
161:19
**depression**
91:11,19,21
**description**
28:23 41:16
**desk** 15:8
**despite** 70:2
**details** 17:6
28:24 39:1,17
41:9,16
43:21,25
44:24 45:15
47:18 65:14
70:11 77:13,
18 78:16
79:24 107:18
148:3,20
152:4,11,23
157:13
**determination**
152:24
**determine**
104:23 108:1,
6 127:17
131:5
**determining**
41:24
**develop** 12:7
**developed**
86:25 89:6
**developing**
147:21
**development**
119:4 139:11
147:18
**diagnosed**
58:23,25 59:5
102:7
**dialogue**
44:10

**did** 6:20 7:6,
20 8:7,11,13,
22,24 9:18,25
10:5,9,11,14,
17 11:2,3,4,
6,11 12:12,
16,18,20
13:2,3,12,15,
18 14:21 15:8
16:13,16,18
17:2 20:9
22:17,18
23:1,3,4,8,
21,25 24:7,
11,17,25
25:3,5,19,25
26:18,20,22
27:1 28:4
29:3,8,15,20,
24 30:10,15,
21,23 32:2,8,
11 33:13,17,
19,23 34:1,
13,17,20,24,
25 35:6,7,17,
22,25 36:2,9
37:6,7,10
38:21,22
39:14 40:4,9,
12,15 41:20,
25 42:13,20
43:11,14
44:11,17,19,
21 45:6,20
48:13 49:23
50:2 52:5,12,
24,25 53:4,8,
15,21 54:2,8,
11,12 55:7,
14,19,21
56:1,6,9,13,
14,15,19,22,
23 57:4,7,21
58:3,5,11
59:18 61:9,
12,14,15
62:9,14,25
63:15,20
64:4,8,10,12,

13,23 65:3,
15,18 67:7,9,
22,24 68:3,
10,25 69:3
70:7 72:20
73:14,16,18,
21,25 74:2
75:1 76:20,25
77:3,8,12,21
78:19,25
79:4,8,18
80:14 81:6,7,
15 82:1,8
84:14 86:15
88:14 91:19
94:5 95:15,
16,17,20
110:1,8,11,15
111:18,21
112:1,3,5,9,
11 119:14
124:11,14,17
125:4,6,14
126:22,23,25
127:8,23
128:15,20
129:14 130:7,
8 131:16,25
132:6,8
133:3,15,20
134:3 135:9,
10,19,25
136:1,5,7
137:7,16,20
138:13 139:14
144:3 145:16
153:23 154:3
155:18,22,24
157:2,8
159:1,4
162:15 163:20
164:15

**didn't** 11:7
23:11 37:14
38:18 51:11,
12 60:25
65:14 69:24
70:2 73:20
80:18 81:8,

17,23 83:3
88:15,19
89:20,24
91:17 99:10
112:8 116:13
119:14 122:19
123:11
127:20,25
128:3,18,24
130:4 131:8
132:20 134:22
136:3 137:17
139:22,24
153:17 159:11

**different**
95:17 130:17
147:24 151:13

**difficult**
107:6,9
156:12

**difficulty**
6:2

**dig** 123:11
124:22

**digging**
123:7,25
125:12 127:1
128:6 129:10

**diminished**
149:7

**DIRECT** 5:21

**directly**
120:23 129:1

**dirt** 136:8

**disagree**
75:14 144:5

**disagreeing**
47:2

**disclosed**
146:12

**disclosure**
48:14 49:12

**discovery**
138:5

**discuss** 96:25

**discussed**
98:10 135:2
140:17

**discussion**
76:20 79:4
160:24
162:11,13

**discussions**
64:11 76:23,
25 114:20
155:17,20

**distinction**
147:20

**distress**
91:5,16 92:22

**District** 4:11
12:15 75:19
120:16 121:3
129:4

**ditch** 138:9

**Division** 4:12

**divorce** 39:16
53:11 156:10

**divorced**
39:19

**do** 5:11,14
6:5,10,15,16
12:5 15:1,7
18:3 19:20
21:2 24:23
26:6,12,15
27:7,22 28:1,
20 31:19
34:15 35:12
36:2,9 37:19,
25 39:6,8
41:2,20 43:2,
24 44:23
45:8,13,24
46:3 47:4,15,
20 48:16 49:3
50:8 51:13
52:17,22
55:10 56:9,19
59:23 60:12,
16,18,23
61:2,5,15,23
62:14,17
70:3,15,23
71:4,10
73:16,21

74:2,5 75:6
76:3,17 79:21
81:12 82:21
83:1,14,25
84:3,4,9,15
85:18,25
86:3,22 88:1,
16,20 93:23,
24 94:18
95:13 96:3,5,
8 97:12 100:4
101:25 102:6
103:12,19,20
104:16 107:8,
17 108:6,7
109:10 110:4,
23,24 111:3
112:5,9,15,24
113:5,7
115:17
116:15,17,25
118:9 119:6,
8,9,18
126:22,25
127:22,25
128:1,3
129:8,11,16
130:8 133:15
135:5,22,24,
25 137:4
140:20
141:10,13,17,
21,25 142:11,
17 143:12,14,
15,16,19
144:11,20
145:24 146:17
147:19,24
148:17,21
149:3,6,13,
20,22,25
150:9 151:7,
11,21 152:1,
6,15,17,23
154:13 155:19
156:3 157:5,
12,14 158:14,
17,19,20
160:24 161:1,

4,10,14,16,21
162:2,8,13,
14,24
**doctor** 85:11,
15,25 88:15,
17,22 91:15,
17
**document**
19:15 20:14,
20 28:7,13
31:11 83:6
110:8,15,16
111:19
112:15,25
113:1,2,10
115:13
139:10,14,15,
18 148:5
**documentation**
28:5
**documents**
19:6 27:17,18
110:11 111:1,
4,6 112:16
148:7 156:19
159:9 161:18
**does** 6:20
7:17,19 18:9
19:21,25
21:11 22:1,4
33:12 37:1,22
41:1 43:19
61:21 105:6
109:20 136:11
140:16 150:4
157:19
**doesn't** 53:18
57:1 94:9
157:23 158:7
**doing** 120:23
136:24
161:17,19
**don't** 8:25
9:6 11:13,15
12:24 16:17
17:4,5 18:8
19:5,7 23:11
24:2 25:2,6
26:11 27:10

28:4,6,24
33:15 34:16,
22 36:22
38:1,2,7,16
39:1,15,17,22
41:4,8 42:11
43:1,17,22,23
44:12,16
45:15 46:5,18
47:5,18,23
48:6 49:2
50:23 51:8,12
52:2 54:3,4,
18 55:11
58:8,19,22
59:25 60:2,24
61:16,17,19,
21,24 62:7,12
63:5,7 64:6,
11,18,25
65:1,19 66:17
70:11,21 71:8
72:25 73:22
74:7 75:2,5,
12,17 76:11
77:18 78:8,16
79:20,23,24
81:14,24
82:15 83:5,
20,21 84:10,
12,18 86:22
88:18 91:21
94:5,8,22
95:6,7 96:10
98:4,6,15
99:17 100:6,
15,25 101:8,
9,24 102:13
104:13 105:21
106:5,19
107:18 111:2,
5,11,20
112:11 113:2
114:1 115:18
116:1,3,13,
17,18 118:13
119:11
128:13,22
130:4,19

133:11 135:6
137:11,25
138:16 139:17
142:3,15,23
143:13,18
144:21,23
145:13 148:2,
3,5,24 149:5,
11 150:14,22,
24 151:15,16
152:4,11,21,
25 154:9,16,
18,21 157:10,
13 158:11
159:22
163:14,19,25
164:10
**done** 24:25
76:13,18
83:11 118:5
119:10 123:3
128:4 133:19
136:14 139:4
140:14 147:19
148:17 149:3
151:10 154:12
159:16 160:11
164:9
**dosage** 87:1
**down** 99:9
123:11 126:12
137:23 138:4
140:22
**downstairs**
36:7,8
**downtown**
13:20 14:12,
13,14
**dozen** 133:23
**drawing** 97:24
**Drive** 6:25
8:5,23 9:1,
13,16 10:12
15:13 22:2,7,
17,24 23:6
25:22 27:3
28:18 29:2
30:6 48:1
55:14 56:16,

18 71:4,10,20
73:8,15,18
79:4 134:4
**Driver's**
108:12
**driveway**
123:14 124:8
132:25
**driving**  155:7
**Drummond**  4:8
23:25 24:2,7
29:24 32:11
35:22 40:12
42:3,5 44:9,
14,15,18 45:3
67:9 139:10
145:3,9,16
148:3
**Drummond's**
67:10
**dug**  124:10
**duly**  5:18
**dump**  63:4,5
65:13
**during**  71:5,
21 163:17
**duties**  150:9,
23

———————

**E**

———————

**e-mail**  164:16
**e-mails**
158:14,20
**each**  13:2
27:2 45:18
46:15 47:24
48:13 55:25
94:11 95:25
99:14 101:11,
19 110:25
143:25
**Eagle**  54:8,
12,14
**Ear**  90:15
**earlier**  29:10
30:5 41:10

69:19 87:11
140:17 159:5
160:22
**easy**  10:20
156:14
**Edgewood**
137:22
**educate**
130:11
**effort**  134:15
154:22
**efforts**  84:22
**either**  30:22
31:19 38:25
39:24 52:9
98:7 124:14
139:24 157:3,
15
**elevated**
77:6,16 87:24
93:3 115:3,4,
7,15,22 116:4
119:23 121:23
122:13 127:18
129:12,17
130:3,16,17
131:6 136:12
143:16 145:23
147:2,15
148:8
**else**  14:25
37:11 43:2,
17,23 52:12,
14 57:15 79:1
92:20 97:10,
14,23 122:16,
22 123:21
**emotional**
87:6,15 91:5
93:25
**employed**
12:22
**employees**
67:10 145:9,
16
**employment**
14:17

**encounter**
138:12
**encountered**
127:17 129:10
**end**  20:21
56:24 126:14
**ended**  156:11
**engage**  56:1
**engaged**
151:3,9
**engagement**
156:24
**engineer**
12:2,6 49:1
50:8 77:15
107:10,25
116:1 135:3
149:17
**engineering**
135:5
**engineers**
81:11 82:4
84:5
**enough**  58:9
123:3
**entertain**
138:5
**entire**  13:10
32:23 119:3
**entitled**
103:13,23
104:3 105:1,
6,9,13 106:3
113:24
**especially**
80:17
**estate**  16:25
40:7 42:2,4,6
**estimate**
155:1
**Eugene**  25:6,
13
**evaluated**
85:12,16
86:10,20
88:17

**evaluation**
50:9
**even**  69:14
116:3 117:8
153:22 154:3
**ever**  10:5
12:20 44:17
49:23 61:9
67:9,10,22
69:12,17
81:15 82:8
134:3 137:7,
16 139:14,18
155:9
**every**  14:22
111:1,18
115:8,9
116:14,15
**everybody**
143:12 151:13
**everybody's**
51:9
**everyone**
50:24 159:17,
23 160:5,6
**ex-wife**  6:22
7:10 10:18
16:21 23:23
26:24 38:25
39:25 41:16
52:1 56:25
79:7 80:11,12
88:21,25
156:8
**exact**  12:25
54:3 115:12
116:14 148:2
**exactly**  17:6
39:7 54:5
118:12 126:22
**EXAMINATION**
5:21 160:17
163:11
**examined**  5:18
**example**  61:25
71:3 91:4
105:18,22
112:1

**excavate**
126:23,24
**excavating**
125:15
**Except** 13:11
**exclusively**
14:18,20
**excuse** 4:15
9:2 34:9
**executed**
28:21
**exhibit** 15:20
16:1,3 17:10,
14,16,20,23
18:2,3,20,25
19:4,19,25
21:2,14 22:25
25:12,15,20
28:8,10,15
29:10 31:4,6,
7,9,13 33:3,4
109:10,12,20,
21,24 110:1,
2,9,12 111:1,
4,7,23,24
116:22 125:24
138:20,25
140:9,11,13
**exhibit's**
17:15
**exhibits**
15:23 19:5,9,
13
**existing**
127:10
**experienced**
123:6,17
**experiences**
151:12
**expert** 46:22
70:11,20
103:2 104:1
117:22 118:5,
7,8,15 119:11
120:6 122:5
127:8,16
128:16 135:3,
5 149:17

**experts** 46:20
84:1,3,5 85:2
103:3 127:21
134:25 154:15
**explain** 41:14
87:21
**explorers**
138:6
**exposed**
90:18,20 92:6
102:21 104:6,
19 105:9
115:11
**exposure**
85:20 86:11,
23,25 87:12
88:4,10 89:7
91:8,16,20
92:11,13,18
102:7,8
103:20
**express** 96:1
**expressed**
95:18,22 96:5
99:3 144:6
**extended**
128:11
**extent** 82:6
113:22 114:6,
20
**exterior** 50:6

---

**F**

**F-A-R-G-A-R**
97:13
**F-O-N** 6:14
**fact** 64:5
67:1 69:1
87:3,22 93:1
94:5,9 121:1
127:21 145:21
**facts** 129:11
**fair** 16:8
78:22 110:20
**fairly** 43:5
107:21 126:20

**Fairway** 18:8,
11,14,15,21
30:3
**false** 145:3,
10,14
**familiar**
148:24
**family** 106:21
108:3
**far** 17:9
23:18 40:24
42:19 46:10
48:19 49:7
78:3 84:8
86:24 135:4
**Fargar** 97:11
99:9
**father** 80:25
**favor** 95:4,21
98:20 99:4,8,
11 100:2,5,23
101:2,24
134:17
**features**
127:14
**feel** 101:16
115:19
127:24,25
128:3
**feeling** 92:16
**feet** 123:11
126:21
**Feist** 4:6,7
5:9,17,23,25
6:1,5 7:20
16:4 17:12,
16,21 18:4
19:8,18 20:3,
9 23:14
25:12,20
28:12 31:11,
13 50:22
51:22 66:25
68:21,23 71:3
75:24 96:14
109:1,9,18
114:11 115:21
118:17,20

**121:22 129:8**
138:23 139:8
153:12,21
154:11,22
155:3,16,22
156:18 158:5
159:4 160:19
163:8,14
164:13
**felt** 23:17
82:5
**fertilizer**
134:3
**few** 41:8
53:23 58:24
67:4 144:18
154:2 155:13
160:20
**field** 137:14,
16,17 138:2,
3,11
**figure** 103:13
**file** 62:9
155:22
**filed** 69:10
78:9 79:25
80:4 86:18
156:1
**final** 39:20
**finance** 45:6
**financial**
92:25 93:3,
13,24
**find** 27:9
78:1 81:20
82:17 104:25
107:6,9,11,
12,15 130:20
131:7 156:12
**finding**
91:13,20
108:7
**finish** 23:14
36:12 99:21
119:14 121:14
**finished**
23:11 44:16
163:13

**first** 5:18
  9:9 11:21
  13:11 14:21
  15:13 30:18
  32:21 42:11
  44:19 65:22
  89:23 97:25
  98:3 146:6
  159:15 162:15
**fishy** 28:22
**five** 14:23
**five-minute**
  160:10
**fix** 35:12
  36:3,4,9
  121:23
**fixed** 118:22
**fliers** 45:2
**floor** 32:21,
  24 50:7
  133:24
**Florida** 4:12,
  15 6:8 8:6
  11:14,19,23
  75:19 120:16
  121:4 139:12
  151:17,18,21
  152:1,7,16,17
**focus** 90:17
**focusing** 91:1
**folks** 98:19
  116:23
**follow-up**
  134:14 153:21
  160:20 164:10
**followed**
  148:3,4
**following** 4:1
**follows** 5:19
**Fon** 6:14
**foot** 9:1,5,9,
  12 10:8 15:13
  22:1,7,24
  25:22 27:3
  28:17 29:2
  30:18 38:11
  44:20 47:9
  48:1 51:24

55:7 56:4
71:4 73:8,15
123:5,13,20
124:5 134:4
**for** 4:5 6:24
  10:20 12:2,3,
  9,20,21 13:2,
  9,11,12,15
  14:23,25
  22:15,17
  25:21 26:16,
  23 27:2,17
  28:8,17 30:6
  31:14 33:14
  35:5,8,13
  37:6,7 38:10
  41:21,24
  42:25 43:7,8,
  25 44:9,14,
  16,20 45:5,18
  46:3,8,15
  47:16,24
  49:23 50:2,4,
  13 51:1,10
  53:9 56:4,14
  57:9 58:7
  59:21 60:18,
  25 61:25 63:3
  64:9,14,15
  65:18 66:10
  67:11,16,20,
  23 68:7,25
  69:20,22
  71:3,10 72:9,
  25 73:8,15,
  18,19,24,25
  74:3,14,21
  75:9,13,15
  77:7 78:1
  80:9,21 81:2,
  7,15 82:23,24
  83:14 85:19
  86:4,10,23
  87:22,24
  88:9,22 89:2,
  12 91:3 92:23
  93:2,12,18
  96:14 99:14,
  15 101:7,23

104:1,7,10,
13,16 105:7,
22,25 106:22
107:2 108:3,
13 110:7,23
111:15 112:1,
12,16 113:15,
22 114:2,11
115:6 118:5,
15 120:5,6,8
121:2 125:19
128:13 129:5
131:17 133:13
134:15
136:20,23
139:8 144:8
146:8 147:11,
21 148:16
149:3 150:7
151:14
155:18,19
156:5,6,22
157:5 158:10
159:15,18,20
160:20 161:3
163:3,7
**forced** 35:3
**foreclosed**
  35:3 36:14
**forehead**
  59:14
**forgot** 88:2
**form** 7:22
  13:5 15:3
  21:18 23:10
  24:14,19 26:3
  27:15 38:5
  44:6 45:22,25
  46:12,16
  48:21 49:5,17
  54:16 55:1
  59:7 62:4
  63:12,23
  66:1,12,21
  68:11,17 69:2
  70:18,25
  71:13,24
  72:5,13,22
  73:4,10 74:6,

15,22 75:8
76:5 80:7,23
81:3 85:7,24
87:17 89:8
93:5 94:14
95:5 96:18
98:13 99:16
100:17 101:4,
14 102:10,24
103:15 104:1,
21 105:3,14
106:18 107:3
108:10 110:13
111:9 112:18
113:11,20
115:24 116:6
117:10,19
118:24 119:20
120:1,10
121:19 122:1,
11,25 129:18
130:9,23
131:10,20
133:21 141:5
142:6,20
144:14 145:5,
19 146:16
147:8 149:9
150:11,20
152:9 157:18
161:5,13,20
162:5
**formed** 39:1
**former** 7:6,8,
  11 16:11 17:7
  18:17 21:8,23
  25:13 30:7,
  12,17 39:4
  40:19 47:7,8,
  12,15,20
  49:11 53:8
  61:9 71:20
  79:3 80:5
  90:11 106:22
  136:10 143:5
  145:22 146:7,
  24 147:6
**formerly** 63:2
  66:10 85:6

93:2 136:19

**Fort** 14:22,24

**forth** 14:21
64:20

**fortunately**
104:13

**forward** 52:7

**found** 26:23
83:16 89:23
91:14 152:7,
18,24

**foundation**
19:23 21:19
26:4 46:13,17
48:22 49:6,18
54:17 55:2
62:5 63:13
66:2 70:19
71:1,7,14,25
72:14 73:5,11
74:16,23 75:9
76:6 78:24
80:8 82:12
85:8 87:8
88:5 89:9
93:6 94:20
96:19 98:14
99:16 100:18
101:5,15
102:11,25
103:16 104:1,
22 105:4,15
106:4 107:4
108:11 110:14
111:10 112:19
113:12,21
115:25
117:11,20
118:25 119:21
120:2,11
121:20 122:2,
12 123:1
129:13,19
130:24 131:11
141:6 142:7,
21 144:15
145:6,12,20
149:10
150:12,21

