*Exhibits to Drummond's Opposition to Plaintiff's Motion for Class Certification*

| Ex. # | Date | Document |
|-------|------|----------|
| 1. | | Composite Exhibit – Resident Affidavits of: <br> • Ken Loar <br> • Thomas S. Petcoff <br> • Robert and Barbara Sanders <br> • Nancy Simon <br> • Mary McQueen <br> • Jim Verplanck <br> • Thomas Graham <br> • Keith and Danette Hensel <br> • Jerry Herring <br> • Alonzo "Al" Hartgraves <br> • Les Chernick <br> • Glen Varnadoe <br> • David Houston <br> • Michael Myers <br> • Dan Green <br> • Jim Franklin <br> • Sonny Gulati <br> • James E. Young <br> • Richard Schiller <br> • Dennis Gaffaney and Dorothy McKinney |
| 2. | 2021-01-20 | Expert Report of Dr. John R. Frazier |
| 3. | 2021-03-23 | Transcript of the Deposition of Dr. John R. Frazier |
| 4. | 2021-03-02 | Transcript of the Deposition of Dr. Fred A. Mettler, Jr. |
| 5. | 2021-01-11 | Expert Report of Henry H. Fishkind, Ph.D. |
| 6. | 2021-03-09 | Transcript of the Deposition of Dr. Henry H. Fishkind |
| 7. | 2021-04-07 | Transcript of the Deposition of Dr. Henry H. Fishkind |
| 8. | 2021-01-11 | Expert Report of Jennifer N. Pitts |
| 9. | 2021-03-10 | Transcript of the Deposition of Jenifer N. Pitts |
| 10. | 2021-01-11 | Expert Report Dr. David Hoel |
| 11. | 2021-02-25 | Transcript of the Deposition of Dr. David Hoel |
| 12. | 2021-03-03 | Transcript of the Deposition of Dr. David Hoel |
| 13. | 2021-01-11 | Expert Report of Jeffrey A. Klaiber |
| 14. | 2021-02-10 | Transcript of the Deposition of Jeffrey A. Klaiber |
| 15. | 2021-01-11 | Expert Report of Mark A. Travers |

| Ex. # | Date | Document |
|-------|------|----------|
| 16. | 2021-03-09 | Transcript of the Deposition of Mark A. Travers |
| 17. | 2021-01-11 | Expert Report of Randy Whicker |
| 18. | 2021-02-16 | Transcript of the Deposition of Randy Whicker |
| 19. | 2018-10-12 | Transcript of the Deposition of John Williamson |
| 20. | 2020-02-06 | Transcript of the Deposition of David Muncher |
| 21. | 2020-10-07 | Transcript of the Deposition of Michael Feist |
| 22. | 2018-05-10 | Plaintiff Feist's Answers to Drummond's First Set of Interrogatories |
| 23. | 2021-08-02 | Plaintiff Feist's Response to Drummond's First Requests for Admission |
| 24. | 2005-08-31 | Warranty Deed, Helena Mahias to Rekha Holdings, LLC [Feist] |
| 25. | 2021-09-16 | Affidavit of Randy Chastain |
| 26. | 2021-10-07 | Affidavit of Jim Chastain |
| 27. | 2021-10-19 | Affidavit of David Muncher |
| 28. | 2021-10-20 | Affidavit of Leonard Mass |
| 29. | 2021-09-27 | Affidavit of Michael J. White |
| 30. | 2021-01-11 | Expert Report of Dr. Fred A. Mettler, Jr. |
| 31. | 1981-02-26 | Mandatory Phosphate Mine Reclamation Standards – Fla. Admin. Code R. 62 C-16 |
| 32. | 1982-11-09 | Non-Mandatory Reclamation Standards – Fla. Admin. Code R. 16 C-17 |
| 33. | 1986-04-30 | State of Florida Governor's Order Approving Reclamation |
| 34. | December 1985 | Drummond Company Inc.'s DRI Application |
| 35. | 1985-09-20 | Recorded Development Agreement between Drummond and the Department of Community Affairs and Central Florida Regional Planning Council |
| 36. | 1986-01-09 | Tampa Tribune article "Developer Pledges Radon Disclosure" |
| 37. | 1987-08-18 | City of Lakeland Planning & Zoning Board minutes of public hearing |
| 38. | 2017-2019 | FDOH home surveys for Grasslands/Oakbridge |
| 39. | 2017-03-24 & 2017-04-13 | FDOH mobile survey for Grasslands/Oakbridge |
| 40. | 2013-03-13 | Letter from Jorge R. Caspary, Director of Waste Management, FDEP to Franklin E. Hill, Director of the Superfund Division, U.S. EPA |
| 41. | 2013-12-20 | Memorandum from John A. Coates, Assistant Director, FDEP, Division of Waste Management to Bradley A. Jackson, Remedial Project Manager, U.S. EPA Region 4, Superfund Division |

| Ex. # | Date | Document |
|---|---|---|
| 42. | 2014-01-14 | Letter from Franklin E. Hill, Director of the Superfund Division, U.S. EPA to Jorge Caspary, Division of Waste Management, FDEP |
| 43. | August, 2015 | 2015 Memorandum of Understanding (MOU) between the FDEP and the FDOH |
| 44. | | Composite Exhibit: U.S. Radiation Map – Biogerontology, (2021) 22:189-195; Gamma-Ray Absorbed Dose map of the U.S., Figure 3.9 from the National Council on Radiation Protection and Measurements, NCRP 160. |
| 45. | 1990-06-25 | Declaration of Covenants, Conditions and Restrictions (Oakbridge Owners' Association No. Two, Inc.) |
| 46. | 1999-10-13 | Declaration of Condominium of Muirfield Village at Grasslands, A Condominium |
| 47. | 2020-10-27 | Transcript of the Deposition of David Lyerla |
| 48. | 2020-11-16 | Transcript of the Deposition of Dr. Jeffrey E. Zabel |
| 49. | 2020-12-04 | Transcript of the Deposition of James Stewart Bland |
| 50. | 2020-11-12 | Transcript of the Deposition of Kai Vetter |
| 51. | 2020-11-04 | Transcript of the Deposition of Robert L. Ullrich, Ph.D. |
| 52. | 1989 | Composite Exhibit:  U.S. EPA 1989 Report to Congress on Indoor Air Quality, Vol. 2 and article |
| 53. | 2020-09-25 | National Cancer Institute, Cancer Statistics at Cancer.gov. |
| 54. | | Oakbridge Radiation Map K |
| 55. | 1987-11-16 | Resolution No. 3181, Adopting a Development Order for Oakbridge |
| 56. | | Oakbridge DRI Map |
| 57. | 2019-04-09 | Transcript of the Motion Hearing before Judge Porcelli |
| 58. | 2021-10-20 | Declaration of Fredrick J. Grady, Esq. |
| 59. | 2017-05-02 | Transcript of the Plaintiff's Town Hall meeting |
| 60. | 2017-06-06 | Transcript of the Residents' Town Hall meeting |
| 61. | 2021-10-14 *and* 2020-08-27 | Composite Exhibit: <br>• Plaintiffs' Original Class Action Complaint, *Christine Cruz and Steven Foster v. Mosaic Global Operations, Inc., YES Companies WFC LLC, and CHC VI Ltd.*, Case No. 20-CA-006826, 13th Judicial Circuit, Hillsborough County, Florida <br>• Mosaic's Motion to Dismiss <br>• Order on Mosaic Motion to Dismiss |