**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:**   8:17-cv-587-TPB-AEP | **DATE:**   January 19, 2022 |
| **HONORABLE THOMAS P. BARBER** | |
| **MICHAEL J. FEIST**<br><br>v.<br><br>**DRUMMOND COMPANY, INC.** | **PLAINTIFF COUNSEL:**<br>Christopher Gadoury, Christopher Nidel & Steven German<br><br>**DEFENSE COUNSEL:**<br>Bryan Balogh, Charles Wachter, Frederick Grady & Joseph Varner, III |

| | | |
|---|---|---|
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**  1:34 – 1:38 p.m.<br>**TOTAL:**   4 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   CASE MANAGEMENT CONFERENCE (by Zoom)

Court advises parties that case will be administratively closed to allow Magistrate time to address pending issues.

Case Management Conference set 5/25/2022 at 1:30 (by Zoom).