UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

    Plaintiffs,

v.                                                                    Case No. 8:17-cv-00587-TPB-AEP

DRUMMOND COMPANY, INC.

    Defendant.
_____

**DRUMMOND COMPANY, INC.'S NOTICE OF FILING
THE SUPPLEMENTAL DECLARATION OF FREDERICK J. GRADY**

NOTICE IS HEREBY GIVEN that Defendant, Drummond Company, Inc., files the attached Supplemental Declaration of Frederick J. Grady.

Dated:  January 24, 2022.

                        HOLLAND & KNIGHT LLP

                        */s/ Charles Wachter*
                        Joseph H. Varner, III
                        Florida Bar No. 394904
                        joe.varner@hklaw.com
                        Frederick J. Grady
                        Florida Bar No. 437980
                        fred.grady@hklaw.com
                        Charles Wachter
                        Florida Bar No. 509418
                        charles.wachter@hklaw.com
                        100 N. Tampa Street, Suite 4100
                        Tampa, FL  33602-3644
                        Telephone: (813) 227-8500

and

Bryan O. Balogh (Admitted *Pro Hac Vice*)
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone:  (205) 458-5469

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

    Plaintiffs,

v.                                                                  Case No. 8:17-CV-00587-TPB-AEP

DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## SUPPLEMENTAL DECLARATION OF FREDERICK J. GRADY

I, Frederick J. Grady, declare as follows:

1. My name is Frederick J. Grady. I am over the age of 18, and I am a resident of the state of Florida.

2. I am a partner at the law firm of Holland & Knight LLP and my office is located in Tampa, Florida. Holland & Knight LLP is co-counsel for Drummond Company, Inc. ("Drummond") in the case styled: *Feist v. Drummond Company, Inc.*, Case No. 8:17-CV-00587-TPB-AEP.

3. I am the counsel for Drummond that has had the majority of communications with residents of Grasslands and Oakbridge relating to the claims and issues in the lawsuit. Accordingly, I have personal knowledge of the communications with the residents of Grasslands/Oakbridge who submitted

affidavits which Drummond filed in support of its Opposition to Plaintiff's Motion for Class Certification – Composite Exhibit 1 [Doc. 155-2].

4. This Declaration is intended to supplement my prior Declaration filed on January 10, 2022 [Doc. 177].

5. After Plaintiff's counsels' public statements made in the media on October 12, 2019 relating to the Florida Department of Health's (FDOH) use of the RadEye PRD as a measuring device for gamma radiation at Grasslands and Oakbridge, Drummond's counsel communicated with inquiring residents that Plaintiff was challenging the FDOH testing results.

6. All information provided by Drummond's counsel regarding the FDOH testing was factually based including providing access to expert reports and deposition transcripts from the Plaintiff's experts and Drummond's experts and deposition transcripts from the FDOH relating to the RadEye PRD issue. There was no omission of information or withholding of information from the residents regarding Plaintiff's allegations relating to any unreliability or inaccuracy of testing by the FDOH.

7. Several of the resident affidavits included in Composite Exhibit 1 were from residents who did not have testing conducted by the FDOH. Regardless, whether a resident had testing conducted by the FDOH or not, once Plaintiff's counsel began conducting a media campaign challenging the devices used by the

FDOH for gamma testing, Drummond's counsel provided full and complete factually-based responses to any resident inquiring about the Plaintiff's allegations.

8. As counsel for Drummond, I am familiar with its business operations at Grasslands and Oakbridge. Drummond has frequent interactions and communications with residents relating to business issues of the communities. Drummond's Vice President of Land Development in Florida, Leonard Mass, is Drummond's representative on The Oakbridge Homeowners Association No. 2 Board of Directors, which requires communication with other board members and residents. Drummond also owns residential lots and other acreage within Grasslands and Oakbridge that requires communications with land owners, residents, tenants and other putative class members to carry out its business responsibilities.

9. I certify that the information provided herein is true and complete to the best of my knowledge.

Executed on January 24th, 2022.

_____

Print Name  Frederick J. Grady