UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:17-cv-587-TPB-AEP | DATE: | January 26, 2022 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **JERUE, et al**<br><br>Plaintiff,<br>v.<br><br>**DRUMMOND COMPANY, INC.**<br>Defendant | | **PLAINTIFF'S COUNSEL**<br>Chris Gadoury, Jonathan Nace, Richard Meadow, Joel Rubenstein, Steven German | |
| | | **DEFENDANT'S COUNSEL**<br>Charles Wachter, Frederick Grady, Joseph Varner, Bryan Balogh | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:00 to 11:58    **TOTAL:** 1.58 min | | **COURTROOM:** | 10A - ZOOM |

**PROCEEDINGS:**   ZOOM – MOTION HEARING

MOTION to Strike (155) Response in Opposition to Motion *for Class Certification* by Michael J. Feist. (dkt# 167)

MOTION for Protective Order to Prohibit Defendants and Defense Counsel from Communicating with Absent Class Members by Michael J. Feist. (dkt #175)

Oral argument heard.

Order to be entered.