UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE, *et al.*,

    Plaintiffs,

v.                                         Case No. 8:17-cv-587-TPB-AEP

DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## ORDER

This cause came before the Court for a hearing upon Plaintiff's Motion to Strike (Doc. 167), Plaintiff's Motion for Protective Order to Prohibit Defendants and Defense Counsel from Communicating with Absent Class Members (Doc. 175), and the responses and supplemental filings submitted in opposition thereto (Doc. 176, 177, 184, 185). As discussed more fully and for the reasons articulated during the hearing, it is hereby

ORDERED:

1. Plaintiff's Motion to Strike (Doc. 167) is GRANTED IN PART AND DENIED IN PART, as follows:

    a. Plaintiff's request to strike all or portions of Defendant's response in opposition to Plaintiff's Motion for Class Certification is denied.

    b. Plaintiff may depose the witnesses identified as the named affiants in Exhibit 1 attached to Defendant's response in opposition to Plaintiff's

Motion for Class Certification (Doc. 155) (the "Witnesses"). The parties are directed to meet and confer regarding the scheduling of the depositions of the Witnesses. Neither Defendant, any individual acting on behalf of Defendant, or Defendant's counsel may contact any of the Witnesses as of the initiation of the first deposition through the completion of the last deposition regarding the testimony of any of the Witnesses, the nature of the depositions, and any communication between the Witnesses.

   c. Plaintiff's request to depose any other individuals beyond the Witnesses identified is denied without prejudice.

   d. Pursuant to Rule 37(c)(1)(A), Federal Rules of Civil Procedure, Plaintiff is awarded attorney's fees and costs for the preparation of the Motion to Strike and attendance at the hearing on the motion. The parties are directed to meet and confer regarding the appropriate amount of fees and costs to be awarded, keeping in mind that this case is proceeding in the Middle District of Florida and should therefore comport with similar awards in this jurisdiction. To the extent that the parties cannot agree, Plaintiff may submit a motion outlining the requested award of fees and costs, the reason for the parties' disagreement as to the award, and the legal basis for Plaintiff's requested award.

  2. Plaintiff's Motion for Protective Order to Prohibit Defendants and Defense Counsel from Communicating with Absent Class Members (Doc. 175) is DENIED WITHOUT PREJUDICE.

  3. The parties are directed to meet and confer to discuss the scheduling

of the depositions of the Witnesses and shall agree as to a date for the conclusion of such depositions. The parties shall then provide the Court with notice regarding potential dates when the parties are both available to take up any remaining issues pertaining to the depositions of the Witnesses and, to the extent necessary, to address a briefing schedule for supplementing the Motion for Class Certification.

      DONE AND ORDERED in Tampa, Florida, on this 26th day of January, 2022.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record