# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

    Plaintiffs,

v.    Case No. 8:17-cv-00587-TPB-AEP

DRUMMOND COMPANY, INC.

    Defendant.
_____

### DRUMMOND COMPANY, INC.'S NOTICE OF WITHDRAWAL

NOTICE IS HEREBY GIVEN that Defendant, Drummond Company, Inc., hereby withdraws the Affidavit of Richard A. Shiller dated August 20, 2018 submitted as a part of Composite Exhibit 1 to its Opposition to Plaintiff's Motion for Class Certification on October 22, 2021.

Dated:  May 11, 2022.

                HOLLAND & KNIGHT LLP

                */s/ Frederick J. Grady*
                Joseph H. Varner, III
                Florida Bar No. 394904
                joe.varner@hklaw.com
                Frederick J. Grady
                Florida Bar No. 437980
                fred.grady@hklaw.com
                Charles Wachter
                Florida Bar No. 509418
                charles.wachter@hklaw.com

100 N. Tampa Street, Suite 4100
Tampa, FL  33602-3644
Telephone: (813) 227-8500

and

Bryan O. Balogh (Admitted *Pro Hac Vice*)
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone:  (205) 458-5469

*Attorneys for Defendant*

#157509592_v1