**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:17-cv-587-TPB-AEP | DATE: May 18, 2022 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **MICHAEL J. FEIST**<br><br>v.<br><br>**DRUMMOND COMPANY, INC.** | **PLAINTIFF COUNSEL:**<br>Christopher Gadoury, Christopher Nidel & Steven German<br><br>**DEFENSE COUNSEL:**<br>Charles Wachter, Fred Grady, & Joseph Varner, III |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 1:34 – 1:43 p.m.<br>**TOTAL:** 9 mins. | **COURTROOM:** N/A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE (by Zoom)

Parties in process of conducting additional depositions as allowed by Judge Porcelli's order. Court will schedule hearing to address obtaining hourly rate information as discussed if parties are unable to resolve.

Case Management Conference set 8/16/2022 at 1:30 p.m.