UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. JERUE, *et al.*,

    Plaintiffs,

v.                                    Case No. 8:17-cv-587-TPB-AEP

DRUMMOND COMPANY, INC.,

    Defendant.
_____/

## ORDER

This cause came before the Court for a hearing upon Defendant's Motion for Protective Order, Sanctions and Other Relief for Discovery Abuse (Doc. 201) and the response submitted in opposition thereto (Doc. 203). As discussed more fully and for the reasons articulated during the hearing, it is hereby

ORDERED:

1. Plaintiff's Motion for Protective Order, Sanctions and Other Relief for Discovery Abuse (Doc. 167) is GRANTED IN PART AND DENIED IN PART, as follows:

    a. Plaintiff's request to limit the depositions of the witnesses referenced by the undersigned's previous Order regarding the named affiants in Exhibit 1 attached to Defendant's response in opposition to Plaintiff's Motion for Class Certification (Doc. 188) is granted to the extent that the depositions are limited to no more than ten witnesses. The depositions shall occur within thirty (30)

days from the date of this Order. Plaintiff's examination of each witness shall not exceed three hours and Defendant's examination of each witness shall not exceed one hour. The parties are directed to meet and confer regarding the scheduling of the ten depositions and provide the undersigned's chambers with said schedule to the chambers inbox at Chambers_FLMD_Porcelli@flmd.uscourts.gov.

        b.      Defendant's request for sanctions and other relief is denied.

    2.      During the depositions, the parties are barred from soliciting testimony regarding the deponents' option to opt out of a potential class action in this matter.

DONE AND ORDERED in Tampa, Florida, on this 7th day of July, 2022.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record