# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

      Plaintiff,

v.                                          Case No. 8:17-CV-00587-TPB-AEP

DRUMMOND COMPANY, INC.,

      Defendant.

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Drummond Company, Inc., hereby gives Notice of the following Supplemental Authority decided after the Court's hearing regarding Plaintiff's Motion for Class Certification:

1. *Pinares v. Raytheon Technologies Corporation,* 2023 WL 2868098 (United States District Court, S.D. Florida – April 10, 2023) (4-year statute of limitations applies to Chapter 376 claims for alleged radiation and must be determined on an individual basis).

2. *Maddan v. Okaloosa County,* 2023 WL 2673134 (First District Court of Appeal, Florida - March 29, 2023) (4-year statute of limitations for injury to land runs from completed act, not "continual harmful effects from an original completed act" and is not a continuing tort).

3. *Pinares v. Raytheon Technologies Corporation,* 2023 WL 2661521 (United States Court of Appeals, Eleventh Circuit – March 28, 2023) (alleged radiation exposure, dose, and response, if any, must be determined on an individual basis).

These decisions are relevant to the Defendant's Opposition to Plaintiff's

Motion for Class Certification which came before the Court on October 7, 2022.

                        HOLLAND & KNIGHT LLP

                        */s/ Charles Wachter*
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
Frederick J. Grady
Florida Bar No. 437980
fred.grady@hklaw.com
Joseph H. Varner, III
Florida Bar No. 394904
joe.varner@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644
Telephone: (813) 227-8500

and

Bryan O. Balogh (Admitted Pro Hac Vice)
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5469
Facsimile: (205) 458-5100

*Trial Counsel for Defendant*