# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

    Plaintiffs,

v.                                                        Case No. 8:17-CV-00587-TPB-AEP

DRUMMOND COMPANY, INC.,

    Defendant.

_____

## PLAINTIFF MICHAEL J. FEIST AND DEFENDANT DRUMMOND COMPANY INC.'S JOINT STIPULATION FOR WITHDRAWAL OF, AND JOINT MOTION TO STRIKE AND REMOVE FROM COURT'S DOCKET PLAINTIFF'S NOTICE OF ACCEPTANCE OF PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT

Plaintiff Michael J. Feist ("Feist") and Defendant Drummond Company, Inc. ("Drummond") jointly stipulate to the withdrawal of Feist's "Notice of Acceptance of Drummond Company Inc.'s Proposal for Settlement and Offer of Judgment" (the "Notice") (Doc. 258). Additionally, Feist and Drummond respectfully request that the Court direct the Clerk to strike and remove the Notice, including its exhibits, from the docket. In support, the parties state as follows:

1. On March 6, 2024, Feist filed the Notice, which purported to accept Drummond's Proposal for Settlement (the "Proposal"). (*See* Doc. 258). The Notice attached as exhibits a copy of the Proposal itself and a proposed final judgment against Drummond. (*See* Doc. 258-1; Doc. 258-2).

2. On March 6, 2024, Drummond filed its Objection to the Notice (the "Objection"). (*See* Doc. 260), raising several issues with the Notice.

3. Before filing the Objection, Drummond's counsel requested that Feist's counsel withdraw the Notice for the issues noted, above, and Feist's counsel took the request under consideration. (*See* Doc. 260 at 2, ¶ 6). While Feist considered Drummond's request to withdraw the Notice, Drummond filed its Objection in an abundance of caution to prevent an improper entry of judgment. (*See id.*).

4. After Drummond filed its Objection, and following good faith discussions between counsel, Feist agreed to withdraw the Notice. The parties therefore stipulate to the withdrawal of the Notice.

5. Additionally, Drummond and Feist respectfully request that the Court direct the Clerk to strike and remove the Notice, including its exhibits, from the docket. The Notice has now been withdrawn, and the Notice is inconsistent with the terms of the Proposal's actual terms, as set forth in Drummond's Objection. Therefore, there is no reason for the Notice to remain on the record, and removing the Notice from the docket will avoid confusion. Furthermore, the Parties agree that Drummond's Proposal should remain confidential and not appear on the public docket. Accordingly, the Court should direct the Clerk to strike and remove the Notice, including its exhibits, from the docket. *See* Fed. R. Civ. P. 12(f) ("The court may strike . . . any redundant, immaterial, impertinent, or scandalous matter."); *S.Y.*

*v. Naples Hotel Co.*, 476 F. Supp. 3d 1251, (M.D. Fla. 2020) ("The court enjoys broad discretion in determining whether to grant or deny these motions to strike. The purpose of a motion to strike is to clean up the pleadings, streamline litigation, and avoid unnecessary forays into immaterial matters." (citations and internal quotation marks omitted)); *see also Cobb v. Cobb*, No. 3:23-CV-781-MMH-LLL, 2023 WL 8806567, at *1-2 (M.D. Fla. Dec. 20, 2023) (directing clerk to strike and remove from docket certain filings); *Rodriguez v. Magic Burgers, LLC*, No. 6:19-CV-1656-CEM-LRH, 2021 WL 3017528, at *2 (M.D. Fla. Mar. 24, 2021) (same).

WHEREFORE, the parties stipulate to the withdrawal of the Notice, and the parties respectfully request that the Court direct the Clerk to strike and remove the Notice, including its exhibits, from the docket.

Respectfully submitted:

/s/Jonathan B. Nace
Jonathan B. Nace
Nidel & Nace PLLC
One Church Streets, Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153

*Counsel for Plaintiff*

Respectfully submitted:

/s/ Joseph H. Varner, III
Joseph H. Varner, III
Florida Bar No. 394904
Frederick J. Grady, Esq.
Florida Bar No. 437980
Charles Wachter
Florida Bar No. 509418
Holland & Knight LLP
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Telephone: (813) 227-8500

and

Bryan O. Balogh (Admitted Pro Hac Vice)
Holland & Knight LLP

3

1901 Sixth Ave. North
Suite 1400
Birmingham, AL 35203
Telephone: (205) 226-5726

*Counsel for Defendant*