**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN J. JERUE (Dismissed) and
MICHAEL J. FEIST,

      Plaintiffs,

v.                             Case No. 8:17-CV-00587-TPB-AEP

DRUMMOND COMPANY, INC.,

      Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Michael J. Feist's and Defendant Drummond Company, Inc. having resolved their disputes through a settlement agreement, stipulate that this action, including all claims, counterclaims, and crossclaims that were or could have been brought between them, be dismissed with prejudice. Each party will bear his or its own attorneys' fees and costs.

| | |
|---|---|
| */s/Jonathan Nace* | */s/Joseph H. Varner, III* |
| **NIDEL & NACE PLLC** | **HOLLAND & KNIGHT LLP** |
| Christopher T. Nidel (*pro hac vice*) | Joseph H. Varner, III |
| Jonathan Nace (*pro hac vice*) | Florida Bar No. 394904 |
| One Church Street, Suite 802 | Frederick J. Grady |
| Rockville, MD 20850 | Florida Bar No. 437980 |
| Telephone: (202) 780-5153 | Charles Wachter |
| jon@nidellaw.com | Florida Bar No. 509418 |
| chris@nidellaw.com | 100 N. Tampa Street, Suite 4100 |
| | Tampa, FL 33602-3644 |

**THE LANIER LAW FIRM, P.C.**
W. Mark Lanier (*pro hac vice*)
Alex Brown (*pro hac vice*)
Ryan Ellis (*pro hac vice*)
10940 W. Sam Houston Pkwy.
Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
wml@lanierlawfirm.com
alex.brown@lanierlawfirm.com
chris.gadoury@lanierlawfirm.com

Neal L. O'Toole
**The O'Toole Law Group**
Florida Bar No. 691267
200 Lake Morton Drive, Suite 300
Lakeland, FL 33801
Telephone (863) 533-5525
Email: notoole@otoolepa.com

**GERMAN RUBENSTEIN, LLP**
Steven J. German, Esq. (*pro hac vice*)
Joel M. Rubenstein, Esq. (*pro hac vice*)
19 West 44th Street, Suite 1500
New York, NY 10036
Telephone: (212) 704-2020

*Trial Counsel for Plaintiffs and the Classes*

Telephone: (813) 227-8500
joe.varner@hklaw.com
fred.grady@hklaw.com
charles.wachter@hklaw.com

and

Bryan O. Balogh (Admitted Pro Hac Vice)
Holland & Knight LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 226-5726
bryan.balogh@hklaw.com

*Attorneys for Defendant*