152:10

**four** 6:11,18
30:21 48:8
49:10,14,24
54:1 132:14
164:14

**fourth**
126:10,11

**frame** 79:14

**Franklin**
12:3,9,11,12
13:9 14:17

**Fred** 4:24

**friend** 11:14
35:10 97:9

**friends** 38:3
96:24 98:9

**friendship**
98:2,18

**friendships**
96:20,22,24
97:2 98:22,25
144:23

**from** 10:21
11:10 13:3,4,
8,10,13,16,
19,23 14:18,
20 16:16
17:12,16,21
20:23 21:7,22
22:14 23:18,
25 24:4 25:12
29:6 31:5
34:20 37:18
39:8 40:1,21
42:2 44:17
45:3 49:3
52:13 55:7,8,
12,14,19,21
60:13 77:15
79:10 84:20,
24 88:10
90:17,19,23
91:12,24 96:7
98:1,11,23
99:9 102:5,8,
21 106:16
109:4 116:11

121:4,5 127:5
132:1 137:19
145:23 149:2,
16 161:22
162:23

**front** 19:19
41:19 113:6
119:13 121:24

**full** 5:24 6:6
7:12

**furnish** 24:17

**further** 77:21
122:20 163:7

**future** 115:10

───────────

## G

**gamma** 158:10

**garage** 37:4
39:13

**garages** 36:25
37:1

**garden** 56:10

**gas** 48:17,18

**gave** 28:2

**general**
24:20,23
29:22 43:16,
18 49:22 57:9
63:9 64:4
65:11 76:23
127:22 133:13
139:6 157:11,
17

**generalities**
152:6

**generally**
125:25

**generating**
140:24

**gentleman**
34:21 39:9
97:11 135:1

**geologic**
77:14

**geological**
77:15

**German** 160:1

**get** 7:2 9:8
15:22,24
19:14 28:8
44:17 64:16
81:15 86:15
88:15 108:15
116:20 123:12
126:17
128:14,24
138:6 140:9
141:12 146:3
150:14 155:19
156:14
159:15,16
160:11,20

**get-together**
94:7

**getting**
20:13,22
64:10 149:8,
16 150:5
155:16

**girl** 37:14

**give** 5:12,24
43:11,14 58:9
70:11 77:13
82:8 97:3,7
105:18 116:12
117:12 121:16
122:4 128:15
130:10 138:23
154:7,25
156:21 161:6

**given** 27:13,
16,24 45:1
82:14 127:15
129:25 152:11

**go** 7:24 9:18,
25 11:2,4
20:6 22:24
29:10 37:1
38:18 50:14
56:6 85:22,25
86:3 88:8,14
91:17 95:15
99:23 108:1,
7,16,18,20
109:9 112:1,

4,14 119:16
122:9,20
125:1,24
128:16 133:20
137:1,7,16,
17,20,23
138:4 140:8
150:10
**God** 86:1
**going** 7:24
14:16 15:19,
20,22 16:3
17:11,15,20
22:8 25:11
28:7,14 30:11
31:5 33:2,6
46:19 50:15
60:2 65:8
80:10,11
89:20 93:12,
13 104:9
108:21 113:21
114:1,2,4,5
117:25 118:3,
6 120:11
125:2 136:17
138:15 153:1,
5,16,17,19
157:4,5,15
160:12 164:11
**golf** 16:20,21
23:24 54:7,8,
21,22,23
56:5,12
57:10,12,16,
19 65:9 96:23
97:1,16 128:8
132:15,25
151:11 154:17
**golfers** 54:6
**golfing** 97:19
99:2,3 131:15
153:22
**gone** 85:11,15
86:9,18,19
88:17 91:14
**goo's** 123:13
**good** 4:2
40:18 42:8

50:13 51:19
122:14 126:17
128:1 130:5
160:19
**gooey** 123:9,
16
**gosh** 101:8
119:11
**got** 14:3
15:16 16:4
17:24 19:15,
18 33:2 35:2
39:16,22,24
44:5 52:12
86:6 91:15
108:3 109:20
125:3 134:15
148:6,13
159:13
**graduate** 11:6
**Grady** 4:25
51:4,7,15
160:2,6
**Graham** 94:25
97:9 99:7
**grantors** 19:1
**grass** 119:6,
13,17,18
121:24
**Grasslands**
6:22,25 7:7,
18 8:12,18,23
9:1,5,6,10,
16,18,22
15:14 22:5,
15,17,21
26:23 27:5
29:4,6,12,15
30:2,6,25
31:15 36:18,
23 38:10,11,
12,13 40:25
41:3,25
43:15,25 45:6
47:4,10 48:1,
9 52:9 54:9,
15,25 55:6,14
56:15,17,19,

23 57:10,13,
20,23 62:18,
22 63:1 65:17
67:14 69:21
70:5,17
71:10,19 72:9
73:18,24
74:19 75:7,25
76:11,12,24
77:6 79:4
80:6 81:8,12,
21 82:22
83:15 85:5
86:12 87:1
89:2 90:19
91:6 93:12
98:23 102:8,
22 103:6
107:14 109:13
110:8 112:13
115:4,23
118:21 123:6,
21 131:4,16
133:3 134:4
135:23 139:16
142:13 143:2,
6,12,22
144:4,10
145:11,18
151:23
153:23,24
154:12,20
156:16
**gray** 123:10
124:18
**great** 91:25
92:17 126:9
**grew** 10:25
41:18
**ground** 123:16
148:17
**group** 98:7,12
99:2 104:18
106:3
**guess** 44:10
47:7 48:2
49:25 55:3
60:3 67:6
78:20 86:21

93:8 120:8,12
121:2,9,13
132:6
**guesses**
121:4,5
**guy** 84:19,20
94:22 98:6
127:7 155:7
**guys** 97:15
98:5,7,8,9

---

**H**

**habit** 110:5
**had** 7:8 10:18
11:12 14:4
25:17 28:13
29:6 30:21
34:3 39:3
41:6 42:24
44:10,14,16
47:15 50:8
52:1,3 56:5,
24 58:10
59:12 60:6
63:10,21
64:12 65:17
67:6,7,10,15
71:17 72:4
76:17,23
79:21 81:21,
22 89:12
91:11 92:5,10
96:7,23 98:7
103:9 107:13
112:13 114:12
123:14 127:7,
16 128:10,21
130:3,5
131:5,7
135:21 136:8
138:24 146:1,
22 150:5,15
151:25 152:4
154:25
155:13,14,17
156:6,8,15
163:23

hadn't 35:2
half 30:18
 80:3 86:17
 89:19,21
 131:23 132:14
 133:22 146:1
hall 94:6,18
 95:9,10,11,18
 99:10 139:21
 140:2,16
hammering
 153:14
hand 5:10
handful 160:8
handles 62:12
hands 59:13
 123:14
handy 109:10
happened
 39:18 53:6
 155:6
happens
 136:10
hard 57:25
 58:2
has 16:4
 37:18,23
 63:10,21 72:7
 73:8 74:7,20
 75:2 76:17
 80:11 83:22
 87:3,5,15,19,
 23 88:3,21
 90:16 92:14
 93:2,3 100:13
 102:6 109:19
 115:9 119:9
 124:6 127:18
 145:9 156:21
 159:20
hats 132:7
have 6:2,15,
 16 9:2,12
 13:9 15:7,8
 19:3,5,8
 20:19 24:25
 27:1,7,18,22,
 24 28:3,12,20

30:7 33:1,7
34:13 37:25
38:2,7 40:20
41:12 45:13
46:18,25 48:8
49:25 50:24
51:12,17
53:18,23
56:13,15
57:1,17 58:1,
23 59:5,23
60:10 62:6,21
65:3 69:14,
17,24 70:3,7
71:22 72:1,
20,25 73:1,22
74:3,5,9 75:6
76:3,13,20,25
77:18,21
79:4,8,18
80:20,25
82:2,18,21
83:1,15,16,
18,25 84:1,3,
4,11,24 85:4,
9,11,12,15
86:4,9,13,18,
19 88:1,8
89:6,12,24
91:3,4,11,14,
19 92:5,10,25
93:13 95:1
96:22 99:3
100:4,7,9
102:1,13
103:13,20
104:10,13,23
107:13,18
109:10,21
110:24 111:3
112:14 113:5
115:5 116:23
119:4,7
122:17,20,22
123:11 124:17
127:15 128:4,
11,16 129:9,
11,14 130:22
133:4,16,18,

22 134:19
136:11,14
138:24 139:6,
18 141:8,10
144:20 145:25
146:9,10,11,
23 147:1,4,6,
13,20 148:1,
3,7 149:24
150:1,5,9
151:7,17
152:15,17
154:22,25
155:3,9,12,17
157:3,9,10,
11,23 158:9,
14,20 159:10,
14 160:7,19
162:3,24
163:7,9,15
164:10
haven't 14:24
 20:15 86:16,
 24 89:14 94:4
 96:12,15,25
 98:10 134:21
 159:16
having 5:18
 91:8,16 92:6
 107:1
Hayter 53:19
he 20:12,15
 23:10,11
 27:15 35:2,
 11,13 40:4
 51:7 84:13,19
 99:11,12
 114:9 121:1,
 18 127:7
 128:25 135:4,
 7,8,19,21,22,
 23,25 136:1,
 3,5,7 157:19,
 22 163:23,25
he's 19:4,15
 20:22 27:16
 95:3 97:21
 114:6,20
 118:1

head 73:6
health 49:16,
 19 77:7 79:12
 80:16 86:6,11
 87:25 88:23,
 24 89:6,17
 90:5,8 102:4
 115:6 151:19,
 22 152:2,7,
 16,18 162:22
 163:6
health-wise
 88:10
hear 17:19
 20:9 95:17,20
 139:23
heard 20:12
 65:12 67:6
 100:3,8
 102:10 150:1
 151:25 152:5
hearing 6:2
Helena 31:5,
 16
help 15:20
 61:2 84:16
 124:22 127:7
 149:19
helped 41:23
 42:15 127:1
helping
 124:22
her 7:12
 16:25 30:19
 37:25 38:9
 39:16 42:11,
 12 44:11
 61:14 62:2,3,
 9,11 77:10,
 12,20 78:6,
 19,21 79:10
 82:3 88:8,11,
 14,19 90:14
 96:1 144:1
here 4:5,13,
 24 10:19
 75:19 112:10
 115:23 116:25

118:21
119:17,18,24
120:16 121:3
126:5 129:8,
11,16 140:20
159:8
**Herve** 17:12
21:7
**high** 116:15
119:7
**higher** 77:4
79:11 119:4
**Highland** 52:2
**him** 20:15
69:15,17 95:1
114:1 118:4
121:6,8,10,
11,12,17
128:23,25
135:2,9,10
136:4 141:23,
24 157:19,20
164:3
**hire** 41:20
**hired** 41:22
56:25 82:9
84:5 127:22
**hiring** 81:11
82:4
**his** 19:4
25:7,13 27:16
84:13 96:1
97:12 98:6
114:7,21
118:4 121:16
135:5 143:25
**history** 11:25
**hit** 14:4
**hold** 39:14
123:16
**Holdings**
39:23
**holes** 132:11
**Holland** 4:13
**home** 13:3,8,
10,19 14:18,
20 15:1,7,11
41:6 55:7,8,

12,14,19,21
81:1 134:10
149:8,16
160:21
**homeowner**
99:14
**homes** 142:12,
18 148:12
149:4 151:18
**homesites**
147:22
**honest** 25:2
54:19 61:16
81:24 89:21
**hope** 86:1
**hour** 50:11
153:2
**hours** 15:1,6
125:16 132:14
**house** 11:12
15:17 16:9,
19,21,23
21:11 22:6,
14,18,19,22
23:1,8 26:18
35:8,11 41:19
42:25 43:22,
25 44:16
51:24 52:1
54:12 79:18,
21 80:6
123:18 126:1
127:13,24
136:16,25
156:15
**houses** 42:7
56:3 99:9
156:13
**how** 8:13
13:15 15:1
26:12 30:10,
20 31:19
35:15 37:22
39:14 41:24
44:4,11 52:5
54:18 57:21
58:5 61:15,22
62:16 64:8

67:5 68:10,25
74:13 89:4
90:16 93:10
97:6,12
101:8,16
104:25 105:12
107:19,25
108:1,6,7
114:8 115:19
117:13,17
118:20 119:1
121:18,22
122:4 125:4,
6,7,14
131:15,17
132:10,13,19
133:20 135:9,
10 137:23
142:4 143:5
144:20
154:17,19
**hundred** 55:24
129:20 130:2

---

# I

**I'D** 33:1
57:23 66:15
68:15 75:11
113:4,8
131:21
**I'LL** 77:20
96:8 97:19
123:2 142:8
158:6,7
**I'M** 4:23,24
5:4 7:1 8:3
12:2 15:23
17:11,18
18:23,24 19:5
20:13,17,20,
22 22:8 27:2,
12,20 30:11
33:2 36:19,24
38:7 44:4
45:19 47:9,24
49:1 52:16,20
60:2 62:15
64:21 66:5

70:10,20
77:14 83:4
85:18 86:21
87:9 89:10
91:10 92:8,
12,16,21,24
93:18 95:6
97:20,24
99:7,20
103:1,5
104:9,18
105:19 107:5,
10,18 108:17
113:21 114:1,
4,5 116:1
117:16
118:13,15
119:11,14
120:11 121:8,
12,19 122:5
124:5 128:12
130:1 131:13
135:16 137:21
139:22 143:8,
14 144:17
147:5 148:24
149:17 150:7
153:15 154:8
157:19 159:6
164:1,9
**I'VE** 12:3
14:3 15:16
27:8 28:4
31:12 60:14
77:25 96:10,
20,24 98:15,
22,25 100:3,
19 123:3
130:11 134:15
140:15 148:6
159:13
**idea** 9:8
51:19 122:14
124:17 128:1
130:5 138:6
139:6 146:3
148:6
**identification**
159:17

identified
  106:2
identifier
  37:5
identifies
  33:10
identify
  20:16 25:20
  28:15 31:13
  50:25 51:11
  84:16,23
  105:17 159:23
identifying
  62:2
if  6:1,2
  15:16 16:7
  20:18 29:10
  33:10,16
  35:11 36:20
  39:22 43:5
  44:11 50:10
  57:8,9 60:14
  66:15 68:15
  71:16,17
  73:16,21
  75:11,20
  76:12 77:8,10
  78:17,18
  81:13,18,21,
  22 82:5 84:23
  85:19 89:17
  101:23 105:5,
  6 106:9
  108:2,6
  113:2,25
  115:7,12,18
  116:3,20
  118:3 119:23
  120:5,6,18
  121:1 122:9,
  13,19 126:7,9
  128:9,25
  129:20 130:25
  131:5 134:22
  135:23 137:11
  138:16 141:8
  146:22,24
  147:1,23
  148:1,19

  150:23 153:2
  156:20
  157:11,18,20
  159:22 160:9,
  10
ignore
  143:17,19
ignored
  120:25
illness  92:5
illnesses
  58:24,25
  85:13 88:4
imagine
  107:5,16,19
  144:25
immediately
  77:20
impact  90:17,
  19 93:25
  100:9
implicating
  129:1
important
  146:15,18
  147:11,13
impression
  81:10
in  4:6,10,16
  5:6 6:21,22
  7:6,17,24
  8:19 9:1,3,6
  10:3,9,10,11,
  13 11:2,12,
  13,19,23,25
  12:19 13:2,
  17,20 14:1,
  10,13 15:8,14
  17:8 18:7,9,
  15,20 19:19
  23:1,6 25:9
  26:1 27:13,23
  28:5 29:14
  30:2 32:17
  33:21 34:4,24
  35:11,18,23
  36:3,18,20,23
  37:11,14,20

  38:3,10
  40:19,20
  41:3,6,12,17,
  24,25 42:1,
  14,22,24,25
  43:6 44:2,4,
  5,25 45:5,16
  46:20 47:3,16
  48:8 49:4,9,
  22,23 50:7,
  17,21 51:23,
  25 52:9,11,
  14,18,19
  53:12,15
  54:7,9,12,24
  55:5,25 56:1,
  3,11 57:4,9,
  17 58:24
  61:8,25
  62:17,18,22
  63:9 64:9
  67:3,14,21,25
  69:4,20 70:5,
  14,17,23
  72:9,17 73:1,
  24 74:13
  75:19 76:1,4,
  10,23 77:6,8,
  22,24 78:4
  79:25 80:6
  81:22 83:15,
  25 85:5,20
  86:8,12,17
  87:1,4,12
  89:2,3 90:16,
  21,24 91:6
  92:2,9,19,20
  93:2 94:17,21
  95:3,21 96:4
  98:20 99:4,5,
  8,11 100:1,2,
  5,10,23
  101:2,24
  102:4,16,19,
  22 103:9,24
  104:18,25
  105:20
  106:21,23
  107:14 109:1,

  7,16,19
  110:7,12
  112:4,13,17,
  25 113:6,19
  114:8,13,21
  115:9,10,13
  118:17,18,20
  119:13 120:7,
  9,16 121:3,
  11,22,23,24
  122:22 123:6,
  14,15,17,20,
  21 124:24
  125:3,4,5,21
  127:3,9 128:6
  129:4,17
  131:3 132:1,
  15,23 134:3,
  6,7,17,18
  135:18,21,22
  136:8,11,18,
  22,25 137:4,
  24 138:1
  139:15,21
  140:2,20,24
  141:14,18
  142:12,15,18,
  22 143:3,7,
  10,12 144:4,
  10,12 145:1,
  2,10,11,17,18
  146:1,14,23
  147:4,7,18,20
  148:5,11,22
  149:1,2,20,22
  150:8,17
  151:2,3,9,22
  152:6,7,19
  153:7 154:6,
  11,16,19
  155:3,9
  156:1,18
  157:5,11,12,
  15,17,21
  158:12,18,21
  159:2 160:23
  161:12 162:3,
  9

inappropriate
 75:18 121:3
 129:5
**Incidentally**
 124:21
**include**  45:1
 161:2,11,17
**Incorporated**
 4:9
**indicate**  70:4
 75:7 76:3
 129:11 157:4
**indicated**
 64:24 98:20
**individual**
 84:24 99:14
 101:19
**individual's**
 94:12
**individually**
 156:2,4
**individuals**
 24:4,11 43:9
 84:6
**information**
 24:7,12,17,
 20,23 25:25
 27:8,9 29:16,
 21,22,25
 32:3,9,12
 40:4,10,13
 43:11,14,16,
 18 47:21
 62:2,11
 64:15,16,23
 69:24 70:3,7
 72:10,20,24,
 25 74:5 75:6
 76:3,13 83:1,
 6,22 94:8
 106:14
 113:16,23
 146:1,15,18
 147:11,13
**initial**
 125:9,19
**initially**
 54:10 78:15

**injury**  85:4
**inside**  119:10
**insomnia**
 60:12,13,18
 92:9,10
**instance**
 128:5,9
**instruct**
 113:25 114:1,
 5 120:11,15
 129:3
**instructing**
 117:24 120:20
 121:6,8,10,
 11,12,15,17
**instruction**
 114:19
**instructions**
 117:12 120:6
**insurance**
 86:6 90:6,9
**interest**
 40:20
**interested**
 42:24,25 43:6
 44:2
**interfere**
 58:12 153:17
**interfering**
 153:15
**Internet**  16:5
 107:12
**Internet-based**
 155:11
**interpret**
 114:8
**interrupt**
 66:16,20,23
 68:16 99:21
 119:15
**interrupting**
 92:23
**interruption**
 96:15
**into**  41:18
 59:18 64:10
 67:13,22 68:4

84:2,6 124:10
 127:11
 128:14,24
 149:8,16
 150:5,15
 155:16,20
**introduce**
 4:17
**investment**
 12:8,9 33:14
 40:18 100:10
**involved**  17:8
 24:3 26:8
 29:18 32:6
 35:20 40:7
 45:8 90:20,24
 98:25 125:3
 140:5,24
 150:8 155:3,
 6,8,9 163:6
**involvement**
 47:16 99:5
**is**  4:3,4 5:3,
 5,6,23 6:25
 7:1,12,15
 8:19,20 9:6
 10:3,25 12:9
 14:12,14
 15:17,18
 16:8,10
 17:11,16,20
 18:2,3,9,17,
 21 21:3,5,7,
 17,22 22:9,25
 23:25 27:3
 28:7,14,17,19
 29:4,11,13
 30:12,14,24,
 25 31:2,4,6,
 15,16,21,23
 32:15,17,18,
 19,21 34:4,15
 37:16,17
 38:2,23 39:21
 40:1 42:11
 46:6 47:8
 48:9,16,18,
 20,23 50:5
 53:25 54:14

57:2 59:3,14
 60:6,7 62:1,
 3,13 65:20
 66:5,13 67:25
 68:3,8 69:6
 70:4 72:3,18
 75:7 77:4,10
 78:22 79:25
 80:4,5 82:17,
 18 83:21,22,
 24 84:15,17
 86:18 87:12
 88:19 89:17,
 18,23 90:8,
 10,11,12,13
 92:19 93:7,21
 95:3 96:12,15
 99:13 100:2,
 15 101:8
 102:17 104:18
 105:24 107:1
 109:2,12,24
 110:9 111:14
 115:6,11,14
 116:4 117:2,
 4,21 119:2
 120:20,22
 122:3,13
 123:5,8,19
 124:8 126:1,
 6,14,16
 127:20 129:1
 130:15,16,17
 134:7,9,10,
 15,21 135:3
 137:9,22
 138:1,21
 139:10 142:4
 143:3,6,8,9,
 21 144:17,18,
 24 146:21
 147:17,25
 148:7 150:14,
 22 151:13
 152:14 153:2
 159:23 162:19
 163:17
**Isn't**  99:5

**issue**  28:25
  49:15 65:8
  67:8 68:6
  69:25 71:18
  115:15 119:2
  158:16
**issues**  50:4
  58:11,16 60:7
  64:17 70:12,
  15 84:7 87:25
  92:1,3 115:6
  134:18 158:18
  162:22
**it**  6:25 8:4,
  20 10:12,13,
  20 11:15
  12:25 14:1,4
  15:10,15,18
  16:6,10,16,22
  18:6,25 20:22
  21:5,11 22:8,
  16,23 23:24
  24:9,12,18
  25:1,5,9
  26:2,13,14,
  17,23 27:4
  28:19 29:13
  30:14,17
  31:12 32:1,4,
  13,18,19
  33:7,12,21
  34:8,20
  35:13,16
  36:9,22,25
  37:7,23
  38:24,25
  39:6,7,8,10,
  16,20,22,24
  40:1,18
  41:15,23
  44:1,2,23
  45:21 46:9,24
  47:17 48:18,
  20 49:3 50:24
  51:13,20
  53:2,9,18
  54:4 55:24
  56:23 60:1,
  14,24 62:15,

16 63:4,6,7
  64:9,25 65:9,
  11,12,13
  66:15 67:2
  68:22 72:4
  75:2,15 78:9,
  13,15,22
  79:23 81:21,
  22 82:7 83:7,
  8,12 87:19
  88:20 89:20
  91:14 93:15,
  16,23 94:9,
  10,12 95:4
  96:8,11,24,25
  98:10,16
  99:8,11 100:5
  101:17,19
  104:3 105:6
  106:9 107:8,
  22 108:7
  109:12,20,21,
  24 110:5
  111:16 113:3,
  4,5,8,22
  115:8,16,17,
  20 116:20
  117:17 119:19
  122:17,21
  123:8,12,20
  124:11,15,17
  125:3,10,11
  126:20,23,24
  127:11 130:2,
  3,6,13,15,21,
  22 131:7
  132:10
  134:10,12
  135:2,12
  136:9,11,17
  137:21,22
  138:7,8
  139:1,7,9
  140:15 142:24
  143:8,9,19,21
  144:18 145:21
  146:14,21,24
  147:13,21
  148:9,23,25

149:2,25
  151:7 153:2,
  17,18 154:18
  156:4,12,13
  157:10,12,17
  158:7 159:16
  160:4,9
  163:3,4,5
  164:7
**it's**  10:24
  17:13 18:6,24
  19:7 21:6,20
  23:6 25:21
  28:16 31:14,
  18 32:20 33:6
  34:21 37:4,23
  46:1 48:17
  50:11 51:16
  52:1 53:18
  54:22 57:3
  60:3 72:7
  85:25 94:11
  101:11,16
  106:13
  111:20,22
  115:7,10
  119:1 120:14
  121:2 123:9,
  16,21 126:12,
  20 127:10
  128:1 129:5
  130:17 138:3
  142:9 143:23
  147:5 151:15
  153:15 157:25
  159:25
**items**  111:23
**its**  12:10
  145:9,16

---

**J**

---

**January**  8:8
  33:22,23 34:9
**Jay**  4:7
**Georgia**
  42:11,12,13
  44:5

**Jeri**  17:1
**Jerue**  4:7
  69:10,12
  158:22
**Jim**  97:21
**job**  11:25
  12:1
**jobs**  13:2
**jogging**  137:1
**John**  4:7 5:25
  34:21 35:2,10
  97:11 99:9
**joined**  78:10
  157:2
**joints**  148:22
**July**  17:22
  18:3 25:14
**June**  17:13
  18:2
**just**  8:3 9:6,
  8 17:11 18:2,
  25 20:14 22:8
  23:9 26:19
  27:12 33:1,9,
  10 36:24 37:4
  38:7 39:7
  42:7 44:4
  48:4 50:4
  51:16,17,22,
  25 55:6 60:5
  70:14 71:19
  74:19 75:3
  76:14 77:1
  78:13 83:4,19
  84:18 92:2
  94:21 95:9
  98:24 99:2
  102:12
  107:11,18
  108:13 113:5
  114:9 117:2
  121:15 124:18
  125:2,25
  127:9,21
  128:5,7,9
  133:11 142:24
  143:14,23
  144:5 146:3

147:5,18
148:5,23
150:6,16
152:21
153:13,21
156:20 158:6
160:19 161:6,
22 163:9,13
164:2,21
**justify** 46:8

---

### K

**K-E-N-T** 25:7
**keep** 44:21
149:2 156:16
**Kent** 11:5,12
25:7,13
**Kents** 26:1
29:2
**kids** 151:4
**kind** 7:9 9:8
22:23 41:18,
22 44:9 58:9
94:7 102:12
103:2 123:4
125:20,25
133:12,13
137:18
156:14,23
157:14
**knee** 58:11,15
**knew** 38:9
42:23 43:6
46:10 69:25
**Knight** 4:14
**know** 6:3
11:13,24
16:5,7,17
18:8 19:18
20:18,20 21:2
25:17 28:1
34:15 37:19
39:22 40:24
41:2,8 43:20,
21 48:16,19
49:2,3,7
50:1,13,23

51:12 54:18
55:3,6,10,11
57:18 58:8,22
59:2 61:15,
17,19,21,23
62:2 63:15
64:6,20
65:14,20
70:23 71:4,8,
10,16 73:16,
17,21,23
74:2,7,8,17
75:2,3,5,12
76:10,12,14,
17,19 77:13,
17,18 78:3
79:21 81:13,
24 82:5,6,15
83:5,19,20,21
84:4,8,9,12,
15,24 85:22
86:22,24 87:2
88:6,16,18
93:12 94:6,9,
19,22 95:6,7
96:10 98:15
99:17 100:4,6
101:8,24
102:6,12
105:21 106:5,
19 107:20
108:13 111:20
112:24 113:2
115:18 116:1,
3,14,15,17
119:2,11
122:6 123:19,
20 124:11
125:11,12
128:8,22
129:16 130:4,
19 133:12
134:22 135:4,
5,6 137:4,11,
25 138:16
139:3,20
140:14 147:19
148:2,5,17,
19,21,24

149:3,6,13,
21,22,25
150:22
151:11,15,16,
21 152:1,4,6,
12,21,22,23
154:13,16,18,
21 155:12
157:11 159:19
160:7 163:4
164:2
**knowing** 46:19
47:1 71:17
72:1 73:22
74:3,10 83:18
85:9 104:11
**knowledge**
59:23 65:23
70:14 73:13
82:21 83:15
102:14 129:9,
25 137:10
141:10 146:10
152:17 155:14
162:12

---

### L

**L-I-N-G-A-M-U-
L-L-A** 7:16
**labor** 127:8
**lake** 23:5,6
137:2
**Lakeland** 6:8
8:6 13:21
14:10,12,15
139:11
**Lakes** 18:8,
11,15,21 30:3
52:20 137:5,9
156:7
**lanai** 56:6
**land** 63:2
65:6 67:10,15
85:6
**landfill**
65:8,10

**landscaping**
26:21 127:14
132:24 134:2
**large** 126:19,
20
**Largo** 8:5
9:24,25 10:7,
15
**last** 25:7
27:25 42:12
52:8 66:13
95:25 97:12,
24 98:6 124:3
**late** 33:21
34:8 52:10
**later** 31:25
32:1 54:11
**latter** 67:3
**Lauderdale**
14:22,24
**lawsuit** 62:23
64:6,8 67:24,
25 69:7,9
77:2 78:9,10,
19,21 79:15,
25 80:4
86:14,18
89:16 90:4,16
103:24 134:18
143:24 154:23
155:8 156:22
157:2,6
158:18,24
159:9
**lawsuits**
155:4
**lawyer** 64:20
104:16 114:16
**lawyers** 84:1,
4 95:12
116:11 150:6,
15
**laying** 127:2
**lead** 69:24
**learn** 62:25
63:20 64:4
65:15,16,18
68:10,25

---

learned
  65:16,24 66:9
  67:1,5 88:20
lease  34:13,
  15,20 35:6
  37:25 38:8
least  123:3
  130:12 160:7
leave  34:24,
  25 35:4 77:20
  88:24 103:2
  115:13 118:7
led  137:21
left  37:4
  71:19 126:13
legal  28:23
  75:9,16 114:8
legs  123:13
lender  36:14
  45:6,10
lenders  45:8
leniency  79:1
lenient  77:25
lesions  59:13
less  8:14
  55:17
let  6:3 16:5,
  7 19:18 20:20
  25:17 50:13
  68:22 84:23
  103:18 105:18
  121:14 126:7
  139:3 140:14
let's  17:10
  18:12 22:24
  116:19
  119:13,17
  120:19 121:5
  140:8 158:3
letter
  156:23,24
level  77:24
  102:22 119:7,
  23 122:13,18
  127:23 129:25
  143:11 151:9
levels  70:23

71:4,11,22
72:11,21
77:5,16 79:11
81:8 83:9
87:24 115:3,
4,7,15,22
116:4,15
117:8 119:4
121:23 130:3
136:5,12
143:16 147:2
148:8
license
  108:13
life  30:19
  92:15
like  8:5,9
  12:25 18:6
  23:14 31:18
  33:1,7 36:3,
  25 50:7 53:3,
  22 58:11
  65:11,13 87:6
  94:6,10 97:6
  99:11,12
  113:9 124:18
  126:18 138:9
  143:23 152:5
  155:12 161:17
  164:21
liked  16:21
  23:23
limited  42:22
line  115:14
  137:12
lined  138:9
liner  127:2
Lingamallu
  7:12,15,17
  17:12,17,22
list  97:3
  105:12,19,24,
  25 106:2,11,
  17 107:1,21
  158:5 159:1
listed  44:8
  108:2 111:1,
  6,23

literature
  44:17 45:1,2
litigation
  90:21,24
  96:5,17
  98:21,24 99:5
  100:2,9,23
  101:3,13
little  8:14
  55:17 56:11
  103:12 127:2
  137:2 163:23
live  6:5,10,
  20,21 8:7,11,
  13,22,24
  10:5,9,11,20
  11:11 30:10
  33:17,19,24
  34:1,17 52:5,
  12 61:9,12,15
  71:21 80:11
  115:10 133:23
  142:22 143:3,
  6,7,9,17
  145:11
lived  7:9
  9:3,5,10
  10:10 11:14
  37:8 50:1
  52:8 55:5,18
  61:12,22
  67:21 70:5,17
  71:5,12,22
  87:4,22,23
  89:2 90:18
  91:1 99:9
  105:5,7,8
  106:22 107:2
  115:9 133:23
  136:22 137:24
lives  61:19,
  23 81:2
living  32:23
  34:4 56:18
  80:5 85:5,13
  91:6 102:8
  103:6 133:3
  143:12 144:12
  145:18

LLC  31:21
  38:24 39:1,3,
  25
loan  45:17
local  135:7
located  4:13
  6:23 36:20
  38:19 53:17
  126:1
location
  13:20 30:6
  33:11 44:3
  76:22 77:23
  78:4 79:6
  110:3 124:14
  135:14 143:7
locations
  56:1 67:14,23
  70:5,16,24
  73:3 76:10,15
  82:9 85:14
  128:18,21
long  8:13
  30:10 39:14
  52:5 61:15,22
  79:14 125:4,
  6,8 132:10,13
  135:9,10,13
  163:4
long-term
  77:17 80:17
  88:13,24
  92:17
longer  89:19
  98:9 153:22
look  18:12
  21:14 25:18
  28:13 29:10
  33:9 54:12
  67:22 68:4
  84:1,6 112:1,
  2,4,5 116:19
  125:24
  126:10,11
  138:24 139:9
  140:13
looked  23:16
  44:2 124:18

140:15
**looking** 19:4
35:11 36:24
42:25 44:13,
19,20 116:21
126:13 131:17
133:13 142:9
**looks** 18:6
31:18 33:7
36:25
**losing** 122:10
**loss** 93:4
98:2
**losses** 92:25
**lost** 91:4
96:20,22,24
97:2 98:18,
22,25 144:23
**lot** 16:20
18:9,15,20
22:14 38:17
44:15 53:15,
25 58:11 74:8
83:7 135:15,
17,24 136:11,
18 137:12
152:22,23
155:21
**lunch** 134:14,
24
**luncheon**
109:3
**Lunesta** 60:16

———————————

**M**

**M-A-S-K-A-S**
97:21
**M-E-I-L-L-A-T**
22:8
**machine** 60:23
**made** 78:3
114:8 145:3,9
154:22
**magistrate**
75:20 118:10
**Mahias** 31:5,

16 32:2
**mail** 108:13
**maintenance**
35:13
**major** 50:7
**make** 33:2
35:7 88:25
99:15 101:12,
20 102:1
110:5 111:16
114:4 116:21
117:2 120:19
142:22 143:25
157:15 160:10
163:24
**makes** 88:21
**making** 141:21
142:11 145:14
**many** 15:1
83:10,11,19
89:4 97:6,7
101:8 131:17
132:10 144:4,
10,17,20
**mark** 15:19
16:3 17:10
19:4 25:11
33:3 138:15
140:8
**marked** 16:1
17:14,23
19:9,10,13
25:15 28:10
31:7,9 33:4
138:20 140:11
**marriage** 52:4
**Maskas** 97:21
**material**
123:19 127:17
129:10,12
146:15
**material's**
123:23
**materials**
45:3 110:2
**matter** 4:6
158:8 163:3

**may** 20:3,16
40:20,23 44:2
74:25 75:20
76:8 112:21
114:16 118:23
122:24 159:14
160:8 162:2
**maybe** 12:24
14:5 50:24
55:11,17
58:6,19 60:3
125:12 126:21
131:23 132:22
133:23 135:12
137:25
**me** 4:15 9:2
10:20 19:18
20:20 25:17
32:1 34:9
35:7,10,13
50:13 53:10,
17 54:6 63:5
64:9 68:22
69:21,24
77:10 82:16
88:3 93:18
97:3,7 99:10
100:13 101:1,
23 103:18
105:18 113:5,
19 115:6,12
117:12 119:1
121:14 122:4
124:18,22
126:7 127:7
135:21 139:3
140:14 144:9
146:17,24
147:1,23
148:19 156:4
159:8 161:6
163:3,14,19,
20,25
**mean** 43:19
51:11 89:17
93:11 105:6
107:17 133:11
143:15 150:4
159:19

**means** 149:22,
25
**meant** 118:14
141:4
**media** 12:17
50:16,20
108:25 109:6
153:6,10
164:14
**medical**
58:10,21
86:4,14 90:14
103:9,14,19,
23 105:1,10,
13,25 106:3
**medications**
61:2,5
**meet** 44:11
84:14 135:9,
10,19
**meeting**
95:11,18
135:14 139:21
140:2,6,17
141:22
**meetings**
95:10
**Meillat** 17:13
21:8 22:10
**melanoma**
59:18,24
**melanomas**
60:4
**member** 132:3
153:22
**members**
106:21 108:3
**mental** 87:6,
16 91:5,12,15
92:22
**mentioned**
23:9,23 30:5
41:10 52:11
89:25 98:19
102:5 103:9
106:21 110:12
123:25 131:15
132:24 134:2,

6 146:6
151:3,10
154:6,13
159:5
**met** 10:18
69:17 84:11,
12,25 134:25
**Michael** 4:6,7
5:17,25
164:13
**Middle** 4:11
75:19 120:16
121:3 129:4
**might** 27:12,
23 28:3,14
41:12 42:8
57:17 70:15
88:11 130:21
150:5 155:17
159:10 160:10
163:15
**mind** 147:18,
20 154:9
**mine** 19:10
35:10 63:7
136:10 145:22
146:8,25
147:6
**mined** 63:2
65:18 66:10
67:11,16,23
85:6 93:2
136:20 146:8
**mining** 63:10,
11,22 68:7,25
69:4 123:5
130:1,12
162:12,16,20,
21,25
**minor** 80:10
**minutes**
135:12
**Miriam** 23:6
**mislead**
145:17
**misleading**
145:25

**misrepresentat
ions** 145:3
**missed** 50:24
**Mission**
137:5,9
**misstates**
116:7
**misunderstandi
ng** 117:20
**mitigate** 12:8
**models** 12:7
**monitor**
116:20,21
**monitoring**
86:14 103:10,
14,19,24
105:2,10,13
106:1,3
**monolithic**
148:18,22
149:14
**month** 35:16
104:20 125:7
131:18 132:22
**months** 125:13
**more** 20:19
28:13 34:3
42:23 78:12,
14 79:1 83:8
111:17 122:3
127:7 144:18
**morning** 4:2
135:17
**mortgage** 35:2
45:17 46:8
**mortgages**
156:14
**most** 56:23
97:15 111:17
118:6
**mostly** 7:9
14:19 57:14,
23 58:1,4
138:8
**mother** 61:14
106:22

**move** 10:17
35:6 37:11,14
80:15,19
143:22 158:3
**moved** 11:10,
17,21 22:21
35:18,23
36:16 37:10
51:23,25
52:13 56:24
63:16 65:22
66:5 67:13
98:23 102:16,
20 132:1
154:1
**moving** 10:8
11:14 30:6
52:7
**Mr** 4:6,19,23
5:9,22,23
6:1,5 7:20,
22,23 13:5,6
15:3,4,19,22,
24 16:2,4
17:10,15,20
18:1,4 19:3,
8,10,12,14,
16,17,18,23,
24 20:1,2,3,
4,5,7,8,9,10,
11,13,18
21:1,18,21
23:10,13,14
24:14,16,19,
22 25:11,12,
16,20 26:3,5
27:15,21
28:11,12
31:4,8,11,13
33:5 35:17
38:5,6 40:21
44:6,7 45:22,
23,25 46:2,
12,14,16,21
48:21,24
49:5,8,17,20
50:10,12,22,
23 51:3,4,6,
7,10,15,16,

19,21,22
54:16,20
55:1,4 59:7,9
62:4,8 63:12,
14,18,19,23
64:1 66:1,4,
12,15,17,19,
21,22,24,25
68:11,13,17,
18,20,21,23
69:2,5,10,12
70:18,22,25
71:2,3,7,9,
13,15,24
72:2,5,6,13,
15,22,23
73:4,7,10,12
74:6,11,15,
18,22,24
75:8,10,14,
17,22,23,24
76:5,7,9,16
78:24 79:2
80:7,13,23,24
81:3,5 82:12,
13 85:7,10,24
86:2 87:8,10,
17,20 88:5,7
89:8,11 93:5,
9 94:14,16,
20,23 95:5,8
96:14,18,21
98:13,17
99:16,19
100:17,20
101:4,10,14,
18,22 102:3,
10,15,24
103:8,15,17,
25 104:4,8,
12,21,24
105:3,11,14,
16 106:4,6,
18,20 107:3,7
108:10,17,20
109:1,8,9,18
110:13,17,19,
22 111:9,13
112:18,20,22,

23 113:11,13,
15,17,20,24
114:4,10,11,
14,15,18,22
115:21,24
116:2,6,9,23,
24 117:10,15,
19,23 118:2,
3,9,13,16,17,
20,24 119:12,
20,22 120:1,
3,10,13,25
121:6,8,10,
12,14,19,21,
22 122:1,7,
11,15,25
123:24 128:22
129:7,8,13,
15,18,23
130:9,14,23
131:2,10,12,
20,24 133:21
134:1 138:15,
19,21,22,23
139:8 140:1,
8,12 141:5,7,
21,25 142:6,
10,11,20
143:1 144:14,
19 145:5,8,
12,15,19
146:2,16,19
147:8,10
149:9,12
150:11,13,20
151:1 152:9,
13 153:1,4,
12,13,20,21
154:11,22
155:3,16,22
156:18
157:18,25
158:2,3,4,5,
22 159:4,12,
14 160:2,4,6,
7,18,19
161:5,9,13,
15,20 162:1,
5,7 163:7,8,

9,12,14
164:7,9,10,
15,17,18,20
**Ms**   7:17 19:11
32:2 51:2
**much**   26:12
33:9 35:15
37:22 41:24
56:6 79:11
92:13 125:14,
17
**Muir**   48:2
**Muirfield**
8:19,21 32:17
36:24 55:18
56:16,17
57:1,5 72:10,
17 73:24
74:13 76:1
109:16,19
110:24
154:19,23
159:2
**multiple**   36:4
76:10,14
108:12
**muted**   51:9
**my**   4:25 5:3,
5,23 6:11,22
7:8,10 10:18
12:15 16:21
23:23 26:24
27:8 28:14
34:19 38:25
39:24 41:16
52:1 53:22
56:24 59:20
79:7,23 80:9,
11,12 85:25
87:23 88:21,
23,25 93:18,
21 96:14
111:16 115:1
118:4 120:5,8
121:2 123:13,
14 124:21
128:18 129:25
133:8 137:19
138:5 156:8

160:9 161:6
163:13
**myself**   130:11
137:18

---

## N

**name**   5:3,23,
24 6:13 7:3,
11,12 12:15
17:1 25:6,7
42:11,12
62:3,9 84:18
97:12 98:6
137:22
**named**   34:21
37:15 39:9
97:11 98:6
**names**   97:4,
20,24,25 98:3
159:20,21
**Nancy**   4:25
15:20 19:15
138:16 140:9
**Nancy's**   15:20
**National**
12:19
**near**   38:20
61:9 137:14
**nearly**   132:20
**necessarily**
159:22
**need**   6:1
28:14 31:10
33:10 50:12
69:23 75:12,
17,20 82:5
86:4 127:24,
25 128:3
159:22 160:8
**needed**   115:22
117:7 119:24
122:24
**needs**   20:19
77:11 119:8
**negotiate**
17:3

**negotiated**
16:23 47:19
**negotiation**
17:8 47:16
**neighborhood**
23:5,16 36:20
41:7 52:19
65:4 87:12
122:22
141:15,18
142:1,5,12,18
**neighborhoods**
23:1 66:10
87:4 100:1
142:13 144:13
152:20
**never**   12:21
60:15 67:7
69:19,22,23,
25 72:3 96:10
98:15
**newspaper**
64:9 67:8
77:1
**next**   9:15
17:15 28:7
30:24 31:4
33:3 98:8,9
138:16,17
140:9
**nice**   142:9
**Nidel**   4:19
7:22 13:5
15:3,22 19:3,
10,14,23
20:1,4,7,10,
13,18 21:18
23:10 24:14,
19 26:3 27:15
38:5 44:6
45:22,25
46:12,16
48:21 49:5,17
50:10,23
51:3,6,10,16
54:16 55:1
59:7 62:4
63:12,18,23
66:1,12,17,21

68:11,17 69:2
70:18,25
71:7,13,24
72:5,13,22
73:4,10 74:6,
15,22 75:8,
14,22 76:5,9
78:24 80:7,23
81:3 82:12
85:7,24 87:8,
17 88:5 89:8
93:5 94:14,20
95:5 96:18
98:13 99:16
100:17 101:4,
14,22 102:10,
24 103:15,25
104:8,21
105:3,14
106:4,18
107:3 108:10
110:13,19
111:9 112:18,
22 113:11,15,
20 114:4,14,
18 115:24
116:6 117:10,
19 118:3,13,
24 119:20
120:1,10,25
121:8,12,19
122:1,11,25
128:22
129:13,18
130:9,23
131:10,20
133:21 138:21
141:5,21,25
142:6,11,20
144:14 145:5,
12,19 146:16
147:8 149:9
150:11,20
152:9 157:18
158:2 159:14,
25 160:4,7,18
161:9,15
162:1,7 163:7
164:10,18,20

**Nielson** 12:17
13:15
**Nina** 10:12
**Nine** 15:6
**no** 9:24 10:10
11:24 19:11
22:3 24:10,24
26:20 29:17
35:19,21,24
39:24 40:6
44:1,22,24
45:4 46:5
47:23 49:25
50:4 52:23
53:5 54:10
56:18 59:11
60:5,17 61:1,
11,18 62:20,
24 63:17
67:12,17,18,
19 69:13,16
70:10 71:17
72:1,3,8,12,
25 73:15,20,
22 74:1,3,9
76:13 81:8,17
82:10,25
83:18,19 84:3
85:1,3,9,20
86:16 88:15
89:13 91:13,
17 92:1,2,4
95:2 98:9,22
100:13
104:10,23
110:5 111:19
112:8,11
113:4 116:16
118:13 119:16
122:21 123:2
124:13,16,18
127:14,19
128:19 129:14
130:4 133:16,
19 134:20
136:21 137:8
138:14 139:17
140:7 141:2
142:8 143:3,

7,9,18,20
146:25 148:6,
22 150:24
151:20 152:25
153:22,25
154:16,21,24
155:2,11,15
157:9,13
158:23,25
159:3 163:3,5
164:17
**nobody** 116:4,
8
**none** 19:11
**normal** 77:5
79:11 119:4
**North** 4:14
6:8
**nose** 90:15
**not** 6:21 7:1
11:24 14:13
15:23 18:23
20:9,12,16,22
23:20,25
24:15,20,24
26:7 27:11,
20,23 28:2,4
29:22 30:1,23
32:5,10,14
39:7 40:11,14
43:13 44:1,24
45:4 48:15
49:1,13
52:15,16,20
53:14 55:3
56:17,18
58:15,25
61:4,7,20,21
62:15,24
64:21 65:7
66:19,22
68:3,16,24
69:13,16,18
70:10,20
71:18 73:17
74:7,17 75:1,
5 76:19
77:14,24
79:7,14 81:9

82:11,14
83:22 85:18,
20 86:1,13,
19,21 87:2,9
88:6 89:10
91:10 92:8,
12,16,21,23
93:7,10,12,14
94:2,13 95:3
97:21 98:20
99:4 100:1,5,
23 101:2,13,
21 103:1
107:5 108:2,
4,7 113:4,25
114:1,6,11,
17,19 115:16
116:1,13
117:8,22
118:1,18
119:1,11
120:12,14,18,
20,22 121:5,
6,8,12,16
122:5 126:9
127:9,18
129:3 132:22
134:5,19,23
136:3,16,17
138:14,17
139:20 141:2
143:4 144:11,
17 146:23
148:25 149:17
150:14 153:18
154:8,18
155:19,21
157:10,15,19
158:17,19
162:18 164:3
**notes** 158:14,
21
**nothing** 5:13
149:23 163:7
**notice** 140:25
141:11 158:6
**noticed** 58:10
59:12

now   4:3 12:9
15:8 19:14
30:15,17
31:15 37:23
57:25 61:21,
23 65:20 68:8
70:8,9,10
89:1 109:2
116:19 118:10
128:1 129:3
131:15 138:1
140:19 147:15
160:11
Now's   50:13
number   4:10
8:25 9:7
17:11 18:12,
14 21:2,15,17
22:25 23:18
25:12 29:11
36:10 50:17,
21 87:23
93:21 94:1,5
98:23 101:2,7
108:14 109:1,
7,10,12 112:2
119:3 125:16,
25 138:17,25
140:13 153:7,
11 158:5
164:14
numbers   19:5

O

Oak   41:7
Oakbridge   9:3
10:3,4 34:4
36:19,20
38:14 41:3,6
52:9 62:19,22
63:1 65:17
67:14 69:21
70:6,17 76:11
81:12 82:22
83:16 85:5
86:12 87:1
90:19 91:7
102:9,23

107:14 115:4
123:22 131:4
136:22,23
137:4 142:13
143:22 144:4,
11 151:23
154:12
Oakbridge/
grasslands
65:12
Oakridge
36:18
object   99:16
104:9,10,14
113:21 117:25
156:21
161:13,20
162:5
objecting
20:11,13,17
121:19
157:20,21,23
objection
7:22 13:5
15:3 19:23
20:1,4,7,10
21:18 23:10
24:14,19 26:3
27:15 38:5
44:6 45:22,25
46:12,16
48:21 49:5,17
54:16 55:1
59:7 62:4
63:12,23
66:1,12,21
68:11,17 69:2
70:18,25
71:7,13,24
72:5,13,22
73:4,10 74:6,
15,22 75:8,
13,18 76:5
78:24 80:7,23
81:3 82:12
85:7,24 87:8,
17 88:5 89:8
93:5 94:14,20
95:5 96:18

98:13 100:17
101:4,14
102:10,24
103:15,25
104:21 105:3,
14,15 106:4,
18 107:3
108:10
110:13,19
111:9 112:18
113:11,20
115:24 116:6
117:10,19
118:24 119:20
120:1,10,22
122:1,11,25
129:13,18
130:9,23
131:10,20
133:21 141:5
142:6,20
144:14 145:5,
12,19 146:16
147:8 149:9
150:11,20
152:9 157:18
161:5,7
objections
63:18 76:9
101:22 104:8
112:22 114:5,
14,18 156:21
obligations
150:9
obviously
65:21
occasional
60:21
occasionally
60:19 98:8
occupied
108:7
occur   118:23
October   4:3
of   4:6,11,19
7:9,25 9:2,8
11:24,25
12:15 13:2

15:8 16:6,8,
20,23 17:24
18:10 19:11,
19 20:21
22:23 23:5,
17,18 25:21
26:21 27:2,16
28:5,8,23,24
29:14 30:19,
22 31:14
33:6,8,23
35:3,10
36:10,12,18
37:1,4,10
38:15 39:1,17
40:19 41:10,
18,19,22
42:1,15,16,21
43:6,16,22,25
44:3,4,10,21
45:10,16,18
46:4,6,7,15,
18 47:1,2,3,
8,18,24 48:13
49:9,23 50:21
51:17 52:11,
16 53:19,25
55:3,25 56:1,
10,14,23
57:7,19 58:2,
7,10,11,14,15
59:1,5,18,23
63:24 65:24
66:9,10,25
67:3,9,13,20,
22 68:8 69:20
70:5 71:17
72:1 73:2,9,
17,22 74:3,8,
9,10,17,21
75:19,25
76:13,19
77:6,18
78:16,25
81:20,21
82:6,21 83:6,
8,15,18,20
84:11,23
85:5,9 86:11,

14,15 87:4,5,
23,24,25
88:1,6,9,12
89:1,2,4,10,
15 90:3,16
91:4,6,8,10,
16,20,25
92:2,8,16,17,
20,21,24
93:21 94:2,5,
7,8,17,19,22
95:4 96:4,7,
10,16 97:3,
15,16 98:2,7,
19,20 99:1,2,
3,4,7,8,11
100:2,5,11,
22,23 101:2,3
102:4,6,13,
14,20,22
103:2,4
104:3,7,11
105:12,17,19
106:21,22,23
107:2,5,13,
21,22 108:14
109:1 110:2,7
111:1,3
112:2,9 113:6
115:3,7,15,22
117:3,8 118:6
119:3,4,6,7,
10,14,23
120:16,18,19
121:3,11,23,
24 122:4,13,
18,23 123:4,9
124:17,23,25
125:2,4,10,
16,20,21,25
126:13 127:8,
11,23,24
128:5,7,11
129:25 130:1,
3,12,13,16
131:19 132:3,
7 133:12,13
134:17,25
135:7,8,14

136:8,12,15,
23 137:18,22
138:3,5,23
139:1,6,11,
15,20,21
140:2 141:13
143:10,16,22
144:5,11,17,
20,22,24,25
145:1,2,9,21,
22,24 146:1,
4,15 147:2
148:4,8,11
149:1,8,16,20
150:16,17
151:2,4,7,8,
9,17,18,19,22
152:2,6,7,8,
16,17,18,23
153:11,25
154:1,6,11
155:1,8,14
156:9,12,14,
23 157:10,14,
23 159:15,17
160:8 161:11
162:8,16
163:9,15
164:13,14,16,
20
**off**  16:4
23:5,17 50:15
108:16,18,21
122:19 153:5
159:5 160:12
164:11
**office**  13:3,
17 14:4 15:7
45:14
**offices**  14:8
**often**  58:5
131:16
132:19,20
133:20 137:23
**Oh**  18:13
22:22 53:16
56:23 104:15
**Ohio**  10:22
11:2,13,16

**okay**  6:1,20
7:5 8:21 9:8
10:8 18:6,13
19:16 21:16
22:13 31:18
37:10 51:16
54:6,23
64:10,22
66:8,17 68:17
75:22 86:6
87:11 99:24
102:19 108:2
110:1 117:2
118:3 128:22
139:5,6,8
140:13,16
150:4 153:2
158:3,12
160:4,7
161:1,10
162:2,15,19,
24 164:1,5
**old**  63:4
**older**  84:19,
20 135:1
**omission**
145:21,22,24
146:7,11
**on**  4:3,19
7:24 16:6,21,
23 22:23
23:24 24:25
25:23 26:18,
20,24 32:21,
23 34:22
35:3,13,25
36:6,12,14,23
38:18 41:10,
15,18 42:1,
18,25 43:1
44:8 45:10,17
47:3 50:19
51:5,8,15,24
53:9,19,24
56:4,15 58:3,
20 59:13,20,
24 63:1 64:25
65:10 69:4
70:14 72:10,

20 74:19
77:25 83:3
85:23,25
88:14 90:17
91:1 93:16,17
94:4 96:9
97:24 100:9,
19,24 101:6
104:10,17
105:24,25
106:2,11,17
107:1,18,19
108:24 109:5
110:1,2,16
111:1,4,6,18,
24 112:2,5,9,
15 114:7,20,
24 115:23
116:20 117:9,
13 119:10
120:15 121:17
123:18 124:1
125:6,22
126:12 127:21
129:24 130:7,
11 131:21,22
132:13,17
133:10,23
134:12,16
136:3,16
137:16,17
138:9 140:19
141:11 144:1
148:3,12,16
149:2,23
151:7 153:9,
21 155:5,15
156:9 158:3,
5,6 159:17,
21,25 160:2,
6,15 161:11
**once**  91:14
93:23 131:22
132:21,22
**one**  6:18
14:22 16:22
18:23,24
22:20,21 23:9
28:5 33:14

34:3,23 37:1,
3 38:15,17
41:10,11 43:6
48:4,7 59:20
72:3 78:12,
13,14 83:6
84:12,14,24
94:22 96:1,7
98:8,23 103:7
104:10,19,20
106:23 107:13
111:1,18
123:2 125:7
126:10 128:5,
7,9 131:23
134:25 136:8
138:3,9
143:3,7,9
152:15
157:10,11
160:11
**one-car** 37:4
**ones** 23:4
27:10 131:7,8
148:16
**only** 38:13
39:13 51:15
58:21 83:5
154:2 155:7
**open** 44:10
137:14,16,17
138:2,3,11
**opinion**
93:19,21 96:1
99:4 100:8
101:6 104:2
120:5,8
121:16
**opinions**
95:17,20,22
96:4,9 118:5
**opportunity**
161:6
**opposed** 90:20
96:17
**or** 6:1 7:1
8:5 9:21
10:12 12:10

13:3,19
14:12,18,19,
23,24 17:3
20:12,22
22:18 25:9
26:13,18
27:11,13
28:2,4 29:2
30:7 31:19
32:19 34:17
35:12,16 36:7
37:6,20 38:3,
25 39:25
40:20 41:3,
12,16,20
42:21 43:6
45:14,17,20
47:7,16 49:1
51:13 52:9,20
56:16 57:25
58:15 59:18
60:1,4,16
61:12,20
62:2,18,21,22
63:10 64:12,
19 65:5,10,
13,15 67:9,
14,21 70:6,7,
17 71:5,11,
18,23 72:3
74:7 75:5
76:18,22
78:10,13
82:17,22,23
83:16 84:5,
15,25 85:2,5,
12 86:8,12,25
87:1,15 89:4,
19,24 90:1,19
91:6,11,19,23
92:10,14
93:14 94:6,13
96:1 97:16
101:13,20
102:8,22
103:7 107:14,
23 108:7
111:7,19
112:15 115:1,

16 117:7
118:22 120:5,
22 122:9
123:8,21,25
126:18
127:14,18
128:3,16
130:5,6,16,17
131:6,22
134:4,10,17,
22,25 135:3,7
136:15,24
137:1,12,24
138:13,17
142:14,18
144:1 145:3,
9,11,16,18
146:8,23,25
148:20,25
149:7,14,17
150:9,23
151:13 152:2,
15,18 154:15,
18,20,25
156:2,3,7,23,
24 157:3,5,
10,15 158:7
163:4 164:3
**order** 104:25
164:20,21
**ordering**
164:19
**organized**
95:12 140:3
**originally**
27:3 63:4
69:10 102:16,
20
**other** 6:15
11:23 18:24
20:21 23:1
24:20 30:20
38:4,15,19
41:2 43:11,14
44:1 46:19
48:2 52:17
53:12 54:7,
21,23 56:22
57:18 58:16

60:4 61:2
62:17,21
72:16,17
73:2,9 74:13
78:17 83:1,6
84:5,25 85:13
86:9 87:18
90:1 91:12,23
92:16 96:2
98:3 100:21
103:7 106:7
112:12,16
120:16 126:5
133:4,10
134:13,14,16,
19 136:24
138:12 141:25
149:14,15
151:8,12,14
154:3,20
155:7,9
158:13,15
163:1
**others** 23:19
150:7 161:12
**ought** 19:8
141:14
**our** 4:25 52:3
53:11 118:14
138:17 157:24
160:6
**out** 36:16
37:10 45:16
50:8 52:13
56:24 60:10,
25 70:12 74:8
77:2 78:15
80:15,19
81:20 82:17
87:22,23
88:9,12
89:12,23 90:1
91:13,14,20
93:23 96:16,
23 100:14
102:16,20
103:13 105:5,
7,8 107:15
119:17,18,24

123:7,9,18,
19,23,25
124:21
126:13,22
127:22 128:11
130:20 131:7
132:3,17
134:16 135:7,
8 136:17
137:2,16,17
143:22 146:10
153:23 154:1,
12 157:16
163:17
**outcome** 89:15
90:3
**outdoor** 55:25
56:1 116:25
133:13 151:2,
3,9
**outdoors** 57:4
132:23 133:5
151:12
**outside**
43:16,22
56:6,7,9
77:18 83:20
91:25 94:8,22
96:10 119:7
127:24 128:6,
8 133:12
134:3 155:14
**over** 23:8
26:19 50:11
63:11,21 67:2
80:3 87:4
92:6 96:20,24
123:13 125:19
130:10 144:23
163:16
**overhang**
41:17
**own** 40:20
52:17,22,24
53:8,15 56:19
70:15 102:1
106:9 114:13
118:17,18,20
120:7,9

121:22 144:1
145:1 147:18
149:23 150:6
151:7 155:6
**owned** 30:17
35:10 39:21
52:3 74:20
127:25
**owner** 108:2,6
**owners** 62:18,
22 100:1
108:4 144:10
**ownership**
75:25
**owns** 30:17
40:24 41:2

___

**P**

**p.m.** 108:22,
25 109:2,4,6
153:6,10
160:13,16
164:12,22
**page** 126:10
140:19,20
**pages** 16:4
109:22 139:1
**paid** 17:4
35:2
**pain** 91:5
**paper** 94:21
**paralegal** 5:1
**Park** 41:7
**part** 27:25
56:14 67:3
86:14 124:3,
23,25 125:2
134:16 145:1,
2
**particular**
16:8,19 23:21
27:10 28:6
35:8 64:19
69:7 74:9
75:3 81:13,
16,22 82:22,
25 83:2,5,18,

25 85:20
105:20 110:4,
23 111:18,19
112:6 142:15
143:11 149:20
154:16 157:13
**particularly**
85:19
**partner** 4:25
**passed** 98:1
102:5
**past** 14:23
58:24 66:8
67:4 107:21
130:11
**path** 137:18,
20,23 138:1,
4,13
**patio** 126:12,
14
**pay** 17:3
37:22 41:24
**paying** 35:15
**payments**
156:17
**people** 37:7
51:15 82:9
97:1 103:4
104:25 105:13
107:12 108:2,
8 134:25
143:17 144:22
156:13
**people's**
106:7
**perceive**
118:23
**percent**
55:11,17,20,
23,24 57:19,
24 107:15,17
129:21,22,24
130:2
**percentage**
55:10,16
**perimeter**
138:3

**period** 33:19
58:7,14 66:25
67:2 87:4
89:2,4 104:7
106:22 107:2
125:19 131:25
**person** 40:9
82:18,23
84:17,23
102:14 115:9
**personal** 85:4
92:14 101:12,
16 143:23
161:22
**phone** 163:23
**phosphate**
63:3,6,10,11,
22 65:18
66:11 67:11,
16,23 68:7,25
69:4 93:2
123:4,9
130:1,12
136:10,20
145:22 146:7,
8,25 147:6
162:11,16,19,
20,25
**phosphate-
mined** 163:1
**physical** 87:6
91:23 92:1,3
**physician**
60:8 86:9,10,
19,21 88:8
90:1,12 92:12
103:1
**picture** 15:16
94:21 116:19
126:9,11,12
**pictures**
15:21 33:1,7,
8 36:25 117:3
126:5,17,18
**piece** 119:6
146:15
**piled** 136:9

Pinacchio
 34:22 35:17
Pinellas
 10:10,11
 11:17,20,21
place   52:2
 65:23 78:1
 123:17
plaintiff
 4:18 117:21
plaintiff's
 159:25
plaintiffs
 4:8,20 161:3
Planning
 136:16 139:13
planted   56:10
planting
 123:7 132:24
play   16:20
 53:23 57:16,
 21 58:3,5,12,
 15 97:16 98:8
 131:16,25
 132:6,11,16,
 19,20 153:23
 154:3
played   56:12
 57:10,12,15,
 17,19 96:23
 97:1 131:22
 147:7 153:25
players   58:11
playing
 132:15,21
 151:11 154:4
please   4:16,
 21 5:3,7,10,
 20,24 6:2
 16:7 20:20
 25:18 31:10
 87:21 109:9
 113:8,18
 122:20 139:3
 150:14 155:20
plenty   138:23
point   25:3
 50:11 54:11

58:22 63:1,6,
 20,24 64:4
 65:3,9,16
 107:14 112:6
 138:10 144:5,
 11,24 155:23
 163:5
points   83:20
 112:10
Polk   10:9,17
 11:11,20,22
 23:2 51:23,25
 52:18 53:12
 54:7,24 63:9,
 15,20 64:5
 67:21 68:6,24
pond   33:8
 56:11 123:7,
 25 124:1,6,22
 125:5,15,21
 126:14,16,18,
 19 127:5,8,
 10,12,16,24
 132:25 133:15
pool   36:12
 41:18 56:6
 126:2,3,13,14
 133:9 154:13
portion
 127:11
possibility
 87:25
possible
 86:15
post-
tensioning
 149:1
potential
 49:16 65:4
 76:24 85:2
 86:11 103:21
 105:25 134:25
potentially
 59:12 113:15
practice
 10:19 15:11
 111:17

practiced
 131:21
precancerous
 59:13 60:5,7
predominant
 98:11
prefer   115:16
preferred
 132:8
prepare
 155:18
present   37:21
 107:22
pretty   107:20
 130:1,5
 161:22,23
previously
 65:17 67:11,
 16,23 70:17
 155:22
price   17:3,4
 26:12,13,17
 35:14 78:2
primarily
 47:17 132:17
prior   8:18,21
 9:3,5 11:14
 39:7 52:1,3
 68:4 91:13
 111:8,15
 139:15 148:9
 153:25 155:4
privilege
 120:17
privileged
 113:16
probably
 11:13 14:23
 42:14,22
 55:17 58:8
 80:16 93:15
 97:15 101:7
 102:2 107:15
 108:12,14
 111:17 126:20
 128:2 129:21
 131:21 132:1,
 21 133:22

137:25 141:20
 144:18 147:3
 151:15 155:11
problem   70:4
 100:16 119:25
problems   89:6
 152:18,19
proceed   5:20
proceedings
 4:1 164:22
process
 124:24 125:9
 130:12 147:3,
 7 148:1,2,20
 149:7,14
 156:10
produced
 48:23
producing
 157:22,24
 161:17
product
 155:12,13
programming
 107:25
projects
 128:7
promotional
 45:1,2
pronounce
 31:19
pronunciation
 22:11 52:21
properties
 33:15 40:17
 41:11 42:3,21
 44:13 45:5,
 17,18 46:4,15
 47:3,6,22,24
 49:10,14,24
 67:20 69:20
 83:15 100:10
 137:12 139:10
property
 22:15,17
 23:22 24:8,
 13,18 25:1,3
 26:1,16 27:22

28:24 29:2,
16,21,25
32:3,9,12
33:2 35:18,
23,25 36:13
40:5,10,13
41:3 44:8
52:18 53:12
62:18 75:25
80:21 81:1
82:2,17,19
85:14 93:1
100:1 106:9
115:23 116:11
144:10 147:21
151:24 159:2
162:25
**proposing**
103:24
**protection**
132:7
**provide** 24:7,
11 25:25
29:15,20,24
32:2,8,11
40:4,9,12
**provided**
27:8,11,18,19
28:5 83:22
94:7 111:8
**psychological**
91:23
**public** 152:3
**Publix** 12:20,
21 13:18,19,
20 14:4,8
**purchase**
15:14 16:16,
18 23:25
26:12,16,17
29:14 30:24
31:14 33:13
38:15,21
40:15 42:15,
16 45:17 49:9
52:25 53:10,
21 54:2
109:13,19
145:11 156:11

**purchased**
16:11 24:4,8,
12 25:1 26:15
27:4 29:3,6
32:3,12 39:6,
8 40:1,21
41:6 45:5
47:7,8,12,25
48:5,11 49:14
52:19 53:13
61:9 67:22
106:23 136:18
146:23 147:1
156:6,8,15
**purchaser**
31:18
**purchases**
27:2 38:10,13
41:25 48:8,13
52:17 110:7
111:15
112:13,16
139:15 145:18
**purchasing**
22:25 43:6
54:9 110:3
**purpose** 37:8
46:6
**pursue** 101:13
**put** 4:21
36:12 38:17
39:25 41:12
53:9 105:12
107:20 113:8
123:14,15
141:11,14,17
146:10 149:2
156:8

---

## Q

**qualified**
82:18,23
84:5,6 122:4
127:16
**quarter** 54:1
**question**
20:9,12,17,24

23:12 27:20
28:14 46:1
62:6 66:14,18
68:19 96:14
99:22 114:2,
23,25 115:19
121:7,18
128:23
134:13,15
138:21 141:9
144:7 145:7
**questions**
118:14 159:14
160:8,20
161:18
163:10,13
**quickly** 43:5
**quite** 26:20
28:5 37:23
56:12 136:8

---

## R

**R-A-T-N-A-M-A-
N-I** 7:15
**radiation**
65:5 73:2,9,
19,25 74:14,
21 76:4,18,22
77:5,6,15,16,
24 78:7 79:5,
11 81:8 82:24
83:8 85:20
86:12,23
87:12,25
88:4,10 89:7
90:18 91:9
92:7,13 93:3
100:15 102:7,
22 103:2
115:3,8,15,22
117:13 118:22
119:5,8,24
121:23
122:13,18
127:18,23
129:12,17
130:3,21
131:6 135:4

136:12
140:22,25
141:4,11,14,
16 143:10,16
145:23 147:2,
15 148:8
149:16 158:10
162:17,21
163:2
**radioactive**
48:18
**radium** 49:3,4
**radon** 48:14,
16,23 49:12,
15,19,23 50:3
65:5 69:20,22
70:4,13,16,23
71:4,11,18,22
72:10,20
73:1,15
76:18,22
102:8,22
149:8 158:10
**raise** 5:10
**raised** 134:18
**rather** 113:4,
5
**Ratnamani**
7:12
**reach** 134:16
**reached** 96:16
**reaction**
79:16
**read** 20:15,19
64:9 100:19
110:1,5,8,11,
15,25 111:17,
18,23 113:3,4
148:5
**reading** 20:22
113:14,18
**real** 16:25
40:7 42:2,4,5
**realize**
153:17
**really** 41:8
44:1 49:2
75:12 83:5

92:12 100:24
101:8 111:20
151:15,16
**reason** 30:6
33:16 35:5
38:2,4 49:25
68:3 80:4
82:11,14
83:21 86:19
88:19 89:14,
18,24 96:12,
15 104:10
112:14 125:3
127:20 134:21
156:5
**reasonable**
35:14
**reasoning**
101:25
**reasons**
100:4,21
**recall** 23:20
24:15,21,23
25:2 26:6,7,
11,12,15
27:10 28:4
29:23 30:1
32:5,10,14
39:6,8,15
40:11,14
43:2,13,17,
23,24 44:11,
12,16,23
45:4,8,24
46:3,5 47:2,
15,18,20,23
48:6,15 49:13
52:2,15 53:14
58:19 61:4,7
62:24 63:8
64:25 65:1,7,
19 69:13,16,
18 78:8 79:20
95:13 96:5
110:23 111:12
134:5 138:14
141:21 142:11
156:3 157:12,
13,14,19

160:24 162:13
**recalls** 50:6
**received**
18:18,22
47:21 59:2
**recess** 50:18
108:23 109:3
153:8 160:14
**reclaimed**
67:15 163:4
**reclaiming**
147:20 148:9
**reclamation**
145:24 147:3,
15,17 148:1,2
**recognized**
94:22
**recollect**
139:17 145:13
**recollection**
28:20 110:25
111:3 113:9
**record** 4:3
27:17 50:16,
20 51:1,17
62:1,3
108:19,22,25
109:6 136:3
153:6,10,15
159:19,21
160:13,16
164:12
**recordkeeping**
27:23
**records**
27:13,22
58:10,21
**recreation**
136:23
**redecorating**
26:21
**REDIRECT**
163:11
**reduced**
149:15
**refer** 140:16
158:7

**referenced**
112:10 114:9
**references**
109:13,19
**referencing**
112:6 113:9
115:1
**referred**
94:18
**referring**
27:2 42:10
46:22 47:25
50:5 94:3
95:10 130:25
142:1 146:4
**regard** 47:6
77:8 80:21
118:22
**regarding**
79:5 158:24
**regardless**
66:20 107:22
**regards** 77:24
**Regional**
139:12
**registrations**
108:13
**regular** 85:23
86:1 88:14
133:4,10
**regularly**
13:22 132:21,
22
**Rekha** 31:19,
20,21 39:22
**relate** 18:8
19:22,25
21:11 22:1,4
163:2
**related** 18:7
49:12 61:5
65:5 86:25
88:4 89:7
159:9
**relates** 29:11
**relation**
138:2

**relationship**
162:16
**relied** 127:21
**rely** 42:1
**relying**
114:7,20,24
**remediate**
117:8 119:19
122:9 136:14
**remediated**
117:18 118:22
119:2 122:9
**remediation**
122:23
**remember** 8:3,
25 9:6 11:15
12:25 14:3,25
16:17 17:5,9
25:6 28:6,22,
24 33:15
34:22 36:21,
22 38:16
39:1,17 41:11
42:12,19
43:1,22 45:15
48:4 54:3,4
60:2 62:13
63:5,7 77:10
78:16 79:24
82:3 84:18
96:7 97:7,8,
15 98:6 110:4
135:1 137:21
141:23,25
142:3,15
**reminding**
88:3
**remotely**
50:25
**Removal** 59:22
**removed** 60:1
**rent** 35:11,13
37:22 77:25
78:25 106:9
**rental** 107:23
**renters**
156:13

renting 34:11
rep 160:23
repeat 20:24
  144:7 145:7
repeatedly
  66:18 118:5
rephrase
  103:18
Replace
  122:17
replaced
  36:11
reporter 5:2,
  7,9,15 17:18
  19:3 108:16,
  17,18 138:18
  139:22 159:20
  164:15,18
reporting
  12:7
reports
  145:22
repossessed
  53:7
representation
  126:8
representative
  149:22 150:2,
  7,18
representing
  4:24 5:3
request 62:15
  64:14 106:13
requesting
  149:21
requirement
  62:15 106:13
research
  12:17 67:7
  69:4 112:5,9,
  15 123:3
  130:7,8
  147:19
reside 7:6,
  17,20 30:15,
  21

residence
  9:9,15 11:19,
  23 65:10
  118:21 143:3,
  5,7,9
resident
  95:25 97:22
  99:14,20
  101:20 143:25
resident's
  101:11
residential
  7:25
residents
  62:18,21
  93:22 94:2,5,
  17,19 95:23
  96:6,8,16
  98:5 99:25
  100:8,14,22
  101:2,24
  105:20 107:22
  134:14,16,19
  138:12 141:15
  143:21 144:4,
  10 151:8,9,
  12,14,22
  158:14,15
residents'
  94:6,18
resides 30:13
respect 49:15
  70:16 162:12
response
  20:23
responsibiliti
es 150:17
  160:23 161:2,
  11,17
responsibility
  161:21,23
rest 30:19
  55:12
restrictions
  112:3
result 85:5
  86:15 91:4,6,
  8,16,20

results
  81:15,20,23
  116:12 158:9,
  10
retained 84:1
review 31:11
  45:20 139:3
reviewed
  31:12
reviewing
  45:24 46:3
riding 133:11
  137:1
right 5:10
  8:1 9:20,22
  19:21 21:2
  22:9 24:5
  25:9 29:4
  30:2,25 33:2
  34:5 35:9
  37:14,23
  38:20 39:22
  40:22 47:9
  48:8,9,25
  56:4 57:2,8
  59:3 65:20
  66:6,7 68:1,8
  72:18 80:1
  85:17,23
  87:1,13 90:12
  96:1 100:2
  101:12,16
  102:1,17
  103:21,22
  106:12 110:9
  111:24 115:2
  116:4,5 117:5
  118:10 140:21
  144:24 146:10
  148:12,14,15
  151:6 157:2
  159:12 163:17
righty 29:1
ring 18:9
risk 49:16,19
  76:24 77:4
  79:6 115:5,11
  143:10 149:8

risks 12:8,9
  77:7 163:6
road 23:17
  137:22
Robbie 98:4
role 84:13
  147:6 150:22
Ron 98:1
room 4:16 5:6
  20:21 53:23
rotted 36:11
rough 164:16
roughly 54:1
  65:22
row 126:11
Roy 39:9
  42:17
Royal 6:8
  7:21 9:3
run 83:4
  128:11
Russell 5:5
  51:4

---

## S

safe 71:5,11,
  23 82:17
  111:20,22
safety 80:21
  81:2,19 82:24
  84:6 152:8
said 30:21
  43:24 44:23
  53:22 63:6
  65:16 68:23
  69:19 72:17
  77:13 87:11
  88:23 89:1
  91:15 98:18
  100:13 116:13
  123:15 124:10
  128:24 130:7
  131:14 132:16
  133:18 134:24
  152:15
  163:21,23,25

sale  16:23
  25:21 26:23
  38:18 39:2
  43:7,8 44:14,
  16
sales  27:1
  28:1 44:17,25
same  17:24
  20:1,4,7,10
  29:2 53:2
  55:20 63:18
  66:14,18 76:9
  82:1 101:22
  104:8,10
  110:19
  111:14,16
  112:12,22
  114:4,14,18
  115:11 116:22
  122:18 123:17
  144:22 147:17
  151:9,12
  158:20
saw  60:12
  69:3,23 83:6
  94:21
say  12:24
  14:18 17:11
  29:3 30:11
  38:23 41:5
  42:22 43:18
  52:6 57:23
  60:3 62:16
  68:13 77:8,22
  78:22 93:10
  94:1 103:6
  105:8 111:19
  125:2 129:21
  131:21 139:6
  141:9 153:14
  155:21
saying  40:20
  57:8,9 93:11
  96:6 97:20
  104:18 111:22
  157:25
says  18:25
scientist
  49:1 77:14

scrambles
  57:18
scratch  127:6
screened-in
  56:5
second  32:19,
  24 61:8
  126:11,12
  133:24 140:19
  148:14
second-floor
  32:20 117:13,
  17 119:1,10
second-story
  39:10 72:18
  117:5,9
secondhand
  102:13
see  15:16,23
  18:3 20:21
  33:10 64:23
  68:22 85:12
  89:15 112:4
  116:25 126:1,
  7 134:16
  138:16
  139:14,15
  140:20
seeing  15:23
  18:11
seem  18:7
  94:9
seen  67:7
  112:14 139:18
  146:1
select  23:8,
  21
self-employed
  12:14
sell  25:3,5
  26:22 53:4
  142:23,24
  154:22
seller  31:16
sellers  22:7
selling  26:13
  29:1 42:24
  43:21

Seminole
  10:13,15
send  106:14
senior  12:2,5
sense  144:20
  148:22 151:8
  160:10
sent  62:11
separate
  14:13
September
  139:13
seriously
  80:18 93:22,
  24 94:2,10,13
  161:22,24
served  163:5
service
  56:13,15
Services  5:4
session  51:13
set  137:13
setting  140:5
several  16:4
  33:6,7 42:14
  96:23
shaking  73:6
share  144:11,
  24
she  7:6,9,19
  10:18 37:16,
  17,18,22
  38:25 39:25
  40:20,23,24
  41:1,2,6
  42:15,18,19,
  20,23 43:2,4,
  6,11,14,24
  44:8,9 52:3
  53:22 61:15,
  19,21,22 62:1
  77:11,22,25
  78:1,18,25
  80:17,18
  82:2,5 88:21
  90:10,13
  105:24 107:1
  124:23,24

134:7,9,10
she's  6:21
  41:7 80:10,11
  88:16 134:12
shocked  79:17
short  8:23
  41:15
should  51:17
  70:1 78:18
  80:14,17
  88:12 104:3
  105:9 115:8
  121:18
  141:17,20
  142:23 143:3,
  7,9,12,17,18,
  20,21,25
  144:12 146:11
show  148:8
showed  83:8
shown  20:14
sic  7:16
side  15:8
  16:24 138:9
  159:25 160:2,
  6
sidewalks
  152:3 154:19
sign  159:1
signature
  25:23
signed  156:22
  157:3,4
similar  39:12
  79:14 112:16
  148:9,10
since  86:9,
  16,17 96:11
  102:19 126:16
  154:23
single-pour
  148:23
sir  6:7 27:1
  93:20 97:5
  104:5 112:7
  120:9 146:20
sit  129:8,10,

16
**site** 142:2,9
**sites** 13:14
**sits** 16:6
**situation**
  43:20 58:23
  134:9
**six** 14:22,23
  137:25
**size** 53:25
  126:16
**skin** 60:4
**slab** 148:12,
  16,18,21,23
  149:2,14
**slag** 130:5
**sleep** 61:3
**sleeplessness**
  92:11
**slept** 60:15
**sludge** 123:8
  130:5
**slurry** 123:8
**small** 126:18
**so** 6:18 7:2,
  5,9,17 8:2,18
  9:8,12 10:8,
  14,19,20
  11:10,19
  13:2,9 14:4,
  6,16,23
  15:10,13,20
  16:11,22
  18:2,6,14,25
  20:21 22:6,
  13,17 23:8,25
  25:11,25 27:9
  29:1,9,14
  30:2,24 32:2,
  23 33:23
  35:3,5 36:6,
  11,18 37:10
  38:10 40:1,
  18,19 41:24
  44:4,9,11,13
  45:11,16
  47:6,24 48:8,
  13 49:1,9

50:8 52:7
53:23,24
54:6,14 55:5
56:4,11 57:1
58:14,22 60:6
61:25 64:15
65:3,22 66:8,
  25 67:3,13
68:2,3,23,25
69:25 70:2,
  11,14,20
71:3,19 73:1,
  8,18 74:19
76:15 77:25
79:25 80:2,3,
  11 81:12
83:13,25 85:4
88:22 90:11,
  19,23 91:22
92:2,12 93:10
96:14 98:9,
  10,11,16
102:16 105:22
106:17
107:12,25
108:2,7
110:1,6,7
111:11
114:11,23
115:6,12,16,
  21 117:4,7
118:7 119:6
121:4,22
123:19 124:8,
  24,25 125:12,
  21 126:11
127:3,4,5,15
128:9,13
129:1,2,8
132:1,9,15,
  20,22,23
133:14,24
136:11,17
137:24 142:23
143:2 145:1
146:3,13
148:10,11,16
149:6,18
150:23 151:11

153:15,17
155:15,16
156:10,11,16,
  20 158:12
159:4,21
160:4
**soft** 57:25
  123:16
**software**
  12:2,5 107:25
**soil** 48:20
  49:4 65:5
  124:10
**sold** 26:2,13
  27:4 41:7
**solicit**
  121:4,5
**solve** 119:24
**some** 25:3
  33:1,8 36:1,
  25 37:7 41:12
  50:11 54:11
  55:9,15 56:21
  57:6 58:10,11
  59:12 62:25
  63:6,20,24
  65:9,16 67:6,
  8 69:25 70:12
  94:7 96:8,16
  97:16 98:19
  99:3 100:22
  106:11 107:14
  122:23 126:5,
  17 127:8
  130:5,7,16
  137:2 144:22,
  25 147:19
  148:4 151:4,7
  152:16 153:14
  155:11,23
  156:19,23
  162:11,16
**somebody**
  37:11 45:12
  63:6 94:7
  100:13 102:5
  106:10 122:3
  135:3 145:14
  146:24

**someone** 95:12
  154:25
**someplace**
  135:7,8
**something**
  8:5,9 12:25
  17:5 28:22
  39:3 51:14
  53:3 60:7,19
  65:13 77:11
  84:16 88:11
  94:6 103:20
  115:17 119:10
  127:10 152:5
  157:3 159:5
**sometime**
  33:21 37:20
  78:15
**Somewhat**
  78:20
**somewhere**
  14:1 27:7,13
  65:23 78:11
  105:24 106:11
  107:1
**sons** 6:11
  30:20,21
  89:1,2,24
  90:1,5 151:4,
  5 154:6
**soon** 153:19
**sorry** 17:18
  36:19 92:23
  96:14 99:20
  108:17 119:14
  124:5 131:13
  133:17 135:16
  139:22 140:2
  142:16 143:8
  161:8 164:1
**sort** 35:3
  128:7
**sound** 99:10
**sounded** 99:12
**sounds** 9:14
**space** 32:23
**span** 65:24

speak 42:13
51:2,8 101:23
151:14 153:16
159:22
speaking
75:18 161:11
specially
130:4
specialty
90:14
specific
102:13,14
110:25 130:25
162:25
specifically
24:24 128:19
135:5 142:3
specifics
65:2 130:10
133:12
speculate
100:24
spell 7:13
22:8 97:12
spelled
157:16
spelling
34:22
spend 15:1
56:6 57:4
125:15
Spending
133:8
spent 128:6,
8,10 137:2
spoken 69:14
95:1
spot 136:8,9
spots 119:3
128:10
standard
164:21
standing
126:12 136:4
standpoint
161:23

started 14:21
67:24,25
79:15 96:11
98:24 156:9
162:18
starting 4:17
13:7 42:14
53:11
state 11:5
27:17 91:17
151:17 161:6
stated 27:16
statement
65:12 93:17
142:12,17
145:14
statements
42:2,3,5
64:19 141:22
145:4,10
States 4:11
statistical
12:7
stay 62:17
77:22 78:4,23
122:9
staying
136:25
stays 77:25
step 108:1
Steven 160:1
still 27:7,12
28:3 30:13
39:21 40:20,
24 52:22 59:3
60:12,16
61:19 80:5
148:10 154:4
stop 153:19
storage 37:7
stories
148:14
story 32:19
street 4:14
16:7 33:8
53:18,19

streets 152:2
stripped
36:4,11
structural
26:20 50:4,9
stuff 124:24
subdivision
30:3
substance
123:10 124:11
163:15
substantial
63:10,11,21
101:2
such 54:8
suffer 60:12
suffered 85:4
88:3 92:25
suffering
91:5
suggest 79:18
80:14,18 82:1
suggested
79:23 80:16
suggesting
68:14 75:11
117:24 118:2,
11,13 120:14,
21
suit 150:8
Suite 4:14
sun 132:6
sunscreen
132:7
Suntrust
45:9,10,13
supposed
156:7
sure 6:4 7:1
18:23 23:15
27:20 33:2
50:12 52:16,
21 62:16 74:4
81:22 85:18
87:9 105:19
108:20 109:11
116:21 117:2

120:19 128:12
129:21,22
130:2 131:1,
19 142:24
144:17 146:5
153:3
surface
123:12
surgery
58:17,20
Surprised
79:17
surrounding
126:2
swam 57:10
swear 5:7,11
Swim 56:10
swimming
133:8,9
154:13
sworn 5:18
symbol 140:22
141:1,4,11,
14,17
symptoms
91:24

---

T

table 111:7
take 8:2
18:12 25:17
28:13 31:10
33:9 50:10
60:16,18,19
61:2,5 77:19
80:18 89:21
93:23 94:12
116:19 118:9
125:4 132:10,
13 136:15
139:2 140:13
153:2 160:10
161:21
taken 4:6
50:18 108:23
109:3 153:8
160:14

taking  35:5
  45:16 93:22
  94:2,10
  134:10,12
  139:9
talk  67:6
  119:13,17
  160:8 163:20
talked  38:11
  43:4 62:21
  69:12 84:25
  92:9 94:4
  96:11,13
  98:16 99:9
  111:15 132:25
  134:13 135:17
  158:8,13
  163:16,19
  164:2,4
talking  19:6,
  12 47:9 75:24
  83:13 99:6
  126:18 127:9
  141:24 147:5
talks  18:14,
  20
Tallmadge
  10:24
Tampa  4:12,
  14,15
technical
  51:13
techniques
  149:15
tell  35:17,22
  42:20 51:4,7
  53:17 54:6
  64:18 66:9,25
  67:5,9,10
  69:21 77:3,12
  78:19 84:15
  88:14 92:20
  105:1 113:5,
  18 114:12
  115:13 123:22
  124:14
  125:16,25
  136:5,7

141:15 143:11
  146:25 148:25
  155:18 157:9
  163:14,19,25
telling  82:3
  121:17 163:20
tells  114:16
Temazepam
  60:20
Templeton
  12:3,10,11,12
  13:9 14:17
ten  98:8
  104:20 105:7
  133:23 137:25
tenant  37:16,
  18 50:2
  52:12,13
  61:25 62:9
  76:17,21
  77:3,8,21
  78:3,22 82:1
  105:22 106:14
tenants  106:7
  108:4
tennis  57:10,
  21,22 58:5,
  11,12 132:17,
  19,20 133:1
tensions
  149:2
term  150:1
terms  7:24
  11:25 18:10
  36:18 40:19
  42:1 44:4
  45:16 49:9
  52:11 55:25
  90:16 92:2,9,
  20 94:17 96:4
  102:4 103:9
  106:21 121:11
  125:4,21
  139:21 140:2
  148:11,25
  149:1,20
  150:17 151:2
  152:6,7

154:6,11
Terra  8:4
  9:24,25 10:7
test  49:23
  50:2 70:1,2,3
  73:14,19,25
  75:1 81:7,11
  82:4,5,9,18
  116:11
  127:23,24
  128:10,16,17,
  18 130:4
  131:6 151:18,
  23 152:2
  158:9,10
tested  69:20,
  22 72:3,4,7
  74:14,21
  75:2,3,5
  76:11,12,15
  79:19,22
  80:21 81:2,
  13,21,22
  82:2,23 83:4,
  16,20 84:13
  85:19 86:16
  88:13 103:21
  116:14 127:16
  128:21 129:14
  130:22 152:22
  154:14
testified
  5:19
testimony
  5:11 116:7
  118:18,19
testing  73:2,
  9 74:8 75:4
  76:13,18
  81:20 83:3,7,
  10 90:2 96:8
  127:22
  135:22,24
  154:11
tests  86:22
than  8:14
  24:20 44:1
  46:19 77:4
  78:12,14,17

79:1,11 83:2
  87:18 92:16
  111:17 119:4
  120:17 122:4
  144:18 163:1
thank  5:15
  6:12 10:16
  68:18,21
  83:14 139:8
  144:8 153:4,
  13 163:8
  164:7
thanks  22:12
  51:19 99:24
  122:19
that  6:23,24
  7:13 8:5,8,
  10,11,16,17,
  19,24 9:4,10,
  12 10:25
  11:17,24
  12:9,16,18,23
  13:1,22,25
  14:8,12,25
  15:17,19
  16:4,14 17:5,
  8 18:17,21
  20:15 21:3,7,
  11,22 22:1,4,
  7,9,10,14,18
  23:17,20
  24:1,2,3,15,
  20 25:8,18
  26:7,22 27:9,
  16,18,19,22,
  23 28:8,17,22
  29:2,4,11,22
  30:1,7,16,24,
  25 31:2,19,
  21,23,25
  32:5,10,14
  33:3,10,25
  34:3,5,7,11,
  15,22 35:5,8
  36:6,10,13,20
  37:6,13 38:3,
  17,21,23,24
  39:3,14,17,21
  40:9,11,14,

20,21 41:8,
11,14,18,21
42:7,10,18,
23,25 43:1,2,
7,13,19,22
44:14,21,25
45:4,5,12,13
46:19,20
47:1,6,9,25
48:4,5,9,11,
15 49:2,12,
13,15,19
50:5,23 51:6,
23 52:3,8,12,
15,16 53:3,
10,12,14,21,
25 54:2,6,18,
24 55:3 57:2,
7 58:7,12,14,
18,25 59:3,
14,21 60:6,7,
14 61:4,7,8,
21 62:12,14,
24 63:1,2,6,
9,15,20,24
64:4,23,24
65:3,7,13,15,
17,18,20,23,
24,25 66:9
67:1,3,5,8,
10,15,18,19,
20,25 68:4,5,
6,8,10,24
69:1,9,13,16,
18,19,24,25
70:3,4,12,21
71:5,22 72:1,
3,4,18,25
73:17,22
74:3,9,12,14,
17,20 75:3,4,
6,20 76:4,11,
14,19,22,24
77:4,5,6,7,
18,20 78:4,7
79:6,12,13,
18,25 80:14,
16,17,18
81:10,13,15,

25 82:2,3,15,
16,18 83:4,
10,14,16,20,
22,23,24
84:1,15,16
85:9,13,21
86:13,14,22
87:2,3,5,7,
11,13,15,21,
22,24 88:1,6,
11,12,13,15,
23,25 89:10,
12,18 90:12
91:10,12,15,
18,24,25
92:5,8,11,16,
19,20,21,23
93:1,3,11,16,
21,23,24
94:1,5,6,8,9,
11,17,18,22,
24 95:3,11,
13,15,18,25
96:4,10,13
97:2,16 98:2,
6,7,19,20,24
99:1,4,5,8,25
100:2,3,6,7,
8,11,13,14,
15,21,24
101:1,6,8,11,
25 102:17
103:2,5,6,18,
19,23,24
104:10,16,18,
19,23 105:1,
6,8 106:17,
22,23 107:5,
13,15,20,24
108:1,14
109:10,18
110:9,11
111:6,14,15,
16,20,22
112:4,6,10,
12,13 113:22
114:9,20
115:5,9,11,
14,18 116:5,

11,14,23
117:8 118:7,
14 119:4,6,8,
25 120:18,19,
20 121:1,7,18
122:5,10,14,
17,23 123:6,
12,15,20,22
124:1,2,24
125:3,4,6,10,
21 126:1,17
127:5,10,15,
16,21,24,25
128:3,4,6,10
129:1,11,12,
14,21,24
130:3,4,5,15,
19 131:4
132:7,8,13
133:4,7
134:5,18,22,
24,25 135:2,
14,17,25
136:8,14,15,
18,19,23
137:16,18,23
138:1,11,14
139:17,20
140:3,5,9,17
141:13,15,17,
22 142:3,4,
12,15,17
143:3,6,7,11,
15,17,21
144:1,3,5,8,
16,24 145:3,
21 146:9,11,
14,17,22
147:1,6,11,23
148:3,4,7,8,
9,12,13,16,
17,22 149:3,
18,22 150:4,
8,10 151:3,
10,25 152:5,
19,22 154:7,
11,14,16
155:7,8,13,
14,25 156:2,

5,7,14 157:3,
4,7,8,14,16,
21 159:9,23
160:11,24
161:10,16
162:2,6,13,
20,22,23
163:1,17
**that's**   8:19
10:7 11:18
14:13 16:22
20:17 25:23
31:22 34:2,6
36:16 39:15
46:9 48:11
53:17 57:3,13
59:4,15 60:21
64:20 75:18
78:1,5 82:6
89:21 93:13
110:20 114:2
115:6,19
116:20
118:12,15
120:23 122:21
124:9 125:2
127:13 128:5,
9 130:2
136:17 145:25
146:17 147:23
150:23 155:7
159:12,17
160:4,6,9
**their**   62:13
96:9 97:20
100:10 101:25
102:1 103:3
144:16 151:23
152:24
**them**   12:3,22
14:21,25
19:11 26:2
28:3 45:10
47:8 51:10
52:25 53:4,6,
7 54:11 60:10
64:12,16,24
79:5 84:11
89:12 94:8

97:16,19
98:10 99:3
105:1,20
106:17
128:16,18,20
137:11 142:22
144:25 148:9
156:9 159:22

**themselves**
4:17 51:1,11
99:15

**then**  8:24
9:4,15,18,23,
25 11:13,17,
21 13:12
18:20 21:14
22:13 27:4
30:19 33:8
34:3 38:17,24
50:1 52:8
56:24 71:20
78:15 86:16
93:10 108:6
115:21 125:10
137:14 138:9,
10 145:23
147:21 149:1
156:9

**there**  8:7,13
11:8 14:12
18:10 22:19,
22 23:5,16
25:10,23
26:8,9 27:5
28:22 29:18,
19 30:10
32:6,7,21
33:16,17,20
34:17 35:6,
11,20 36:10,
25 37:8 38:2,
15,17 40:7,8
45:12,18
48:2,7 49:11
50:3 51:12,15
52:5,12,14
54:6,21,23
55:18 56:18
57:13 58:14

61:10,12,13,
15,19,22,23
62:1,3 63:16
64:14 65:22
66:5 67:8
68:3,5,19
69:25 70:4,
12,15 71:6,
12,17,21,22
72:11,16,21
73:1,8 74:8
75:2,4 76:10,
14,21 77:4,17
78:11,12,14
80:4,16 83:19
84:12,13
86:18,22
87:12,22,23
88:19 89:18,
24 91:1 92:19
93:24 94:1
95:9,11
96:12,15,23
98:5 99:8,25
100:14,15,21,
22 101:1
102:16,20
105:5,7,8
107:2 108:8
109:21,22
112:4 113:6
115:9,10
118:2,23
119:9 122:8
123:8,9,18,
19,23 124:11,
22 126:5,22
127:14,20,23
132:4 133:15,
16,18,19,20,
22 134:15,21
135:19,20
136:4,22
137:7,14,18,
24 138:8,21
141:23 143:18
144:3,9
145:18 146:1,
10,23 147:2,4

148:22 154:1,
12 156:22
157:1,7
162:11

**there's**  16:6
36:25 76:4,24
77:5,7,17,19
78:18 79:12
87:24,25
88:23 93:21
97:11 101:7
105:19
108:12,14
115:3,7,15
116:3 117:4
119:3,23
123:8 126:7,9
133:14
137:14,18
140:22 143:16
144:16 153:14
155:12 158:9

**thereupon**
5:16 16:1
17:14,23
25:15 28:10
31:7 33:4
138:20 140:11

**these**  13:2
15:21 24:4
27:2 30:22
41:25 42:21
43:8 45:5,17,
18 46:4,15
47:3,6,21,24
48:13 49:10,
14,24 56:1
60:6 66:10
67:13 70:5,
16,24 73:3
85:14 87:4
95:10,22
100:1 107:11
110:2,7
111:1,6
112:9,12
126:16 129:9
142:13 144:22
151:18 152:19

**they**  18:7
27:12 30:21,
23 36:22
51:2,3,8
58:1,2 64:13
71:22 79:18,
21 81:13 82:9
83:4 84:9
89:6 90:7
93:23 96:7,9
97:18 98:20
99:4 100:5,7
101:12,16,20,
25 103:20
105:6,20
106:11,16
108:8 111:7
116:11,14
134:17
143:18,19
144:12,23
147:1 148:4
149:2,15
152:22,24
157:3,4

**they're**  94:9,
10 100:5
105:1,6 108:2
112:25
137:11,12
148:10 153:18

**they've**  105:5

**thing**  123:17
132:7 146:6
147:17 156:15
158:20

**things**  23:18
35:12 36:3
110:5,16
111:17 147:24
148:4 152:16
155:11 161:17

**think**  6:25
8:9 10:12
11:9 17:4
19:7 23:6
29:9 30:5
31:6 34:8,21
35:16 38:17

39:20 41:4,7
44:15,19
46:18 51:4,7,
8,9,16,17,25
53:2 54:4
56:14 59:1
65:16 70:15,
21 75:24
77:1,17,25
82:6 84:23
89:1,20,25
91:21 93:23,
24 98:4,25
100:15 101:6,
25 102:5
105:5,9,17
107:8 110:20
112:11
117:20,23
119:6,8,9,23
122:14,21,23
125:10 128:1
132:16,23
134:24 137:22
141:13,17
142:23
143:12,17,18,
19,25 146:6,
17 147:23
149:18 155:8
156:1,14
157:7,17
158:8

**thinking**
143:14

**third**   19:15
148:13

**Thirty**   135:12

**this**   14:14
15:17 16:3,4,
7,8,11,18,20
17:10,11
18:9,24
19:21,22,25
22:25 23:8,21
24:8,25 25:3
26:1,18,19
28:13 29:10
30:2,12 31:6

32:3,9,12,15,
17 33:10,13
40:1,15 42:8
50:16,20,25
51:13 62:22
64:6 66:9
67:15,24
69:6,9 77:10
83:25 84:2,
20,24 85:14
86:15 87:18
88:12,20
89:15,17,23
90:16 91:13,
16 92:11,14
93:1,7,22
94:2 96:11,20
98:11,20,24
99:2,5,13
100:23 101:3,
13 106:3
108:25 109:3,
6,18 110:3,4,
23 111:11,18
112:15,17
113:19
114:13,21
115:6,13
116:11,19,25
117:2,21
119:6,17,18
122:10 123:2,
15,19 126:16
127:5 130:7
135:3,17
138:15,16,24
139:3,10,14,
15,18 140:16,
19,24 141:3,
10,13 142:8,
12 145:2
146:1,7
149:20 150:14
151:4 153:6,
10 154:23
155:12,19
156:9,22
157:5,15
158:6,15,24

159:9,16
160:23 161:23
162:3,9,18
164:12

**Thom**   17:1

**Thomas**   19:1
21:22

**those**   15:21
18:4 27:7,10,
11 28:2 36:24
37:1 38:12
45:6 47:10,
12,16 52:22,
24 53:8 54:8
57:25 59:18
67:23 76:25
94:19 96:16
98:4 104:25
108:8 115:4
116:12 128:20
129:17 130:25
131:3,7
133:12 144:12
145:24 149:4
152:11 156:12
163:1,2

**though**   97:22
98:5 153:22

**thought**   40:18
63:4 65:9,11
87:11 120:18
128:10 146:9

**three**   38:13
47:10,25 80:3
86:17 89:18,
21 126:10
130:11 132:14
137:24 139:1
156:6

**throat**   90:15

**through**   14:5
16:25 24:3
38:18,24
39:16 41:23
42:15,17 45:6
53:10 58:8
110:2,5,9
111:23 120:22
139:9 148:5

156:11

**throughout**
81:12 119:3
131:3

**till**   11:10

**time**   4:4 8:2,
23 13:10
14:22 18:7
20:19 25:17
26:19 28:13,
14 29:3 30:16
31:10 33:9,
14,16,19
34:3,19
40:16,17 42:8
50:12,13
52:8,13 53:2,
11 56:6,14
57:4,20 58:7,
14 65:24
67:1,15 70:7,
9,10 71:5,21
78:9 79:14
83:6 87:5
88:20 89:2,4
95:6 104:7
106:23 107:2
108:3 109:2,3
118:4,14
124:12
125:12,14,20
128:1,6,8,11,
12 133:8
137:2,19
138:24 139:2,
9 154:1
156:12,21
160:11

**times**   36:5
42:14 58:6
131:15,17,23
133:23 137:25
153:25 154:2,
5 155:13

**title**   62:13
135:6

**to**   5:11 7:5,
22,24 8:3,8,
18,21 9:3,5,

| | | | |
|---|---|---|---|
| 8,18,25 10:8, 14,17,20 11:2,4,9,10, 14,17,21 12:8,24 13:5, 14,20 14:4, 16,22,24 15:3,11,16, 19,20,22 16:3,5,7,20 17:11,12,15, 16,20,21 18:2,7,8 19:6,8,22,23, 25 20:11,13, 15,16,17,19 21:8,11,18,23 22:1,4,8,21, 23,24 23:10, 14 24:7,12, 14,17,19 25:2,5,11,13, 17,25 26:2,3, 18,24,25 27:3,8,13,15, 19,24 28:2,7, 13,14,20 29:2,9,11 30:6,7,11 31:5,11,25 32:1 33:1,3, 6,10 34:8 35:3,6,11,12, 13 36:9 37:4, 19 38:25 39:7,12,16,24 41:15,16,19, 24 42:8,10 43:19 44:6,25 45:22,25 46:8,12,16,23 47:6,25 48:21 49:5,12,16, 17,25 50:5 51:11,12,22, 23,25 52:1,3, 6 53:6,22,23 54:14,16,18, 25 55:1,6 | 58:9,12,15,21 59:7 60:3,10, 14 61:2,5,16 62:1,4,6,11, 16,21 63:12, 23 64:16 65:3,5,8 66:1,12,20, 21,22 68:4, 11,15,17 69:2,12,23,24 70:16,18,25 71:7,13,21,24 72:5,13,22 73:1,4,10,13, 14,19,25 74:6,15,19,22 75:1,8,12,20 76:3,5 77:11, 19,20,21,22, 24 78:4,22, 23,24 79:23 80:7,10,11, 20,21,23,25 81:3,7,11,20, 24 82:4,5,9, 12,14,17,18 83:16,22 84:1,6,22 85:7,11,12, 15,19,22,24 86:3,9,10,11, 19,20,25 87:5,8,17 88:2,4,5,8,9, 13,14,17,20, 23,25 89:5,7, 8,15,20 90:3, 17,18,20 91:8,13,15,17 92:2,6,11,13, 19 93:4,5,7, 12,13 94:3,4, 8,12,14,17, 18,20 95:5, 10,15 96:1, 11,13,16,17, 18,25 97:3,16 98:13,16 | 99:2,14,16, 20,21 100:13, 17,22 101:4, 12,13,14,19, 20,23 102:1, 10,21,24 103:2,5,13, 14,15,20,23, 25 104:1,3,9, 14,21,23,25 105:1,3,6,9, 13,14,15,17 106:3,4,10, 13,14,18 107:1,3,6,9 108:8,10 109:4,9,20,21 110:5,13 111:8,9,17 112:14,18 113:11,20,21, 24,25 114:1, 2,3,4,5,6,8, 17,19 115:11, 14,16,17,22, 24 116:6,21 117:2,7,10, 12,13,19,25 118:4,6,7,9, 11,22,24 119:1,8,9,14, 18,20,24 120:1,10,11, 12,14,15,21 121:4,7,8,12, 15,16,19 122:1,4,11, 19,25 123:3, 11,12,16 124:18 125:2 126:13 127:17,22,23, 24,25 128:3, 10,13,16,18, 24 129:3,5,9, 11,13,18 130:9,11,17, 20,21,22,23, 25 131:3,5,6, | 7,10,20 132:1,8,15,23 133:21 134:16 135:22 136:10,14,15, 17 137:9,19, 21,25 138:2, 5,10,15,23,24 139:3,9,15 140:10,16 141:3,4,5,10, 12,14,15 142:1,6,20 143:4,19 144:14 145:4, 5,10,11,19 146:4,7,12, 16,22 147:8 148:9 149:2, 9,21,25 150:4,11,20 151:17,23 152:2,9,14 153:13,16,17, 18,19,23,25 154:8,22 155:6,18 156:8,12,14, 19,20,21 157:4,5,15, 18,21,23 158:7 159:1, 6,9,21,22 160:8 161:2, 5,6,13,20 162:3,5,12,25 163:2,5,6,13, 22,24 164:2,3 **today**  4:13 5:12 69:14 88:16 128:4 129:8,11,16 139:19 148:10 154:4 155:19 157:8,10 159:10 160:22 161:19 162:12 **Today's**  4:3 |

**together** 39:25 53:10 105:12 107:20 137:13
**told** 35:10 43:2 62:2 63:5 65:9 72:4,7 78:21 79:10 100:5 116:4 135:2, 21 146:22,24 147:1 148:7 149:24 152:15
**Tom** 94:25 97:9 99:7,8
**ton** 56:10
**too** 23:17 79:14 107:6,8 123:16
**took** 127:10 133:4 161:23 163:14
**total** 125:12 164:14
**tournaments** 57:18
**towards** 56:24 67:3 126:13
**town** 10:23 94:6,18 95:9, 10,11,18 99:10 135:7, 8,22 139:21 140:2,16
**toxic** 142:1
**trace** 92:6, 11,13
**transaction** 24:2 110:4,24
**transcript** 164:21
**transferred** 31:25 32:1 38:25 39:16, 24
**trash** 63:5 65:13

**travel** 14:21
**traveled** 13:14 14:24
**Travis** 5:3
**treated** 60:1
**treatment** 59:21
**tree** 122:8, 10,14,17 138:9
**trees** 56:10 123:7 132:24
**trial** 5:4 162:3
**tried** 130:11
**truck** 155:6
**trust** 162:8
**truth** 5:12,13 89:22
**try** 84:22 115:17 153:16,18
**trying** 8:3 137:21 154:8
**turn** 59:18
**turned** 127:11
**twice** 131:22
**two** 8:14 13:11 14:6,7 17:24 18:6,10 34:19 43:6 51:15 52:19 53:9 89:1 98:5,24 99:9 109:21 125:13,18 126:10 137:13 147:24 148:12 149:4 156:6
**two-car** 39:13
**two-page** 109:24
**two-story** 32:19
**two-week** 125:19

**type** 59:6 73:9 74:21 87:5 88:9 122:23 131:19 132:7 141:13 149:16
**typical** 151:15,16

———————

**U**

**UCF** 134:8
**Uh-huh** 48:3 76:2 105:23 109:23 133:2 140:4,18,23 147:16
**ultimately** 36:13
**unaware** 68:5, 6
**uncertified** 96:8
**under** 17:5 52:6 81:10 90:5
**understand** 27:20 62:7 70:3 76:14 77:16 79:10 90:22 103:19 123:4 128:23 153:14 161:1, 10,16 162:2
**understanding** 46:6 95:3 130:15 141:3 150:16 152:14
**understood** 86:13 99:12
**undertook** 152:2
**underwriting** 46:9
**Unfortunately** 153:16
**United** 4:10

**units** 137:13
**unless** 114:16
**unliveable** 142:14,18
**unmute** 51:10
**unsafe** 70:24 71:5,11,23 75:7 76:4,22 82:18 83:17
**unsellable** 142:14,19
**until** 33:22 37:20 52:13 64:6 67:7 69:14 88:16 90:3 115:10 153:24 154:4 162:18
**up** 10:25 14:16 35:12 43:7,8 58:21 60:8 64:7,8 65:3 69:14 77:20 88:16, 25 101:19 103:2 112:4 114:2 115:8, 11,14,22 117:7,13 119:9 122:5 136:9 137:7, 13 140:5 141:14,18 153:16,18,24 154:3 156:11, 16,22 163:5
**upstairs** 36:7
**us** 5:24 6:3 15:21 16:5,7 35:3 50:13 51:4,7 58:9 62:2 64:18 66:9,25 67:5 84:16,24 92:20 114:12 125:25 129:1 135:2 154:7 155:18

**use** 37:6,7
60:23,24
132:6 134:3
**used** 16:20
97:16 149:15
155:12,13
164:14
**usual** 7:9
**Usually**
132:12

———————————

**V**

———————————

**value** 42:1
46:8,11 155:1
**varied** 37:23
**various** 13:14
41:25 56:3
**versus** 4:8
**very** 34:8
60:15 63:10,
11,21 124:23
135:13 142:9
144:4,9
**via** 107:12
**video** 50:20
109:6 153:10
160:16
**videographer**
4:2,21 5:2,5,
20 50:15,19
108:21,24
109:5 153:5,9
160:12,15
164:11
**videotaped**
4:5 50:21
153:11 164:13
**view** 16:6
30:8 33:9
44:3 93:2
98:11 143:21
144:5,11,24
146:14
**Village** 8:12,
19,21 9:18,22
30:25 31:15
32:17 36:24

38:12 47:10
48:1 55:18
56:16,17
57:1,5 72:9,
10,17 73:24
74:14,20 75:7
76:1,12 93:12
109:16,19
110:24
154:20,23
159:2
**virtually**
134:11,12
**visited**
136:23
**visits** 88:22
**Vista** 10:5
34:2

———————————

**W**

———————————

**Wachter** 4:23
5:22,23 7:23
13:6 15:4,19,
24 16:2
17:10,15,20
18:1 19:8,12,
16,17,24
20:2,5,8,11,
18 21:1,21
23:13 24:16,
22 25:11,16
26:5 27:21
28:11 31:4,8
33:5 38:6
44:7 45:23
46:2,14,21
48:24 49:8,20
50:12 51:19,
21 54:20 55:4
59:9 62:8
63:14,19 64:1
66:4,15,19,
22,24 68:13,
18,20 69:5
70:22 71:2,9,
15 72:2,6,15,
23 73:7,12
74:11,18,24

75:10,17,23
76:7,16 79:2
80:13,24 81:5
82:13 85:10
86:2 87:10,20
88:7 89:11
93:9 94:16,23
95:8 96:21
98:17 99:19
100:20
101:10,18
102:3,15
103:8,17
104:4,12,24
105:11,16
106:6,20
107:7 108:17,
20 109:8
110:17,22
111:13
112:20,23
113:13,17,24
114:10,15,22
116:2,9,23,24
117:15,23
118:2,9,16
119:12,22
120:3,13
121:6,10,14,
21 122:7,15
123:24 129:7,
15,23 130:14
131:2,12,24
134:1 138:15,
19,22 140:1,
8,12 141:7
142:10 143:1
144:19 145:8,
15 146:2,19
147:10 149:12
150:13 151:1
152:13 153:1,
4,13,20
157:25 158:3,
4 159:12
161:5,13,20
162:5 163:9,
12 164:7,9,
15,17

**wait** 90:3
**walk** 132:8
137:19 138:5
**walking**
132:15 136:24
138:13
**walks** 57:9
**Wallace**
17:16,21
19:1,2 21:23
22:14
**Wallaces**
29:7,15
42:16,23
**want** 6:6
12:24 16:5,7
33:10 51:22
52:6 54:4
55:6 60:14
64:11 80:20,
25 88:13
89:15 90:17
101:13,20
115:16 116:21
117:2 118:9,
17 119:14
121:15 122:19
128:13,24
138:23 146:3
150:6,16
153:13 156:20
159:20 164:16
**wanted** 15:16
26:24 30:7
41:16 60:10
90:3 164:2
**Warehouse**
12:15 13:12
**warranty**
17:21 19:22
21:6,7,20,22
25:12,21
28:9,16,21
29:11 31:5,
10,14
**was** 5:18 8:4,
5,8,17 9:4,9,
15 10:12,13,

19,20 11:15,
19 12:14,15,
21,23,25
13:22,25
14:1,3,8,12,
14 15:10,13,
15 16:14,21
17:1 22:7,11,
15,16,18,22
23:5,16,17,24
24:3 25:6,7,
8,9 26:8,9,
10,13,14,17,
19,24 27:25
28:21,22,25
29:18,19
30:2,7 31:25
32:1,6,7
33:16,21
34:7,8,11
35:5,11,16,20
36:6,10,13,20
37:13 38:15,
17,19,24
39:3,7,10,20
40:7,8,21
41:16,23
42:10,18,19,
22,23 43:21
44:1,8,9
45:10,12,18
46:10,25
47:16 48:2,4,
7 49:11,15,19
50:7 51:12
52:8,14 53:2,
10 54:4
55:12,24
56:4,18 57:20
58:7,14,18
59:21 60:1
62:15 63:1,2,
4,6,7,24
64:14,25
65:9,10,11,
12,13 67:2,8,
15,18,19
68:5,6,19,24
69:9,25 71:17

72:17 74:8,14
75:4,5 76:10,
12,13,14,21
77:22 78:7,9,
12,13,14
79:13,16,25
80:4 81:10
83:6,8,10,12,
19 84:12,13,
19 86:13
87:12 89:20
93:1 94:24
95:9,11 98:2,
5,11,19,25
99:8,11 104:6
107:23 109:3
111:11 112:4,
6 116:13
123:18,20
124:1,2,11,
15,17,21,23,
24 125:2,9,11
126:15,20
127:5,7,14
129:12,20,21
130:2,3,5
131:13 132:5,
21 133:7
134:14,15,22
135:1,2,4,6,
7,8,14,19,21,
22 136:4,9,19
138:7,8,11
141:4,11
145:21 146:6,
7,11,14,24
147:2 148:9,
17,21,23,25
149:3 151:7,
22 152:2,24
153:17
154:12,14,18
155:5,7,8,25
156:2,4,5,7,
12,14,22
157:1,7,12,
16,17,20
158:6 162:11,
13 163:1,4,5

164:14
**wasn't** 83:7
99:7 125:11
135:13 152:11
155:6
**waste** 118:4,
14 142:2,9
**water** 26:24,
25 30:7,8
43:1 44:3
127:2
**waterfall**
127:3 137:3
**Watson** 59:2
85:22 86:3,8
**way** 46:18
47:1 71:17
72:1 73:22
74:3,10 82:17
83:18 85:9
93:7 96:1
103:7,13
104:11,23
105:17 121:11
129:4 130:20
131:5 145:17
**ways** 108:12,
14
**we** 4:2,5,13
7:2,8 16:22,
25 17:4 19:3
22:22 23:3,16
26:20,23
29:8,9 33:1,7
35:7 38:10,
18,22,23
39:15 40:18
41:15 42:24,
25 43:5 44:2,
9,15,19 48:8
50:8,10,15,
19,23,24
51:10,11,13,
17 52:16,19,
25 53:9,11
54:12 56:10
64:11 68:22
75:20,24
88:12,13 92:9

98:7 104:25
106:17
108:16,18,21,
24 109:5
111:15
116:20,23
123:14 127:13
132:1 135:17
136:25 137:1,
2,17,24
142:22 150:16
153:2,5,9,16
156:8,9
157:21,23
158:12
159:15,16
160:10,12,15,
20 163:14,22
164:4,11,20
**we'll** 15:24
28:8 126:17
153:18
**we're** 7:24
15:19 16:3
18:25 19:6,12
25:11 83:13
95:9 114:11
116:21 117:25
118:6 138:15
**we've** 31:9
33:2 76:23
153:1 156:19
**website** 65:1
**week** 58:6
98:8,9 105:7
125:7 131:17,
22,23 132:21
**weeks** 13:11
14:23 125:10
**well** 18:12
41:19 50:6
51:16 57:15
59:17 60:15
66:17 80:20
82:5,16 86:3,
17 93:25
94:11 98:18
99:13,20
104:13 106:16

110:23 113:8
116:3 118:3
119:13 126:9,
25 128:7
130:20 133:20
136:17 141:9
156:15 158:3
159:12
163:22,25
**went** 7:5
13:20 16:25
39:16 57:9
58:21 94:17
156:10
163:17,22
**were** 8:16
11:8 13:18
14:16 17:7
18:10 22:8
27:5 29:9
33:15 34:4,11
35:15 36:10
38:12 39:19
40:17 42:7,8,
23,25 43:5,7,
8 44:13,19
45:1 47:12
49:15 50:6
52:7 53:11
58:9,15 64:17
65:9 66:10
67:14,23
68:24 71:5,11
75:3,24 76:11
81:11,18
82:4,14 87:3
95:22 96:4,6,
9,16 97:1
98:20 99:4,6,
21 108:8
110:3 111:6,7
116:15 120:18
129:10 132:3
133:3 134:17
136:2,5,19,
22,25 138:13
140:5,24
148:8,12,22
152:15 153:22

156:13 157:4,
5,15 160:22
**West** 53:19
**wet** 124:18,19
**what** 8:16
10:23 11:8,25
12:5 16:18
19:6,21,25
20:17,18
21:3,5,17
22:4 26:15
27:2,25 28:24
31:15 33:19
35:5 36:2,9,
19,22 38:19
41:25 42:5,20
43:19 44:23
46:6 48:16,23
50:5 52:7,8
53:6,25
55:10,16,23
56:9 57:7
58:3,7 59:21,
23 62:7,13
64:4,16,21
66:3,5 68:23
70:15 74:9
76:13 77:3,8,
12,15 79:3,8,
10,16 83:4
84:12,13
85:18 87:9
89:4 90:11
94:2 96:5,7
97:7,20 98:11
99:5,17
100:19 101:24
102:12 104:7,
20 107:2,17
112:4,5,17
113:1,19
114:13 115:6,
12,21 116:13
117:7 118:15
119:18,24
120:23 122:8
123:4 124:2,
11,15,17
126:16,22,25

130:2 131:13,
25 133:7,12
135:2,5,16
136:2,5,7
137:9 141:3
143:8,14
144:17 146:4
147:6,25
148:7 149:22,
23,25 150:4,
16,22,23
151:8 152:7,
14,24 155:18
156:5 157:4,
5,12,20
159:4,6,8
162:12 163:3,
15,19,21,25
**what's** 6:13,
23 7:11 12:1
51:6 90:14
93:16 117:16
129:24 138:17
141:3 148:18
**whatever**
130:6
**when** 6:21 8:7
11:6,10 12:23
13:18,25
14:4,20 16:14
19:18 22:6,
13,14 25:8,17
26:13 33:19
34:7 37:8,18,
19 38:23
39:6,15,17,19
40:1 41:5
42:13 43:18
44:19 49:10,
14 51:22,23
52:24,25 54:2
55:5,18
57:12,15
58:18 60:1,6
62:25 63:7
65:15,18,24
66:9 67:1,13
68:13 71:11
76:25 78:7,15

79:13 86:3
89:23 90:18
91:1 93:10
94:1 98:18
110:2 123:17
124:10 127:13
130:8 132:1,
6,21,22
136:22 138:13
139:3 140:14
149:1 155:25
156:22 157:2
162:15
**where** 6:5,20
7:20 8:11,21,
24 10:11,21,
25 11:11
12:12,16,18
13:3,12,15,
19,22 16:6
18:11 30:12
33:23 34:1,15
38:19 53:17
57:15,21
64:23 67:21
68:22 70:5,16
81:1 82:9,23
122:16,22,23
123:21 126:1,
6,13,14
128:15 129:9
134:7 135:14
137:20 138:1
143:5,9
155:14 163:5
**Where's** 6:23
**whether** 18:8
20:11,21
27:10,12
28:1,2,4,15
41:2 46:24
47:15,20 49:3
61:19 67:22
70:2,23 71:4,
11 74:2,7
75:4 76:4,17,
21 77:19,22
79:21 82:17
84:4 85:12

88:16 93:13
94:12 101:12,
20 107:22
108:8 110:25
115:16 127:17
128:20 129:17
134:17 135:1
144:12 146:7,
25 147:5
148:4,17,21,
25 149:3,6,
13,21 151:8,
11,21 152:1,
17 154:14,18
157:9,16
158:8,9 164:2

**which** 9:6
11:4 17:16
18:23 22:20,
25 23:4 28:5
37:3 41:11,22
44:15 56:4
95:20 110:9
124:1,4
130:21 131:7
157:22

**while** 56:18
103:12 133:3

**Whitestone**
9:4,21,23
10:1,3 34:4
36:19 50:2
55:21 89:3

**who** 6:10
12:10 16:16,
23 25:5 26:10
34:20 37:13
38:23 39:8
42:10 46:22
47:18 56:22
61:12,23 62:1
63:5 84:9,15,
16 93:22
94:24 96:16,
22 97:1,18
98:1 99:9
100:1,15,22
101:2,24
102:6 103:13,

23 104:3,6,18
105:13 106:2
108:4 122:3
123:15 144:4,
11

**who's** 6:17
50:25 51:5,7,
18 102:21
104:19 105:8

**who've** 103:4

**whole** 5:12
30:16 155:21

**why** 10:14,17
16:18 18:10
23:8,21 26:22
28:20 33:13
34:24,25
35:6,7 36:16
38:2,7 40:15
43:20 53:21
62:14 68:3
69:21 80:4
81:9,23
82:11,14
86:19 88:19
89:14,18,24
96:12 100:4,
5,22 107:8
127:20 128:3
134:21 135:19
138:4 141:10

**wife** 6:11
7:6,8 16:12
17:2,7 18:18,
22 21:9,24
22:18 25:13
30:7,13,17
34:18,19 39:4
40:19 47:7,8,
13,15,20
49:11 53:8,22
61:9 71:20
79:3 80:5
90:11 143:6
156:3

**wife's** 6:13
7:11 25:7
106:22

**wilderness**
138:6

**will** 4:16
5:2,7,12
27:17 93:15,
24 98:4
104:16 115:10
129:2 140:9
164:20

**willing** 35:12
77:22

**Wills** 5:5

**Winged** 8:25
9:5,9,12 10:8
15:13 22:1,7,
24 25:22 27:3
28:17 29:1
30:18 38:11
44:20 47:9,25
51:24 55:7
56:4 71:3
73:8,15
123:5,20
124:5 134:4

**with** 4:17,24
6:10,22 7:6,
10 11:14 12:3
13:7,18
14:17,21
15:21 16:11
26:1 28:23
29:14,15,20,
24 32:8,11
34:17 35:6
37:1,25 38:18
39:3,13 40:4,
9,12 42:12,
13,15,16,17
43:20 44:5
45:12,13,20
47:2,6,7,8,12
48:13,20
49:10,15 53:8
58:12,23,25
59:5 60:8
61:3 62:9,17
64:12,20
69:14 70:12,
16 73:14,19,

25 75:1,14
76:21 78:6
79:5,7,8
80:11,21 81:7
82:1,16
84:11,25
85:6,13 86:8
93:1 95:1,12
96:22 97:1,2,
16 98:9 99:10
101:1 102:7
103:20 114:7,
12,18,20,24
115:1,5,15
117:16 118:4,
8,14,22
119:18 122:17
125:5,16
127:1,2
128:14 129:12
133:8 134:9
135:2,9,10
136:4 139:11
140:5,25
142:17 144:5,
9,16 145:10,
17 148:17,24
149:14 150:6,
10,15 151:4
153:15 154:15
155:8,17,20
156:2,8,11,
17,18 157:8
158:13,15
159:4,7,10
161:2 162:12,
19,21 163:16,
20

**within** 9:10
38:13 49:11
65:24 66:8,13
82:22 85:14
106:3 107:15
154:20

**without** 64:10
113:5,9,14,18
114:23,25
122:10 150:4
155:16 163:20

**witness** 5:8,
14 17:24
20:19,23
68:15 113:25
114:6,19
117:24 118:1,
12 120:11,14,
15,20,21
121:5,16,17
123:2 129:3
142:8 153:3
161:8 164:8
**witness'**
116:7
**witnesses**
121:4
**won't** 66:18
**Woods** 23:7
**words** 70:15
114:13 115:13
118:17,18,20
120:9 121:22
145:1 147:19
149:23 150:6
**work** 12:13,
16,18,20
13:2,3,4,13,
15,19 14:8,
18,20 15:11
26:21 35:25
36:6 41:20
55:7,14,19,21
56:11 60:25
91:4 92:14
125:6,11,20
133:15,16,19
136:17
**worked** 13:8,
10,22 56:11
125:22
**working** 12:2
15:2 55:7
123:6,18
124:1 125:5
134:2
**worry** 77:11
**would** 5:9
9:12 14:18

23:14 32:23
35:12,13
40:18 42:22
44:25 46:18,
22 49:25
51:23 53:22
54:24 57:7,16
68:16 69:24
70:4 75:6
81:4 82:16
86:15 88:12,
24 89:18
93:11 97:6,9
98:7 99:13
101:1,11,25
103:13,23
104:19,25
105:9,13
107:16,19,25
108:1 110:20
111:14 112:12
115:21 117:7,
17 119:2,18,
24 121:22,25
122:3,8,14
126:14 128:11
129:21
130:20,22
131:4,6
132:10,11,13,
16,19 137:1,
19,23 138:4,
12 139:6
144:9,16,25
146:9,14,23
147:1,6,11,13
149:18 155:21
157:4
**wouldn't**
46:25 66:16
75:12 80:20,
25 81:18,19
94:11 101:19
107:6,8
112:14 116:10
122:5,17
145:25 147:4
163:3

**wrap** 153:18
**writing** 38:3
158:12,21
**written** 27:1,
5 34:13,15
37:25 38:8
156:23
**wrong** 117:16

___

**Y**

**yard** 56:12,
13,15 57:1
123:7 128:6
134:3 136:25
**yardwork**
56:20
**yeah** 6:19
7:19 8:3,20
9:4 14:7,14
15:24 16:13
18:14 23:15
33:25 34:2
45:15 48:6
56:8 60:11,
14,22 61:14
62:16 64:3
66:3 68:21
70:9 78:25
80:2 87:18
90:22,25 91:2
94:15 95:14,
19 98:15
99:17,23
101:17 102:2
103:1,5,11
104:9 106:5,
8,19 107:23
108:9 109:25
110:18,20
111:16 112:14
117:1 125:7,
20,23 126:4
131:1 132:5
133:6,16
135:11 139:24
140:4,15
141:24 142:22

144:2,8,18
145:13 146:9,
21 147:14
150:7,19
151:14,25
152:4,21
154:9 155:14
158:11 159:19
162:4,14
164:4,8
**year** 30:11,18
52:6 102:17
104:20 105:7
154:5
**year-period**
14:6
**yearly** 85:18
**years** 8:14,
15,16 11:8
12:4 14:7,24
41:8 58:24
63:11,21
65:23 66:8,14
67:3,4 80:3
83:7,10,11
86:17 87:23,
24 89:4,19,21
102:19 104:20
105:7 111:11
130:11 137:24
145:23
**yellow**
140:20,25
**Yep** 9:14
36:15 39:13
84:21 108:5
136:13 146:13
158:19
**yes** 6:7 7:8
9:11 10:2
11:1 13:11,24
14:9 15:12,
15,18 16:10
17:9 18:5,16,
19 21:4,10,
13,25 22:10
25:4,24 26:9
27:6 28:19
29:8,13 30:9,

14 31:3,22,24
32:1,16,18
33:12,18
34:6,12,14
35:1 36:1,15
37:2,12 39:5,
11 40:3,23
41:1,13 45:7,
19 48:6,10,
12,19 49:7,
21,22 53:1,16
55:9,13,15,
20,22 56:21
57:6,14
58:13,17
59:20 60:9
64:2 65:21
78:11 79:7
81:4 82:20
84:8 86:5,7
89:3 91:21
93:15,20
95:24 97:5
99:7 100:3,
12,19 104:5
110:6,10
111:19 112:7
120:9 124:7
127:8 129:2
131:9,14
133:18 135:4
136:6 137:6,
15 140:18
142:9 144:25
146:20,25
147:24 150:3
152:5 160:25
161:4,14,21
162:6,10,22

**yet**   88:6
93:7,11
136:16

**you**   4:21 5:9,
11,15,24 6:1,
2,5,6,10,12,
15,20 7:14,20
8:7,11,13,22,
24 9:10,18,25
10:5,9,11,14,

16,17,21,25
11:2,4,6,8,
10,11,17
12:5,12,16,
18,20 13:2,3,
9,12,15,18,
19,22 14:16,
18 15:1,7,24
16:5,7,11,16,
17,18 17:2,7,
19 18:3,11,
17,21 19:19
20:3,9,13,15,
18,24 21:2,8,
11,14,23
22:6,13,14,
18,21 23:1,4,
8,9,14,21,25
24:4,8,12,18,
23,25 25:1,3,
5,18,20,25
26:1,6,12,13,
15,18,22
27:1,3,4,7,
22,23 28:1,2,
8,12,14,15,20
29:3,6,9,10,
15,20,24
30:5,10,16,21
31:10,13,19,
25 32:2,3,8,
11,12 33:9,
13,17,19,23
34:1,3,4,11,
13,15,17,20,
24 35:6,7,15,
17,18,22,23,
25 36:2,9,16,
21 37:6,7,8,
10,19,25
38:2,7,21,23
39:3,6,8,14,
19 40:1,4,9,
12,15,24
41:2,5,10,11,
14,20,25
42:13,20
43:2,3,11,14,
18,19,20,21,

24 44:4,11,
13,17,21,23
45:1,5,6,8,
12,13,20,24,
25 46:3,10
47:2,4,7,8,
15,20,25
48:5,11,16
49:3,10,14,
15,23 50:1,2,
5,12 51:23,24
52:5,8,11,12,
13,17,22,24
53:4,8,12,15,
17,21 54:2,8,
11,24 55:5,6,
7,10,14,18,
19,21 56:1,6,
9,13,15,19
57:4,12,15,
16,18,21
58:3,5,9,10,
15,23 59:2,3,
5,10,12,23
60:6,7,10,12,
14,16,18,23,
25 61:2,5,8,
9,15,23 62:2,
9,14,17,21,25
63:15,16,20
64:4,10,12,
13,19,23,24
65:3,8,9,15,
16,18,20,22,
23,24 66:3,5,
9,15,25 67:1,
5,9,10,13,14,
20,21,22
68:3,10,13,
15,18,21,23,
24,25 69:12,
14,17,19,21
70:2,3,5,11,
15,16,23
71:4,5,10,12,
16,19 72:3,4,
7,16,20
73:16,18,21,
25 74:2,5,20,

25 75:6,11
76:3,8,17,20,
25 77:3,12,
13,16,18
78:3,9,19,21
79:4,8,18,21
80:14,20,25
81:6,15,18,
19,23 82:1,4,
6,8,14,16,21
83:1,14,21,
22,25 84:4,9,
11,15,23,25
85:4,11,12,
21,22 86:3,9,
18,19,22,24
87:3,6,11,15,
21 88:2,8,16,
19,20 89:1,
12,14,18,23,
24,25 90:17,
18 91:1,3,4,
11,14,19
92:5,10,11,
20,25 93:4,
10,11 94:1,2,
11,18,19
95:1,13,15,
17,20,25
96:5,12,15,22
97:1,3,6,7,8,
12 98:18,19
99:5,13,21
100:4,5,7,14
101:1,11
102:5,6,12,
16,19,20
103:9,12,19
104:13,16
105:17,18
106:9,21,23
107:8,11,12,
14,17,19,20,
25 108:1,6,7,
13,14 109:9,
10 110:1,3,8,
11,23,24,25
111:3,8,23
112:1,3,9,13,

21,24 113:4,
5,6,8,25
114:3,12,16,
17,23 115:13,
16 116:3,4,
10,12,17,25
117:12,16,17
118:7,9,13,22
119:2,14,15,
18,23 120:4,
18 121:1,23
122:9,19,20,
22,23 123:22,
25 124:10,11,
15,17 125:11,
12,14,16,21,
24 126:10,11,
18,22,23,25
127:5,10,16,
17,20 128:3,
7,13,15,20,24
129:8,9,10,
11,16 130:6,
7,8,10,20
131:4,15,16,
25 132:3,6,
10,11,16,19,
24 133:3,4,
15,20 134:2,
3,6,13,15,18,
21,24,25
135:2,9,19
136:5,7,14,
18,19,22,23
137:4,7,11,
16,23 138:4,
6,12,13,16,
23,24 139:2,
8,14,18,23
140:5,10,14,
17,20,24
141:8,9,10,
13,21,25
142:4,11,17,
22,23,24
143:11,14,15,
18,25 144:5,
7,8,9,20
145:2,4,7,10,

17 146:6,12,
22,25 147:12,
19 148:1,11,
17,21,25
149:3,6,13,
20,22,24
150:1,4,5,9,
15 151:2,3,7,
10,11,17,21
152:1,6,15,17
153:4,13,22,
23 154:3,4,7,
12,13,15,22,
25 155:1,3,9,
12,17,18,22
156:3,19,20,
22,24 157:2,
3,5,8,9,12,14
158:7,9,14,
20,21 159:1,
4,5,6,7,10
160:20,22,24
161:1,10,16
162:2,8,13,
15,20,24
163:4,8,15,
16,19,20,21
164:2,7,15,18

**you'd**  62:6
154:6

**you're**  5:11
18:23 20:11
38:3 40:19
42:10 46:22
57:8,9 62:7
63:9 66:14,
19,22 68:8,14
75:10 80:9
85:18 87:9
93:12,18 97:3
99:18,25
100:7,21
101:23 103:24
107:24 111:22
113:24 115:12
117:8,12,20,
23 118:3,11
120:5,6,13,
18,19,23

121:6,10,11,
15,16 127:9
128:23,25
129:20 130:25
131:17 133:12
139:3 140:14
141:15 144:3
146:4,17
147:23 148:19
149:21
150:16,23
157:19,20,25
159:8 161:19

**you've**  19:18
20:14 25:17
64:11 66:13
86:6 87:4
91:15 97:2
108:3 110:8
113:2 118:5
120:25 128:15
144:23 147:19
148:13 151:10
158:8

**young**  124:23

**your**  4:22
5:10,24 6:13,
21 7:2,5,6,
11,24,25 8:2
11:19,25 12:1
13:7 14:17
15:11,13
16:11,24
17:2,7 18:17,
21 20:16,19
21:8,23 22:18
23:12 25:18,
23 26:15
27:13,23,24
28:2,12 29:14
30:7,12,15,
17,20,24
31:11 32:23
34:18 36:6
37:6,16,18
38:10,12 39:4
40:19 41:10
42:1 46:6
47:7,8,12,15,

20 49:9,10
52:13,17 53:8
56:19 58:10,
12,15,21
59:13,24
60:8,18 61:3,
8,25 64:12,20
70:14 71:20
73:13 75:13,
14,25 76:17,
21 77:3,8
78:6,22 79:3,
8,16 80:4,5,
14,21 81:1,19
82:1,8 84:1,
4,22 88:3
89:1,2,24
90:1,5,8,11
92:14 93:2,17
95:3,12 99:3,
4,21,22 100:9
104:16 105:22
106:22
109:19,20
111:14
112:17,24
113:9,19,25
114:12,13,16,
24 115:18,23
116:11 117:3,
4,9,25
118:17,18,20,
21 120:7,9,14
121:22 125:4,
5,14,22
127:15
128:13,14,15
130:8,15
131:13 133:14
134:3,6,16
136:11 137:9
139:2,15
140:3,14
141:3 142:1,4
143:2,5,21
144:5,11,17,
24 145:1,2,
10,17 146:14
147:7,18,20,

```
     25 149:23
     150:6,15,16,
     17 151:4,5,7,
     11 152:14
     154:6,15,23
     155:17,20
     156:3,20,21,
     24 158:13
     159:2 160:23
     161:1,10,12,
     16 162:8,12,
     19 163:16,20
```
**yours**  31:23
**yourself**
     34:17 47:17
     156:2

─────────────────

### Z

**zero**  137:12
**ZIP**  7:1